# EXHIBIT 6



**Declaration of Ascension Parish President Clint Cointment**

1. My name is Clint Cointment.  I am over the age of 18 and am competent to make this declaration.  The facts set forth in this declaration are based on my personal knowledge.

2. I am the President of Ascension Parish and have served in this role since 2019.

3. The Ascension Parish is a local governmental subdivision of the State of Louisiana. La. Const. art. 6 § 44(1).

4. The Ascension Parish is located in the southeast portion of the U.S. state of Louisiana, measures 290 square miles, and is within 13 square miles of the Mississippi River.

5. The Ascension Parish is prone to flooding because according to Riskfactor.com "There are 11,328 properties in Ascension Parish that have greater than a 26% chance of being severely affected by flooding over the next 30 years." The east bank of Ascension Parish has a history of extensive flooding. Most flood problems stem from the Parish's low topographic relief. Steams draining East Ascension typically originate near the east bank levee of the Mississippi River at an elevation of approximately 20 feet. These streams flow easterly and southeasterly to enter swamplands at an elevation of approximately 3.5 feet to 4.0 feet. Most of these streams have formed natural levees along each bank throughout most of their lengths. The natural levees in some locations are the highest ground between the principal streams. Because of low relief, there is flooding along the lower reaches of all of these streams

6. Each year, Ascension Parish experiences an average of two (2) flooding events.  The Parish did not experience any flooding events in 2022.

7. The average cost per flood insurance claim is $25,000.00.

8. Ascension Parish has the authority to mitigate its flood risk and remediate flood damage. Operating under a Home Rule Charter since May 4, 1993, the Parish Council has the power to manage its affairs as a parish, as contemplated and intended by the Constitution of the State of Louisiana.[1]

---

[1] http://www.ascensionparish.net/images/fbfiles/files/CHARTER.pdf

1

9. To promote flood recovery within its borders, Ascension Parish has implemented Higher Freeboard requirements for structures located in the Special Flood Hazard Areas, and Non-Flood Hazard Areas. The Parish has also implemented more stringent Storm Water requirements.

10. Those efforts include:
- HNTB performed an H&H modeling study on the 4 basins with in the parish (Marvin Braud, Bayou Manchac, Henderson Bayou, and Bayou Conway Basins) This effort was a real time look and data collection of all tier 1,2,3, and 4 (these tiers help define major down to minor channels) channel conditions and structures with in each channel. This project helped identify the most problematic areas within the parish drainage basins. The project provided the ability for the East Ascension Consolidated Gravity Drainage District #1 to have a clearer understanding of our drainage systems, and utilizes data to make the best management decisions when it comes to project prioritization. The project produced 30 potential Capital Flood Mitigation Projects. These projects were merged to what is now known as the ADAPT program.
- The Drainage ADAPT program was stemmed from the Floodplain management plan. This is a capital drainage program similar to the Move Ascension program. This program has put together a grant structure that is focused on flood mitigation projects. The District's budget has allocated $5 million annually to the program which funds the ADAPT Engineering Firm HNTB as well as funds any match fund needs for the grants as they are awarded to the District.
- The department has also created a validated and calibrated G.I.S map Layer of all the Parish tier 1,2,3, and 4 channels with in each basin
- In the progress now of ordinance development and guidelines that will require developments to run the model with their proposed developments and if there is any drainage impacts shown then the developments will have to mitigate those impacts.
- Along with the Planning department there have been ordinance modifications put into to place that now require proposed developments to include drainage infrastructure off site and downstream of their proposed developments to the nearest major drainage channel. This will insure that the developments are tying into drainage systems that supports the change to the drainage systems that occurs when developments are constructed.
- The Department of Public Works and the East Ascension Drainage Department Operations staff as always is constantly performing on the smaller scale hundreds of flood mitigation work orders across the parish all the while standing ready and resilient to take on any severe weather threat, flood, Hurricane or emergencies for our residents.

11. Ascension Parish spends approximately $10 million a year on flood mitigation projects like the ones discussed above. We also currently have plans for over $150 million in projects.

12. Flood insurance is another important tool for protecting the Ascension Parish residents and their most important financial assets—their home, business, and possessions.

"Floods can happen anywhere," and the Federal Emergency Management Agency (FEMA) estimates that "just one inch of floodwater can cause up to $25,000 in damage."[2]

13. Because most homeowner's insurance does not cover flood damage, homeowners need a separate flood insurance policy to cover the building, the contents of the building, or both.

14. The federal National Flood Insurance Program (NFIP) is the flood insurer of last resort. FEMA manages the NFIP. A network of more than 50 private insurance companies and the NFIP Direct deliver NFIP to the public.[3]

15. "The NFIP provides flood insurance to property owners, renters, and businesses" alike.[4] FEMA acknowledges that having flood insurance coverage helps policyholders recover faster when floodwaters recede.[5] The NFIP requires homes and businesses in high-risk flood areas with mortgages from government-backed lenders to have flood insurance.

16. NFIP insurance is available to anyone living in one of the 23,000 participating NFIP communities.[6] "A community is a governmental body with the statutory authority to enact and enforce development regulations." A parish can be a community.

17. The Ascension Parish is an NFIP community.

18. To become an NFIP community, Ascension Parish had to enact and implement floodplain management regulations aimed at mitigating the effects of flooding and has to enforce those regulations.[7]

19. The Ascension Parish's floodplain management regulations must satisfy state law as well as NFIP requirements.

20. As an NFIP community, Ascension Parish has committed: (a) to issue or deny permits to build or develop in the floodplain; (b) to inspect all development to assure it complies with the floodplain management regulations the Ascension Parish was required to pass to become an NFIP community; (c) to maintain records of floodplain development; (d) to work with FEMA to prepare and revise floodplain maps; and (e) to help residents obtain information about flood hazards, flood insurance, and proper methods of construction.

---

[2] https://www.fema.gov/flood-insurance.
[3] https://www.fema.gov/flood-insurance.
[4] https://www.fema.gov/flood-insurance.
[5] https://www.fema.gov/flood-insurance.
[6] https://www.fema.gov/flood-insurance.
[7] https://www.fema.gov/flood-insurance.

21. FEMA reports that the quid pro quo arrangement between communities like the Ascension Parish that participate in NFIP floodplain management, a pre-requisite for the Parish to be eligible to participate in the NFIP, has saved the nation over $100 billion dollars in avoided floods over the last 40 years.

22. One tried-and-true method for reducing floods in Ascension Parish and across Louisiana is elevating homes and businesses, which FEMA used to consider when setting NFIP insurance rates.

23. Prior to Risk Rating 2.0, FEMA used the 1% Annual Exceedance Probability (AEP) flood as the basis for the National Flood Insurance Program. The 1% AEP flood is a flood that has a 1 in 100 chance of being equaled or exceeded in any given year and an average recurrence interval of 100 years—often referred to as the "100-year flood."

24. Before Risk Rating 2.0, FEMA used Flood Insurance Rate Maps to set rates and, in those maps, determined the AEP flood for each flood zone—called the Base Flood Elevation (BFE).

25. For each flood zone, FEMA advised elevating homes at least 1 foot above the BFE because FEMA expected its exposure to flood claims at or above that level to be very infrequent, and so FEMA lowered insurance rates accordingly. The higher a structure was elevated above the BFE level, the lower FEMA's risk for having to pay claims and, therefore, the lower the insurance rate.

26. For decades, Ascension Parish and other parishes across Louisiana adopted FEMA's Rate Maps and required buildings to be built at least 1 foot above FEMA's BFE. Additionally, the Parish of Ascension now has a 2.0' freeboard requirement for all properties located in Special and Non-Special Flood Hazards. The Parish adopted this it to help mitigate further and increase discounts for people.

27. One reason Ascension Parish adopted FEMA's Rate Maps and required buildings to be built at least 1' foot above the BFE was to take advantage of FEMA's grandfathering policy for its own properties and to make that policy available to all who built in the Ascension Parish. FEMA's grandfathering policy protected those who built in Ascension Parish from huge rate increases if they built in accordance with the Rate Maps' requirements. After the flood of 2016, the Parish adopted the 2.0' Freeboard requirement.

28. In my estimation, approximately 100 percent of homeowners and 100 percent of business owners have relied on FEMA's advice to elevate their homes and businesses in accordance with FEMA's Rate Maps and FEMA's grandfathering policy.

29. Ascension Parish suffers from severe flooding, annually; not only from named storms, but also from severe thunderstorms and spring flooding as snowmelt from the north makes its way through the watershed.  This flood risk makes drainage and residential mitigation programs essential to our communities, to protect life and property and preserve our unique culture.  Due to the significant impact that residential housing mitigation programs have on our communities, Ascension Parish Government prioritizes these programs and is committed to applying for assistance annually through the Flood Mitigation Assistance grant program.  With over 450 properties on the Severe Repetitive Loss/Repetitive Loss List, the funding received through this application will help us shape more resilient communities is in South Louisiana, reduce the burden to the National Flood Insurance Program.  Ascension Parish Government will ensure that structure elevations will follow all Unified Hazard Mitigation Assistant Guidance, HMA Guidance Addendum (2015), NFIP regulations and will require that all structures are built to the minimum standards set in the 2021 International Building Code.  All work will comply with ASCE-24-14 and Federal Risk Management Standards (FFRMS) in the latest editions.  The process entails digging and tunneling around the perimeter of the structure, exposing existing footing, pushing pilings under existing footings to engineer specified depth or refusal, disconnecting utilities, elevating the structure two (2) feet above the base flood elevation requirements, and reconnecting all utilities and access at entrance ways.  As the Parish works to make its communities safer, it would expect to see premiums reflect the reduced risk. Instead, the Parish has seen rates increase. In my estimation, 36 percent of home and business owners in Ascension Parish have received elevation grants.

30. The Ascension Parish administers those grant programs.  Ascension Parish Grants Office schedules individual meetings with property owners to discuss the processes taken to elevate their property through the program.  Property owners must obtain a minimum of three elevation quotes from qualified elevation contractors to help establish cost reasonableness.  All documents, including contracts and agreements, are reviewed for federal compliance prior to execution.  Each individual project is carefully monitored by Ascension Parish and consultants to ensure all program requirements and regulations are followed.

31. Since Risk Rating 2.0 went into effect, the number of grant applications the Ascension Parish has received has decreased.  The decision not to elevate leaves parish residents and their property in harm's way and increases the amount the Parish will have to spend on flood recovery.  The decision not to elevate a home or business also harms the flood mitigation industry in Ascension Parish.

32. In my estimation, Ascension Parish spends $40,000.00 each year to educate parish residents about those grant programs, process grant applications, distribute grant

5

funds, and monitor and enforce grantees' compliance with the requirements of those programs.

33. If a recipient of a FEMA/HUD elevation grant fails to comply with the program's requirements, the Parish must repay the value of that grant to FEMA/HUD. If a recipient of a state elevation grant fails to comply with the requirements of the State's grant program, the Parish must repay the value of that grant to the State.

34. Despite the grant programs, Ascension Parish's reliance on FEMA's Rate Maps and grandfathering policy, and Ascension Parish's success in flood reduction from elevating structures, under Risk Rating 2.0, elevating a structure above the BFE appears to have only a negligible effect on the insurance rate charged for elevated homes and businesses.

35. Moreover, Risk Rating 2.0 eliminated FEMA's grandfathering policy. Although FEMA's Community Rating System discounts are still in place for the Ascension Parish, residents of the parish still wind up paying much higher rates because, unlike the grandfathering policy, the community rating system discounts do not stop the rates themselves from increasing. So even with the community rating system discounts, members of Ascension Parish pay higher rates under Risk Rating 2.0.

36. The Parish of Ascension now has a 2.0' freeboard requirement for all properties located in Special and Non-Special Flood Hazard.

37. The Ascension Parish's flood mitigation efforts have successfully reduced flooding by 70 percent.

38. Despite Ascension Parish's dramatic reduction in flooding and flood damage, Risk Rating 2.0 has increased the cost of flood insurance for all properties in the Parish—both residential and commercial—that are in Special Flood Hazard Areas and are backed by federally insured mortgages.

39. Risk Rating 2.0 either has already increased the flood insurance rates for those properties or will increase their rates when their NFIP policies renew, regardless of whether the properties are protected by levees or have been elevated—or both.

40. Those rate increases affect not only owners of property in Special Flood Hazard Areas but also those who rent properties in Special Flood Hazard Areas. The NFIP rate increases will likely be passed on to renters in the form of rent increases.

41. These rate increases harm all property owners, but they of course pose a particular hardship to low- and moderate-income property owners and their families, many of whom have lived in these areas for generations, and many of whom are racial minorities. Doubtless, many of these low- and moderate-income property owners and their families will struggle to pay for their mandatory insurance at its increased price. Indeed, these rate increases are likely to force many of these property owners and their families out of their homes in these areas, and perhaps out of our Parish altogether, thereby threatening the unique communities and cultures that have developed here over the course of generations. This is profoundly unjust, especially considering that it was FEMA's promise of lower insurance rates that convinced many of these vulnerable property owners and their families to make significant investments in elevation and other flood mitigation measures. But apparently FEMA considers this to be "Equity in Action."

42. As rates increase, many homeowners, business owners, and renters in Ascension Parish are likely to be priced out of their properties and forced to move to out of the Parish, which will decrease the Parish's tax base and therefore its financial ability to protect its residents and their property from flooding and flood damage.

43. And by creating a surplus of available property, this exodus from Ascension Parish will negatively impact the property values of those who remain, further decreasing the Parish's tax revenues.

44. Moreover, even if no one were to leave Ascension Parish, Risk Rating 2.0 is still likely to negatively affect property values in the Parish by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the Parish's tax revenues.

45. This reduction in tax revenue will inhibit Ascension Parish's ability to protect its residents and their property. This would be tragic given the proven efficacy of Ascension Parish's flood mitigation efforts.

46. Risk Rating 2.0 apparently fails to account for all of Ascension Parish's flood reduction successes. By failing to do so, Risk Rating 2.0 will likely decrease Ascension Parish's tax revenues and inhibit the Parish's ability to protect its residents and their property.

47. The only logical explanation for why Risk Rating 2.0 is increasing rates for Ascension Parish levee-protected areas and elevated properties is that the methodology used in setting rates must be flawed.

48. But FEMA's refusal to reveal Risk Rating 2.0's methodology as required by federal law, despite numerous requests from all levels of state government, including parishes, and

Louisiana's federal legislators, makes it impossible for Ascension Parish and its floodplain manager to determine where the flaws in FEMA's methodology lie.

49. That lack of transparency harms Ascension Parish's ability to work with FEMA, as required by the Parish's commitment as an NFIP community to work with FEMA to prepare and revise floodplain maps.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Ascension Parish, Louisiana, this 30th day of May, 2023.

*[signature]*

_____
Clint Cointment, Ascension Parish President