# EXHIBIT 7

### Declaration of Assumption Parish Police Jury

1.  My name is Leroy Blanchard. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2.  I am the president of the Assumption Parish and have served in that role since January 11th, 2023.

3.  The Assumption Parish Police Jury is a local governmental subdivision of the State of Louisiana. La. Const. art. 6 § 44(1).

4.  Assumption Parish is in Southeast Louisiana, measures 365 square miles, and has multiple major bodies of water within Assumption Parish, including Lake Verret, Bayou Lafourche, Belle River, and Bayou Boeuf.

5.  Assumption Parish is prone to flooding because: (1) back water flooding from Atchafalaya River; (2) proximity to hurricane zone; (3) proximity to the coast (4) low elevation; (5) estimated 75% of Assumption Parish that is located in Special Flood Hazard Areas; (6) estimated 30% of businesses and houses in Assumption Parish are located in Special Flood Hazard Areas (7) Assumption Parish is a major flow through watershed supporting around 45% of the nation's drainage toward the Gulf of Mexico outfall

6.  Since 2016, the Parish has been included in 16 Disaster and Emergency Declarations resulting in 5 major flooding events. Assumption Parish experiences an average of almost 1 flooding event per year.

7.  Assumption Parish has authority to mitigate its flood risk and remediate flood damage. Specifically, Assumption Parish has authority to restrict or prohibit use that is dangerous to health, safety, or property in times of flood, or cause excessive increase in flood heights or velocities. The Parish can control the alteration of natural floodplains, stream channels and natural protective barriers, which are involved in the accommodation of floodwaters.  Assumption Parish can control filling, grading, dredging and other development, which may increase flood damage.  Assumption Parish can require facilities and property that are vulnerable to floods be protected against flood damage at the time of initial construction. Assumption Parish can regulate or prevent the construction of flood barriers which will unnaturally divert floodwater or which may increase flood hazards to other lands.  Assumption Parish has operated under a Policy Jury System since 1850. The Assumption Parish Police Jury is responsible for the formation of ordinances and for the general administration and operation of Assumption Parish.

8.  To promote flood recovery within its borders, Assumption Parish has established Ch. 5, Sub-Ch. A of the Assumption Parish, Louisiana - Code of Ordinances. Assumption Parish has pursued grants, bonded GOMESA moneys, updated its Multi-Jurisdictional Hazard Mitigation Plan 2021, and developed and implemented a new Drainage & Flood Mitigation Master Plan effective April 2023.

9.  The Parish spends approximately $900,000 a year on flood mitigation projects. Examples are, discussed above along with other recent efforts such as updating 21 drainage/flood water pumps throughout the Parish in Special Flood Hazard Areas. A CDBG grant was used to dredge a major canal in Assumption Parish that will assist in flood mitigation.

10. Flood insurance is another important tool for protecting Assumption Parish residents and their most important financial assets—their home, business, and possessions. "Floods can happen anywhere," and the Federal Emergency

Management Agency (FEMA) estimates that "just one inch of floodwater can cause up to $25,000 in damage."[1]

11.  Because most homeowners' insurance does not cover flood damage, homeowners need a separate flood insurance policy to cover the building, the contents of the building, or both.

12.  The federal National Flood Insurance Program (NFIP) is the flood insurer of last resort. FEMA manages the NFIP. A network of more than 50 private insurance companies and the NFIP Direct deliver NFIP to the public.[2]

13.  "The NFIP provides flood insurance to property owners, renters, and businesses" alike.[3] FEMA acknowledges that having flood insurance coverage helps policyholders recover faster when floodwaters recede.[4] The NFIP requires homes and businesses in high-risk flood areas with mortgages from government-backed lenders to have flood insurance.

14.  NFIP insurance is available to anyone living in one of the 23,000 participating NFIP communities.[5] "A community is a governmental body with the statutory authority to enact and enforce development regulations."[6] A parish can be a community.

15.  Assumption Parish is an NFIP community.

16.  To become an NFIP community, Assumption Parish had to enact and implement floodplain management regulations aimed at mitigating the effects of flooding and has to enforce those regulations.[7] Assumption Parish, Louisiana – Code of Ordinances Ch. 5, Sub-Ch. A.

17.  Assumption Parish's floodplain management regulations must satisfy state law as well as NFIP requirements.

18.  As an NFIP community, Assumption Parish has committed: (a) to issue or deny permits to build or develop in the floodplain; (b) to inspect all development to assure it complies with the floodplain management regulations Assumption Parish was required to pass to become an NFIP community; (c) to maintain records of floodplain development; (d) to work with FEMA to prepare and revise floodplain maps; and (e) to help residents obtain information about flood hazards, flood insurance, and proper methods of construction.

19.  FEMA reports that the quid pro quo arrangement between communities like Assumption Parish that participate in NFIP floodplain management, a pre-requisite for the Parish to be eligible to participate in the NFIP, has saved the nation over $100 billion dollars in avoided floods over the last 40 years.

20.  One tried-and-true method for reducing floods in Assumption Parish and across Louisiana is elevating homes and businesses, which FEMA used to consider when setting NFIP insurance rates.

21.  Prior to Risk Rating 2.0, FEMA used the 1% Annual Exceedance Probability (AEP) flood as the basis for the National Flood Insurance Program. The 1% AEP flood is a flood that has a 1 in 100 chance of being equaled or exceeded in any given year and an average recurrence interval of 100 years—often referred to as the "100-year flood."

---

[1] https://www.fema.gov/flood-insurance.
[2] https://www.fema.gov/flood-insurance.
[3] https://www.fema.gov/flood-insurance.
[4] https://www.fema.gov/flood-insurance.
[5] https://www.fema.gov/flood-insurance.
[6] https://www.fema.gov/flood-insurance.
[7] https://www.fema.gov/flood-insurance.

22. Before Risk Rating 2.0, FEMA used Flood Insurance Rate Maps to set rates and, in those maps, determined the AEP flood for each flood zone—called the Base Flood Elevation (BFE).

23. For each flood zone, FEMA advised elevating homes at least 1 foot above the BFE because FEMA expected its exposure to flood claims at or above that level to be very infrequent, and so FEMA lowered insurance rates accordingly. The higher a structure was elevated above the BFE level, the lower FEMA's risk for having to pay claims and, therefore, the lower the insurance rate.

24. For decades, Assumption Parish and other parishes across Louisiana adopted FEMA's Rate Maps and required buildings to be built to or above FEMA's BFE. Assumption Parish, Louisiana – Code of Ordinances Ch. 5, Sub-Ch. A. Sec. 5-13(1)(2)

25. One reason Assumption Parish adopted FEMA's Rate Maps and require buildings to be built to or above FEMA's BFE was to take advantage of FEMA's grandfathering policy for its own properties and to make that policy available to all who built in the Assumption Parish. FEMA's grandfathering policy protected those who built in the Assumption Parish from huge rate increases if they built in accordance with the Rate Maps' requirements.

26. In my estimation, approximately 100% of homeowners and 100% of business owners have relied on FEMA's advice to elevate their homes and businesses in accordance with FEMA's Rate Maps, FEMA's grandfathering policy, and Assumption Parish, Louisiana – Code of Ordinances Ch. 5, Sub-Ch. A. Sec. 5-13(1)(2)

27. Despite Assumption Parish's reliance on FEMA's Rate Maps and grandfathering policy, under Risk Rating 2.0, elevating a structure above the BFE appears to have only a negligible effect on the insurance rate charged for elevated homes and businesses.

28. Moreover, Risk Rating 2.0 eliminated FEMA's grandfathering policy. Although FEMA's Community Rating System discounts are still in place for the Assumption Parish, residents of the Assumption Parish still wind up paying much higher rates because, unlike the grandfathering policy, the community rating system discounts do not stop the rates themselves from increasing. So even with the community rating system discounts, members of Assumption Parish pay higher rates under Risk Rating 2.0.

29. Despite the Parish's projected reduction in flooding and flood damage risks impacted by Coastal Restoration projects such as Bayou Chene Gate Structure, and Atchafalaya River Dredging, Risk Rating 2.0 has increased the cost of flood insurance for all properties in the Parish—both residential and commercial—that are in Special Flood Hazard Areas and are backed by federally insured mortgages.

30. Risk Rating 2.0 rate increases not only affect owners of property in Special Flood Hazard Areas but also those who rent properties in Special Flood Hazard Areas. The NFIP rate increases will likely be passed on to renters in the form of rent increases.

31. These rate increases harm all property owners, but they of course pose a particular hardship to low- and moderate-income property owners and their families, many of whom have lived in these areas for generations, and many of whom are racial minorities. Doubtless, many of these low- and moderate-income property owners and their families will struggle to pay for their mandatory insurance at its increased price. Indeed, these rate increases are likely to force many of these property owners and their families out of their homes in these areas, and perhaps out of our Parish altogether, thereby threatening the unique communities and cultures that have developed here over the course of generations.

3

32.  As rates increase, many homeowners, business owners, and renters in Assumption Parish are likely to be priced out of their properties and forced to move to out of the Parish, which will decrease the Parish's tax base and therefore its financial ability to protect its residents and their property from flooding and flood damage.

33.  And by creating a surplus of available property, this exodus from Assumption Parish will negatively impact the property values of those who remain, further decreasing the Parish's tax revenues.

34.  Moreover, even if no one were to leave Assumption Parish, Risk Rating 2.0 is still likely to negatively affect property values in the Parish by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the Parish's tax revenues.

35.  This reduction in tax revenue will inhibit Assumption Parish's ability to protect its residents and their property. This would be tragic given the proven efficacy of Assumption Parish's flood mitigation efforts.

36.  Risk Rating 2.0 apparently fails to account for all of Assumption Parish's flood reduction efforts. By failing to do so, Risk Rating 2.0 will likely decrease Assumption Parish's tax revenues and inhibit the Parish's ability to protect its residents and their property.

37.  The only logical explanation for why Risk Rating 2.0 is increasing rates for Assumption Parish's levee-protected areas and elevated properties is that the methodology used in setting rates must be flawed.

38.  But FEMA's refusal to reveal Risk Rating 2.0's methodology as required by federal law, despite numerous requests from all levels of state government, including parishes, and Louisiana's federal legislators, makes it impossible for Assumption Parish and its floodplain manager to determine where the flaws in FEMA's methodology lie.

39.  That lack of transparency harms Assumption Parish's ability to work with FEMA, as required by the Parish's commitment as an NFIP community to work with FEMA to prepare and revise floodplain maps.


I declare under penalty of perjury that the foregoing is true and correct. Executed in Napoleonville, Louisiana, this 30th day of May 2023.


Leroy Blanchard