# EXHIBIT 8

## Declaration of Doug Rimmer

1. My name is Doug Rimmer. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the president of the Bossier Parish Police Jury and have served in that role since January 18, 2023.

3. The Bossier Parish Police Jury is a local governmental subdivision of the State of Louisiana. La. Const. art. 6 § 44(1).

4. The Bossier Parish Police Jury is located in Benton, Louisiana. Bossier Parish measures 865 square miles and is within one (1) mile of The Red River watershed basin.

5. The Parish of Bossier is prone to flooding because: (1) proximity to the Red River watershed basin and back water thereof, and to the Gulf Coast; (2) proximity to hurricane zone; (3) low elevation and flat topography; (4) forty-percent (40%) of the parish is located in Special Flood Hazard Areas; and (5) ten percent (10%) of businesses and houses in the parish are located in Special Flood Hazard Areas.

6. Each year, the Parish of Bossier experiences an average of two to four flooding events.

7. The average annual cost of flood damage in the Parish of Bossier is $50,000.

8. The Parish has authority to mitigate its flood risk and remediate flood damage. Specifically, the Parish has authority to enact ordinances and resolutions, establish programs and set policies . The Parish of Bossier operates under a Police Jury System. Laws concerning the authority and responsibility of the police jury can be found in the Police Jury Association of Louisiana's Manual and Bylaws. https://www.lpgov.org/page/pjalmanual2020.

9. To promote flood recovery within its borders, the Parish of Bossier has received grants to purchase flood damaged homes; assisted with restoring roads and utilities and cleaning up properties; provided information about available financial assistance; and permitted reconstruction using current flood reduction provisions.

10. The Parish of Bossier expends an average of $50,000 a year in flood recovery projects like the ones described above.

11. The Parish of Bossier's mitigation efforts include (1) requiring a one-foot freeboard policy above the FEMA base flood elevation or eighteen (18) inches or more above the high water mark of the Red River; (2) implementing twenty-five and one-hundred year detention policies, eighteen (18) inches or more above the high water mark of the Red River; (3) giving Hazard Mitigation Program grants and home buyouts through GOHSEP for flooded and repetitive loss properties; (4) establishing an updated drainage ordinance; and creating a no adverse impact drainage guideline.

12. The Parish of Bossier spends approximately $500,000.00 a year on flood mitigation projects like the ones discussed above.

13. Flood insurance is another important tool for protecting the Parish of Bossier residents and their most important financial assets—their home, business, and possessions. "Floods can happen anywhere," and the Federal Emergency

Management Agency (FEMA) estimates that "just one inch of floodwater can cause up to $25,000 in damage."[1]

14. Because most homeowners insurance does not cover flood damage, homeowners need a separate flood insurance policy to cover the building, the contents of the building, or both.

15. The federal National Flood Insurance Program (NFIP) is the flood insurer of last resort. FEMA manages the NFIP. A network of more than 50 private insurance companies and the NFIP Direct deliver NFIP to the public.[2]

16. "The NFIP provides flood insurance to property owners, renters, and businesses" alike.[3] FEMA acknowledges that having flood insurance coverage helps policyholders recover faster when floodwaters recede.[4] The NFIP requires homes and businesses in high-risk flood areas with mortgages from government-backed lenders to have flood insurance.

17. NFIP insurance is available to anyone living in one of the 23,000 participating NFIP communities.[5] "A community is a governmental body with the statutory authority to enact and enforce development regulations."[6] A parish can be a community.

18. The Parish of Bossier is an NFIP community.

19. To become an NFIP community, the Parish of Bossier had to enact and implement floodplain management regulations aimed at mitigating the effects of flooding and has to enforce those regulations.[7]  See, Chapter 54, Floods and Chapter 110, Sections 67(a)(3) and 95 of the Bossier Parish Code of Ordinances.

20. The Parish of Bossier's flood plain management regulations must satisfy state law as well as NFIP requirements.

21. As an NFIP community, the Parish of Bossier has committed: (a) to issue or deny permits to build or develop in the floodplain; (b) to inspect all development to assure it complies with the floodplain management regulations the Parish of Bossier was required to pass to become an NFIP community; (c) to maintain records of floodplain development; (d) to work with FEMA to prepare and revise floodplain maps; and (e) to help residents obtain information about flood hazards, flood insurance, and proper methods of construction.

22. FEMA reports that the quid pro quo arrangement between communities like the Parish of Bossier that participate in NFIP floodplain management, a prerequisite for the Parish to be eligible to participate in the NFIP, has saved the nation over $100 billion dollars in avoided floods over the last 40 years.

23. One tried-and-true method for reducing floods in Parish of Bossier and across Louisiana is elevating homes and businesses, which FEMA used to take into account when setting NFIP insurance rates.

24. Prior to Risk Rating 2.0, FEMA used the 1% Annual Exceedance Probability (AEP) flood as the basis for the National Flood Insurance Program. The 1% AEP flood is a flood that has a 1 in 100 chance of being equaled or exceeded in

---

[1] https://www.fema.gov/flood-insurance.
[2] https://www.fema.gov/flood-insurance.
[3] https://www.fema.gov/flood-insurance.
[4] https://www.fema.gov/flood-insurance.
[5] https://www.fema.gov/flood-insurance.
[6] https://www.fema.gov/flood-insurance.
[7] https://www.fema.gov/flood-insurance.

2

any given year and an average recurrence interval of 100 years—often referred to as the "100-year flood."

25. Before Risk Rating 2.0, FEMA used Flood Insurance Rate Maps to set rates and, in those maps, determined the AEP flood for each flood zone—called the Base Flood Elevation (BFE).

26. For each flood zone, FEMA advised elevating homes at least 1 foot above the BFE because FEMA expected its exposure to flood claims at or above that level to be very infrequent, and so FEMA lowered insurance rates accordingly. The higher a structure was elevated above the BFE level, the lower FEMA's risk for having to pay claims and, therefore, the lower the insurance rate.

27. For decades, the Parish of Bossier and other parishes across Louisiana adopted FEMA's Rate Maps and/or required new and substantial improvements to buildings to be built at least 1 foot above FEMA's BFE. See, Chapter 54, Floods, Sections 91 and 92 of the Bossier Parish Code of Ordinances.

28. One reason the Parish of Bossier adopted FEMA's Rate Maps and required buildings to be built at least 1 foot above the BFE was to provide a level of protection and lower risks of flooding and make properties insurable.

29. In my estimation, approximately less than five percent (5%) of homeowners and business owners have relied on FEMA's advice to elevate their existing homes and businesses in accordance with FEMA's Rate Maps. New and substantial improvements to structures are required to follow Bossier Parish Code of Ordinances 54-91 and 54-92.

30. FEMA, the Department of Housing and Urban Development (HUD), and the State offer grants for elevating homes and businesses. The Parish of Bossier applies for these on an as needed basis to assist the citizens of the parish.

31. The Parish of Bossier assists homeowners in applying and administering those grant programs. The Parish of Bossier has been a subrecipient for several Hazard Mitigation grants. The Governor's Office of Homeland Security and Emergency Preparedness (GOHSEP) is typically the recipient of these grants.

32. In my estimation, less than one percent (1%) of home and business owners in the Parish of Bossier have received elevation grants.

33. Since Risk Rating 2.0 went into effect, the Parish of Bossier has not received any grant applications.

34. If a recipient of an elevation grant fails to comply with the program's requirements, repayment is designated within that program.

35. Despite the grant programs, the Parish of Bossier's reliance on FEMA's Rate Maps and grandfathering policy, and the Parish of Bossier's success in flood reduction from elevating structures, under Risk Rating 2.0, elevating a structure above the BFE appears to have only a negligible effect on the insurance rate charged for elevated homes and businesses.

36. The Parish of Bossier flood mitigation efforts have successfully reduced flooding. For example, removing 26 flood-prone homes through the FEMA buy-out program has decreased future flood losses during river flood and hurricane events.

37. Despite the Parish of Bossier reduction in flooding and flood damage, Risk Rating 2.0 has increased the cost of flood insurance for some properties in the Parish—both residential and commercial—that are in Special Flood Hazard Areas and are backed by federally insured mortgages.

3

38. I estimate those properties to make up approximately twenty percent (20%) of all properties in Parish of Bossier. Risk Rating 2.0 either has already increased the flood insurance rates for those properties or will increase their rates when their NFIP policies renew, regardless of whether the properties are protected by levees or have been elevated—or both.

39. Those rate increases not only affect owners of property in Special Flood Hazard Areas but also those who rent properties in Special Flood Hazard Areas. The NFIP rate increases will likely be passed on to renters in the form of rent increases.

40. These rate increases harm all property owners, but they of course pose a particular hardship to low and moderate income property owners and their families, many of whom have lived in these areas for generations, and many of whom are racial minorities. Doubtless, many of these low and moderate income property owners and their families will struggle to pay for their mandatory insurance at its increased price. Indeed, these rate increases are likely to force many of these property owners and their families out of their homes in these areas, and perhaps out of our Parish altogether, thereby threatening the unique communities and cultures that have developed here over the course of generations. This is profoundly unjust, especially considering that it was FEMA's promise of lower insurance rates that convinced many of these vulnerable property owners and their families to make significant investments in elevation and other flood mitigation measures. But apparently FEMA considers this to be "Equity in Action."

41. As rates increase, many homeowners, business owners, and renters in Parish of Bossier are likely to be priced out of their properties and forced to move to out of the Parish, which will decrease the Parish's tax base and therefore its financial ability to protect its residents and their property from flooding and flood damage.

42. And by creating a surplus of available property, this exodus from Parish of Bossier will negatively impact the property values of those who remain, further decreasing the Parish's tax revenues.

43. Moreover, even if no one were to leave Parish of Bossier, Risk Rating 2.0 is still likely to negatively affect property values in the Parish by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the Parish's tax revenues.

44. This reduction in tax revenue will inhibit Parish of Bossier's ability to protect its residents and their property. This would be tragic given the proven efficacy of Parish of Bossier's recent flood mitigation efforts.

45. Risk Rating 2.0 apparently fails to account for all of Parish of Bossier's flood reduction successes. By failing to do so, Risk Rating 2.0 will likely decrease Parish of Bossier's tax revenues and inhibit the Parish's ability to protect its residents and their property.

46. The only logical explanation for why Risk Rating 2.0 is increasing rates for Parish of Bossier levee-protected areas and elevated properties is that the methodology used in setting rates must be flawed.

47. But FEMA's refusal to reveal Risk Rating 2.0's methodology as required by federal law, despite numerous requests from all levels of state government, including parishes, and Louisiana's federal legislators, makes it impossible for Parish of Bossier and its floodplain manager to determine where the flaws in FEMA's methodology lie.

48. That lack of transparency harms Parish of Bossier's ability to work with FEMA, as required by the Parish's commitment as an NFIP community to work with FEMA to prepare and revise floodplain maps.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Benton, Bossier Parish, Louisiana, this 30th day of May, 2023.

*Doug Rimmer*, Parish President