# EXHIBIT 16

## Declaration of Mark Ball

1. My name is Mark Ball. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the President of the Grant Parish Police Jury and have served in that role since January 12, 2023.

3. Grant Parish Police Jury is a local governmental subdivision of the State of Louisiana. La. Const. art. 6 § 44(1).

4. Grant Parish is located in the north central portion of Louisiana and measures 643 square miles, and is within less than a mile of the Red River, Nantachie Lake, Iatt Lake, Hardwater Lake, and Little River.

5. Grant Parish has authority to mitigate its flood risk and remediate flood damage. Specifically, Grant Parish has authority to deny Development/Building permits if not brought up to NFIP standards when permitting in a flood zone. Grant Parish has operated under a Policy Jury System since around 1918. Duties and Powers of the Grant Parish Police Jury are followed according to La.R.S.33:1236.

6. To promote flood recovery within its borders, Grant Parish has implemented the permitting system, agreed upon procedures through the NFIP, and taken advantage of grants specifically for flood mitigation.

7. Grant Parish has currently applied for over half of a million dollars in grant funds as a part of the flood mitigation efforts.

8. Those efforts include a current project and a current application through the Watershed Initiative Program providing improvements to the drainage structures needed to address the flooding and damages due to undersized or inadequate conveyance channels. Improvements proposed are going to address the 100-year flood events where feasible to reduce or eliminate flood damages.

9. Flood insurance is another important tool for protecting Grant Parish residents and their most important financial assets—their home, business, and possessions. "Floods can happen anywhere," and the Federal Emergency Management Agency (FEMA) estimates that "just one inch of floodwater can cause up to $25,000 in damage."[1]

10. Because most homeowners' insurance does not cover flood damage, homeowners need a separate flood insurance policy to cover the building, the contents of the building, or both.

11. The federal National Flood Insurance Program (NFIP) is the flood insurer of last resort. FEMA manages the NFIP. A network of more than 50 private insurance companies and the NFIP Direct deliver NFIP to the public.[2]

12. "The NFIP provides flood insurance to property owners, renters, and businesses" alike.[3] FEMA acknowledges that having flood insurance coverage helps policyholders recover faster when floodwaters recede.[4] The NFIP requires homes and businesses in high-risk flood areas with mortgages from government-backed lenders to have flood insurance.

13. NFIP insurance is available to anyone living in one of the 23,000 participating NFIP communities.[5] "A community is a governmental body with the statutory authority to enact and enforce development regulations."[6] A parish can be a community.

14. Grant Parish is an NFIP community.

15. To become an NFIP community, Grant Parish had to enact and implement floodplain management regulations aimed at mitigating the effects of flooding and must enforce those regulations.[7]

16. Grant Parish floodplain management regulations must satisfy state law as well as NFIP requirements.

17. As an NFIP community, Grant Parish has committed: (a) to issue or deny permits to build or develop in the floodplain; (b) to inspect all development to assure it complies with the floodplain management regulations Grant Parish required to pass to become an NFIP community; (c) to maintain records of floodplain development; (d) to work with FEMA to prepare and revise floodplain maps; and (e) to help residents obtain information about flood hazards, flood insurance, and proper methods of construction.

18. FEMA reports that the quid pro quo arrangement between communities like Grant Parish that participate in NFIP floodplain management, a pre-requisite

---

[7] https://www.fema.gov/flood-insurance.

for the Parish to be eligible to participate in the NFIP, has saved the nation over $100 billion dollars in avoided floods over the last 40 years.

19. One tried-and-true method for reducing floods in Grant Parish and across Louisiana is elevating homes and businesses, which FEMA used to take into account when setting NFIP insurance rates.

20. Prior to Risk Rating 2.0, FEMA used the 1% Annual Exceedance Probability (AEP) flood as the basis for the National Flood Insurance Program. The 1% AEP flood is a flood that has a 1 in 100 chance of being equaled or exceeded in any given year and an average recurrence interval of 100 years—often referred to as the "100-year flood."

21. Before Risk Rating 2.0, FEMA used Flood Insurance Rate Maps to set rates and, in those maps, determined the AEP flood for each flood zone—called the Base Flood Elevation (BFE).

22. For each flood zone, FEMA advised elevating homes at least 1 foot above the BFE because FEMA expected its exposure to flood claims at or above that level to be very infrequent, and so FEMA lowered insurance rates accordingly. The higher a structure was elevated above the BFE level, the lower FEMA's risk for having to pay claims and, therefore, the lower the insurance rate.

23. For decades, Grant Parish and other parishes across Louisiana adopted FEMA's Rate Maps and required buildings to be built at least 1 foot above FEMA's BFE.

**The following is an excerpt from the minutes of the regular meeting held by the Grant Parish Police Jury on September 11, 1997 in which a quorum was present:**

Motion by Mr. Mike Brown, seconded by Mr. Donnie Brown and unanimously carried to adopt the following Ordinance establishing a Flood Zone Compliance Statement and enforcement, thereof: ORDINANCE The Grant Parish Police Jury does hereby enact the following ordinance in conjunction with the ordinance creating the Grant Parish Permit Office: The Grant Parish Permit Officer shall have the authority to enforce the Grant Parish Flood Zone Permit requirement by imposition of the enforcement clause of the Compliance Statement which will be signed and agreed to by all persons seeking a permit to build, construct, reconstruct, remodel or improve substantially any property owned by him/her which falls under the Grant Parish Flood Zone Permit requirements. The enforcement clause of the Compliance Statement gives the Grant Parish Permit Officer the authority to order the disconnect of all electrical power to the residential meter from the utility company servicing that E-911 address should that resident or property owner be deemed to be in violation of state sanitary codes regulated through the Grant Parish Health Department and/or the Grant Parish Flood Hazard Regulations.

(s) Randall K. Briggs  
Randall K. Briggs  
President Grant Parish Police Jury

(s) Cecil W. Ballard  
Cecil W. Ballard Secretary /Treasurer  
Grant Parish Police Jury

3

COMPLIANCE STATEMENT A.) Permit or Affidavit I fully agree to comply with all state and parish sanitary codes as instructed by the Grant Parish Police Jury and the Grant Parish Health Department. I am aware that falsification of the attached permit or use of utilities for anything other than stated above will result in the loss of fee(s), immediate disconnection of electrical service, and subject to any penalties set forth in parish and state laws. I understand that in the event I wish to make any changes on my property, other than those listed on the attached, that will alter the conditions of my permit/affidavit that I will, prior to altering these conditions, apply at the Building Permit Office for the proper forms to do so.
B.) Development in Flood Zone Areas: I have been provided with Flood Zone Determination data as required by FEMA and additional information and agree to the following:

- If my property exists in a Flood Area as indicated above, I understand I must provide additional information to my financing agency, flood insurance agency and Building Permit Office.
- In order to obtain a final electrical tag, I WILL furnish Flood Elevation Certificate documents completed by a licensed land surveyor or licensed engineer as required, certifying that the structure is above base flood elevation requirements.
- I fully understand my obligations as a developer and certify that I have been provided all the necessary information from the Grant Parish Building Permit Office.
- I fully understand that I am not to make any changes in the structure(s) after the elevation documents are completed. Failure to follow this section will result in a violation and be subject to fines, penalties, or loss of permit. The FIRM maps and other flood data used by the Permit Officer in evaluating flood hazards to proposed developments are considered reasonable and accurate for regulatory purposes and are based on the best available scientific and engineering data. On rare occasions greater floods can and will occur and flood heights may be increased by man-made or natural causes. This does not imply that developments outside the identified areas of special flood hazard or developments inside of flood hazard areas who build above the base flood elevation will be free from flooding or flood damage. Issuance of this permit shall not create liability on the part of the Grant Parish Police Jury, Engineers, Permit Officer, or employee of Grant Parish in the event flooding or flood damage does occur.

24. One reason Grant Parish adopted FEMA's Rate Maps and required buildings to be built at least 1 foot above the BFE was to take advantage of FEMA's grandfathering policy for its own properties and to make that policy available to all who built in Grant Parish. FEMA's grandfathering policy protected those who built in the Grant Parish from huge rate increases if they built in accordance with the Rate Maps' requirements.

25. In my estimation, approximately 99% of homeowners have relied on FEMA's advice to elevate their homes and businesses in accordance with FEMA's Rate Maps, FEMA's grandfathering policy.

26. Despite the grant programs, Grant Parish reliance on FEMA's Rate Maps and grandfathering policy, and Grant Parish's success in flood reduction from elevating structures, under Risk Rating 2.0, elevating a structure above the BFE appears to have only a negligible effect on the insurance rate charged for elevated homes and businesses.

27. Moreover, Risk Rating 2.0 eliminated FEMA's grandfathering policy. Although FEMA's Community Rating System discounts are still in place for Grant

4

Parish, residents of Grant Parish still wind up paying much higher rates because, unlike the grandfathering policy, the community rating system discounts do not stop the rates themselves from increasing. So even with the community rating system discounts, members of Grant Parish pay higher rates under Risk Rating 2.0.

28. Those rate increases not only affect owners of property in Special Flood Hazard Areas but also those who rent properties in Special Flood Hazard Areas. The NFIP rate increases will likely be passed on to renters in the form of rent increases.

29. These rate increases harm all property owners, but they of course pose a particular hardship to low- and moderate-income property owners and their families, many of whom have lived in these areas for generations, and many of whom are racial minorities. Doubtless, many of these low- and moderate-income property owners and their families will struggle to pay for their mandatory insurance at its increased price. Indeed, these rate increases are likely to force many of these property owners and their families out of their homes in these areas, and perhaps out of our Parish altogether, thereby threatening the unique communities and cultures that have developed here over the course of generations. This is profoundly unjust, especially considering that it was FEMA's promise of lower insurance rates that convinced many of these vulnerable property owners and their families to make significant investments in elevation and other flood mitigation measures. But apparently FEMA considers this to be "Equity in Action."

30. As rates increase, many homeowners, business owners, and renters in Grant Parish likely to be priced out of their properties and forced to move to out of the Parish, which will decrease the Parish's tax base and therefore its financial ability to protect its residents and their property from flooding and flood damage.

31. By creating a surplus of available property, this exodus from Grant Parish will negatively impact the property values of those who remain, further decreasing the Parish's tax revenues.

32. Moreover, even if no one were to leave Grant Parish Risk Rating 2.0 is still likely to negatively affect property values in the Parish by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the Parish's tax revenues.

33. As Grant Parish is already a very poor, rural area, this reduction in tax revenue will inhibit Grant Parish's ability to protect its residents and their property. This would be tragic given the proven efficacy of Grant Parish flood

mitigation efforts, especially when one contrasts the immense damage inflicted by the floods of 2016 which we are still working towards mitigation.

34. Risk Rating 2.0 apparently fails to account for all of Grant Parish flood reduction successes. By failing to do so, Risk Rating 2.0 will likely decrease Grant Parish tax revenues and inhibit the Parish's ability to protect its residents and their property.

35. The only logical explanation for why Risk Rating 2.0 is increasing rates for Grant Parish levee-protected areas and elevated properties is that the methodology used in setting rates must be flawed.

36. FEMA's refusal to reveal Risk Rating 2.0's methodology as required by federal law, despite numerous requests from all levels of state government, including parishes, and Louisiana's federal legislators, makes it impossible for Grant Parish and its floodplain manager to determine where the flaws in FEMA's methodology lie.

37. That lack of transparency harms Grant Parish ability to work with FEMA, as required by the Parish's commitment as an NFIP community to work with FEMA to prepare and revise floodplain maps.

I, Mark Ball, declare under penalty of perjury that the foregoing is true and correct. Executed in Colfax, Louisiana, this 25th day of May, 2023.

Mark Ball
President
Grant Parish Police Jury