# EXHIBIT 17



# Jefferson Parish

### Office of the Parish President

### Declaration of the Parish of Jefferson

1. My name is Cynthia Lee Sheng. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the president of the Parish of Jefferson and have served in that role since January 8, 2020.

3. The Parish of Jefferson is a local governmental subdivision of the State of Louisiana. La. Const. art. 6 § 44(1).

4. The Parish of Jefferson is located in southeastern Louisiana, consisting of 641 square miles, spanning 55 miles north to south from Lake Pontchartrain to the Gulf of Mexico, and is segmented into two banks (east & west) by the Mississippi River.

5. The Parish of Jefferson is prone to flooding because (1) proximity to Lake Pontchartrain, the Mississippi River, and the Gulf of Mexico; (2) risk for hurricane impacts; (3) low elevation; (4) approximately half of the parish is in the Special Flood Hazard Area (SFHA); (5) with 43,146 buildings in the SFHA and a total of 166,000 buildings in Jefferson Parish, 26% of all buildings are located in the SFHA; (6) an average annual precipitation for the area is 64.16 inches; (7) an average shoreline erosion rate of 10 meters per year; and (8) climate change associated sea level rise.

6. The Parish of Jefferson had 54 recorded flood events over a period of 22 years which calculates to a 100% annual probability of future flood occurrences.

7. The total cost of flood insurance claims paid out to policyholders in the Parish of Jefferson, including its municipalities, between 1978 through 2021 equals $3,511,492,390.

8. The Parish of Jefferson has authority to mitigate its flood risk and remediate flood damage. Specifically, pursuant to Section 1.01 of its home rule charter, the Parish of Jefferson has the authority to "[d]evelop, maintain, and operate flood control and surface drainage programs, works, and systems; and cooperate with federal, regional, and state agencies in their development, administration, and operation."

9. Pursuant to Section 2.01(A) of the Parish of Jefferson's home rule charter, "the Parish Council shall be the legislative and policy making body of the parish and shall have authority, except as otherwise provided by this Charter, by the Constitution of this State, and specifically by Article XIV, Section 3(c) of the Constitution of 1921 and Article VI, of the Constitution of 1974, pertaining to the powers of the Sheriff, the Tax Assessor, the Clerk of the District Court, the School Board, and the incorporated municipalities of the parish, to exercise all powers of

the parish, and to adopt such ordinances and resolutions as may be proper in the exercise thereof."

10. The Parish of Jefferson's home rule charter was approved on November 5, 1957. It became completely effective on the first Monday after all members of the first Parish Council and the first Parish President received their commissions and qualified as provided by law.

11. To promote flood recovery within its borders, the Parish of Jefferson has, among other things, levied *ad valorem* taxes used to fund construction of drainage projects, operates and maintains federal flood protection projects and provides home elevation and reconstruction grants.

12. The Parish of Jefferson has expended a total of $263,226,942.76 in FEMA funding since Hurricanes Katrina and Rita on flood prevention and recovery projects.

13. The Parish of Jefferson has adopted and codified Chapter 14 of the Jefferson Parish Code of Ordinance titled the Flood Damage Prevention Ordinance, implemented FEMA-funded Hazard Mitigation Assistance projects, implemented the Community Rating System and adopted the parish's Multijurisdictional Hazard Mitigation Plan, Program for Public Information, Repetitive Loss Area Analysis, Watershed Management Plan, Green Infrastructure Plan, and adopted a 1 foot of freeboard requirement for all residential structures.

14. The Parish of Jefferson spends approximately $15,622,555.76 a year on flood mitigation projects.

15. Flood insurance is another important tool for protecting the Parish of Jefferson's residents and their most important financial assets—their home, business, and possessions. "Floods can happen anywhere," and the Federal Emergency Management Agency (FEMA) estimates that "just one inch of floodwater can cause up to $25,000 in damage."[1]

16. Because most homeowner's insurance does not cover flood damage, homeowners need a separate flood insurance policy to cover the building, the contents of the building, or both.

17. The federal National Flood Insurance Program (NFIP) is the flood insurer of last resort. FEMA manages the NFIP. A network of more than 50 private insurance companies and the NFIP Direct deliver NFIP to the public.[2]

18. "The NFIP provides flood insurance to property owners, renters, and businesses" alike.[3] FEMA acknowledges that having flood insurance coverage helps policyholders recover faster when floodwaters recede.[4] The NFIP requires homes

---

[1] https://www.fema.gov/flood-insurance.
[2] https://www.fema.gov/flood-insurance.
[3] https://www.fema.gov/flood-insurance.
[4] https://www.fema.gov/flood-insurance.

2

and businesses in high-risk flood areas with mortgages from government-backed lenders to have flood insurance.

19. NFIP insurance is available to anyone living in one of the 23,000 participating NFIP communities.[5] "A community is a governmental body with the statutory authority to enact and enforce development regulations."[6] A parish can be a community.

20. The Parish of Jefferson is an NFIP participating community.

21. To become an NFIP community, the Parish of Jefferson had to enact and implement floodplain management regulations aimed at mitigating the effects of flooding and has to enforce those regulations.[7] These regulations are codified as Chapter 14 Flood Damage Prevention Ordinance of the Code of Ordinances, Jefferson Parish, Louisiana.[8]

22. The Parish of Jefferson's floodplain management regulations must satisfy state law as well as NFIP requirements[9].

23. As an NFIP community, the Parish of Jefferson has committed: (a) to issue or deny permits to build or develop in the floodplain; (b) to inspect all development to assure it complies with the floodplain management regulations Jefferson Parish was required to pass to become an NFIP community; (c) to maintain records of floodplain development; (d) to work with FEMA to prepare and revise floodplain maps; and (e) to help residents obtain information about flood hazards, flood insurance, and proper methods of construction.

24. FEMA reports that the quid pro quo arrangement between communities like the Parish of Jefferson that participate in NFIP floodplain management, a pre-requisite for the Parish to be eligible to participate in the NFIP, has saved the nation over $100 billion dollars in avoided floods over the last 40 years.

25. One tried-and-true method for reducing floods in Jefferson Parish and across Louisiana is elevating homes and businesses, which FEMA used to take into account when setting NFIP insurance rates.

26. Prior to Risk Rating 2.0, FEMA used the 1% Annual Exceedance Probability (AEP) flood as the basis for the National Flood Insurance Program. The 1% AEP flood is a flood that has a 1 in 100 chance of being equaled or exceeded in any given year and an average recurrence interval of 100 years—often referred to as the "100-year flood."

---

[5] https://www.fema.gov/flood-insurance.
[6] https://www.fema.gov/flood-insurance.
[7] https://www.fema.gov/flood-insurance.
[8] https://library.municode.com/la/jefferson_parish/codes/code_of_ordinances?nodeId=PTIICOOR_CH14FLDAPROR
[9] LSA-R.S. 38:84

3

27. Before Risk Rating 2.0, FEMA used Flood Insurance Rate Maps to set rates and, in those maps, determined the AEP flood for each flood zone—called the Base Flood Elevation (BFE).

28. For each flood zone, FEMA advised elevating homes at least 1 foot above the BFE because FEMA expected its exposure to flood claims at or above that level to be very infrequent, and so FEMA lowered insurance rates accordingly. The higher a structure was elevated above the BFE level, the lower FEMA's risk for having to pay claims and, therefore, the lower the insurance rate.

29. For decades, the Parish of Jefferson and other parishes across Louisiana adopted FEMA's Rate Maps and more recently started requiring buildings to be built at least 1 foot above FEMA's BFE per Ordinance Number 26263 adopted on August 25, 2021.

30. One reason the Parish of Jefferson adopted FEMA's Rate Maps and requires buildings to be built at least 1 foot above the BFE was to take advantage of FEMA's grandfathering policy for its own properties and to make that policy available to all who built in the Parish of Jefferson. FEMA's grandfathering policy protected those who built in the Parish of Jefferson from huge rate increases if they built in accordance with the Rate Maps' requirements.

31. In my estimation, over 2000 homes and businesses have relied on FEMA's advice to elevate their homes and businesses in accordance with FEMA's Rate Maps, FEMA's grandfathering policy, and Jefferson Parish's Substantial Damage/Substantial Improvement regulations requiring elevation as noted in the Flood Damage Prevention Ordinance under Sec. 14-6.2.2 and 14-6.2.3.

32. FEMA offers grants for elevating and rebuilding homes and businesses, drainage improvements, generators, wind retrofit, and other mitigation options. Under FEMA's Hazard Mitigation Assistance Program, the following grants offered include Flood Mitigation Assistance, Building Resilient Infrastructure and Communities, Hazard Mitigation Grant Program.

33. The Parish of Jefferson administers and enforces these grant programs through the Department of Floodplain Management and Hazard Mitigation. The department's role includes processing grant applications, distributing grant funds, and monitoring and enforcing grantees' compliance with the requirements of those programs.

34. In my estimation, over 2000 structures in the Parish of Jefferson have received FEMA-funded elevation/mitigation reconstruction grants.

35. Since Risk Rating 2.0 went into effect, those who previously were approved for grants are choosing not to move forward with their mitigation project. This is because the grant is contingent, in part, on grant recipients maintaining flood insurance. Fewer of those who are approved for grants are willing to agree to this condition because mitigation efforts are not offsetting the skyrocketing premiums. As a result of Risk Rating 2.0, the Parish has seen the number of grant recipients

4

opting not to move forward with their mitigation project—even after approval—increase by 5%. And the Parish expects this number to continue to rise. With residents choosing not to move forward with mitigation projects after approval, the Parish expects to see mitigation efforts drop significantly.

36. In my estimation, the Parish of Jefferson spends approximately $750,000 of department operating funds each year to educate parish residents about those grant programs, process grant applications, distribute grant funds, and monitor and enforce grantees' compliance with the requirements of those programs.

37. If a recipient of a FEMA mitigation grant fails to comply with the program's requirements, the recipient must repay the value of that grant to FEMA.

38. Despite the grant programs, the Parish of Jefferson's reliance on FEMA's Rate Maps and grandfathering policy, and the parish's success in flood reduction from elevating structures, under Risk Rating 2.0, elevating a structure above the BFE appears to have only a negligible effect on the insurance rate charged for elevated homes and businesses.

39. Moreover, Risk Rating 2.0 eliminated FEMA's grandfathering policy. Although FEMA's Community Rating System discounts are still in place for the Parish of Jefferson, the Parish of Jefferson policyholders still wind up paying much higher rates because, unlike the grandfathering policy, the Community Rating System discounts do not stop the rates themselves from increasing. So even with the Community Rating System discount of 25%, policyholders of the Parish of Jefferson pay higher rates under Risk Rating 2.0.

40. The Jefferson Parish Council has adopted the parish's Multijurisdictional Hazard Mitigation Plan, Program for Public Information, Repetitive Loss Area Analysis, Watershed Management Plan and has adopted a 1 foot of freeboard to help Jefferson Parish receive further discounted flood insurance rates under FEMA's Community Rating System.

41. The Parish of Jefferson's flood mitigation efforts have successfully reduced flooding. For example, the parish had 1,295 Severe Repetitive Loss properties after the flooding that occurred from Hurricanes Katrina and Rita in 2005, Gustav and Ike in 2008, and Isaac in 2012. By 2020, the Severe Repetitive Loss property count was cut in half due to FEMA-funded elevation and mitigation reconstruction projects. When Hurricane Ida hit in 2021, none of those mitigated structures flooded.

42. Despite the Parish of Jefferson's dramatic reduction in flooding and flood damage, Risk Rating 2.0 has increased the cost of flood insurance for many properties in the Parish—both residential and commercial—that are in both Non-Special Flood Hazard Areas and Special Flood Hazard Areas and are backed by federally insured mortgages.

43. I estimate those properties in the Special Flood Hazard Area to make up approximately 26% of all properties in the Parish of Jefferson. Risk Rating 2.0

5

either has already increased the flood insurance rates for many of those properties or will increase their rates when their NFIP policies renew, regardless of whether the properties are protected by levees or have been elevated—or both.

44. Those rate increases not only affect property owners but also those who rent. The NFIP rate increases will likely be passed on to renters in the form of rent increases.

45. These rate increases harm all property owners, but they of course pose a particular hardship to low-and-moderate income property owners and their families, many of whom have lived in these areas for generations, and many of whom are racial minorities. Doubtless, many of these low-and-moderate income property owners and their families will struggle to pay for their mandatory insurance at its increased price. Indeed, these rate increases are likely to force many of these property owners and their families out of their homes in these areas, and perhaps out of our Parish altogether, thereby threatening the unique communities and cultures that have developed here over the course of generations. This is profoundly unjust, especially considering that it was FEMA's promise of lower insurance rates that convinced many of these vulnerable property owners and their families to make significant investments in elevation and other flood mitigation measures. But apparently FEMA considers this to be "Equity in Action."

46. As rates increase, many homeowners, business owners, and renters in the Parish of Jefferson are likely to be priced out of their properties and forced to move to out of the Parish, which will decrease the Parish's tax base and therefore its financial ability to protect its residents and their property from flooding and flood damage.

47. And by creating a surplus of available property, this exodus from the Parish of Jefferson will negatively impact the property values of those who remain, further decreasing the Parish's tax revenues.

48. Moreover, even if no one were to leave the Parish of Jefferson, Risk Rating 2.0 is still likely to negatively affect property values in the Parish by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the Parish's tax revenues.

49. This reduction in tax revenue will inhibit Jefferson the Parish's ability to protect its residents and their property. This would be tragic given the proven efficacy of the Parish of Jefferson's flood mitigation efforts, especially when one contrasts the immense damage inflicted by Hurricanes Katrina and Rita, Gustave and Ike, and Isaac discussed above with the relatively minimal flood damage caused by Hurricane Ida after flood mitigation efforts were made.

50. Risk Rating 2.0 apparently fails to account for all of the Parish of Jefferson's flood reduction successes. By failing to do so, Risk Rating 2.0 will likely decrease the Parish of Jefferson's tax revenues and inhibit the Parish's ability to protect its residents and their property.

51. Jefferson Parish itself has 121 flood policies for parish-owned facilities. The total premium for these policies is $483,666 annually. This is an 11% increase from last year, where the premium was $434,524 for the same number of policies. While this increase is not as significant as the increases for some individual policyholders, it is cause for concern as these individuals decline to undertake mitigation projects and opt out of flood insurance.
52. The only logical explanation for why Risk Rating 2.0 is increasing rates for the Parish of Jefferson levee-protected areas and elevated properties is that the methodology used in setting rates must be flawed.
53. But FEMA's refusal to reveal Risk Rating 2.0's methodology as required by federal law, despite numerous requests from all levels of state government, including parishes, and Louisiana's federal legislators, makes it impossible for the Parish of Jefferson and its floodplain manager to determine where the flaws in FEMA's methodology lie.
54. That lack of transparency harms the Parish of Jefferson's ability to work with FEMA, as required by the Parish's commitment as an NFIP community to work with FEMA to prepare and revise floodplain maps.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 22nd of May, 2023.

_____
Cynthia Lee Sheng, President, Parish of Jefferson

7