# EXHIBIT 28

## Declaration of Michael B. Cooper

1. My name is Michael B. Cooper. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the president of St. Tammany Parish and have served in that role since January 13, 2020.

3. St. Tammany Parish is a local governmental subdivision of the State of Louisiana. La. Const. art. 6 § 44(1).

4. St. Tammany Parish is located in Southeast Louisiana, measures 1,124 square miles, and is located on the north shore of Lake Pontchartrain.

5. St. Tammany Parish is susceptible to flooding from coastal surge, riverine inundation and legacy internal drainage problems.

    - "Rising sea level and subsidence, or Relative Sea Level Rise (RSLR), can accelerate coastal erosion and wetland loss, exacerbate flooding, and increase the extent and frequency of storm impacts."

    - "The Mississippi Delta plain is subject to the highest rate of RSLR of any region in the nation largely due to rapid geologic subsidence." *(STP Hazard Mitigation Plan, 2020).*

6. St. Tammany Parish is a gravity-drainage Parish, as opposed to pumped systems. As such, maintenance of drainageways, strict regulations requiring adequate floodplain storage for developments, and inundation modeling to predict and quantify impacts from new and re-developments are critical to flood risk reduction.

7. St. Tammany Parish has had more disaster declarations than any other parish in the state. (STP Hazard Mitigation Plan-2009).

8. In the last 20 years (2000-2021), there have been 28 storm events, 17 of which were tropical storms and 11 were severe storms and flooding events.

9. In the last decade (2012-2021), there have been a number of federally declared disasters which have impacted St. Tammany Parish:

    - 2021- Ida- DR-4611-LA
    - 2020- Zeta- DR-4577-LA
    - 2016 (August)- Severe Storms and Flooding- DR-4277-LA
    - 2016 (March)- Severe Storms and Flooding- DR-4263-LA
    - 2012- Isaac- DR-4080-LA

10. Using the Insurance Occupancy summary provided by the state Floodplain Coordinator, only cumulative claims information is available:

    - On 8/31/2019 there were 17,094 flood insurance claims resulting in $1,142,193,764.$^{22}$ in closed paid losses (averaging $66,818 per claim) and 38,688 PIF.

    - On 6/24/2022 there were 24,770 flood insurance claims resulting in $1,218,847,169.$^{24}$ in closed paid losses (averaging $49,172 per claim) and 38,426 PIF (a loss of 262 policies).

    - On 5/02/2023 there were 24,798 flood insurance claims resulting in $1,218,847,169.$^{24}$ in closed paid losses (averaging $49,151.$^{03}$ per claim) and 33,876 PIF (a loss of 4,550 policies in one year). RR2.0 went into effect fully in April 1, 2022. Homeowners have had a year to be react to premium increases and many have dropped coverage (a loss of 13% of all Policies in Force).

1

11. St. Tammany Parish enacted a Home Rule Charter government in 1998. Pursuant to the Home Rule Charter, St. Tammany Parish Government has the authority to exercise any power and perform any function necessary, requisite, or proper for the management of its affairs, including the mitigation of flood risk and remediation of flood damage, except as denied by the Charter itself, general state law, or the Louisiana Constitution. In addition, St. Tammany Parish Government has the right, power, and authority to pass all ordinances requisite or necessary to promote, protect, and preserve the general welfare, safety, health, peace, and good order of the Parish, except as inconsistent with the constitution or expressly denied by general law.

12. To promote flood recovery within its borders, St. Tammany Parish Government has enacted a multitude of policies and projects to help residents recover from a flood. Those efforts include higher regulatory standards, for example: Freeboard for all developments; strict fill ordinances in FEMA- and Parish-designated Special Flood Hazard Areas (SFHA); increased requirements and enforcement of buffers, setbacks and greenspaces; requirement for compensatory storage in FEMA- and Parish-designated SFHA areas; requirement for raised construction (and no-fill) in Areas of Special Concern; Moratoriums on dense development in areas of known critical drainage; Wetland Conservation & Development Plan; Parish-owned Wetland Mitigation Bank; Green Infrastructure/Low-Impact Development Plan. St. Tammany Parish has also utilized available funding for talented, credentialed engineering & planning staff, as well as Floodplain Management and Permits, Inspectors and Code Enforcement staff. St. Tammany Parish Grants Department also assists residents with funding applications for residential Elevations and Acquisitions.

13. FEMA HMGP and HUD FMA grants have been utilized for: elevations and acquisitions of flood prone residences; construction of a levee system in south Slidell (in advance of USACE); purchases of critical floodplain properties for conservation/storage areas; watershed-level modeling to determine and prioritize drainage bottlenecks; acquisition of properties for regional detention.

14. St. Tammany Parish Government participates in the FEMA CRS Program and is currently a Class 7.

15. St. Tammany Parish Government spends >$80,000,000.$^{00}$ per year (Capital & District Projects, Coastal Restoration Projects, as well as Elevation & Acquisition grants) on flood mitigation projects like the ones discussed above.

   - In 2022 the budget for Capital and District drainage & flood management projects was: $64,742,494.$^{00}$ and in 2019 the budget for Capital and District drainage & flood management projects was: $82,535,660.$^{00}$ (Averaging $74,000,000.$^{00}$/year)

   Funding source include:

   - The Parish received an average of $5.1 million per year since 2005 for elevation & buyout programs (totaling $ 86.7 million).
   - The Parish has $20 million in GOMESA funding it is using towards coastal restoration and drainage.
   - The Parish Received around $15 million dollars for IDA Waterway Debris Removal to assist with drainage of blocked waterways for the IDA disaster.
   - The Parish received approximately $950,000 in CDBG-DR funding to build a pond at the coroner's office to provide stormwater detention.
   - The Parish received approximately $4 million in CDBG-DR funding to make improvements to the Safe Haven Campus, particularly stormwater management.
   - The Parish received $9.8 million in LRA (Louisiana Recovery Authority) funds (Hurricane Katrina) for Drainage Improvements.

16. Flood insurance is another important tool for protecting St. Tammany Parish residents and their most important financial assets—their home, business, and possessions. "Floods can

happen anywhere," and the Federal Emergency Management Agency (FEMA) estimates that "just one inch of floodwater can cause up to $25,000 in damage."[1]

17. Because most homeowner's insurance does not cover flood damage, homeowners need a separate flood insurance policy to cover the building, the contents of the building, or both.

18. St. Tammany Parish is an NFIP community.

19. To become an NFIP community, St. Tammany Parish Government had to enact and implement floodplain management regulations aimed at mitigating the effects of flooding and has to enforce those regulations.[2]
    - St. Tammany Parish Code of Ordinances, Part II Chapter 115 (Drainage and Flood Control), Chapter 105 (Buildings and Construction) and Chapter 125 (Subdivision Regulations).

20. St. Tammany Parish Government floodplain management regulations must satisfy state law as well as NFIP requirements.

21. As an NFIP community, St. Tammany Parish Government has committed: (a) to issue or deny permits to build or develop in the floodplain; (b) to inspect all development to assure it complies with the floodplain management regulations St. Tammany Parish Government was required to pass to become an NFIP community; (c) to maintain records of floodplain development; (d) to work with FEMA to prepare and revise floodplain maps; and (e) to help residents obtain information about flood hazards, flood insurance, and proper methods of construction.

22. One tried-and-true method for reducing floods in St. Tammany Parish and across Louisiana is elevating homes and businesses, which FEMA used to take into account when setting NFIP insurance rates.

    - The Parish has received an average of $5.1 million per year since 2005 for elevation & buyout programs (totaling $ 86.7 million).

    - A total of 403 homeowners since 2005 have or are in the process of mitigating their properties through FEMA's Flood Mitigation Assistance Program or Hazard Mitigation Grant Program.

        - St. Tammany Parish Government has completed elevating 279 homes of which 121 were RL and 158 were SRL. The Parish has acquired and demolished 81 properties.

        - For the years 2010-2022, St. Tammany Parish acquired 31 structures ($30,675,688.$^{00}$) and removed them from the regulatory floodplain.

        - St. Tammany Parish Government elevated 75 RL & SRL residential structures ($20,733,933.$^{02}$) in 2022 alone.

23. For decades, St. Tammany Parish and other parishes across Louisiana adopted FEMA's Rate Maps and required buildings to be built at least 1 foot above FEMA's BFE.

    - Effective April 7, 2022, St. Tammany Parish Council adopted a Freeboard requirement (Ordinance No. 6852) of Base Flood Eelevation (BFE)+1' for all residential properties in FEMA-designated SFHA and parish-designated Critical Drainage Areas, including machinery & equipment and replacement of mobile homes.

    - All other areas in St. Tammany Parish (Flood Zones B & C) are required to build to a Freeboard of 1' above the crown of the road Parish-determined Areas of Special Concern (ASC) require structures to be constructed 2' above the crown of the road.

---

[1] https://www.fema.gov/flood-insurance.
[2] https://www.fema.gov/flood-insurance.

24. One reason St. Tammany Parish adopted FEMA's Rate Maps and required buildings to be built at least 1 foot above the BFE was to take advantage of FEMA's grandfathering policy for its own properties and to make that policy available to all who built in St. Tammany Parish. FEMA's grandfathering policy protected those who built in St. Tammany Parish from huge rate increases if they built in accordance with the Rate Maps' requirements.

25. A total of 403 homeowners since 2005 have or are in the process of mitigating their properties through FEMA's Flood Mitigation Assistance Program or Hazard Mitigation Grant Program.

26. FEMA offers grants to qualifying residential properties through their Flood Mitigation Assistance Program or if disaster related, their Hazard Mitigation Grant Program.

    - St. Tammany Parish has elevated 279 homes of which 121 were Repetitive Loss (RL) and 158 were Severe Repetitive Loss (SRL).
    - St. Tammany Parish has acquired and demolished 81 properties.

27. Parish staff administers the competitive, pre-disaster Residential Flood Mitigation Assistance Program funded by FEMA through the NFIP. Recipients are required to have an NFIP Flood Insurance Policy. Parish staff also administers the competitive, post-disaster-based funding awarded only under a Presidential Declared Disaster.

28. In my estimation, 0.44% of home and business owners in St. Tammany Parish have received elevation grants. There are approximately 92,000 structures in St. Tammany Parish of which 403 have been elevated (0.44%).

29. Although St. Tammany receives $5.1 million/year for elevation grants, at an average cost of $250,000/home to elevate, only about 20 homes per year can be elevated. There is inadequate funding for all of the requests; thus, there is always a waiting list for residents requesting the funding. RR2.0 has only been fully implemented since April 2022, so, residents may not yet be unaware that their mandatory flood insurance policies will continue to increase upon implementation of RR2.0. In the one year since RR2.0, the Parish has not yet seen defaults on properties due to unaffordability of flood insurance, but some elevated homes have been sold.

30. St. Tammany Parish expends greater than $400,500 per year for grants staff and consultants needed to administer the elevations and acquisition programs, and to manage grants for flood management projects.

31. If a recipient of an elevation grant fails to comply with the program's requirements, the Parish must repay the value of that grant. The following excerpt from a document created by the District Attorney's Office and signed by the grant recipient pre-elevation is used in the event of a grant recipient's failure to comply with the program's requirements:

    - "I understand and acknowledge that the failure to follow the grant requirements and/or the federal laws governing the applicable disaster grant programs, including, but not limited to, the failure to provide the required flood insurance, subjects me/us to potential criminal and civil penalties, enforcement actions, reimbursement of grant funds received, and possible prohibitions for participation in future grant programs. Further, should I/we fail to obtain the required flood insurance on this property within thirty (30) days after written notification by the Parish, that I/we authorize the Parish to obtain and pay for flood insurance on my/our behalf, and to place a lien on the subject property, without the need for legal recourse, for any flood insurance premium paid by the Parish. Should I fail to reimburse the Parish for the flood insurance premium within thirty (30) days after written demand, I consent to the Parish filing suit in the 22nd Judicial District Court to recover any premiums paid by the Parish."

32. Despite the grant programs, St. Tammany Parish's reliance on FEMA's Rate Maps and grandfathering policy, and the Parish's success in flood reduction from elevating structures, under Risk Rating 2.0, elevating a structure above the BFE appears to have only a negligible effect on the insurance rate charged for elevated homes and businesses.

- Premium increases reported the St. Tammany Parish Floodplain Administrator appear to have increased exorbitantly since RR2.0 has gone into effect, such as:
    - Flood Zone B (levee protected): $600 to $4,800
    - Flood Zone A: $1,200 to $6,000
    - Flood Zone C: $450 to $800 (total amount to hit approx. $2,600 after full risk rating)
    - Flood Zone A (Eden Isles area): $2,700 to nearly $10,000

33. Moreover, Risk Rating 2.0 eliminated FEMA's grandfathering policy. Although FEMA's Community Rating System (CRS) discounts are still in place for St. Tammany Parish, residents still wind up paying much higher rates because, unlike the grandfathering policy, the CRS discounts do not stop the rates themselves from increasing. So even with the CRS discounts, residents of St. Tammany Parish pay higher rates under Risk Rating 2.0.

34. St. Tammany Parish is a Class 7 under FEMA's Community Rating System (CRS), primarily through implementing the following:

    - The Parish has implemented higher regulatory standards, including: Freeboard for ALL developments; strict fill ordinances in FEMA- and Parish-designated Special Flood Hazard Areas (SFHA); increased requirements and enforcement of buffers, setbacks and greenspaces; requirement for H&H modeling and compensatory storage in FEMA- and Parish-designated SFHA areas; and a requirement for raised construction (and no-fill) in Areas of Special Concern. Also, an extensive education and outreach program notifying residents of their flood risks; property protection visits and assistance from the Department of Engineering; consistent and frequent drainage system maintenance by the Department of Public Works; and significant number of residential elevations and acquisitions.

35. St. Tammany Parish flood mitigation efforts have successfully reduced flooding. For example:

    - A recent project implemented in 2013 entitled Riverwood and Country Club Estates Drainage, was designed for a 25-yr flood and included 20 homes on Laurelwood Dr. and 21 on Magnolia Ln. for a total of 41 homes in the benefit area. The damages due to flooding for that grant application were estimated to be $3,280,000 at the time of the application.

    - Ben Thomas Road Regional Detention Pond (under design, 26 acres, W-15/Doubloon Bayou) is designed to reduce flood risk in the project benefit area for 1218 residences and businesses, including many of Low-to-moderate income (LMI). There are 227 flooded structures (89 RL) in the benefit area.

    - Lapin Street Regional Pond (2016, 3.5 acres, Bayou Castine) has a benefit area of 1429 residences and businesses. There are 18 flooded structures (3 RL) in the benefit area.

    - Marquette St. Regional Detention Pond (2016, 5.15 acres, Bayou Tete L'Ours) has a benefit area of 211 residences and businesses. There are 6 flooded structures (8 RL).

    - Nelson Court/Woodlands Regional Detention Pond (under design, 11.3 acres, Little Bayou Castine) has a benefit area of 834 residences and businesses.

    - Tenet Pond (2022, 54 acres, W-15/Doubloon Bayou) has a benefit area of 1197 structures with 68 flooded residences and businesses in the benefit area.

36. St. Tammany Parish's Floodplain Administrator estimates that 90% of NFIP policies are seeing increases. 60% of those located in the FEMA-designated SFHA

5

- We have found that NFIP policy rates are even increasing for residences NOT located in Special Flood Hazard Areas.

37. St. Tammany Parish Government itself has seen increases on its own policies under Risk Rating 2.0. The Parish pays for NFIP policies on several parish-owned properties. The Parish has 18 NFIP policies in place, 12 of which have already come up for renewal for the 2023-2024 policy period.

38. While 3 Parish policies have seen a decrease in premium rates, the other 9 policies have seen premium increases up to 17%. For the 12 renewed policies, the Parish paid $43,413 for the 2022-2023 policy period. For the 2023-2024 policy period, the Parish will be paying $46,290, which is a $2,877 increase in premiums. The Parish, therefore, has been financially harmed by Risk Rating 2.0.

39. We do not yet know what the premiums will be for the remaining 6 policies that have not been renewed, but we anticipate at least several of those premiums will increase.

40. The lack of available information about how FEMA calculates these premiums makes it nearly impossible to predict how much these same premiums may change again for the 2024-2025 renewal period, but we are concerned that FEMA will continue to raise the premiums each year.

41. The unpredictability makes it difficult for the Parish to budget for these flood insurance properties.

42. Other policyholders are seeing even greater rate increases, these rate increases not only affect owners of property in Special Flood Hazard Areas but also those who rent properties in Special Flood Hazard Areas. The NFIP rate increases will likely be passed on to renters in the form of rent increases.

43. These rate increases harm all property owners, but they of course pose a particular hardship to low- and moderate-income property owners and their families, many of whom have lived in these areas for generations, and many of whom are racial minorities. Doubtless, many of these low- and moderate-income property owners and their families will struggle to pay for their mandatory insurance at its increased price. Indeed, these rate increases are likely to force many of these property owners and their families out of their homes in these areas, and perhaps out of our Parish altogether, thereby threatening the unique communities and cultures that have developed here over the course of generations. This is profoundly unjust, especially considering that it was FEMA's promise of lower insurance rates that convinced many of these vulnerable property owners and their families to make significant investments in elevation and other flood mitigation measures.

44. As rates increase, many homeowners, business owners, and renters in St. Tammany Parish are likely to be priced out of their properties and forced to move to out of the Parish, which will decrease the Parish's tax base and therefore its financial ability to protect its residents and their property from flooding and flood damage.

45. And by creating a surplus of available property, this exodus from St. Tammany Parish will negatively impact the property values of those who remain, further decreasing the Parish's tax revenues.

46. Moreover, even if no one were to leave St. Tammany Parish, Risk Rating 2.0 is still likely to negatively affect property values in the Parish by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the Parish's tax revenues.

47. Risk Rating 2.0 apparently fails to account for all of St. Tammany Parish's flood reduction successes detailed above. By failing to do so, Risk Rating 2.0 will likely decrease St. Tammany Parish's tax revenues and inhibit the Parish's ability to protect its residents and their property.

48. But FEMA's refusal to reveal Risk Rating 2.0's detailed methodology, despite numerous requests from all levels of state government, including parishes, and Louisiana's federal legislators, makes it impossible for St. Tammany Parish and its floodplain manager to determine how to improve the Parish's risk rating for the benefit of its residents.

49. That lack of transparency harms St. Tammany Parish's ability to work with FEMA, as required by the Parish's commitment as an NFIP community to work with FEMA to prepare and revise floodplain maps.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Mandeville, Louisiana, this 30 day of May 2023.

*[signature]*

MICHAEL B. COOPER
Parish President
St. Tammany Parish Government

7