# EXHIBIT 29

# Declaration of Robby Miller

1. My name is Robby Miller. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the president of the Tangipahoa Parish and have served in that role since January 2016.

3. Tangipahoa Parish is a local governmental subdivision of the State of Louisiana. La. Const. art. 6 § 44(1).

4. The Parish is located in Southeast Louisiana, measures 823 square miles, 32 square miles is water, and is within 63 miles from the Gulf of Mexico.

5. Tangipahoa Parish is prone to flooding because our parish is located 63 miles from the Gulf of Mexico and 37 miles from the Mississippi river. The Parish boundaries are Lake Maurepas and Lake Pontchartrain. 41.1% of Tangipahoa Parish is located in a Special Flood Hazard Area. 17.7% of homes and businesses are located within a Special Flood Hazard Area. According to the NOAA Hurricane Storm Surge Risk Map, approximately 71,000 miles on the south end of Tangipahoa Parish could be impacted by 9 feet of storm surge.

6. Each year, Tangipahoa Parish experiences an average of 7 flooding events.

7. The average annual cost of flood damage in the Tangipahoa Parish exceeds $1 million.

8. Tangipahoa Parish has authority to mitigate its flood risk and remediate flood damage. Specifically, the state legislature has in R.S. 38:84 delegated the responsibility of local governmental units to adopt regulations designed to minimize flood losses.

9. The Parish has operated as Council-President Home Rule Charter form of government since 1986.

10. To promote flood recovery within its borders, the Tangipahoa Parish's Administration and Parish Council and its various departments have made significant efforts and developed programming targeted toward mitigation of flood losses, assisting property-owners, and reducing the number of flooding events. This includes parish ordinance changes and the use of local, State, and federal funding to provide mitigation and recovery assistance. Included in the Parish programs are:

    - The Hazard Mitigation Grant Program has already assisted about 80 property-owners to remove certain properties from future flood

1

  damages. There are another 120 properties that still to be completed but that are eligible for the benefits of the program.

- The Parish has enacted new and stricter flood mitigation measures such as requiring certain 100-year storm event retention ponds built into new subdivisions, protecting the wetland areas, developing larger lot properties, and changing to base flood elevations "plus one ft." requirement.

- The Parish has planned and developed area-wide stormwater retention projects, which include at least a minimum of 4 projects that will have a beneficial impact on reducing floodwaters in local rivers and streams.

- The Parish has installed river gauges and weather stations on a number of significant waterways in the Parish in order to help serve as early warning systems for Parish emergency responders and residents, helping them to prepare for flood events and high rainfall.

- The Parish has prepared parish-wide hazard mitigation plans, long-term recovery plans, and resiliency plans for future programs and projects.

11. Together, these mitigation projects have a significant impact on mitigation and recovery.

12. Tangipahoa Parish Government spends an average of $500,000 a year in flood recovery projects like the ones described above.

13. Those efforts include passing higher regulatory standards including 12 inches of freeboard, fill restrictions in a SFHA, and larger lots in SFHA. Additionally, the Parish is managing the mitigation of dozens of structures.

14. Tangipahoa Parish has spent approximately $2,827,995 a year from 2018 to 2022 on flood mitigation projects like the ones discussed above.

15. Flood insurance is another important tool for protecting the Tangipahoa Parish residents and their most important financial assets—their home, business, and possessions. "Floods can happen anywhere," and the Federal Emergency Management Agency (FEMA) estimates that "just one inch of floodwater can cause up to $25,000 in damage."[1]

---

[1] https://www.fema.gov/flood-insurance.

16. Because most homeowners' insurance does not cover flood damage, homeowners need a separate flood insurance policy to cover the building, the contents of the building, or both.

17. The federal National Flood Insurance Program (NFIP) is the flood insurer of last resort. FEMA manages the NFIP. A network of more than 50 private insurance companies and the NFIP Direct deliver NFIP to the public.[2]

18. "The NFIP provides flood insurance to property owners, renters, and businesses" alike.[3] FEMA acknowledges that having flood insurance coverage helps policyholders recover faster when floodwaters recede.[4] The NFIP requires homes and businesses in high-risk flood areas with mortgages from government-backed lenders to have flood insurance.

19. NFIP insurance is available to anyone living in one of the 23,000 participating NFIP communities.[5] "A community is a governmental body with the statutory authority to enact and enforce development regulations."[6] A parish can be a community.

20. Tangipahoa Parish is an NFIP community.

21. To become an NFIP community, the Tangipahoa Parish had to enact and implement floodplain management regulations aimed at mitigating the effects of flooding and has to enforce those regulations.[7] Additionally, Tangipahoa Parish is a member of the Community Rating System, a voluntary program that requires more stringent enforcement of the NFIP and higher regulatory standards.

22. Tangipahoa Parish floodplain management regulations must satisfy state law as well as NFIP requirements.

23. As an NFIP community, the Tangipahoa Parish has committed: (a) to issue or deny permits to build or develop in the floodplain; (b) to inspect all development to assure it complies with the floodplain management regulations the [Parish] was required to pass to become an NFIP community; (c) to maintain records of floodplain development; (d) to work with FEMA to prepare and revise floodplain maps; and (e) to help residents obtain information about flood hazards, flood insurance, and proper methods of construction.

---

[2] https://www.fema.gov/flood-insurance.
[3] https://www.fema.gov/flood-insurance.
[4] https://www.fema.gov/flood-insurance.
[5] https://www.fema.gov/flood-insurance.
[6] https://www.fema.gov/flood-insurance.
[7] https://www.fema.gov/flood-insurance.

3

24. FEMA reports that the quid pro quo arrangement between communities like Tangipahoa Parish that participate in NFIP floodplain management, a prerequisite for the Parish to be eligible to participate in the NFIP, has saved the nation over $100 billion dollars in avoided floods over the last 40 years.

25. One tried-and-true method for reducing floods in Tangipahoa Parish and across Louisiana is elevating homes and businesses, which FEMA used to take into account when setting NFIP insurance rates.

26. Prior to Risk Rating 2.0, FEMA used the 1% Annual Exceedance Probability (AEP) flood as the basis for the National Flood Insurance Program. The 1% AEP flood is a flood that has a 1 in 100 chance of being equaled or exceeded in any given year and an average recurrence interval of 100 years—often referred to as the "100-year flood."

27. Before Risk Rating 2.0, FEMA used Flood Insurance Rate Maps to set rates and, in those maps, determined the AEP flood for each flood zone—called the Base Flood Elevation (BFE).

28. For each flood zone, FEMA advised elevating homes at least 1 foot above the BFE because FEMA expected its exposure to flood claims at or above that level to be very infrequent, and so FEMA lowered insurance rates accordingly. The higher a structure was elevated above the BFE level, the lower FEMA's risk for having to pay claims and, therefore, the lower the insurance rate.

29. For decades, Tangipahoa Parish and other parishes across Louisiana adopted FEMA's Rate Maps and required buildings to be built at least 1 foot above FEMA's BFE. These maps have been enforced since the 1980's along with the most current building codes including the flood damage prevention provisions.

30. One reason Tangipahoa Parish adopted FEMA's Rate Maps and required buildings to be built at least 1 foot above the BFE was to take advantage of FEMA's grandfathering policy for its own properties and to make that policy available to all who built in Tangipahoa Parish. FEMA's grandfathering policy protected those who built in Tangipahoa Parish from huge rate increases if they built in accordance with the Rate Maps' requirements. This policy incentivized property owners to stay in the flood insurance program.

31. In my estimation, approximately 1% of homeowners and business owners have relied on FEMA's advice to elevate their homes and businesses in accordance with FEMA's Rate Maps, FEMA's grandfathering policy.  Additionally, Tangipahoa Parish has adopted by ordinance and strictly enforces FEMA's substantial damage requirements requiring that any structure that is substantially damaged be mitigated to meet regulatory heights.  Prior to Risk Rating 2.0 this would decrease policy premiums substantially.

4

32. FEMA, the Department of Housing and Urban Development (HUD), Army Corp of Engineers and the State offer grants for elevating homes and businesses.

33. Tangipahoa Parish administers and enforces those grant programs. The Parish is responsible for verifying the homeowner has 24 inches of freeboard and has maintained NFIP coverage.

34. In my estimation, eighty-six (86) homes and business owners in Tangipahoa Parish have received elevation grants.

35. Since Risk Rating 2.0 went into effect, the number of grant applications that the Tangipahoa Parish has received has decreased by about 10%. The decision not to elevate leaves parish residents and their property in harm's way and increases the amount the Parish will have to spend on flood recovery. The decision not to elevate a home or business also harms the flood mitigation industry in the Tangipahoa Parish.

36. Tangipahoa Parish uses social media, radio and community outreach meetings to educate parish residents about those grant programs, process grant applications. If a recipient of a federal elevation grant fails to comply with the program's requirements, the State must repay the value of that grant to the federal agency responsible for the grant program, but the sub applicant to the grant the Parish must repay the value of that grant to the State.

37. Despite the grant programs, Tangipahoa Parish reliance on FEMA's Rate Maps and grandfathering policy, and Tangipahoa Parish success in flood reduction from elevating structures, under Risk Rating 2.0, elevating a structure above the BFE appears to have only a negligible effect on the insurance rate charged for elevated homes and businesses.

38. Moreover, Risk Rating 2.0 eliminated FEMA's grandfathering policy. Although FEMA's Community Rating System discounts are still in place for Tangipahoa Parish, residents of Tangipahoa Parish will wind up paying much higher rates because, unlike the grandfathering policy, the community rating system discounts do not stop the rates themselves from increasing. So even with the community rating system discounts, members of Tangipahoa Parish pay higher rates under Risk Rating 2.0.

39. Additional flood mitigation measures taken by the Parish to receive further discounted flood insurance rates under FEMA's Community Rating System including requiring additional free-board above the BFE reported on FEMA's Rate Maps, limited fill, creation of required open space, and larger lot sizes.

40. The Tangipahoa Parish flood mitigation efforts have successfully reduced flooding. For example, [give as many specific examples as possible of reductions

5

in the number of houses/buildings that were flooded in your parish from one hurricane to another or from one flooding event to another. Specific numbers like the ones from Terrebonne and Lafourche Parishes would be very helpful—those parishes reduced flooding by 1000% between Hurricane Rita in 2005 and Hurricane Barry in 2019. Each hurricane brought a 9.5-foot storm surge to those parishes. Hurricane Rita's storm surge flooded 11,000 homes, but Hurricane Barry's storm surge flooded only 11 homes. Give as many examples like this as possible—one possible example for your parish might be the difference in flooding between Katrina and Ida, etc.]

41. Despite Tangipahoa Parish's reduction in flooding and flood damage, Risk Rating 2.0 has increased the cost of flood insurance for many properties in the Parish—both residential and commercial—that are in Special Flood Hazard Areas and are backed by federally insured mortgages.

42. Risk Rating 2.0 either has already increased the flood insurance rates for those properties or will increase their rates when their NFIP policies renew, regardless of whether the properties are protected by levees or have been elevated—or both.

43. Those rate increases not only affect owners of property in Special Flood Hazard Areas but also those who rent properties in Special Flood Hazard Areas. The NFIP rate increases will likely be passed on to renters in the form of rent increases.

44. These rate increases harm all property owners, but they of course pose a particular hardship to low and moderate income property owners and their families, many of whom have lived in these areas for generations, and many of whom are racial minorities. Doubtless, many of these low and moderate income property owners and their families will struggle to pay for their mandatory insurance at its increased price. Indeed, these rate increases are likely to force many of these property owners and their families out of their homes in these areas, and perhaps out of our Parish altogether, thereby threatening the unique communities and cultures that have developed here over the course of generations. This is profoundly unjust, especially considering that it was FEMA's promise of lower insurance rates that convinced many of these vulnerable property owners and their families to make significant investments in elevation and other flood mitigation measures. But apparently FEMA considers this to be "Equity in Action."

45. As rates increase, many homeowners, business owners, and renters in Tangipahoa are likely to be priced out of their properties and forced to move out of the Parish, which will decrease the Parish's tax base and therefore its financial ability to protect its residents and their property from flooding and flood damage.

6

46. And by creating a surplus of available property, this exodus from Tangipahoa will negatively impact the property values of those who remain, further decreasing the Parish's tax revenues.

47. Moreover, even if no one were to leave Tangipahoa, Risk Rating 2.0 is still likely to negatively affect property values in the Parish by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the Parish's tax revenues.

48. Risk Rating 2.0 apparently fails to account for all of Tangipahoa flood reduction successes. By failing to do so, Risk Rating 2.0 will likely decrease Tangipahoa tax revenues and inhibit the Parish's ability to protect its residents and their property.

49. The only logical explanation for why Risk Rating 2.0 is increasing rates for Tangipahoa levee-protected areas and elevated properties is that the methodology used in setting rates must be flawed.

50. FEMA's refusal to reveal Risk Rating 2.0's methodology as required by federal law, despite numerous requests from all levels of state government, including parishes, and Louisiana's federal legislators, makes it impossible for Tangipahoa Parish and its floodplain manager to determine where the flaws in FEMA's methodology lie.

51. That lack of transparency harms Tangipahoa's ability to work with FEMA, as required by the Parish's commitment as an NFIP community to work with FEMA to prepare and revise floodplain maps.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Amite, LA, this 26th day of May 2023.

*Robby Miller*
_____
Robby Miller, Parish President