# EXHIBIT 32

# DECLARATION OF
# WASHINGTON PARISH, LOUISIANA

1. I, **RICHARD N. THOMAS, JR.**, Washington Parish President since 2011, declare that I am of full age of majority and am competent to make the following declaration. The facts set forth in this declaration are based on my personal knowledge as Parish President and the facts from the Washington Parish Office of Homeland Security and Emergency Preparedness, Washington Parish Director of Public Works, Washington Parish Director of Finance, Washington Parish Quality Assurance Technician and the Washington Parish Council Ordinances and Resolutions.

2. Washington Parish is a local governmental subdivision of the State of Louisiana. La. Const. art. 6 § 44(1).

3. Washington Parish, located in the interior southeast corner of the State of Louisiana, being the most northeasterly of what are called the Florida Parishes, having 45,463 residents as stated in the 2020 census and measuring 676 square miles, with the Bogue Chitto River running through the West side of the Parish and the Pearl River running along the East side of the Parish.

4. Washington Parish is prone to flooding due to (1) watersheds that empty into the two (2) main rivers, the Bogue Chitto River and the Pearl River, which are cluttered with storm debris; (2) the proximity to hurricane zones; (3) low elevations across the Parish; (4) a large percentage of the Parish that is located in Special Flood Hazard Areas; and (5) due to the 2010 FEMA map changes, a number of businesses and dwellings in Washington Parish are now located in the Special Flood Hazard Areas.

5. Each year, Washington Parish experiences an average of one (1) to two (2) flooding events.

6. The average annual cost of flood damage in Washington Parish is approximately $71,172.83 per year.

7. Washington Parish has authority to mitigate its flood risk and remediate flood damage. Washington Parish, under a Home Rule Charter as of October 8, 1997, is made up of seven (7) elected officials and has authority to perform acts consistent with state law deemed to be for the best interest of the people of Washington Parish as outlined in the Washington Parish Home Rule Charter to enact ordinances or laws.

8. To promote flood recovery within its borders, Washington Parish has enacted specific resolutions and ordinances, whether emergency ordinances or general resolutions and ordinances to address flooding issues. Specifically, the Washington Parish Council passed Resolution No. 08-404, dated May 12, 2008, authorizing the Washington Parish Government to prepare and submit a pre-application to the Statewide Flood Control Program for assistance in the implementation of a project for the purpose of reducing existing flood damages; providing for the necessary documentation of said flood damages;

and providing for other related matters in connection therewith; Ordinance No. 09-507, dated November 23, 2009, Flood Damage Prevention Ordinance; Resolution No. 10-456, dated March 9, 2010, requesting assistance from Louisiana Department of Transportation and Development to determine community based bench mark elevations and base flood elevations; Resolution No. 18-860, dated April 9, 2018, authorizing the Washington Parish President to execute documents and agreements required in implementing a grant under the Community Development Block Grant Disaster Recovery Program through the Restore Louisiana Infrastructure: FEMA Public Assistance NonFederal Share Match Program for Washington Parish in the aftermath of 2016 severe storms and flooding events; Ordinance No. 21-693, dated August 29, 2021, revised the Flood Damage Prevention Ordinance No. 09-507 to address the base flood elevations in reference to manufactured homes.

In addition, Washington Parish has received funds to help mitigate structures from future floods as follows:

| | | |
|---|---|---|
| **DR 1603** | **Hurricane Katrina** | **$986,491.00** |
| **DR 4080** | **Hurricane Isaac** | **$1,653,330.00** |
| **CDBG** | **LMI Cost Share** | **$150,789.00** |
| **DR 4263** | **March 2015 Severe Storms and Flooding** | **$1,593,500.00** |
| **DR 4277** | **August 2016 Severe Storms and Flooding** | **$87,084.00** |
| **DR 4611** | **Hurricane Ida** | **$4,632,154.00** |

9. Washington Parish expends an average of $10,000.00 to $20,000.00 a year in flood assistance projects, such as providing sandbags and removing drainage debris.

10. Some areas where the Washington Parish Government assists flood victims is by providing sandbags prior to flooding events, requiring the Parish Government road crews to clear culverts for proper drainage and waiving permit fees during the rebuilding process after flood events.

11. The amount that Washington Parish spends on flood recovery projects has steadily decreased year after year because of the success of the Parish's flood mitigation efforts. Those efforts include continuous cleaning of ditches and culverts across the Parish as often as necessary, elevation of dwellings and acquisitions of approved properties through the FEMA programs.

12. Washington Parish spends approximately $140,000.00 a year on flood mitigation projects and grants like the ones discussed above.

13. Flood insurance is another important tool for protecting the residents of Washington Parish and their most important financial assets—their lives, homes, business and possessions. "Floods can happen anywhere," and the Federal Emergency Management Agency (FEMA) estimates that "just one inch of floodwater can cause up to $25,000.00 in damage."[1]

14. Because most homeowners insurance does not cover flood damage, homeowners need a separate flood insurance policy to cover the building, the contents of the building, or both.

15. The federal National Flood Insurance Program (NFIP) is the flood insurer of last resort. FEMA manages the NFIP. A network of more than 50 private insurance companies and the NFIP Direct deliver NFIP to the public.[2]

16. "The NFIP provides flood insurance to property owners, renters, and businesses" alike.[3] FEMA acknowledges that having flood insurance coverage helps policyholders recover faster when floodwaters recede.[4] The NFIP requires homes and businesses in high-risk flood areas with mortgages from government-backed lenders to have flood insurance.

17. NFIP insurance is available to anyone living in one of the 23,000 participating NFIP communities.[5] "A community is a governmental body with the statutory authority to enact and enforce development regulations."[6] A parish can be a community.

18. Washington Parish is an NFIP community.

19. To become an NFIP community, Washington Parish had to enact and implement floodplain management regulations aimed at mitigating the effects of flooding and must enforce those regulations as detailed in Washington Parish Council Ordinance No. 09-507.[7]

20. Washington Parish's floodplain management regulations satisfies state law as well as NFIP requirements.

21. As an NFIP community, Washington Parish has committed: (a) to issue or deny permits to build or develop in the floodplain; (b) to inspect all development to assure it complies with the floodplain management regulations Washington Parish was required to pass to become an NFIP community; (c) to maintain records of floodplain development; (d) to work with FEMA to prepare and revise floodplain maps; and (e) to help residents obtain information about flood hazards, flood insurance, and proper methods of construction.

---

[1] https://www.fema.gov/flood-insurance.
[2] https://www.fema.gov/flood-insurance.
[3] https://www.fema.gov/flood-insurance.
[4] https://www.fema.gov/flood-insurance.
[5] https://www.fema.gov/flood-insurance.
[6] https://www.fema.gov/flood-insurance.
[7] https://www.fema.gov/flood-insurance.

22. FEMA reports that the quid pro quo arrangement between communities like Washington Parish that participate in NFIP floodplain management, a pre-requisite for the Parish to be eligible to participate in the NFIP, has saved the nation over $100 billion dollars in avoided floods over the last 40 years.

23. One tried-and-true method for reducing floods in Washington Paris and across Louisiana is elevating homes and businesses, which FEMA used to take into account when setting NFIP insurance rates.

24. Prior to Risk Rating 2.0, FEMA used the 1% Annual Exceedance Probability (AEP) flood as the basis for the National Flood Insurance Program. The 1% AEP flood is a flood that has a 1 in 100 chance of being equaled or exceeded in any given year and an average recurrence interval of 100 years—often referred to as the "100-year flood."

25. Before Risk Rating 2.0, FEMA used Flood Insurance Rate Maps to set rates and, in those maps, determined the AEP flood for each flood zone—called the Base Flood Elevation (BFE).

26. For each flood zone, FEMA advised elevating homes at least 1 foot above the BFE because FEMA expected its exposure to flood claims at or above that level to be very infrequent, and so FEMA lowered insurance rates accordingly. The higher a structure was elevated above the BFE level, the lower FEMA's risk for having to pay claims and, therefore, the lower the insurance rate.

27. Washington Parish Council passed Ordinance 09-507 to adopt FEMA's Rate Maps and require buildings to be built at least one (1) foot above FEMA's Base Flood Elevation (BFE).

28. One reason Washington Parish adopted FEMA's Rate Maps and requires buildings to be built at least one (1) foot above the BFE was to take advantage of FEMA's grandfathering policy for its own properties and to make that policy available to all who built in Washington Parish. FEMA's grandfathering policy protected those who built in Washington Parish from huge rate increases if they built in accordance with the Rate Maps' requirements.

29. In my estimation business owners have relied on FEMA's advice to elevate their homes and businesses in accordance with FEMA's Rate Maps, FEMA's grandfathering policy, and Washington Parish Council Ordinance No. 09-507 requiring elevation of structures.

30. FEMA, the Department of Housing and Urban Development (HUD), and the State offer grants for elevating homes and businesses such as those stated in item number 8 hereinabove.

31. Washington Parish has enacted specific resolutions and ordinances, whether emergency ordinances or general resolutions and ordinances to address flooding issues. Specifically, the Washington Parish Council passed Resolution No. 08-404, dated May 12, 2008, authorizing the Washington Parish Government to prepare and submit a pre-application to the Statewide Flood Control Program for assistance in the implementation of a project for the purpose of reducing existing flood damages; providing for the necessary documentation of said flood damages; and providing for other related matters in connection therewith; Ordinance 09-507, dated November 23, 2009, Flood Damage Prevention Ordinance.

32. In my estimation, .12% of home and business owners in Washington Parish have received elevation grants.

33. Since Risk Rating 2.0 went into effect, the number of grant applications that Washington Parish has received has decreased. The decision not to elevate leaves Parish residents and their properties in harm's way and increases the amount the Parish will have to spend on flood recovery. The decision not to elevate a home or business also harms the flood mitigation industry in Washington Parish.

34. Washington Parish educates parish residents about specific grant programs, processes grant applications, distributes grant funds, and monitors and enforces grantees' compliance with the requirements of those programs as required.

35. If a recipient/homeowner of a FEMA/HUD elevation grant fails to comply with the program's requirements, the Parish must repay the value of that grant to FEMA/HUD. If a recipient of a state elevation grant fails to comply with the requirements of the State's grant program, the recipient/homeowner must repay the value of that grant to the State.

36. Despite the grant programs, Washington Parish's reliance on FEMA's Rate Maps and grandfathering policy, and the Parish's success in flood reduction from elevating structures, under Risk Rating 2.0, elevating a structure above the BFE appears to have only a negligible effect on the insurance rate charged for elevated homes and businesses.

37. Moreover, Risk Rating 2.0 eliminated FEMA's grandfathering policy. Although FEMA's Community Rating System discounts are still in place for Washington Parish, residents of the Parish still wind up paying much higher rates because, unlike the grandfathering policy, the community rating system discounts do not stop the rates themselves from increasing. So even with the community rating system discounts, residents of the Parish pay higher rates under Risk Rating 2.0.

38. The Washington Parish Council passed Ordinance No. 09-507, dated November 23, 2009, Flood Damage Prevention Ordinance which required additional free-board above the BFE reported on FEMA's Rate Maps and has taken further measures with Washington Parish Council Ordinance No. 21-693 to revise the original Flood Damage Prevention Ordinance to address base flood elevations in reference to manufactured homes, such as requiring additional free-board above the BFE reported on the FEMA's Rate Maps.

39. Between the 2016 flooding and 2019 events, Washington Parish has seen a reduction in flooding. The 2016 flood events brought over fifteen (15) inches of rain and approximately 1100 homes were severely damaged or destroyed, whereas the 2019 flooding event only had minor damage to fifteen (15) structures. The assistance that Washington Parish has received to help communities to endure future storms, such as those stated herein above, has been used to elevate fourteen (14) structures, acquire two structures and propose to elevate an additional thirty-four (34) structures.

40. Washington Parish's flood mitigation efforts have successfully reduced flooding since November 23, 2009, by implementing Flood Damage Prevention Ordinance No. 09-507 for all new construction homes or remodels to prevent flooding of dwellings. Approximately 80-100 new construction and remodel homes are permitted by the Parish each year.

41. Despite Washington Parish's dramatic reduction in flooding and flood damage, Risk Rating 2.0 has increased the cost of flood insurance for all properties in the Parish—both residential and commercial—that are in Special Flood Hazard Areas and are backed by federally insured mortgages.

42. I estimate those properties to make up approximately fifty percent (50%) of all properties in Washington Parish. Risk Rating 2.0 either has already increased the flood insurance rates for those properties or will increase their rates when their NFIP policies renew, regardless of whether the properties are protected by levees or have been elevated—or both.

43. Those rate increases not only affect owners of property in Special Flood Hazard Areas but also those who rent properties in Special Flood Hazard Areas. The NFIP rate increases will likely be passed on to renters in the form of rent increases.

44. These rate increases harm all property owners, but they of course pose a particular hardship to low- and moderate-income property owners and their families, many of whom have lived in these areas for generations, and many of whom are racial minorities. Doubtless, many of these low- and moderate-income property owners and their families will struggle to pay for their mandatory insurance at its increased price. Indeed, these rate increases are likely to force many of these property owners and their families out of their homes in these areas, and perhaps out of our Parish altogether, thereby threatening the unique communities and cultures that have developed here over the course of generations. This is profoundly unjust, especially considering that it was FEMA's promise of lower insurance rates that convinced many of these vulnerable property owners and their families to make significant investments in elevation and other flood mitigation measures. But apparently FEMA considers this to be "Equity in Action."

45. As rates increase, many homeowners, business owners, and renters in Washington Parish are likely to be priced out of their properties and forced to move to out of the Parish, which will decrease the Parish's tax base and therefore its financial ability to protect its residents and their property from flooding and flood damage.

46. And by creating a surplus of available property, this exodus from Washington Parish will negatively impact the property values of those who remain, further decreasing the Parish's tax revenues.

47. Moreover, even if no one were to leave Washington Parish, Risk Rating 2.0 is still likely to negatively affect property values in the Parish by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the Parish's tax revenues.

48. This reduction in tax revenue will inhibit Washington Parish's ability to protect its residents and their property. This would be tragic given the proven efficacy of the Parish's flood mitigation efforts, especially when one contrasts the immense damage inflicted by numerous hurricanes that have caused catastrophic property damage in Washington Parish in past years.

49. Risk Rating 2.0 apparently fails to account for all of Washington Parish's flood reduction successes. By failing to do so, FEMA's Risk Rating 2.0 will likely decrease the Parish's tax revenues and inhibit the Parish's ability to protect its residents and their properties.

50. The only logical explanation for why Risk Rating 2.0 is increasing rates for Washington Parish levee-protected areas and elevated properties is that the methodology used in setting rates must be flawed.

51. But FEMA's refusal to reveal Risk Rating 2.0's methodology as required by federal law, despite numerous requests from all levels of state government, including parishes, and Louisiana's federal legislators, makes it impossible for Washington Parish and its floodplain manager to determine where the flaws in FEMA's methodology lie.

52. That lack of transparency by FEMA harms Washington Parish's ability to work with FEMA, as required by the Parish's commitment as an NFIP community, to prepare and revise proper floodplain maps.

*I declare under penalty of perjury that the foregoing is true and correct. Executed in Franklinton, Washington Parish, Louisiana, this 30th day of May, 2023.*

WASHINGTON PARISH GOVERNMENT

By: _____
Richard N. Thomas, Jr., President