# EXHIBIT 33

## Declaration of Riley L. Berthelot, Jr.

1. My name is Riley Berthelot. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the president of West Baton Rouge Parish and have served in that role since 2004.

3. West Baton Rouge Parish is a local governmental subdivision of the State of Louisiana. La. Const. art. 6 § 44(1).

4. West Baton Rouge Parish is located in south Louisiana, immediately west of the Mississippi River from East Baton Rouge Parish, which holds the state capitol of Louisiana. West Baton Rouge Parish measures 204 square miles total and is situated along the Mississippi River[1], contains a segment of the Intracoastal Canal, and is located within approximately three (3) miles of False River and approximately ten (10) miles of the Atchafalaya Spillway.

5. West Baton Rouge Parish is prone to flooding due to both backwater flooding from the Atchafalaya Spillway and flash flooding in certain storms that exceed infrastructure design storms due to a combination of the intensity of such storms and the situation of approximately 1300 structures (out of approximately 13,000 parcels) being located in Special Flood Hazard Areas as well as approximately 25% of Parish land area being located in the Special Flood Hazard area.

6. Each year, West Baton Rouge Parish experiences an average of 1 backwater flooding and 1 flash flooding event.

7. In past 100-year flooding events, West Baton Rouge Parish has experienced approximately two hundred and eighty thousand dollars, on average, in flood damage costs.[2]

8. West Baton Rouge Parish has authority to mitigate its flood risk and remediate flood damage. Specifically, West Baton Rouge Parish has authority to enforce floodplain development regulations, expend drainage maintenance operation and capital funds, and apply for / manage floodplain improvement grant funding.

9. To promote flood recovery within its borders, West Baton Rouge Parish enforces certain floodplain development standards, maintains an annual drainage maintenance operational budget and a long-term drainage capital outlay budget,

---

[1] West Baton Rouge Parish. (2023, May 8). In *Wikipedia*. https://en.wikipedia.org/wiki/West_Baton_Rouge_Parish,_Louisiana

[2] Insurance Services Office / Verisk / La Department of Transportation, Personal communication to Kevin Durbin, April 2020.

1

10. applies for / receives / and manages hazard recovery and mitigation funds from sources like FEMA and the Louisiana Department of Transportation and Development. An example of recent grant management funding that has been approved includes a recent, approximately two million dollar channel improvement grant funded by GOHSEP and FEMA[3].

10. In fiscal year 2022, for example, West Baton Rouge Parish spent over three million dollars in some combination of Parish-wide drainage operational and capital flood recovery projects.

11. Those efforts include maintenance of existing drainage infrastructure and creation of new drainage infrastructure. Additional funds are expended annually for floodplain development regulation through the West Baton Rouge Parish Office of Community Planning & Development and in special drainage grant management. Ongoing drainage operational and capital expenses are partially funded by a special drainage tax.

12. Flood insurance is another important tool for protecting West Baton Rouge Parish's residents and their most important financial assets—their home, business, and possessions. "Floods can happen anywhere," and the Federal Emergency Management Agency (FEMA) estimates that "just one inch of floodwater can cause up to $25,000 in damage."[4]

13. Because most homeowner's insurance does not cover flood damage, homeowners need a separate flood insurance policy to cover the building, the contents of the building, or both.

14. The federal National Flood Insurance Program (NFIP) is the flood insurer of last resort. FEMA manages the NFIP. A network of more than 50 private insurance companies and the NFIP Direct deliver NFIP to the public.[5]

15. "The NFIP provides flood insurance to property owners, renters, and businesses" alike.[6] FEMA acknowledges that having flood insurance coverage helps policyholders recover faster when floodwaters recede.[7] The NFIP requires homes and businesses in high-risk flood areas with mortgages from government-backed lenders to have flood insurance.

16. NFIP insurance is available to anyone living in one of the 23,000 participating NFIP communities.[8] "A community is a governmental body with the statutory

---

[3] Governor's Office of Homeland Security and Emergency Preparedness, Personal communication, March 15, 2023.
[4] https://www.fema.gov/flood-insurance.
[5] https://www.fema.gov/flood-insurance.
[6] https://www.fema.gov/flood-insurance.
[7] https://www.fema.gov/flood-insurance.
[8] https://www.fema.gov/flood-insurance.

2

authority to enact and enforce development regulations."[9] A parish can be a community.

17. West Baton Rouge Parish is an NFIP community.

18. To become an NFIP community, West Baton Rouge Parish had to enact and implement floodplain management regulations aimed at mitigating the effects of flooding and has to enforce those regulations.[10] Those regulations are largely codified in West Baton Rouge Parish Code of Ordinances, Chapter 103[11].

19. West Baton Rouge Parish floodplain management regulations must satisfy state law as well as NFIP requirements.

20. As an NFIP community, West Baton Rouge Parish has committed: (a) to issue or deny permits to build or develop in the floodplain; (b) to inspect all development to assure it complies with the floodplain management regulations West Baton Rouge Parish was required to pass to become an NFIP community; (c) to maintain records of floodplain development; (d) to work with FEMA to prepare and revise floodplain maps; and (e) to help residents obtain information about flood hazards, flood insurance, and proper methods of construction.

21. FEMA reports that the quid pro quo arrangement between communities like West Baton Rouge Parish that participate in NFIP floodplain management, a prerequisite for the Parish to be eligible to participate in the NFIP, has saved the nation over $100 billion dollars in avoided floods over the last 40 years.

22. One tried-and-true method for reducing floods in West Baton Rouge Parish and across Louisiana is elevating homes and businesses, which FEMA used to take into account when setting NFIP insurance rates.

23. Prior to Risk Rating 2.0, FEMA used the 1% Annual Exceedance Probability (AEP) flood as the basis for the National Flood Insurance Program. The 1% AEP flood is a flood that has a 1 in 100 chance of being equaled or exceeded in any given year and an average recurrence interval of 100 years—often referred to as the "100-year flood."

24. Before Risk Rating 2.0, FEMA used Flood Insurance Rate Maps to set rates and, in those maps, determined the AEP flood for each flood zone—called the Base Flood Elevation (BFE).

---

[9] https://www.fema.gov/flood-insurance.
[10] https://www.fema.gov/flood-insurance.
[11] https://library.municode.com/la/west_baton_rouge_parish/codes/code_of_ordinances?nodeId=PTIIIUNDECO_CH103FLMA

3

25. For each flood zone, FEMA advised elevating homes at least 1 foot above the BFE because FEMA expected its exposure to flood claims at or above that level to be very infrequent, and so FEMA lowered insurance rates accordingly. The higher a structure was elevated above the BFE level, the lower FEMA's risk for having to pay claims and, therefore, the lower the insurance rate.

26. For decades, West Baton Rouge Parish and other parishes across Louisiana adopted FEMA's Rate Maps and required buildings to be built at least 1 foot above FEMA's BFE. Those regulations are largely codified in West Baton Rouge Parish Code of Ordinances, Chapter 103[12].

27. One reason West Baton Rouge Parish adopted FEMA's Rate Maps and required buildings to be built at least 1 foot above the BFE was to take advantage of FEMA's grandfathering policy for its own properties and to make that policy available to all who built in the West Baton Rouge Parish. FEMA's grandfathering policy protected those who built in the West Baton Rouge Parish from rate increases if they built in accordance with the Rate Maps' requirements.

28. In my estimation, approximately 5% of homeowners and 2% of business owners have relied on FEMA's advice to elevate their homes and businesses in accordance with FEMA's Rate Maps, FEMA's grandfathering policy, and West Baton Rouge Parish Code of Ordinances, Chapter 103.[13]

29. Grants are available for elevating structures, including "three HMA programs"[14]. Details for these programs (e.g. Hazard Mitigation Grant Program, Flood Mitigation Assistance) can be found online.[15]

30. West Baton Rouge Parish spends ten thousand dollars each year, on average, to educate parish residents about those grant programs, process grant applications, distribute grant funds, and monitor and enforce grantees' compliance with the requirements of flood hazard mitigation programs.

31. West Baton Rouge Parish participates in the Community Rating System (CRS) which includes our involvement in multiple activities such as community outreach, maintenance of floodplain development records, and Parishwide (unincorporated area) adherence to BFE freeboard requirements. Participation in the CRS has traditionally resulted in 10% flood insurance premium discounts for eligible policyholders.

---

[12] https://library.municode.com/la/west_baton_rouge_parish/codes/code_of_ordinances?nodeId=PTIIIUNDECO_CH103FLMA

[13] https://library.municode.com/la/west_baton_rouge_parish/codes/code_of_ordinances?nodeId=PTIIIUNDECO_CH103FLMA

[14] https://www.fema.gov/hmgp-appeal-categories/structure-elevation

[15] https://www.fema.gov/grants/mitigation

4

32. West Baton Rouge Parish's flood mitigation efforts have successfully reduced flooding, or (at least) has the potential to reduce flooding as evidenced by the benefit-cost analysis on the above-referenced Bayou Stumpy Channel Improvements project which demonstrates flood reductions to an upward amount of 122 structures with potential, mitigated damage benefits up to twelve million dollars and resulting in an approximately 1.2 to 7 (or higher) benefit to cost ratio.[16]

33. I estimate 950 single-family home properties with an approximately $10 monthly premium increase (or approximately $120 annual premium increase) out of 1500 single-family home policies in West Baton Rouge Parish, or approximately 65% of total single-family home policies.[17]

34. Those rate increases not only affect owners of property in Special Flood Hazard Areas but also those who rent properties in Special Flood Hazard Areas. The NFIP rate increases will likely be passed on to renters in the form of rent increases.

35. These rate increases harm all property owners, but they of course pose a particular hardship to low and moderate income property owners and their families, many of whom have lived in these areas for generations, and many of whom are racial minorities. Doubtless, many of these low and moderate income property owners and their families will struggle to pay for their mandatory insurance at its increased price. Indeed, these rate increases are likely to force many of these property owners and their families out of their homes in these areas, and perhaps out of our Parish altogether, thereby threatening the unique communities and cultures that have developed here over the course of generations. This is profoundly unjust, especially considering that it was FEMA's promise of lower insurance rates that convinced many of these vulnerable property owners and their families to make significant investments in elevation and other flood mitigation measures. But apparently FEMA considers this to be "Equity in Action."

36. As rates increase, many homeowners, business owners, and renters in West Baton Rouge Parish are likely to be priced out of their properties and forced to move to out of the Parish, which will decrease the Parish's tax base and therefore its financial ability to protect its residents and their property from flooding and flood damage.

37. And by creating a surplus of available property, this exodus from West Baton Rouge Parish will negatively impact the property values of those who remain, further decreasing the Parish's tax revenues.

---

[16] Cost-Benefit Analysis Report, GIS Engineering, May 2020; see also Project F22-S3 Application, "Improvements to Bayou Stumpy Watershed...", gohsepgrants.la.gov (Login required)

[17] Risk Rating 2.0: Projected Premium Changes by Zip Code – SFH Policies.
https://www.arcgis.com/apps/dashboards/d81c4a385def4525a60657df03b7f331

38. Moreover, even if no one were to leave West Baton Rouge Parish, Risk Rating 2.0 is still likely to negatively affect property values in the Parish by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the Parish's tax revenues.

39. This reduction in tax revenue will inhibit West Baton Rouge Parish's ability to protect its residents and their property. This would be tragic given the proven efficacy of West Baton Rouge Parish's flood mitigation efforts, especially when one examines the immense damage inflicted by numerous hurricanes over the past twenty years and the regional flooding disasters of 2016.

40. Risk Rating 2.0 apparently fails to account for all of West Baton Rouge Parish's flood reduction successes. By failing to do so, Risk Rating 2.0 will likely decrease West Baton Rouge Parish's tax revenues and inhibit the Parish's ability to protect its residents and their property.

41. The only logical explanation for why Risk Rating 2.0 is increasing rates for West Baton Rouge Parish levee-protected areas and elevated properties is that the methodology used in setting rates must be flawed.

42. But FEMA's refusal to reveal Risk Rating 2.0's methodology as required by federal law, despite numerous requests from all levels of state government, including parishes, and Louisiana's federal legislators, makes it impossible for West Baton Rouge Parish and its floodplain manager to determine where the flaws in FEMA's methodology lie.

43. That lack of transparency harms West Baton Rouge Parish's ability to work with FEMA, as required by the Parish's commitment as an NFIP community to work with FEMA to prepare and revise floodplain maps.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in West Baton Rouge Parish, Louisiana, this 30th day of May, 2023.

*Riley L. Berthelot*

Riley L. Berthelot, Jr