# EXHIBIT 35

## Declaration of Winn Parish

1. My name is Joshua McAllister. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the president of the Winn Parish Police Jury and have served in that role since January 2020.

3. The Winn Parish Police Jury is a local governmental subdivision of the State of Louisiana. La. Const. art. 6 § 44(1).

4. The Parish of Winn is located in North Central Louisiana and measures 957 square miles.

5. Winn Parish, like many other parishes, has several water sources, including the Dugdemona River, Saline River, and Saline Bayou.

6. In 1989 the Winn Parish Police Jury adopted a floodplain ordinance that establishes the standards for building structures in the parish in order to mitigate the effects of flooding.

7. While Winn Parish does not experience flooding at the same high rates as other parts of the State, the possibility of flooding is not zero. As a result, members of the community have participated in the NFIP.

8. Flood insurance statistics indicate that Winn Parish has 66 flood insurance policies with the NFIP.

9. Population and housing units are both on the decline in the Parish .Risk Rating 2.0 exacerbates this problem by raising insurance rates beyond what individual can afford. This will only serve to drive more people out of the Parish.

10. The Parish of Winn is an NFIP community.

11. According to FEMA's data, a majority of the zip codes in Winn Parish will increase by 70%, and some will increase by 92%.

12. As rates increase, many homeowners, business owners, and renters in Winn Parish are likely to be priced out of their properties and forced to move to out of the Parish, which will decrease the Parish's tax base and therefore its financial ability to protect its residents and their property from flooding and flood damage.

13. And by creating a surplus of available property, this exodus from Winn Parish will negatively impact the property values of those who remain, further decreasing the Parish's tax revenues.

14. Moreover, even if no one were to leave Winn Parish, Risk Rating 2.0 is still likely to negatively affect property values in the Parish by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the Parish's tax revenues.

15. That lack of transparency harms Winn Parish's ability to work with FEMA, as required by the Parish's commitment as an NFIP community to work with FEMA to prepare and revise floodplain maps.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2023 in Winnfield, Louisiana.

_____
Joshua McAllister

2