# EXHIBIT 38



# St. Tammany Levee, Drainage and Conservation District

### FEMA's Risk Rating 2.0, Declaration
#### May 2023

I, Suzanne Mayfield Krieger, Chairman of the St. Tammany Levee, Drainage and Conservation District (STLDCD) since February 19, 2020, declare that FEMA's Risk Rating 2.0 should provide rate reduction incentives to encourage construction of mitigation projects that provide long-term cost savings to FEMA's flood insurance program. FEMA does not appear to be considering or accounting for the full extent of existing flood mitigation infrastructure under Risk Rating 2.0. As a result, FEMA is hampering our ability to undertake such mitigation projects for the benefit of our community.

1. St. Tammany Parish is prone to flooding due to miles of Lake Pontchartrain shoreline, with direct access to the Gulf of Mexico, in addition to miles of rivers, bayous, drainage canals, and acres of low elevation flood plains.

2. Many St. Tammany residents live in high flood risk locations without flood protection. Recognizing the extreme flood risk within St. Tammany Parish, STLDCD has formed a partnership with St. Tammany Parish Government, the Louisiana Coastal Protection and Restoration Authority (CPRA) and the U. S. Army Corps of Engineers (USACE) to develop and implement a comprehensive flood protection plans for St. Tammany Parish.

3. Funding for a proposed $4 billion USACE flood risk plan requires a 35% local government match. In addition, proposed local, parish and state flood protection plans are being developed to address communities left out of the USACE's project. However, the proposed flood protection plans depend on hundreds of millions in community funding to build and maintain the system, and that requires passage of a proposed flood protection tax.

4. USACE and CPRA rely on levees and elevating structures in the proposed St. Tammany Parish flood protection plans. However, under FEMA's Risk Rating 2.0, building levees and elevating structures above the base flood elevation appears to have an insignificant effect on lowering the cost of flood insurance rates.

5. To implement the St. Tammany Parish comprehensive flood protection plans, the STLDCD will needs voter's approval of an annual levee district tax for the purpose of constructing and maintaining levees, floodgates, pumping stations, elevating and floodproofing structures, and improved drainage systems needed to protect against recurring flood recovery cost.

6. Justification for imposing this necessary levee district flood protection tax is that flood protection tax would be offset by a decrease in flood insurance cost. However, FEMA's Risk Rating 2.0 has increased the cost of flood insurance in other parishes currently protected by levees and property elevation. This eliminates the incentive for St. Tammany residents to approve a flood protection tax if it does not result in a reduction in flood insurance rates, it will be extremely difficult, if not impossible, for STLDCD to justify a flood protection tax when the community may still lose their homes and business because they cannot pay exorbitant flood insurance rates.

7. FEMA's Risk Rating 2.0's reluctance to reduce rates in proportion to the cost benefit ratio of proven mitigation measures of levees and elevating structures significantly limits the STLDCD's financial ability to fulfill its statutory charge to provide flood protection.

8. FEMA's Risk Rating 2.0 must change its mitigation discount methodology to encourage proactive flood protection projects (as promoted by FEMA), by providing financial incentives to build levees and property elevations through lower rates instead of discouraging comprehensive mitigation projects by raising rates on communities that have built flood protection structures.

9. STLDCD believes it is necessary that FEMA's Risk Rating 2.0 mitigation methodology recognize the full value of constructing and maintaining levees, floodgates, pumping stations, elevating and floodproofing structures, and improved drainage systems. In addition, FEMA must provide rate reduction incentives to encourage construction of these mitigation projects that provide long-term cost savings to FEMA's flood insurance program. If FEMA does not agree to reduce rates for communities that have invested in flood protection it will be extremely difficult, if not impossible, for STLDCD to fulfill FEMA's goal to reduce flooding in St. Tammany Parish and FEMA will continue to bear the financial burden of responding to repetitive flood disasters.

I declare under penalty of perjury that the foregoing is true and correct. Executed in St. Tammany Parish, Louisiana, this 17th day of May, 2023.

Suzanne Mayfield Krieger, Chairman
St. Tammany Levee, Drainage and Conservation District