# EXHIBIT 39

## Declaration of Tensas Basin Levee District

1. My name is Hamilton D. Keahey. I am over the age of eighteen (18) and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the President of the Board of Commissioners of the Tensas Basin Levee District.

3. The Tensas Basin Levee District is a political subdivision of the State of Louisiana that was organized for the purpose and charged with the duty of constructing and maintaining levees within its territorial limits as outlined in La. Rev. Stat. 38 § 281. The Tensas Basin Levee District has authority to take any action within its territorial limits that is incidental to its purpose and duty.

4. The territorial limits of the Tensas Basin Levee District are the parishes of Catahoula, Franklin, Lasalle, Morehouse, Richland, West Carroll, and portions of Ouachita and Caldwell. These territorial limits are described within La. Rev. Stat. 38 § 291.Q.1.

5. The area within the Tensas Basin Levee District is subject to flooding because: (1) the Levee District's close proximity to the Ouachita River, (2) certain areas within the territorial limits that are in low elevations, (3) large number of the Levee District's area is located within a floodplain which impacts residential and business occupancy, (4) the failure by the United States Army Corps of Engineers to acknowledge and accept responsibility of certain flood control measures such as levee systems which compromise levee certification.

6. Each year, the Tensas Basin Levee District experiences an average of two high water events throughout its jurisdictional area.

7. To address flood risk, the Louisiana Legislature has given the Tensas Basin Levee District the authority to levy and collect ad valorem taxes for the purpose of constructing and maintaining levees, levee drainage, and flood protection.

8. The Tensas Basin Levee District receives an average of $6.4 million a year in levee tax revenue and spends an average of $3 million a year on flood mitigation projects. These numbers do not take into consideration the amount of funds expended by the United States Army Corps of Engineers on like kind mitigation projects within the same area of operations.

9. The Tensas Basin Levee District's flood mitigation projects have successfully reduced flooding in many areas throughout its jurisdiction to include rural towns and villages as well as the metropolitan areas of Monroe, LA and West Monroe, LA.

10. Since the floods of 2016, Tensas Basin Levee District has sought and received funding to replace aging flood water pumping station infrastructure within the Davis Lake area in Caldwell Parish. Once this project is completed it will drastically reduce the threat of flooding for the residential community within this area.

11. Since 2018, the Tensas Basin Levee District has replaced four discharge pumps at two separate flood water pumping stations within Ouachita Parish. These two pumping stations provide flood protection for portions of the City of West Monroe and portions of southwest Ouachita Parish. The rehabilitation of these pumping stations will continue to function at the rate of efficiency that of which they were originally designed. These proactive measures ensure that the residents, businesses, and infrastructure within the limits of these pumping stations will continue to be protected from flood events within the area.

12. Within the Tensas Basin Levee District and across the State of Louisiana, another tried-and-true method of flood protection is elevating structures, which FEMA used to take into account when setting insurance rates for the National Flood Insurance Program.

13. Prior to Risk Rating 2.0, FEMA used the 1% Annual Exceedance Probability (AEP) flood as the basis for the National Flood Insurance Program. The 1% AEP flood is a flood with a water level that has a 1 in 100 chance of being equaled or exceeded in any given year and with an average recurrence interval of 100 years—often referred to as the "100-year flood."

14. Before Risk Rating 2.0, FEMA used Flood Insurance Rate Maps to set rates and, in those maps, determined for each flood zone the elevation of surface water resulting from a flood that has a 1% chance of equaling or exceeding that level in any given year—called the Base Flood Elevation (BFE).

15. FEMA recommended elevating homes at least 1 foot above the BFE because it was thought that FEMA's exposure to flood claims above that level would be very infrequent, and so FEMA would lower the insurance rate accordingly. In fact, the higher a structure was elevated above the BFE level, the lower FEMA's risk for having to pay claims and, therefore, the lower the insurance rate.

16. But under Risk Rating 2.0, elevating a structure above the BFE appears to have only a negligible effect on the insurance rate charged.

17. Many communities within the Tensas Basin Levee District and across Louisiana have been adopting FEMA's Rate Maps for decades. Some of those communities have taken additional flood mitigation measures under FEMA's Community Rating System, such as requiring additional free-board above the

BFE reported on FEMA's Rate Maps, to receive further discounted flood insurance rates.

18. Many communities in the Tensas Basin Levee District have relied on FEMA's recommendation that they adopt FEMA's Rate Maps so that those who built in accordance with the Rate Map requirements would be protected from huge rate increases by FEMA's grandfathering policy.

19. In spite of the above successes, Risk Rating 2.0 may potentially increase the cost of flood insurance for areas protected by levees and elevated properties alike.

20. If rates do increase, people and businesses within the Tensas Basin Levee District could relocate to other areas where flood insurance would not be an issue for them. This would likely create a property surplus or potentially devalue property value, which will decrease the Tensas Basin Levee District's tax base and its ability to fulfill its statutory charge to construct and maintain levee systems and flood mitigation measures.

21. Moreover, even if no one were to leave the Tensas Basin Levee District, Risk Rating 2.0 is still likely to negatively affect property values by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the tax revenues of the Tensas Basin Levee District.

22. This reduction in tax revenue will inhibit the Tensas Basin Levee District's ability to fulfill its duty to construct and maintain levees that protect its residents and their property. This would be tragic given the proven efficacy of levees in the Tensas Basin Levee District, especially when one contrasts the immense damage that would have been inflicted by any of the recent high-water events on the Ouachita River if the levees would have been deficient.

23. In short, levees effectively protect against flooding. Risk Rating 2.0 apparently fails to account for that. By failing to do so, Risk Rating 2.0 could potentially decrease the Tensas Basin Levee District's tax revenues and inhibit the Tensas Basin Levee District from carrying out its statutory charge to build and maintain levees that defend the communities the Tensas Basin Levee District is charged with protecting.

24. The only logical explanation for why Risk Rating 2.0 would potentially increase rates for some areas of the Tensas Basin Levee District's levee-protected areas and elevated properties is that the methodology used in setting rates must be flawed.

25. But FEMA's refusal to reveal Risk Rating 2.0's methodology as required by federal law, despite numerous requests from all levels of state government and

Louisiana's federal legislators, makes it impossible for the Tensas Basin Levee District to determine where the flaws in FEMA's methodology lie.

26. That lack of transparency harms the Tensas Basin Levee District's ability to partner with FEMA and other federal agencies, like the Army Corps of Engineers, in constructing and managing levees and other flood mitigation projects.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on this __31__ day of __May__, 2023.

Hamilton D. Keahey, President
Board of Commissioners of
Tensas Basin Levee District