# EXHIBIT 40

### Declaration of Southeast Louisiana Flood Protection Authority - East

1. My name is K. Randall Noel. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the president of the Southeast Louisiana Flood Protection Authority-East and have served in that role since July 1, 2022.

3. The Southeast Louisiana Flood Protection Authority-East is a political subdivision of the State of Louisiana that was organized for the purpose and charged with the duty of constructing and maintaining levees within its territorial limits. La. Rev. Stat. 38 § 281. The Southeast Louisiana Flood Protection Authority-East has authority to take any action within its territorial limits that is incidental to its purpose and duty.

4. The Southeast Louisiana Flood Protection Authority-East is the regional governing authority managing the Orleans Levee District (located in Orleans Parish), East Jefferson Levee District (Jefferson Parish) and Lake Borgne Basin Levee District (St. Bernard Parish). The Authority operates and maintains a comprehensive $14.5 billion Hurricane Storm Damage Risk Reduction System (HSDRRS) which is a flood protection system that includes 192 miles of federal and non-federal levees and floodwalls; 3500+ acres of levee; 244 flood gates; and 8 navigable flood gates. HSDRRS protects the City of New Orleans and its surrounding cities and towns located on the east bank of the Mississippi River.

5. The area within the jurisdiction of the Southeast Louisiana Flood Protection Authority-East is prone to flooding for the following reasons: (1) the Levee District's proximity to major bodies of water—the Gulf, the Mississippi River, Lake Pontchartrain, and surrounding bodies of water, (2) location in the hurricane zone, (3) low elevation, (4) percentage of the member districts that are located in a flood plain, (5) percentage of businesses and houses in the member districts that are located in flood plains.

6. Each year, the Southeast Louisiana Flood Protection Authority-East experiences an average of 4 flooding events.

7. To address that flood risk, the Louisiana Legislature has granted authority, to each member levee district under the Southeast Louisiana Flood Protection Authority-East, to impose annual levee district taxes for the purpose of constructing and maintaining levees, levee drainage, flood protection, and hurricane flood protection.

8. The Southeast Louisiana Flood Protection Authority – East has the authority to levy millages.

9. The Southeast Louisiana Flood Protection Authority-East receives an average of $55 million a year in levee tax revenues and spends an average of $35 million a year on flood mitigation projects.

10. The Southeast Louisiana Flood Protection Authority-East flood mitigation projects have successfully reduced flooding.

11. Since the completion of the Hurricane Storm and Risk Reduction System, the greater New Orleans region has not experienced flooding from storm surge. For example for Hurricane Ida which was a category 4 storm and produced a storm surge of 9 to 14 feet, no area of the New Orleans region experienced flooding.

12. In the jurisdiction of the Southeast Louisiana Flood Protection Authority-East and across Louisiana, another tried-and-true method of flood protection is elevating structures, which FEMA used to more appropriately take into account when setting insurance rates for the National Flood Insurance Program.

13. Prior to Risk Rating 2.0, FEMA used the 1% Annual Exceedance Probability (AEP) flood as the basis for the National Flood Insurance Program. The 1% AEP flood is a flood with a water level that has a 1 in 100 chance of being equaled or exceeded in any given year and with an average recurrence interval of 100 years—often referred to as the "100-year flood."

14. Before Risk Rating 2.0, FEMA used Flood Insurance Rate Maps to set rates and, in those maps, determined for each flood zone the elevation of surface water resulting from a flood that has a 1% chance of equaling or exceeding that level in any given year—called the Base Flood Elevation (BFE).

15. FEMA recommended elevating homes at least 1 foot above the BFE because it was thought that FEMA's exposure to flood claims above that level would be very infrequent, and so FEMA would lower the insurance rate accordingly. In fact, the higher a structure was elevated above the BFE level, the lower FEMA's risk for having to pay claims and, therefore, the lower the insurance rate.

16. But under Risk Rating 2.0, elevating a structure above the BFE appears to have only a negligible effect on the insurance rate charged.

17. Many communities in the jurisdiction of the Southeast Louisiana Flood Protection Authority-East have relied on FEMA's recommendation that they adopt FEMA's Rate Maps so that those who built in accordance with the Rate Maps' requirements would be protected from huge rate increases by FEMA's grandfathering policy.

18. As rates increase, people and businesses located in the jurisdiction of the Southeast Louisiana Flood Protection Authority-East are likely to be priced out of their properties and forced to move to out of the jurisdiction of Southeast Louisiana Flood Protection Authority-East, which will decrease the Southeast Louisiana Flood Protection Authority-East tax base and its ability to fulfill its statutory charge to construct and maintain levees.

19. And by creating a surplus of available property, this exodus from the jurisdiction of the Southeast Louisiana Flood Protection Authority-East will negatively impact the property values of those who remain, further decreasing the Southeast Louisiana Flood Protection Authority-East and its member levee district tax revenues.

20. Moreover, even if no one were to leave the jurisdiction of the Southeast Louisiana Flood Protection Authority-East, Risk Rating 2.0 could negatively affect property values in the jurisdiction of the Southeast Louisiana Flood Protection Authority-East by increasing the cost of purchasing mandatory flood insurance that runs with the property, thereby decreasing the Southeast Louisiana Flood Protection Authority-East and its member levee district tax revenues.

21. This reduction in tax revenue will inhibit the Southeast Louisiana Flood Protection Authority-East ability to fulfill its duty to construct and maintain levees that protect its residents and their property. This would be tragic given the proven efficacy of levees in the jurisdiction of the Southeast Louisiana Flood Protection Authority-East, especially when one contrasts the immense damage inflicted by Hurricane Katrina prior to the levee improvements discussed above with the relatively minimal damage caused by Hurricane Ida after those levee improvements were made.

22. In short, levees effectively protect against flooding. Risk Rating 2.0 apparently fails to account for that. By failing to do so, Risk Rating 2.0 will likely decrease the Southeast Louisiana Flood Protection Authority-East tax revenues and inhibit the Southeast Louisiana Flood Protection Authority-East from carrying out its statutory charge to build and maintain levees that defend the communities the Southeast Louisiana Flood Protection Authority-East is charged with protecting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Orleans, Louisiana, this 30th day of May, 2023.

*Karl Randall Noel (May 30, 2023 11:05 CDT)*

Board President, Southeast Louisiana Flood Protection Authority-East

3