# EXHIBIT 43

## Declaration of Terrebonne Economic Development Authority

1. My name is Cohen B. Guidry. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge and with the approval of the Terrebonne Economic Development Authority Board of Directors.

2. I am the CEO of Terrebonne Economic Development Authority.

3. Terrebonne Economic Development Authority was created by the Louisiana State Legislature. Board members are seated in partnership with Terrebonne Parish Consolidated Government, the Houma-Terrebonne Chamber of Commerce, and the South-Central Industrial Association.

4. TEDA's mission (refined from the parish's strategic plan for economic development) is to enrich the region's livability by advancing its economic viability. Staff works to strengthen the Terrebonne Parish's economic base by retaining, expanding, and growing business, as well as attracting new business and industry to the Terrebonne Parish.

5. Terrebonne Economic Development Authority is funded through the parish government's occupational license fees, which determines its service area as the boundaries of Terrebonne Parish.

6. TEDA accomplishes its mission by strengthening Terrebonne's economic base through business retention and expansion activities and through the attraction of new business and industry to the parish, as well as community development activities in partnership with other community organizations.

7. Terrebonne Parish is comprised of 41,960 households and the poverty rate of residents is 16.9% (US Census Bureau), lending to the lack of affordability of Risk Rating 2.0 for many in the community. That means more property owners are going to forgo flood insurance as rates rise.

8. Oil and gas is a major economic driver in Terrebonne Parish. In 2019 (post economic downturn) alone, the oil and gas industry employed more than 5,000 individuals with wages of nearly $500 million providing a variety of services, equipment and labor for inland and offshore exploration and production. That includes not only support to

companies drilling for oil and gas, but also the complex network of 93,000 miles of pipelines that crisscross the state and Gulf of Mexico. Much of the technology developed and used over the years in the industry has been the product of this region's workforce.

9. They are part of the network that comprises the state's largest industry, which is the ninth largest producer of crude oil and the fourth largest producer of natural gas in the United States. The state's refineries are responsible for 18 percent of the country's total capacity.[1]

10. A secondary, yet traditional, industry in Terrebonne Parish is that of the seafood industry, with fishermen, trawlers, processors, wholesalers and retailers of fish, shrimp, crabs and oysters. Louisiana Department of Wildlife & Fisheries issued more than 7,000 licenses associated with the seafood industry, covering harvesting from both inshore and offshore waters. Terrebonne Parish is home to the fishery that brings in the second-largest volume of seafood by state, second only to Alaska.[2]

11. Terrebonne is a coastal parish, and both the oil-and-gas service industry and the seafood industry must operate on the coast, with its workers living nearby for productivity and participating in the way of life created by the industries. These industries cannot survive with a remote workforce, one away from the communities in which they operate. Many of those in the seafood industry are members of one of five Native American tribes in the parish, living on the bayous and in their adjacent communities as working the seafood harvest is intrinsic to their daily lives. Others working in the seafood and oil-and-gas, as well as across rest of the economy, are of Cajun heritage, their ancestors having settled in the area as a result of Le Grand Derangement, the expulsion of the Acadian people from Canada between 1755-1764.

---

[1] The Economic Impact of the Oil and Natural Gas Industry in Louisiana, https://perma.cc/2N5V-KHK6
[2] An Economic Development Strategy for Louisiana's Coastal Seafood Industry, https://perma.cc/47KA-NXKW

12. On the National Register of Historic Places, Ardoyne Plantation is not only a currently occupied family home (in its sixth generation of ownership/residence), but also is a tourist destination as the local structure is a gothic sugarcane plantation and a common setting for the movie industry, including "Crazy in Alabama, "Deadline" and "Tribute". Houma has seven other plantations, including Southdown Plantation, another structure on the National Register, operates as a museum showcasing local culture and history. Preserving these structures is paramount for culture and tourism, and rising insurance rates further put these cultural treasures at risk.

13. The area's industries are critical to the health, economic viability and well-being of the parish and its residents. The erosion of industry due to operating costs (such as increasing worker pay to enable them affording insurance and maintaining their homes), is tantamount to a death blow. While not an overnight impact, phasing in of Risk Rating 2.0 means phasing out our way of life.

14. Aside from the fishing industry, populated with generational workers, Louisiana Workforce Commission reports a Terrebonne workforce of 46,155 (last available 2021 figures) – with the largest sectors being:

- health care - 7,219
- retail - 6,287
- accommodation and food service - 4,475
- manufacturing - 4,225
- mining -- 3,506
- construction -- 2,738
- educational services -- 2,791
- transportation and warehousing -- 2,660
- administrative -- 2,334
- professional and technical services -- 2,005

3

15. The median value of owner-occupied homes is $160,600 with 72.7 percent of population in owner-occupied housing. Median household income is $57,940 with 16.9% of residents in poverty. The racial breakdown is:

- 65.8% white
- 19.3% black or African American
- 6.2% American Indian
- 5.5% Hispanic/Latino
- 2.9% Two or more races
- 1.1% Asian
- .01% Native Hawaiian and other Pacific Islander.

16. TEDA works with partners in the community to grow a workforce by supporting the training of high-school students and young adults. Staff also works with companies to retain and attract workers, enabling companies to meet their workforce needs and potentially expand.

17. Affordable housing is a critical element to retaining or growing a population. If residents cannot afford to insure their homes, they will be forced to make a decision of forgoing insurance or, if mandated to carry flood insurance by their mortgage holders, selling their property and moving out of our community may be their only affordable option. That means a potential loss of not just residents, but workforce.

18. In my estimation, 96% of the housing in our area is located in Special Flood Hazard Areas. So, the availability of affordable housing in these Special Flood Hazards Areas is crucial to the ongoing vitality of the industries in Terrebonne Parish, as well as to attracting new industries to Terrebonne Parish.[3]

19. Federal law requires that property owners in Special Flood Hazard Areas purchase flood insurance as a condition of any government-backed mortgage. This requirement applies to mortgages from banks insured by the Federal Deposit Insurance Corporation and mortgages backed by Fannie Mae or Freddie Mac.

20. Additionally, property owners who have accepted various forms of disaster relief from FEMA or participated in flood mitigation grant programs, such as by elevating their homes, are required to purchase flood insurance going forward as a condition of receiving these funds.

21. Likewise, property owners who have obtained SBA loans are required to purchase flood insurance going forward as a condition of receiving these loans.

22. Moreover, property owners who do not have flood insurance may not be eligible for certain types of disaster assistance after a flood.

---

[3] Terrebonne Residents May Be Forced To Buy Pricey Flood Insurance, https://perma.cc/AJ3G-8R3A.

5

23. Because one or more of these requirements apply or would apply to most members of the workforce and their families in Terrebonne Parish or those who would consider moving to Terrebonne Parish to work here, the availability of affordable flood insurance for these properties is crucial to the ongoing vitality of the industries in Terrebonne Parish, And even those who are members of the workforce and their families who are not required to purchase flood insurance may still consider the ability to purchase affordable insurance a necessary condition of living and working in Terrebonne Parish, given the real flooding risks here.

24. Affordable flood insurance is also crucial to the availability of affordable rental properties in Terrebonne Parish for members of the workforce and their families who wish to rent, as landlords pass along flood insurance costs to renters through the rental rates they decide to charge.

25. The NFIP is the primary source of flood insurance in Terrebonne Parish. In my estimation, 40% of the properties in Terrebonne Parish have NFIP flood insurance.[4]

26. Under Risk Rating 2.0, NFIP flood insurance rates are dramatically increasing for many policyholders nationwide, including, in my estimation, 96% of policyholders in Terrebonne Parish. For example most residents will see a 305% rate increase in their flood premiums annually.

27. One particular change under Risk Rating 2.0 is its lack of meaningful discounts in premium rates for properties that are elevated. In my estimation, 30% of homes in Terrebonne Parish are elevated. In recognition of how effectively elevation mitigates the risks associated with flooding, and to encourage more policyholders to elevate their homes and buildings, NFIP's current programs offered large premium discounts for policyholders with elevated homes or buildings.

---

[4] Flood Zones and Maps, https://perma.cc/9CGG-H45N.

28. But despite the proven ways in which elevation mitigates the risks associated with flooding, FEMA's Risk Rating 2.0 offers almost no discount for elevation or other mitigation measures.

29. In an effort to reduce flood risk, Terrebonne Parish residents voted in 2001 to tax ourselves to build the 72-mile Morganza to the Gulf Hurricane Protection system, a 100-year storm surge protection system comprised of levees and locks. This structure has been successful at reducing flooding from hurricanes, protecting our rural communities and the city of Houma from waters pushed into the community from the Gulf of Mexico. Although authorized in the past, the initiative received no federal funding until $12.46 million was committed in January 2021.

30. Moreover, legacy rating methods, grandfathering was available to policyholders when a map change resulted in either a rating zone or base flood elevation change. Now, all existing policies formerly eligible for grandfathering will transition to their new full risk premium. In my estimation, this will impact 99% of policyholders in Terrebonne Parish.

31. As a result of all of these increases in rates under Risk Rating 2.0, many members of the workforce and their families in Terrebonne Parish who are NFIP policyholders or rent from NFIP policyholders will likely struggle to afford NFIP flood insurance or the increases in their rent caused by the increases in NFIP flood insurance rates. This will likely force many of them and already has forced many of them to leave our area due to this new lack of affordable housing in Terrebonne Parish caused by Risk Rating 2.0. I currently pay roughly $800.00 annually for flood insurance and I am not in a flood zone. Under RR2.0, my flood premiums will be between $7000.00 and $8000.00 annually.

32. Moreover, Terrebonne Parish will likely struggle and already has struggled to attract new members of the workforce and their families to Terrebonne Parish given this new lack of affordable housing in Terrebonne Parish caused by Risk Rating 2.0.

33. This inability to attract and retain talented members of the workforce for Terrebonne Parish caused by Risk Rating 2.0 will have, and already has had a disastrous impact on the Energy Industry in Terrebonne Parish. It will make it difficult if not impossible to attract any new industries to Terrebonne Parish and will severely harm Terrebonne Parish's overall economic wellbeing and general flourishing.

34. In the statistics released from the United States Census Bureau in March of 2023, Terrebonne parish is listed in the top 10 Counties in Percent Decline (Annual) in the country.[5]

35. As previously discussed, the Terrebonne Parish is part of the area that heavily supports the Energy Industry. With Risk Rating 2.0, the status of the industry's workforce is at risk. Residents will either not be able to afford their insurance and forgo it, risking a potential disaster wiping out their homes, or they will be too concerned about the risk to the homes and possessions to live in the area.

36. Ultimately, the rising costs of flood insurance will severely contribute to the deterioration of the parish's economic viability as companies are impacted and must move to higher ground or risk being put out of business. It will also lead to a loss of the cultural community which includes those of Native American and Cajun descent. When residents cannot afford to insure their properties, they will risk loss from a major flood event. That will either lead to a decision to move to an area where flood insurance isn't so costly and they can feel protected by the NFIP, or the decision may be made for them as they forgo insuring property and are forced to move after a major flood event as they simply don't have the financial wherewithal to recover on their own. That will be an immense loss for our community and culture.

37. I declare under penalty of perjury that the foregoing is true and correct. Executed in Houma, La, this 15th day of May 2023.

_____
Cohen B. Guidry
Terrebonne Economic Development Authority

---

[5] https://perma.cc/7SW9-B5YF