# EXHIBIT 44



P.O. Box 712  Thibodaux, LA  70302
www.BayouIndustrialGroup.com

Declaration of Bayou Industrial Group

I, Deanna Lafont, declare that:

1. I am Executive Director for the Bayou Industrial Group. I have held this position for 1 year. My responsibilities include managing a 150 member organization and advocating on behalf of our members and their employees. We also raise funds for scholarships and hold monthly membership luncheons with over 100 in attendance.

2. Bayou Industrial Group is a non-partisan organization committed to the growth and sustainability of the Bayou Region of South Louisiana. Membership includes 125 companies and individuals, each of whom are invested in economic development, infrastructure, coastal restoration and protection, education and public health and safety initiatives in their communities.

3. Prior to my current position, I was Customer Service Manager, Bayou Region, for Entergy Louisiana where I was responsible for local government relations and customer service initiatives.

4. I am over 18 years of age, competent to testify in this case, and have personal knowledge of the matters discussed in this declaration.

5. In my current position, I am responsible for the day-to-day management of the Bayou Industrial Group.

6. I am aware that the Federal Emergency Management Agency (FEMA) "is updating the National Flood Insurance Program's (NFIP) risk rating methodology through the implementation of a new pricing methodology," titled "Risk Rating 2.0: Equity in Action."[1]

7. I am aware that FEMA states that Risk Rating 2.0's "methodology leverages industry best practices and cutting-edge technology to enable FEMA to deliver rates that are actuarily sound, equitable, easier to understand and better reflect a property's flood risk."[2]

---

[1] https://www.fema.gov/flood-insurance/risk-rating.
[2] https://www.fema.gov/flood-insurance/risk-rating.

8. Contrary to FEMA's statements, Risk Rating 2.0 is likely to raise the price of flood insurance, which will have devastating consequences for Louisiana's housing industry and the availability of affordable housing in Louisiana. To be more specific, and according to FEMA's own information, while 80% of policy owners will see and increase in premiums, 96& of the residents and businesses in Terrebonne and 97% of those in Lafourche will see increases under RR2.0.

9. Risk Rating 2.0 threatens to raise housing prices beyond what people can afford, which in turn will make it impossible for local industries to attract workers to move here and fill job openings.

10. Specifically, increasing the price of flood insurance will harm the housing industry. There are many examples just like this throughout Lafourche parish, but here are specifics for a resident of Lafourche Parish who will see an outrageous increase in his flood insurance. This year, his premium was $687 for the year. With FEMA's 18% increase each year, it is set to reach $6,300 per year for the very same coverage of the very same home! Who would buy this home, knowing that the flood insurance rates will be north of $6,000 in the future?

11. An increase in the price of flood insurance will also harm local industries because employees will not be able to afford to live here and will seek work elsewhere. We have a tremendous amount of available work, but companies are finding it increasingly difficult to find workers. Once they visit the area and look into housing options, many will not be able to afford the insurance required and will be forced to live and work elsewhere. Not only will the insurance make the cost of living unaffordable, it will actually deplete the value of homes in a very big way. The homeowner will find themselves upside down on their mortgage. Local bank portfolios will decrease in value. Lower home value means lower tax basis which lowers basic services which makes it difficult to attract people for business.

12. Many of our members are concerned about the impact of Risk Rating 2.0 on the community. There is much confusion around the details of Risk Rating 2.0's methodology for calculating flood insurance. As a result, it is difficult for businesses and individuals to predict ways in which they can lower rates through, for example mitigation efforts. The lack of transparency causes a lot of uncertainty, particularly knowing that rates will rise dramatically for all policyholders in certain parishes. Our members feel powerless against these rising rates.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 26 day of April, 2023, in Thibodaux, Louisiana.

_____          __4/26/2023_____
Deanna Lafont, Executive Director                Date

2