# EXHIBIT 46



**Declaration of Home Builders Association of Greater New Orleans, Inc.**

1. My name is Dan Mills. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the Chief Executive Officer of the Home Builders Association of Greater New Orleans, Inc. (HBAGNO).

3. The HBAGNO is a 501c(6) non-profit trade association representing nearly 1,000 businesses commercially engaged in the residential housing market. The HBAGNO is based in Metairie, Louisiana and represents members from seven parishes including Plaquemines, St. Bernard, Orleans, Jefferson, St. Charles, St. John the Baptist, and St. James. Most of this service area includes Special Flood Hazard Areas. In 2021, 4,000 building permits were issued for new, single-family, residential building projects representing an estimated $2,000,000,000 in direct development. In addition, some 1,500 permits were issued for new multi-family residential projects representing an additional estimated $1,500,000,000 in direct development. As capital investments in these communities, the projects create long-term municipal and state tax revenues and sustain hundreds on jobs while providing fundamental housing needs for the community.

4. The HBAGNO seeks to provide quality, affordable housing that is resilient and safe for residents to live. It seeks to provide housing for all socio-economic strata in the community.

5. The HBAGNO recognizes the value of historical properties and the impact they have on the multicultural and historical perceptions of the community. It works closely with the Historical Development and Land Commission (HDLC) to ensure appropriate protections are maintained for designated properties. According to the City of New Orleans HDLC, "Building elevation is raising a building to or above the Base Flood Elevation (BFE) to achieve the desired level of protection from flood waters. Unfortunately, building elevation may also compromise the historic integrity of a property to such an extent that it may no longer be considered historic either according to the criteria of the HDLC, or the National Register of Historic Places."
(https://nola.gov/nola/media/HDLC/Guidelines/HDLC-Design-Guidelines-(Combined).pdf).
Many HDLC restoration projects in New Orleans are initiated and maintained by organizations, often non-profit, requiring federally insured financing or grants. Increased flood rates are reducing the amount of restoration projects

1



undertaken in the city as they increasingly exceed the financial feasibility of preservation.

6. Federal law requires that property owners in Special Flood Hazard Areas purchase flood insurance as a condition of any federally backed mortgage. This requirement applies to mortgages from banks insured by the Federal Deposit Insurance Corporation (FDIC) and mortgages backed by Fannie Mae, Freddie Mac, or the Department of Veterans Affairs.

7. Nationwide, approximately 78% of property buyers finance the purchase of their property with a mortgage, including 87% of home buyers according to a report from NAR Realtor. As for current homeowners, approximately 63% have a mortgage on their home currently. It is estimated that up to 70% of homeowners in the service area of the HBAGNO hold a mortgage.

8. In 2015, an estimated 15 million people nationwide lived in Special Flood Hazard Areas. It is estimated that at least 2 million people in Louisiana live within a Special Flood Hazard Area.

9. The National Flood Insurance Program (NFIP) is the primary source of flood insurance coverage for residential properties in the United States. In 2020, it provided more than 5 million flood insurance policies and over $1.3 trillion in coverage, in 22,600 communities across the United States. Now, after Risk Rating 2.0's implementation, it provides less than 4.7 million flood insurance policies.

10. To mitigate the risk of flood damage for properties in these areas, members of the HBAGNO and developers nationwide commonly elevate the homes and buildings to a minimum base flood elevation (BFE). In recognition of how effectively elevation mitigates the risks associated with flooding, and to encourage more policyholders in Special Flood Hazard Areas to elevate their homes and buildings, FEMA used to appropriately discount NFIP rates for elevated homes or buildings.

11. Several Parishes and local municipalities adopted higher elevation requirements at increased cost to achieve community rating discounts from FEMA and the NFIP. For example, Jefferson Parish enjoys a 25% discount at the cost of millions of dollars of taxpayer investment based on FEMA's direction. Tens of thousands of homeowners residing in Flood Zone X have lost their Community Rating System (CRS) discount under RR2.0 as their policies increase to their new actuarial value.



      Many of these have already invested in elevation mitigation costs and will no longer see their CRS discount until they reach full-risk rates.

12. Members of the HBAGNO and developers nationwide relied on CRS discounts for decades. Under Risk Rating 2.0, FEMA no longer offers clear NFIP rate discounts to people who buy elevated properties. Without those discounts, people who purchase property developed by members of the HBAGNO will have to pay much higher NFIP rates.

13. Because of these large premium discounts for elevated homes and buildings, buyers were willing to pay more for elevated homes and buildings, thereby increasing the property value of elevated homes and buildings and incentivizing members of the HBAGNO and developers nationwide to build elevated homes and buildings in Special Flood Hazard Areas and other areas with flood risks.

14. Members of the HBAGNO and developers nationwide incurred the extra costs to build elevated homes and buildings in reliance on this elevation continuing to increase the value of the property because of the discount in NFIP flood insurance premiums.

15. As a result of the dramatic increase of premiums under Risk Rating 2.0 prospective buyers will likely be willing to pay less for elevated homes and buildings. This stark decrease in the value of elevated properties caused by Risk Rating 2.0 is illustrated by increased closing cancellations, a decrease in home sales, and a 6% decrease in X-zone flood policies in the HBAGNO service area. This dramatic impact on values is even more severely magnified on new homes since new policies are immediately confronted with the full risk rates under Risk Rating 2.0. According to Rocket Homes April 2023 real estate report, the average price for a home in New Orleans dropped 1.6% in April 2023 over April 2022. Additionally, 67% of homes sold in April were sold below the asking price. (https://www.rockethomes.com/real-estate-trends/la/new-orleans)

16. By decreasing the value of elevated properties, Risk Rating 2.0 has harmed members of the HBAGNO and developers nationwide by preventing them from selling elevated homes and buildings or forcing them to sell them at a loss.

17. Moreover, moving forward, members of the HBAGNO and developers nationwide will likely have little incentive to incur the extra costs of elevating the homes and buildings they construct, as prospective buyers will be unwilling to pay more for these elevation increased costs because of the lack of a meaningful discount in NFIP flood insurance premiums for doing so. It is likely that developers will respond to this situation by building fewer elevated homes and buildings in those



areas where elevation is most necessary, leaving people and their property unprotected from the dangers of flooding when elevation has been proven to provide exactly that protection.

18. Our members have also observed that property owners falling outside the SFHA, and therefore not required to purchase NFIP policies, are evidently unwilling to pay the higher premiums. I have observed properties leaving the flood risk pool served by NFIP in disturbingly large numbers of policies. According to FEMA's data, Louisiana has lost 23,839 policies, or 4.7%, between March 2022 and March 2023. (https://nfipservices.floodsmart.gov/reports-flood-insurance-data)

19. Risk Rating 2.0 has created a growing sense of uncertainty in the minds of the home buying public. Uncertainty in the marketplace has caused reluctance to invest either in improvements to existing homes, or to purchase new homes.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in New Orleans, LA, this 19th day of May 2023.

*Dan Mills*

Dan Mills, CEO
Home Builders Association of GNO