# EXHIBIT 47



6133 Highway 311
Houma, Louisiana 70360

Phone: 985.876.5600
Fax: 985.876.5611

info@houmachamber.com

www.houmachamber.com

## Declaration of Houma-Terrebonne Chamber of Commerce

1.  My name is Nicholas Hebert. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge and with the approval of the Houma-Terrebonne Chamber of Commerce Board of Directors.

2.  I am the 2023 Chairman of the Houma-Terrebonne Chamber of Commerce and I have served on the Chamber's Board of Directors for over five years. I have been a licensed insurance agent since 1998 and a licensed attorney in Louisiana and Alabama since 2002. I am currently the owner and primary agent for Allstate – The Hebert Agency and have owned the agency for over three years.

3.  The Houma-Terrebonne Chamber of Commerce is a member-driven, 501 (6)c non-profit organization dedicated to improving the quality of life by building a strong economy through promotion of services to members, partnerships and alliances, legislative advocacy, economic development, and programs of action and value to sustain a prosperous and vibrant community. We are located in Terrebonne Parish within the city of Houma and maintain a membership of over 600 businesses representing over 15,000 employees.

4.  The Houma-Terrebonne Chamber of Commerce and its members have been actively involved in supporting our local businesses for over 105 years. As a leading advocate and champion for business/industry, the Houma-Terrebonne Chamber of Commerce fosters economic growth and development in the area and connects our members with people, information, and resources to meet their business needs. The Chamber provides programs, opportunities, and business-building initiatives that focus on the critical priorities of Terrebonne Parish.

5.  The strength of our organization lies in attracting the greatest number of individuals, thus creating a pool of resources from which can be drawn ideas, energy, and finances. By leveraging the support, talent, and resources of its members, the Houma-Terrebonne Chamber of Commerce is one of the leading organizations helping to improve the economic vitality and quality of life for everyone that calls Terrebonne Parish home.

6.    As the chairman of the Houma-Terrebonne Chamber of Commerce Board of Directors, I am aware that the Federal Emergency Management Agency (FEMA) is updating the National Flood Insurance Program's (NFIP) risk rating methodology through the implementation of a new pricing methodology titled "Risk Rating 2.0: Equity in Action." Risk Rating 2.0 will raise the price of flood insurance, which will have devastating consequences for the Louisiana housing market and the availability of affordable housing in Louisiana. According to FEMA's own information, almost 80% of policy owners will see an increase in premiums.[1] In Terrebonne Parish, 96% of the residents and businesses will see an increase under RR2.0.

7.    Risk Rating 2.0 threatens to raise the cost of housing beyond what people can afford, which in turn will make it impossible for the residents to afford to live in Terrebonne Parish and local businesses/industries to attract workers to move to the area and fill job opening.

8.    For example, as a homeowner paying for flood insurance, my current premium is $790 for my home that I purchased in August of 2022. Fortunately, I was able to transfer the then existing flood policy on the home thereby exempting me from full Risk Rating 2.0 premiums. My policy is now on the "glidepath" to full Risk Rating 2.0 premium with annual increases of up to 17.9%. With FEMA's 17.9% increase annually, my premium is set to reach $7,000 for the same coverage on the same home. Four houses from my current home in the same neighborhood, a newly constructed home was quoted $8,000 for just flood insurance which is outrageous. It is also important to note that Terrebonne Parish has adopted higher floodplain management standards and participates in FEMA's Community Rating System (CRS). Because of this, the premium for my home and newly constructed home mentioned earlier would be reduced roughly by 20%. By increasing the basic rate 10-fold, RR2.0 largely negates the benefits and the hard work of Terrebonne Parish. Why would someone want to purchase these homes knowing that the flood insurance premiums will be in excess of $7,000 to 8,000 per year in the future and could change at any time?

9.    An increase in the price of flood insurance will also harm our local businesses and industries because employees will not be able to afford to live in our region and will seek work elsewhere. We have a tremendous amount of available work, but companies are finding it increasingly difficult to find workers. To attract workers to our region, we need affordable housing. With RR2.0, this threatens our businesses and industries to fill vacant positions. Also, RR2.0 threatens our region's economic growth. Why would a business or industry move or expand in our region if there are no opportunities to increase the workforce or obtain affordable housing to accommodate employees?

---

[1] Louisiana residents to pay 80% more for flood insurance in FEMA plan (theadvertiser.com)

10.    Another residual effect of Risk Rating 2.0 is the cost of living in Terrebonne Parish would be unaffordable. The increase in flood insurance premiums would deplete the value of the home having a domino effect. Homeowners would find themselves upside down on their mortgage and unable to afford payments. The local bank portfolios would decrease in value. Lower home values mean lower tax basis which lowers basic services which makes it difficult to attract people for businesses. According to the 2020 census, Terrebonne has seen the largest number of residences leaving the area in the entire state, even though there are far more available jobs available here than in other areas of the state. The rising cost of insurance will compound the issue of residents leaving the area to head for more affordable housing options with cheaper insurance rates leaving the businesses and industries in the area struggling for workforce until they are forced to close their doors and go elsewhere. Although this region is poised to gain the most from the addition of alternative energy solutions because of its established roots, proximity to the Gulf of Mexico, infrastructure, and ability to provide the services for addition of energy, the skilled workforce will be forced to leave due to the higher costs of insuring their homes.

11.    In my estimation, 60% of the housing in our area is located in Special Flood Hazard Areas. So, the availability of affordable housing in these Special Flood Hazards Areas is crucial to the ongoing vitality of the industries in Terrebonne Parish, as well as to attracting new industries to our region.

12.    Federal law requires that property owners in Special Flood Hazard Areas purchase flood insurance as a condition of any government-backed mortgage. This requirement applies to mortgages from banks insured by the Federal Deposit Insurance Corporation and mortgages backed by Fannie Mae or Freddie Mac.

13.    Additionally, property owners who have accepted various forms of disaster relief from FEMA or participated in flood mitigation grant programs, such as by elevating their homes, are required to purchase flood insurance going forward as a condition of receiving these funds.

14.    Likewise, property owners who have obtained SBA loans are required to purchase flood insurance going forward as a condition of receiving these loans.

15.    Moreover, property owners who do not have flood insurance may not be eligible for certain types of disaster assistance after a flood.

16.    Because one or more of these requirements apply or would apply to most members of the workforce and their families in Terrebonne Parish or those who would consider moving Terrebonne Parish to work here, the availability

of affordable flood insurance for these properties is crucial to the ongoing vitality of the industries in Terrebonne Parish. And even those who are members of the workforce and their families who are not required to purchase flood insurance may still consider the ability to purchase affordable insurance a necessary condition of living and working in Terrebonne Parish, given the real flooding risks here.

17.     Affordable flood insurance is also crucial to the availability of affordable rental properties within Terrebonne Parish and for members of the workforce and their families who wish to rent, as landlords pass along flood insurance costs to renters through the rental rates they decide to charge.

18.     The NFIP is the primary source of flood insurance in Terrebonne Parish. In my estimation, 40% of the properties in Terrebonne Parish have NFIP flood insurance.

19.     Under Risk Rating 2.0, NFIP flood insurance rates are dramatically increasing for many policyholders nationwide, including, in my estimation, 96% of policyholders in Terrebonne Parish.

20.     But despite the proven ways in which elevation mitigates the risks associated with flooding, FEMA's Risk Rating 2.0 offers almost no discount for elevation or other mitigation measures. Our region has made efforts towards mitigation with levees and pump stations. RR2.0 does not take into consideration our region's efforts toward protecting our community.

21.     Moreover, under the prior risk rating model, grandfathering was available to policyholders when a map change resulted in either a rating zone or base flood elevation change. Now, all existing policies formerly eligible for grandfathering will transition to their new full risk premium. In my estimation, this will impact 96% of policyholders in Terrebonne Parish.

22.     As a result of all of these increases in rates under Risk Rating 2.0, many members of the workforce and their families in Terrebonne Parish who are NFIP policyholders or rent from NFIP policyholders will likely struggle to afford NFIP flood insurance or the increases in their rent caused by the increases in NFIP flood insurance rates. This will likely force many of them to leave our area due to this new lack of affordable housing in Terrebonne Parish caused by Risk Rating 2.0.

23.     Moreover, Terrebonne Parish will likely struggle to keep our current workforce and to attract new workforce and their families to Terrebonne Parish given this new lack of affordable housing in Terrebonne Parish caused by Risk Rating 2.0.

24.   This inability to attract and retain talented members of the workforce for Terrebonne Parish caused by Risk Rating 2.0 will have a disastrous impact on the businesses and industries in Terrebonne Parish. It will make it difficult if not impossible to attract any new industries to our area and will severely harm Terrebonne Parish overall economic wellbeing and general flourishing.

25.   I declare under penalty of perjury that the foregoing is true and correct.

Executed in Houma, Louisiana, this 5 day of May 2023.


Nicholas Hebert, Chairman
Houma-Terrebonne Chamber of Commerce