# EXHIBIT 49

## Declaration of Miller Home Mortgage, LLC

1. My name is Ross Lawrence Miller. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the President of Miller Home Mortgage, LLC.

3. Miller Home Mortgage, LLC. is an independent mortgage banker/broker based in Metairie, La. We are licensed in Louisiana and Texas. We are considered a mortgage banker for Conventional, VA, USDA loans and a mortgage broker for FHA and Non-QM mortgages. 98% of our loans are residential mortgages and most of them are in Special Flood Hazard Areas.

4. I have owned Miller Home Mortgage, LLC. since 1998 and have been in the mortgage industry since 1993. Insurance has never been more of a detriment to purchasing a home than in the last 12 to 18 months. We are seeing flood insurance from $1200 per year to over $8000 per year.

5. Federal law requires property owners in Special Flood Hazard Areas to purchase flood insurance as a condition of any government-backed mortgage. This requirement applies to mortgages from banks insured by the Federal Deposit Insurance Corporation (FDIC), mortgages backed by Fannie Mae or Freddie Mac, HUD, and mortgages guaranteed by the Department of Veterans Affairs (VA).

6. Federal law requires the mortgagee, rather than FEMA, to enforce this flood insurance requirement. If a mortgagee fails to require flood insurance or notify the buyer of that requirement, banking regulators can fine the mortgagee up to $2,000.00 for each failure.

7. Nationwide, approximately 70% of property buyers finance the purchase of their property with a mortgage.

8. Approximately 63% of homeowners have a mortgage on their home currently.

9. In 2020, an estimated 8.7 million properties nationwide were in Special Flood Hazard Areas but, as many as 14.6 million properties may be at significant risk of flooding.

10. The National Flood Insurance Program (NFIP) is the primary source of flood insurance coverage for residential properties in the United States. In 2020, it provided more than 5 million flood insurance policies and over $1.3 trillion in coverage, in 22,600 communities across the United States. Now, after Risk Rating 2.0's implementation, it provides under 4.7 million flood insurance policies.

1

11.    In my estimation, approximately 75% of the mortgages for which Miller Home Mortgage, LLC. is the mortgagee require the property owner to purchase flood insurance as a condition of the mortgage.

12.    Of those properties, in my estimation approximately 100% are currently covered by NFIP flood insurance.   Private flood insurance is growing but nationwide it is less than 5% of total flood policies.

13.    FEMA's Risk Rating 2.0 has led to a dramatic increase in the cost of flood insurance for many current and future property owners and will continue to increase that cost by 18% year over year until the rates reach their full premium under Risk Rating 2.0.

14.    For example, 4733 Avron Blvd., Metairie, La. 70006 was recently purchased but the seller did not have a flood insurance policy. The new buyer was required to purchase a new policy in an AE zone and it was priced at full risk premium of $3093.00 / year. If the seller had an existing policy, the buyer would have assumed that policy at the current price and then followed the 18% trajectory rather than be required to purchase the policy at the full risk premium.  Mathematically this means that if the current policy was $1000 the borrower would have paid $11132 over the 7-year increase trajectory but because they can't assume that policy or buy one at a current average price they have to pay $21,651 over the same time period. That is an overpayment of $10519 in premiums.

As another example my personal property located at 513 English Turn Dr. New Orleans, La. 70131 has never flooded, never had a claim of any kind, and never had water in our street. I have received my new policy with a current payment of $940 and a Full Risk Premium of $3571.00 / year. Over a 30-year mortgage based on a $1000 annual policy vs a $3571 annual policy that is an increase in cost of over $77,000.

15.    Many home and building owners will have difficulty affording flood insurance at these higher rates and will likely have to forego purchasing flood insurance even when required to do so by their mortgage, which will harm Miller Home Mortgage, LLC. and lending institutions in general by increasing their enforcement costs.

16.    As addressed above, if a borrower cancels flood insurance the lender will implement a forced place insurance policy and tack on the additional escrow costs to the loan.  This will cause an increase in the borrower's monthly payment and will make it extremely difficult to avoid foreclosure.

17.    Many home and building owners will likely be unable to afford flood insurance at these higher rates, leading to defaults on mortgages for those whose mortgages require them to purchase flood insurance and eventually

2

foreclosure. This will harm Miller Home Mortgage, LLC. or its investors and lending institutions in general by depriving them of the mortgage payments owed to them, the total profit they would have made on those mortgages, and the cost of foreclosure.

18. It is also likely that the heightened cost of flood insurance will make it difficult or even impossible for Miller Home Mortgage, LLC to qualify new purchasers for those defaulted properties, which will cause Miller Home Mortgage, LLC or its investors to lose a substantial portion of their investments and to be stuck with unsellable properties.

19. Moreover, as foreclosure on these defaulting properties becomes necessary, Miller Home Mortgage, LLC or its investors and lending institutions in general will be forced to incur the costs associated with the foreclosure process.

20. Because federal law requires Miller Home Mortgage, LLC. and lending institutions in general to disclose flood insurance requirements to would-be property purchasers, many of those purchasers, including first-time homeowners, will likely decide not to purchase property when they learn of the heightened cost of purchasing NFIP flood insurance under Risk Rating 2.0. Those lost sales will further erode revenue for Miller Home Mortgage, LLC. and lending institutions in general.

21. Per the 2021 Census data the average household income in Louisiana is $77,025/year. The average flood insurance per policy is currently $813 but will increase to $1904 at full risk pricing.  This is an increase of 134.1%.  This makes the flood insurance go from 1.052% of the average income per year to 2.472% per year.  This will result in a 1.42% reduction to home purchase capabilities or $13,706 in loan amount. The amount of monthly increase is $90.91/mth on average and this is enough to stop borrowers from purchasing properties, imagine when that amount increases to $300 or more per month.

22. The heightened cost of NFIP flood insurance under Risk Rating 2.0 will likely decrease or even eliminate entirely the sale of real property in some Special Flood Hazard Areas.

23. A decrease in sales of real property in Special Flood Hazard Areas will have devastating financial consequences for Miller Home Mortgage, LLC. because 75% of its revenue comes from mortgages in Special Flood Hazard Areas.

24. Miller Home Mortgage, LLC. is already seeing a significant reduction in transactions this year. Most contracts mandate that buyers provide acceptable insurance quotes within 48-72 hours of signing a contract to make sure the buyer can still qualify. Accurately quoting a home buyer has become increasingly difficult since the flood insurance could be $70/mth or over $300 per month. There is no way to know until the flood research has been

completed.   This is the difference between proceeding with the contract or canceling it. This happens daily.

25.   In summary, Risk Rating 2.0 will cause, and already has caused great harm to the Miller Home Mortgage, LLC. and to lending institutions in general across the nation. This will likely lead to a loss of jobs and a decreased availability of mortgages for those who need them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Metairie, La this 25th day of May 2023.

[Name]