# EXHIBIT 50



Declaration of Morganza Action Coalition, Inc.

1. My name is Henri Boulet. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge and professional discussions with General Managers of three separate but adjoining levee district public agencies with jurisdictions within Louisiana parishes of Lafourche and Terrebonne, approximately one hour southwest of New Orleans.

2. I am Executive Director for the Morganza Action Coalition, Inc. I have held this position for three years. My responsibilities include advancing federal authorization and funding for the Morganza to the Gulf Hurricane Risk Reduction System (MtG).

3. The 98-mile MtG levee system is estimated to cost $3.2 billion, with $1.4 billion already built or funded with upcoming construction. The federal project partner (U.S. Corps of Engineers), state project partner (Louisiana Coastal Protection and Restoration Authority), and local project partner (Terrebonne Levee and Conservation District) have a signed Public Partnership Agreement in place and are working cooperatively to build-out the rest of the levee system.

4. MtG is being built to provide 200,000+ residents and businesses with federal flood protection at FEMA's 1% AEP (Annual Exceedance Probability) level. The 1% AEP flood is a flood that has a 1 in 100 chance of being equaled or exceeded in any given year and with an average recurrence interval of 100 years.

5. Prior to my current position, I was Executive Director of the Louisiana Highway Coalition, where I was responsible for coordinating, providing and disseminating public information in relation to improving the highway system between Grand Isle and U.S. Highway 90.

6. I am aware that the Federal Emergency Management Agency (FEMA) is updating the National Flood Insurance Program's (NFIP) risk rating methodology through the implementation of a new pricing methodology, titled "Risk Rating 2.0: Equity in Action."[1]

7. I am aware that FEMA states that Risk Rating 2.0's (RR2.0) "methodology leverages industry best practices and cutting-edge technology to enable FEMA to deliver rates that are actuarily sound, equitable, easier to understand and

---

[1] https://www.fema.gov/flood-insurance/risk-rating.

better reflect a property's flood risk." However, contrary to FEMA's statements, RR2.0 will raise the price of flood insurance with devastating consequences for Southeast Louisiana's housing industry and the availability of affordable housing. To be more specific, and according to FEMA's own information, while 80% of policy owners will see an increase in premiums, 96% of the residents and businesses in Terrebonne will see an increase and 97% of those in Lafourche will see increases under RR2.0.

8.  RR2.0 threatens to raise the cost of housing in the Houma/Thibodaux Region beyond what people can afford, which in turn will make it impossible for local industries to attract workers to move here and fill job openings. We have a tremendous current demand for specialized tradesman in the fields of shipbuilding and energy production, and we anticipate further demands as both the shipbuilding and offshore service industry prepare for wind turbine production/installation/transmission work following the first federal offshore wind energy lease sale in the U.S. Gulf of Mexico this Fall.

9.  Working toward the specific flood protection goal that MtG will eventually provide, state and local partners began construction of the 98-mile MtG alignment years before the federal partnership was officially secured. With many of the "first lifts" of levee reaches in place as a first step toward achieving the 1% AEP level, state and local investments have paid off for the community. Between 2005 and 2019, the Terrebonne and Lafourche Levee Districts reduced hurricane flooding by 1000%, but RR2.0 does not take into account the current level of flood protection. Hurricane Rita in 2005 and Hurricane Barry in 2019 each brought a 9.5-foot storm surge to lower Terrebonne and Lafourche Parishes. Hurricane Rita's storm surge flooded 11,000 homes in those parishes. After that flood many of the MtG levee segments "first lifts" were built. 2019's Hurricane Barry with the same 9.5-foot storm surge only flooded 11 homes. I say this to demonstrate that the MtG system has major components already built that RR2.0 new methodology should fully take into account when calculating a property's flood risk.

10. Prior to RR2.0, our local levee districts for years worked cooperatively with FEMA in developing Flood Insurance Rate Maps (FIRMs) to set FEMA's flood insurance rates. Communities could appeal their FIRMs if they thought the maps were not accurately incorporating their flood protection infrastructure. However, with Risk Rating 2.0, FEMA has not taken a cooperative effort with local communities in developing their RR2.0 methodology for calculating flood risk. Rather, they have chosen to not reveal their methodology, and furthermore have said they do not have sufficient information to consider Louisiana levees in their methodology. The implementation of RR2.0 without properly accounting for both the Morganza to the Gulf Risk Reduction System levees and the Larose to Golden Meadow Levee System levees penalizes residents of Lafourche and Terrebonne Parishes that have for years paid local sales tax and property taxes to fund these flood protection systems. It also by default does not

recognize the several hundred million dollars of state funds that helped build first lifts of MtG levee segments.

11. RR2.0 kills FEMA's grandfather policy for flood insurance. Our residents who built in accordance with FEMA's Rate Maps are no longer protected from huge rate increases. As rates increase under RR2.0, people and businesses protected by MtG and Larose to Golden Meadow systems are likely to be priced out of their properties and forced to move out of the region. The number of homes on the market will surge and values will fall, all due to RR2.0 fiscal impacts. Consequently, this will decrease the tax base of the region and effect the ability of local government to provide basic services including maintenance of the levee systems.

I declare under penalty of perjury that the forgoing is true and correct.
Executed this 24th day of April, 2023, in Houma, Louisiana.

Henri Boulet