# EXHIBIT 53

**Affidavit of Steve Bourgeois**

1. My name is Steve Bourgeois. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. My wife Myrtle Naquin Bourgeois and I are the owners of a home located at 307 Four Point Drive, Raceland, LA 70394. I began construction of my home in 1966. Doing most of the finish construction myself, I have owned it and lived in it since we moved into it in 1969. I currently live in my home with my wife. We are currently both 83 years old. We raised our six, now adult, children in this home.

3. My family has lived in this area for generations. Our home is throughout the year and especially during holidays the location for large family gatherings. These gatherings include our six (6) children and their spouses, our fifteen (15) grandkids (ten (10) of which themselves have spouses) and fifteen (15) great grandkids and often, extended family. Our children and grandchildren love and cherish this home. We gather here in the best of times. We gather here in the toughest of times. The memories created here and all that this house represents for our family is of immeasurable value.

4. In addition to its substantial sentimental value, building and maintaining this home has been the single largest investment that my wife and I have made in our lives. Its actual marketable value as an investment is therefore of extreme importance to me and our family.

5. My wife has been a very successful homemaker and primary caretaker for all our children since we were married. I worked in the shipbuilding industry most all my life, retiring at age sixty-five (65).

6. My home is located adjacent to West Theriot Canal which is connected to Bayou Lafourche via a tainter gate which is normally closed. This canal primarily drains to Bayou Folse which allows water to drain further south as is typical in our area. Bayou Lafourche, a primary historical distributary of the Mississippi River, has been disconnected from the Mississippi river since 1903 and it has never been a source of flooding in our area since that time.

7. In 1965 our area received a direct hit from Hurricane Betsy. This catastrophic storm caused widespread flooding in certain areas of our Parish and beyond. It was with this knowledge of potential flooding during extreme storms in our area that I chose this lot in the subdivision where my home was built. This subdivision had no flooding during Hurricane Betsy. Further, it has not come close to flooding from storm water for the countless storms that have impacted it since that time.

8. My home sits on well drained property at an elevation of approximately five (5) feet above sea level. Adjacent ditches and gravity drainage causes rainwater to drain into the adjacent West Theriot canal which typically sits at an elevation of zero (0) feet above sea level.

9. Our home is approximately forty-seven (47) miles from the open waters of the Gulf of Mexico. If conditions are right, and those conditions persist for a long enough period of time, storm surge can eventually work its way up the myriad of bays, bayous and canals leading to the canal behind my house, causing the water elevation in the canal to rise. In the same way, the direction of storm winds can blow the water in these same bays, bayous and canals towards the open Gulf of Mexico lowering the water level in the canal behind our home. It is seldom that either of these extremes occur. Generally, because of the change in wind direction as a storm passes, we get a bit of both a rise and a fall in the water elevation in the West Theriot Canal during every storm. These are observations that are generally common knowledge to most people in our area who have weathered many a tropical event. I have known this to be the case most of my life at the numerous locations which I have lived in our broader area.

10. In all my fifty-seven (57) years at my current home, I have never seen the water in this canal rise to a point that it threatened my home with flooding even once. In fact, at the highest level that I have observed, I believe the water would have had to rise an additional two (2) feet to reach the lowest floor elevation of my home.

11. Still, even though I believe the risk of flooding at my home is very low, I do not believe it to be zero. I believe there exist some possible unforeseen anomaly, such as blocked drainage, or some other adjacent failure of the normal drainage or flood protection that could potentially threaten our home with shallow flooding not coming from the adjacent canal.

12. Thus, I decided to purchase flood insurance through the National Flood Insurance program because it was affordable.

13. I have had flood insurance on my home through the National Flood Insurance Program for since 2001.

14. My home is not currently located in a Special Flood Hazard Area as defined by FEMA on their current in force maps. I am currently not required by law to purchase flood insurance. The home is currently in Flood Zone C.

15. I have never had any instances of flooding in my home and therefore I have never made a flood insurance claim.

16. However, it is my understanding that the preliminary revised maps being presented to my community for eventual adoption do show our property located in a Special Flood Hazard Area as defined by FEMA. Based on my home's history and my observations, I do not believe such a designation is correct. But I understand that there is a process, working with my Parish where we might be able to appeal this outcome if it becomes the case. I also understand that the appeal process can be lengthy and costly.

17. My most recent annual insurance premium prior to FEMA's promulgation of Risk Rating 2.0 was $572. ("Dec Page" attached as Exhibit A) In prior years, my total annual insurance premium was well below $500 per year.

18. If FEMA had not promulgated the Risk Rating 2.0, I believe my next annual premium would have been just above $600. This is based on the typical small amount of prior premium increases.

19. Under year one of FEMA's Risk Rating 2.0, my total annual premium has increased to $687, a 20.1% total increase from my prior premium.

20. Even though I am not currently required to purchase flood insurance as I am not in a Special Flood Hazard Area on the current flood insurance maps and I do not have a mortgage on my home, I renewed my flood insurance policy for the period from 7/15/2022 to 7/15/2023.

21. When I received the bill for this renewal, I was aware that there was a substantial increase in the cost of the policy as compared to previous years. But, at that time, I decided to renew the policy believing this was the increased cost of flood insurance I was hearing was going to happen.

22. I received the attached copy of my Flood Insurance Policy Declarations ("Dec Page" attached as Exhibit B) several weeks after I renewed my policy.

23. After reviewing this Dec Page, I began to consider the uncertainty I was facing on the potential change in mapping. I considered my lack of understanding about the future consequences of these higher rates and the complexity of the situation I am now facing as my wife and I age. I am simply not sure if I would have renewed my policy last year had I known the information revealed on the Dec Page at the time I received the bill for that

last renewal. For the same reasons, I remain equally unsure what to do when faced with the renewal decision this year.

24. I believe that as a long-time flood insurance policyholder, FEMA should have been more forthcoming with the information of what my future policy cost would be at the time that the bill for the flood insurance renewal was sent to me.

25. Based on the information first revealed by the new Dec Page, I anticipate that my annual premium will continue to increase in subsequent years under FEMA's Risk Rating 2.0. My "Full-Risk Premium" as shown on this Dec Page is an unbelievable $6,295 per year.

26. I understand that the "Annual Increase Cap Discount" as indicated on the Dec Page will continue to drop year after year until this discount is $0. I now understand that this discount is required by Congress to keep the rate of increase no higher than 18% per year. This will cause my cost of flood insurance to rise year after year.

27. If the other "Fees and Surcharges" as shown on my current Dec Page remain the same during the period when the "Annual Increase Cap Discount" drops to $0, I am expecting my total flood insurance policy to be **$6,461 per year**.

28. Recently I was told that FEMA indicated the average Flood Insurance Policy for homeowners in Lafourche Parish was going to increase by 321% because of Risk rating 2.0. But, as you can see, our policy will ultimately see an increase of **1130%**. Given my long experience with this home, the fact that I do not even live in an area that FEMA themselves would call a Special Flood Hazzard Area, and all the things mentioned above, this increase at any rate of increase, simply makes no sense.

29. To my knowledge, there is no way for me to appeal this new cost of flood insurance. This too I believe is unfair.

30. At some point, likely very soon, I will certainly not be able to afford the cost of flood insurance. Even with a limited increase at 18% per year, the year-to-year cost will rapidly rise. And in the end, I will be paying the full-risk premium.

31. The increased cost of my flood insurance under FEMA's Risk Rating 2.0 will cause me irreparable harm. I believe it has already caused considerable harm.

32. If I were to drop my flood insurance coverage because I can't afford it any longer, and new mapping causes my property to be in a Special Flood Hazard Area, it is my understanding that any perspective buyer would likely be faced with the full cost of this higher flood insurance rate immediately. The uncertainty of what is to come makes it hard to make an informed decision whether to pay the increased premiums (which, at some point, I will no longer be able to afford) or drop coverage and risk having to purchase mandatory flood insurance down the road at the full $6,461 per year. And all of this is for a home that has never experienced flooding.

33. It is my belief that the marketable value of my home would be drastically reduced by this high flood insurance rate under FEMA's Risk Rating 2.0. If a person was to consider purchasing my home with flood insurance being $6,461 per year ($538.42 per month), that cost of homeownership would rival that of the expected house note for a typical 30-year mortgage on my home. The only variable to entice a sale of the home would be an extraordinarily low selling price which we also can't afford.

34. If I were somehow able to afford and keep flood insurance on my home, I understand FEMA's policy would allow a perspective buyer to assume the policy at the annually increasing rate. But it is my belief that no one would be willing or able to afford to buy my home anywhere near its' pre–FEMA Risk Rating 2.0 market value knowing that the flood insurance rate would one day soon be so high.

35. It is also my understanding that under FEMA's Risk Rating 2.0 rating process, FEMA will no longer offer their long standing "grandfathering" policy whereby my home's flood insurance rates would be based on prior mapping and that the home could be sold to a person who would also be able to maintain insurance at the prior rating thus preserving the marketable value of my home. Eliminating the "grandfathering" policy, again, will make it difficult if not impossible to sell my home.

36. Not only will the high cost of insurance itself deter potential buyers, but such a high cost signals a high risk and low desirability of the home. This too makes the home less desirable. But again, this home has never experienced flooding, even recently during Hurricane Ida, which devastated much of the area.

37. Finally, I am not aware of any actions that I can take myself that would substantially reduce the cost of my flood insurance under FEMA's Risk Rating 2.0 rating process from $6,461. per year to any reasonably affordable rate. Even elevating my home, which I certainly can't afford, would appear to only have a minimal impact to the cost of flood insurance in my immediate area I am told.

38. So, regardless of if I am able to afford to maintain flood insurance or not under FEMA's new rating structure, the end result is likely a huge drop in the marketable value of my home. The only possible way that I see where the marketable value of my home is somewhat preserved is if the new maps do not require the purchase of flood insurance as is my current circumstance. Because of the higher cost of flood insurance under Risk Rating 2.0, if the new maps do not require the purchase of flood insurance, then fewer people will likely purchase flood insurance. As I stated above, it is unlikely I will maintain insurance if I have to pay the increased cost. But having insurance is a good thing, which is why I have opted to maintain it for all these years. These high rates discourage maintaining insurance, which is bad for me, any future homeowners, and I believe the National Flood Insurance Program itself.

39. As previously mentioned, the marketable value of my home is of utmost importance to my family as my wife and I age. We have to consider the realities of aging, including increased expenditures for possible assisted living facilities and unpredictable medical bills. Because we live on a fixed income, our house represents a substantial portion of our assets, and we have been counting on its resale value remaining steady or increasing over time. Risk Rating 2.0 not only harms us in the short term in the form of higher premiums, but it also threatens our financial stability in the longer term.

40. We purchased this home and have remained in it for fifty-seven years to raise our kids, grandkids, and great-grandkids based on the idea that this home is not at serious risk for flooding and that we could maintain flood insurance at a reasonable rate. The low risk of flooding was not just based on my historical observations verified by my lack of flood claims on the property; but FEMA's own analysis as indicated on their mapping. However, without any justification, Risk Rating 2.0 casts this all aside and puts us in an impossible situation. We can continue on this path of escalating rates, eventually being forced out of the insurance market because of an unaffordable annual insurance bill of $6,461. We can drop our coverage and risk being forced to buy the exact same coverage at the full premium down the road. Or we can attempt to sell our home for a reduced price and leave the place we have called home for nearly six decades.

41. Risk Rating 2.0 has caused—and will continue to cause—my wife and I significant harm, and we have no recourse against the dramatically higher insurance rates.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Raceland, Louisiana, this 5 TH day of May 2023.

_____
Steve Bourgeois

Exhibit A

Policy Number: ███

# FLOOD POLICY DECLARATIONS

**ASSURANT®** American Bankers Insurance Company of Florida
Scottsdale, AZ 85261-4337

Preferred Risk

**Type:** Renewal
**Policy Period:** 07/15/2021 To 07/15/2022
**Original New Business Effective Date:** 07/15/2001
**Reinstatement Date:**
**Form:** Dwelling

For payment status, call: (800) 423-4403
These Declarations are effective
as of: 07/15/2021 at 12:01 AM

## Address Info

**Producer Name and Mailing Address:**
RIVIERE INSURANCE AGENCY INC
PO BOX 1238
THIBODAUX, LA 70302-1238

**NFIP Policy Number:** ███
**Agent/Agency #:** ███
**Reference #:**
**Phone #:** ███

**Insured Name and Mailing Address:**
BOURGEOIS, STEVE J
BOURGEOIS, MYRTLE
███

**NAIC Number:** 10111
**Processed by:**
Flood Service Center
P.O. Box 8695  Kalispell MT 59904-8695

## Property Info

**Property Location:**
███

**Primary Residence:** Y
**Premium Payor:** Insured
**Flood Risk/Rated Zone:** C    **Current Zone:**
**Community Number:** ███
**Community Name:** LAFOURCHE PARISH*
**Grandfathered:** No
Pre-Firm Construction
**Program Type:** Regular

**Building Description:**
Single Family
One Floor
No Basement/Enclosure/Crawlspace

**Newly Mapped into SFHA:**
**Elev Diff:** N/A
**Elevated Building:** Y
Includes Addition(s) and Extension(s)
**Replacement Cost:**
**Number of Units:** 1

## Coverage & Rating

| Type | Coverage | Rates | Deduct | Discount | Sub Total |
|---|---|---|---|---|---|
| Building: | 250,000 | / | 1,250 | | |
| Contents: | 100,000 | / | 1,250 | | |
| Contents Location: | Lowest Floor Only Above Ground Level | | | | |

| Premium Calculation | |
|---|---|
| Premium Subtotal: | 436.00 |
| Multiplier: | |
| ICC Premium: | 6.00 |
| CRS Discount: | .00 |
| Reserve Fund Assmt: | 80.00 |
| HFIAA Surcharge: | 25.00 |
| Federal Policy Fee: | 25.00 |
| Probation Surcharge: | .00 |
| Endorsement Amount: | .00 |
| Total Premium Paid: | 572.00 |

Coverage Limitations May Apply. See Your Policy Form for Details.

## Mortgage Info

**First Mortgage:**

**Second Mortgage:**

**Loss Payee:**

**Disaster Agency:**

Refer to www.fema.gov/cost-of-flood for more information about the risk of flooding and how it impacts the cost of flood insurance.

99014694202021  05/21/2021            American Bankers Insurance Company of Florida            ASULOG_INS_1R_OXP_000003297701

Exhibit B



**ASSURANT®**
American Bankers Insurance Company of Florida

**Agent Contact Information**
Riviere Insurance Agency Inc
Po Box 1238
Thibodaux, LA 70302-1238
(985) 447-2625
**Insurer NAIC Number** 10111

**Policy Number**
**NFIP Policy Number**
**Policy Term** 07/15/2022 12:01 AM - 07/15/2023 12:01 AM
**Policy Form** Dwelling Policy
**Policy Declarations Type** Renewal Policy Declarations
**Payor** Insured
**Rate Category** Rating Engine

# Flood Insurance Policy Declarations
# THIS IS NOT A BILL

**Insured Name and Mailing Address**
STEVE J BOURGEOIS, MYRTLE BOURGEOIS

**Property Location**

## COVERAGE AND RATING

|  | Coverage | Deductible |
|---|---|---|
| **Building** | $250,000 | $2,000 |
| **Contents** | $100,000 | $1,000 |

### PROPERTY INFORMATION

| | |
|---|---|
| **Flood Zone** | C |
| **Primary Residence** | Yes |
| **Building Occupancy** | Single-Family Home |
| **Building Description** | Main Dwelling |
| **Building Description Detail** | |
| **First Floor Height** | 1.1000000352 Feet |
| **Method Used for 1st Floor Height** | TOOL |
| **Property Description** | Elevated w/o enclsr. on Posts, 1 Floor, Frame |
| **Date of Const/Substantial Imp** | 01/01/1966 |
| **Replacement Cost Value** | $250,000 |
| **Prior NFIP Claims** | 0 claims |
| **Number of Units** | 1 |

**Premium Details**
| | |
|---|---|
| Building Premium | $3,996 |
| Contents Premium | $2,224 |
| ICC Premium | $75 |
| Mitigation Discounts | ($0) |
| CRS Discount | ($0) |
| **Full-Risk Premium** | **$6,295** |
| *Statutory Discounts* | |
| Annual Increase Cap Discount | ($5,774) |
| Pre-FIRM Discount | ($0) |
| Newly Mapped Discount | ($0) |
| Other Statutory Discounts | ($0) |
| **Discounted Premium** | **$521** |
| *Fees and Surcharges* | |
| Reserve Fund Assessment | $94 |
| HFIAA Surcharge | $25 |
| Federal Policy Fee | $47 |
| Probation Surcharge | $0 |
| **Total Annual Premium** | **$687** |

*Effective 4/1/2022, the NFIP implemented a new pricing methodology, Risk Rating 2.0 Phase II Renewals. Some property information on your policy may have been updated. Please contact your flood insurance agent to ensure you have the most accurate and up to date property information.*

Your property's NFIP flood claims history can affect your premium.

## MORTGAGE INFORMATION

Coverage limitations may apply. See your policy form for details.
For Questions about your flood insurance policy rating, contact your agent or insurance company. To learn more about your flood risk please visit FloodSmart.gov/floodcosts.
**Policy Issued By:** American Bankers Insurance Company of Florida

Printed: 06/01/2022