# EXHIBIT 54

## Declaration of the Russell Hebert, Jr.

1. My name is Russell Hebert, Jr. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. My wife Margaret Hebert and I are owners of a home located at 100 Royal Street, Montegut, Louisiana 70377. We live in this home with our youngest adult son and his girlfriend who help us out tremendously. I am 80 years old, and my wife is 79 years old. We are both retired. I retired from Texaco and my wife retired as a local librarian. We are both handicapped.

3. My wife's family and my family have lived in this area for generations. We have been active members of the community for a long time. My wife and I have been active in our Church, The Knights of Columbus, the local Veterans of Foreign Wars, The Lion's Club, the American Legion, and I am a member of the Marine Corps League. We are invested in this community.

4. Our home was designed by my wife. Our home has been a gathering place for countless large family gatherings. We have raised our five (5) children in our home. It has been a cherished destination to our eight (8) grandkids and two (2) great grandkids. The memories created and shared in this home are too numerous to count.

5. Our house was built in 1972 and we have lived in it since that time. We have made additions to our home over the years.

6. I purchased flood insurance through the National Flood Insurance program because it was affordable since I first owned the home in 1972. I have never had a lapse of flood insurance coverage.

7. Our house has flooded multiple times as a result of storm surge flooding that came over the parish levee approximately 1575 feet behind my home. It has never flooded from Bayou Terrebonne which is approximately 320 feet in front of my home.

8. Our house flooded on October 28, 1985, after Hurricane Juan. I filed a claim, and our insurance covered $36,780.62 in damages.

9. Our house flooded again in 1992 after Hurricane Andrew. I filed a claim, and our insurance covered $100,491.27 in damages.

10. Our house flooded again in 2002 after Hurricane Lilly. I filed a claim, and our insurance covered $105,256.15 in damages.

11. Our house flooded again in 2005 after Hurricane Rita. I filed a claim, and our insurance covered $94,412.35 in damages.

12. And most recently, our house flooded in 2008 after Hurricane Ike. I filed a claim, and our insurance covered $49,390.62 in damages.

13. Total, our insurance has paid $386,331.01 in claims from these flood events.

14. A few years after the last flood, I was approached through the Parish with an opportunity to elevate our home. But we had several reasons why we chose not to pursue that option. First, elevating the home to 14 feet as proposed would have been a concern for our physical limitations. Second, this would have displaced us from the home for a considerable amount of time. Further, because it is a slab-on-grade home, the cost of elevation would have made our match cost too expensive for us. We also saw good progress on local levee construction on both the parish levee and the Morganza to the Gulf levee system that we believed gave us better protection from future floods.

15. Our house has not flooded since 2008 because of the Morganza-to-the-Gulf Hurricane Protection System. As part of this project, several local levees were completed in 2016. This levee system made the parish levee redundant because the storm surge would need to fill a 5000-acre basin before it would even reach the parish levee that previously failed to protect my home. It would then need to come over the parish levee before it threatened our home.

16. In 2018, my deductible was $2,000, and my total policy premium was $2,860. With the surcharges and service fees, the total was $2,935. (Attached as Exhibit A).

17. In 2019, I raised my deductible to $10,000. As a result, my total policy premium was $2,142. With the surcharges and service fees, the total was $2,217. (Attached as Exhibit B).

18. In 2020, my total policy premium was $2,640. With the surcharges and service fees, the total was $2,715. (Attached as Exhibit C).

19. In 2021, my total policy premium was $3,289. With the surcharges and service fees, the total was $3,364. (Attached as Exhibit D).

20. In 2022, my total policy premium increased to $4,102. With the surcharges and service fees, the total was $4,177. (Attached as Exhibit E).

21. In 2023, my total policy premium increased to $5,611. Because of the statutory discounts, I pay a reduced rate, but I still must pay $5,213. (Attached as Exhibit F).

22. Whereas I previously received a community rating system discount of 15%, which was a several-hundred-dollar discount, the new policy only gives me an $11 community rating system discount. It also doesn't give me any discount for mitigation.

23. Because of the new levee system's success, my home has not flooded since 2008, even though several major hurricanes have hit the region. As a result of this successful mitigation, I did not expect my insurance premium to increase so dramatically.

24. In 2013, we signed a reverse mortgage on our home. The goal was to make our fixed income go a bit further.

25. We took out $30,000 to help cover some medical and other expenses, and we paid off the remaining balance of $70,000 on our home.

26. One of the terms of the reverse mortgage is that I maintain flood insurance on my home.

27. As the flood insurance rates started to rise generally, we increased our deductible from $2,000 to $10,000 in 2019 to help offset the increasing rates. *Compare* Exhibit A *with* Exhibit B.

28. But with Risk Rating 2.0, the insurance rates have increased significantly from $3,289 in 2021 to $5,611 in 2023.

29. I do not understand why my community rating system discount is minimal even though the risk to the community has gone down over the years. FEMA has not provided me any information about why my discount is now only $11.

30. I do not understand why my rates have increased so significantly when there have been no flood events on my property since 2008. FEMA has not provided any information about how it calculated the premium for my property, nor has it provided any information about how it will calculate these rates in the future. As a result, I do not know what next year's rates will be, but I expect them to increase.

31. While insurance rates have increased incrementally since 1972, the increases were predictable and small. Since 2020, though, my policy has more than doubled as a result of Risk Rating 2.0. This increased cost is unbearable.

32. Based on the current rates, and the uncertainty of the rates moving forward, I believe I will be forced to default on my mortgage because of the cost of flood insurance.

33. Given my age and my fixed income, I am being forced to consider all my options, as limited as they may be, including bankruptcy. But I'm not sure even bankruptcy would save me from losing my home.

34. We purchased this home and have lived in it for 51 years. Although we have experienced significant flood damage, the mitigation efforts in our community have reduced that risk substantially. We have not experienced a flood event in fifteen years, and our flood zone has remained the same. Yet Risk Rating 2.0 increases our rates dramatically, and we don't know whether they will continue to increase.

35. I do not believe I will be able to remain in my home as a result of Risk Rating 2.0.

36. Risk Rating 2.0 has harmed me and my family because it has imposed an increased cost that we are struggling to pay, and it has injected uncertainty into our future, making it difficult to understand all of our options and chart a path forward.

37. Our policy will renew on January 27th, 2024, and we expect that we will not be able to pay to renew it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Montegut, Louisiana, this 15th day of May 2023.

*Russell Hebert Jr.*

Russell Hebert, Jr.

Exhibit A

# FEMA

THE LEDET CORPORATION
PO BOX 1070
HOUMA, LA 70361-1070

Agency Phone: (985) 872-4577

NFIP Policy Number:
Company Policy Number: ████████
Agent: 0720707697

Policy Term: 01/26/2018 12:01 AM through 01/26/2019 12:01 AM
Renewal Billing Payor: INSURED

To report a claim visit or call us at: https://my.nfipdirect.fema.gov   (800) 767-4341

## RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
### STANDARD POLICY - DWELLING FORM

**DELIVERY ADDRESS**

RUSSELL H, , HEBERT JR

**INSURED NAME(S) AND MAILING ADDRESS**

RUSSELL H, , HEBERT JR

**COMPANY MAILING ADDRESS**
NFIP DIRECT SERVICING AGENT
PO BOX 913111
DENVER, CO 80291-3111

**PROPERTY LOCATION**

DESCRIPTION: N/A

**RATING INFORMATION**

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 11/26/2003 | DATE OF CONSTRUCTION: | 03/01/1972 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | TERREBONNE PARISH |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | A12 |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | NO |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | A12 |
| ADDITIONS/EXTENSIONS: | SELECT | ELEVATION DIFFERENCE: | N/A |
| BUILDING TYPE: | ONE FLOOR | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: | NO BASEMENT | | |

**MORTGAGEE / ADDITIONAL INTEREST INFORMATION**

FIRST MORTGAGEE:  LOAN NUMBER: N/A
SECOND MORTGAGEE:  LOAN NUMBER: N/A
ADDITIONAL INTEREST:  LOAN NUMBER: N/A
DISASTER AGENCY:  CASE FILE NUMBER: N/A
 DISASTER AGENCY:

**PREMIUM CALCULATION — Pre-FIRM Subsidized**                                        Standard

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $135,000 | $2,000 | $60,000 | 1.610 | $75,000 | 1.640 | $0.00 | $2,196.00 |
| CONTENTS | $30,000 | $2,000 | $25,000 | 2.050 | $5,000 | 2.940 | $0.00 | $660.00 |

Coverage limitations may apply. See your policy form for details.

$10,000

2018

| | |
|---|---|
| ANNUAL SUBTOTAL: | $2,856.00 |
| INCREASED COST OF COMPLIANCE: | $70.00 |
| COMMUNITY RATING DISCOUNT: 15% | ($439.00) |
| RESERVE FUND ASSESSMENT: 15.0% | $373.00 |
| PROBATION SURCHARGE: | $0.00 |
| ANNUAL PREMIUM: | $2,860.00 |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $2,935.00 |

(2)

**Zero Balance Due**
**This Is Not A Bill**

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy issued by NFIP DIRECT SERVICING AGENT                                    Company NAIC: 99999

File: 7624147        Page 1 of 2                                                 DocID: 55260336

---

Administrative Coordinator
Planning & Zoning Department

Government Tower Building
Bus.: (985) 873-6565
Fax: (985) 580-8179

Exhibit B



THE LEDET CORPORATION
PO BOX 1070
HOUMA, LA 70361-1070

Agency Phone: (985) 872-4577

NFIP Policy Number:
Company Policy Number:
Agent: 0720707897

Policy Term: 01/26/2019 12:01 AM through 01/26/2020 12:01 AM
Renewal Billing Payor: INSURED
To report a claim visit or call us at: https://my.nfipdirect.fema.gov  (800) 767-4341

## RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
### STANDARD POLICY - DWELLING FORM

**DELIVERY ADDRESS**

RUSSELL H, , HEBERT JR

**INSURED NAME(S) AND MAILING ADDRESS**

RUSSELL H, , HEBERT JR

**COMPANY MAILING ADDRESS**
NFIP DIRECT SERVICING AGENT
PO BOX 913111
DENVER, CO 80291-3111

**PROPERTY LOCATION**

DESCRIPTION: N/A

**RATING INFORMATION**

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 11/26/2003 | DATE OF CONSTRUCTION: | 03/01/1972 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | TERREBONNE PARISH |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | A12 |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | NO |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | A12 |
| ADDITIONS/EXTENSIONS: | N/A | ELEVATION DIFFERENCE: | N/A |
| BUILDING TYPE: | ONE FLOOR | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: | NO BASEMENT | | |

**MORTGAGEE / ADDITIONAL INTEREST INFORMATION**

FIRST MORTGAGEE:   LOAN NUMBER:
SECOND MORTGAGEE:  LOAN NUMBER: N/A
ADDITIONAL INTEREST:  LOAN NUMBER: N/A
DISASTER AGENCY:  CASE FILE NUMBER: N/A
DISASTER AGENCY:

**PREMIUM CALCULATION – Pre-FIRM Subsidized**                                    Standard

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $135,000 | $10,000 | $60,000 | 2.010 | $75,000 | 2.050 | ($960.00) | $1,784.00 |
| CONTENTS | $20,000 | $10,000 | $20,000 | 2.560 | $0 | 3.680 | ($179.00) | $333.00 |

Coverage limitations may apply. See your policy form for details.

| | |
|---|---|
| ANNUAL SUBTOTAL: | $2,117.00 |
| INCREASED COST OF COMPLIANCE: | $75.00 |
| COMMUNITY RATING DISCOUNT: 15% | ($329.00) |
| RESERVE FUND ASSESSMENT: 15.0% | $279.00 |
| PROBATION SURCHARGE: | $0.00 |
| ANNUAL PREMIUM: | $2,142.00 |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $2,217.00 |

Zero Balance Due - This Is Not A Bill

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy issued by NFIP DIRECT SERVICING AGENT                          Company NAIC: 99999



File: 8432489     Page 1 of 2            DocID: 64204023

Exhibit C



**FEMA**

NFIP DIRECT
PO BOX 913111
DENVER, CO 80291-3111

Agency Phone: (985) 872-4577

NFIP Policy Number:
Company Policy Number:
Agent: 0720707897

Policy Term: 01/26/2020 12:01 AM through 01/26/2021 12:01 AM
Renewal Billing Payor: INSURED
To report a claim visit or call us at: https://my.nfipdirect.fema.gov
(800) 767-4341

## RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
### STANDARD POLICY - DWELLING FORM

**DELIVERY ADDRESS**
RUSSELL H, , HEBERT JR

**INSURED NAME(S) AND MAILING ADDRESS**
RUSSELL H, , HEBERT JR

**COMPANY MAILING ADDRESS**
NFIP DIRECT
PO BOX 913111
DENVER, CO 80291-3111

**PROPERTY LOCATION**

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.

DESCRIPTION: N/A

### RATING INFORMATION

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 11/26/2003 | DATE OF CONSTRUCTION: | 03/01/1972 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | TERREBONNE PARISH |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | A12 |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | NO |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | A12 |
| ADDITIONS/EXTENSIONS: | N/A | ELEVATION DIFFERENCE: | N/A |
| BUILDING TYPE: | ONE FLOOR | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: | NO BASEMENT | | |

### MORTGAGEE / ADDITIONAL INTEREST INFORMATION

FIRST MORTGAGEE:          LOAN NO:
SECOND MORTGAGEE:         LOAN NO: N/A
ADDITIONAL INTEREST:      LOAN NO: N/A
DISASTER AGENCY:          CASE NO: N/A
                          DISASTER AGENCY:

### PREMIUM CALCULATION — Pre-FIRM Subsidized                                    Standard

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $135,000 | $10,000 | $60,000 | 2.390 | $75,000 | 2.440 | ($1,142.00) | $2,122.00 |
| CONTENTS | $20,000 | $10,000 | $20,000 | 3.050 | $0 | 4.390 | ($213.00) | $397.00 |

Coverage limitations may apply. See your policy form for details.

| | | |
|---|---|---|
| ANNUAL SUBTOTAL: | | $2,519.00 |
| SRL PREMIUM: | 5% | $126.00 |
| INCREASED COST OF COMPLIANCE: | | $56.00 |
| COMMUNITY RATING DISCOUNT: | 15% | ($405.00) |
| RESERVE FUND ASSESSMENT: | 15.0% | $344.00 |
| PROBATION SURCHARGE: | | $0.00 |
| ANNUAL PREMIUM: | | $2,640.00 |
| HFIAA SURCHARGE: | | $25.00 |
| FEDERAL POLICY SERVICE FEE: | | $50.00 |
| TOTAL: | | $2,715.00 |

**Zero Balance Due - This Is Not A Bill**

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy Issued by  NFIP DIRECT                                    Company NAIC:  99999

File: 9228558          Page 1 of 2                    DocID: 70868004

Case 2:23-cv-01839-JCZ-JVM   Document 1-54   Filed 06/01/23   Page 9 of 12

# FEMA — RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
STANDARD POLICY - DWELLING FORM

THE LEDET CORPORATION
PO BOX 1070
HOUMA, LA 70361-1070

Agency Phone: (985) 872-4577

NFIP Policy Number: [redacted]
Company Policy Number: [redacted]
Agent: 0720707897

Policy Term: 01/26/2021 12:01 AM through 01/26/2022 12:01 AM
Renewal Billing Payor: INSURED
To report a claim visit or call us at: https://my.nfipdirect.fema.gov  (800) 767-4341

DELIVERY ADDRESS:
RUSSELL H. HEBERT JR
[redacted]

INSURED NAME(S) AND MAILING ADDRESS:
RUSSELL H. HEBERT JR
[redacted]

COMPANY MAILING ADDRESS:
NFIP DIRECT
PO BOX 913111
DENVER, CO 80291-3111

PROPERTY LOCATION: [redacted]

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.

RATING INFORMATION
- ORIGINAL NEW BUSINESS DATE: 11/26/2003
- REINSTATEMENT DATE: N/A
- BUILDING OCCUPANCY: SINGLE FAMILY
- CONDOMINIUM INDICATOR: NOT A CONDO
- NUMBER OF UNITS: N/A
- PRIMARY RESIDENCE: YES
- ADDITIONS/EXTENSIONS: N/A
- BUILDING TYPE: ONE FLOOR
- BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: NO BASEMENT

- DESCRIPTION: N/A
- DATE OF CONSTRUCTION: 03/01/1973
- COMMUNITY NUMBER: [redacted]
- COMMUNITY NAME: TERREBONNE PARISH
- CURRENT FLOOD ZONE: A12
- GRANDFATHERED: NO
- FLOOD RISK/RATED ZONE: A12
- ELEVATION DIFFERENCE: N/A
- ELEVATED BUILDING TYPE: NON-ELEVATED

MORTGAGEE / ADDITIONAL INTEREST INFORMATION
1ST MORTGAGEE: [redacted]    LOAN NO: [redacted]
2COND MORTGAGEE:              LOAN NO: N/A
ADDITIONAL INTEREST:          LOAN NO: N/A
DISASTER AGENCY:              CASE NO: N/A

PREMIUM CALCULATION — Pre-FIRM Subsidized

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | Standard PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $135,000 | $10,000 | $60,000 | 2.780 | $75,000 | 2.840 | ($1,329.00) | $2,469.00 |
| CONTENTS | $20,000 | $10,000 | $20,000 | 3.550 | $0 | 5.110 | ($249.00) | $461.00 |

Coverage limitations may apply. See your policy form for details.

| | |
|---|---|
| ANNUAL SUBTOTAL: | $2,930.00 |
| SRL PREMIUM: 10% | $293.00 |
| INCREASED COST OF COMPLIANCE: | $56.00 |
| COMMUNITY RATING DISCOUNT: 15% | ($482.00) |
| RESERVE FUND ASSESSMENT: 18.0% | $502.00 |
| PROBATION SURCHARGE: | $0.00 |
| ANNUAL PREMIUM: | $3,289.00 |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $3,364.00 |

Zero Balance Due - This Is Not A Bill

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy issued by NFIP DIRECT                 Company NAIC: 99999

File: 9941956     Page 1 of 2     DocID: 77147875

Handwritten: 2/9/21

Exhibit E

04/21/2023 12:35PM FAX  9858729411                                                                  ☑0001/0001

 **FEMA**

THE LEDET CORPORATION
PO BOX 1070
HOUMA, LA 70361-1070

Agency Phone: (985) 872-4577

NFIP Policy Number: ▮
Company Policy Number: ▮
Agent: 0720707897

Policy Term: 01/26/2022 12:01 AM through 01/26/2023 12:01 AM
Renewal Billing Payor: INSURED

To report a claim visit or call us at: https://my.nfipdirect.fema.gov   (800) 767-4341

## RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
### STANDARD POLICY - DWELLING FORM

**DELIVERY ADDRESS**
RUSSELL H. , HEBERT JR
▮

**INSURED NAME(S) AND MAILING ADDRESS**
RUSSELL H. , HEBERT JR
▮

**COMPANY MAILING ADDRESS**
NFIP DIRECT
PO BOX 913111
DENVER, CO 80291-3111

**PROPERTY LOCATION**
▮

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.

**RATING INFORMATION**

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 11/28/2003 | DATE OF CONSTRUCTION: | 03/01/1972 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | ▮ |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | TERREBONNE PARISH |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | A12 |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | NO |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | A12 |
| ADDITIONS/EXTENSIONS: | N/A | ELEVATION DIFFERENCE: | N/A |
| BUILDING TYPE: | ONE FLOOR | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: | NO BASEMENT | | |

**MORTGAGEE / ADDITIONAL INTEREST INFORMATION**

FIRST MORTGAGEE: ▮                                               LOAN NO: ▮
SECOND MORTGAGEE:                                                LOAN NO: N/A
ADDITIONAL INTEREST:                                             LOAN NO: N/A
DISASTER AGENCY:                                                 CASE NO: N/A
                                                                 DISASTER AGENCY:

### PREMIUM CALCULATION — Pre-FIRM Subsidized

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED DISCOUNT/SURCHARGE | Standard PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $135,000 | $10,000 | $60,000 | 3.330 | $75,000 | 3.400 | ($1,592.00) | $2,356.00 |
| CONTENTS | $20,000 | $10,000 | $20,000 | 4.250 | $0 | 6.120 | ($298.00) | $552.00 |

Coverage limitations may apply. See your policy form for details.

| | |
|---|---|
| ANNUAL SUBTOTAL: | $3,508.00 |
| SRL PREMIUM: 15% | $526.00 |
| INCREASED COST OF COMPLIANCE: | $56.00 |
| COMMUNITY RATING DISCOUNT: 15% | ($614.00) |
| RESERVE FUND ASSESSMENT: 18.0% | $626.00 |
| PROBATION SURCHARGE: | $0.00 |
| **ANNUAL PREMIUM:** | **$4,102.00** |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $4,177.00 |

**Zero Balance Due - This Is Not A Bill**

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy issued by   NFIP DIRECT                                                Company NAIC:   99999

File: 10795112   Page 1 of 1                                                  DocID: 84643405

Printed 01/31/2022

**Exhibit F**
**pg. 1 of 2**

 

FEMA — NATIONAL FLOOD INSURANCE PROGRAM

**Policy Number:** [redacted]
**Policy Term:** January 26, 2023 at (12:01 a.m.) - January 26, 2024 at (12:01 a.m.)
**Policy Form:** Dwelling Policy
**Policy Declarations Type:** Renewal Policy Declarations
**Rate Category:** Rating Engine
**Insured Property Location:** [redacted]

To report a claim visit https://my.nfipdirect.fema.gov
or call us at: (800) 767-4341

# FLOOD INSURANCE POLICY DECLARATIONS
This Declarations Page is part of your Policy. THIS IS NOT A BILL.

**Policyholders(s)/Mailing Address:**
RUSSELL H, , HEBERT JR
[redacted]

**Agent:**
0720707897, THE LEDET CORPORATION
PO BOX 1070
HOUMA, LA 70361-1070
(985) 872-4577
LEO@LEDETINSURANCE.COM

**Insurer NAIC Number:** 99999

## Policy Coverages & Endorsements

| COVERAGE | LIMIT | DEDUCTIBLE |
|---|---|---|
| Building | $135,000 | $10,000 |
| Contents | $20,000 | $10,000 |

**$5,213.00**
Total Annual Payment
Includes Premium, Discounts, Fees, and Surcharges

**Payor:** Policyholder(s)

## Premium Details

| | |
|---|---|
| Building Premium | $4,596.00 |
| Contents Premium | $951.00 |
| Increased Cost of Compliance (ICC) Premium | $75.00 |
| Mitigation Discounts | ($0.00) |
| Community Rating System Discount | ($11.00) |
| **Full-Risk Premium** | **$5,611.00** |
| Statutory Discounts | |
| • Annual Increase Cap Discount | ($1,254.00) |
| **Discounted Premium** | **$4,357.00** |
| Fees and Surcharges | |
| • Reserve Fund Assessment | $784.00 |
| • Homeowner Flood Insurance Affordability Act of 2014 (HFIAA) Surcharge | $25.00 |
| • Federal Policy Fee | $47.00 |
| **Total Annual Payment (Premium, Discounts, Fees and Surcharges)** | **$5,213.00** |

**Exhibit F**
**pg. 2 of 2**

 

**Policy Number:** ▮▮▮▮▮

## Location and Property Information

| | |
|---|---|
| **Primary Residence** | Yes |
| **Building Occupancy** | Single-Family Home |
| **Building Description** | Main Dwelling |
| **Building Description Detail** | N/A |
| **Current Flood Zone** | A12 |
| **First Floor Height** | 1.0 ft |
| **Method Used to Determine First Floor Height** | FEMA Determined |
| **Property Description** | Slab on grade (Non-Elevated), 1 floor(s), Frame construction |
| **Number of Units** | N/A |
| **Date of Construction** | 03/01/1972 |
| **Prior NFIP Claims** | 1 claim(s) |

Your property's NFIP flood claims history can affect your premium. For more information, contact your insurance agent or company.

## ender Information

| 1st Mortgagee | 2nd Mortgagee |
|---|---|
| ▮▮▮▮▮ | N/A |
| an No: ▮▮▮▮▮ | Loan No: N/A |
| ss Payee | Disaster Agency |
| | N/A |
| n No: N/A | Case No: N/A |
| | Disaster Agency: N/A |

Please review this declaration page for accuracy. If any changes are needed, contact your agent. The "Full Risk Premium" is for this policy term only. It is subject to change annually if there is any change in the rating elements. "Mitigation Discounts" may apply if there are approved flood vents and/or the machinery & equipment is elevated appropriately.

For questions about your flood insurance policy rating, contact your agent or insurance company. To learn more about your flood risk please visit FloodSmart.gov/floodcosts.