# EXHIBIT 55

## Declaration of Roderick Scott

1. My name is Roderick Scott. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am a consultant in the flood hazard mitigation industry. I have over 30 years of contracting experience, including rebuilding flood damaged buildings, elevating of 1,500 homes and a half dozen structure relocations. I am also experienced with historic buildings and regulations for them. I am a Certified Flood Plain Manager-CFM. I have presented at multiple national, regional and state conferences on the topic of flood hazard mitigation and structural elevation. I have also provided education outreach programming in the pre and post disaster environments both to the survivors of disasters and the design professionals that create the construction plans for our projects. I was awarded the National Flood Proofing Award in 2014 for my "Elevation 101" education outreach in the Northeast for 16 months after Sandy. I am a member of the Association of State Floodplain Managers and the Flood Mitigation Industry Association. In May of 2018 I was invited by FEMA and Treasury to attend a closed meeting of "Financial Stakeholders", representing the flood mitigation industry, to discuss the issue of all the older buildings in FEMA flood zones that keep getting damaged and what is needed to accomplish that. In attendance were the banks and Fannie/ Freddie as well as the insurance, banking and mortgage industry associations. The banks agreed with our flood mitigation industry that there were three to four million older high flood risk buildings in FEMA flood zones, in the US. The banks estimate the asset value is $1.5 trillion and that the flood mitigation industry estimates the cost to retro fit the assets is $600 billion.

3. I am part of a growing flood mitigation industry, whose goals are to provide the products and services that protect buildings and sites from flooding. This relatively young, less than 20 years old, industry consists of companies that are developing and deploying engineered products and technological solutions to protect people and property from flooding.

4. I work at the leading edge of protecting families and communities from the devastation caused by floods. My work provides professional essential products and services related to the mitigation of flooding. In addition, the outreach and formal education products I have worked hard to create are on the leading edge of the interface of the industry with government and the public. I constantly strive to be a thought leader in how the world can reduce flood risk and better prepare for the ever-increasing risk of flood.

5. Flood mitigation projects range from structural elevation and dry flood proofing projects for residential and nonresidential buildings to wet flood proofing of water dependent buildings. Structural elevation above the base flood elevation level, the elevation of surface water resulting from a flood that has a one percent change of equaling or exceeding that level in any given year, commonly known as "a hundred year flood", is a proven method of reducing flood risk and until NFIP 2.0 the projects resulted in a substantial discount in flood insurance rates. By raising a home or building just one or two feet above the base flood elevation, the National Flood Insurance Program – NFIP's legacy rating system provided low policy rates that provided a large return on investment that encourages property owners to undertake the projects. According to the National Institute of Building Sciences (NIBS), flood hazard mitigation projects result in disaster recovery savings of $6 dollars for every $1 dollar invested in the project.

6. In Mandeville, Louisiana, where I live, the community has retro fitted over 80% of the older high flood risk buildings in the FEMA flood zones. The community has experienced 17 floods in 17 years since Katrina in 2005. Three of those floods were around nine feet high. Katrina (2005) had 750 flood claims for $25 million, Isaac (2012) had 250 claims for $7 million and one year of recovery and Ida (2021) saw 100 claims with a few weeks of recovery.

7. Dry floodproofing is also a proven method of mitigating flood damages for non-residential buildings. Deployable engineered flood control systems are another proven method of reducing flood damages. These products are deployed in advance of a flood event.

8. While 100,000 homes and buildings across the country have already been elevated (FEMA number), 3-4 million more across the country still need to be elevated or dry floodproofed to mitigate the risks flooding poses to them. The US Army Corp's of Engineers (USACE) is now getting into this nonstructural flood risk mitigation sector as more and more communities realize that traditional levees are too expensive to build and maintain. Currently the USACE has 80,000 buildings identified for elevation and dry floodproofing in multiple US coastal and riverine studies.

9. Here in Louisiana, the USACE has three major coastal and two large watershed projects under study with most of the work needed to reduce flood risk as being nonstructural projects of structural elevation and dry floodproofing. The Southwest Coastal project has been authorized for 4,000 elevations and dry floodproofing projects and has received appropriations for 700-1000. The South Central Coastal project has 3,500 elevations and dry flood proofing projects and the first port in the US. And Congress authorized the first port in the US, the Port of Iberia, to get wet floodproofed. The St Tammany coastal project has over 8,000 elevations and dry floodproofing projects

identified and is still in study mode. In recognition of how effectively elevation and certified dry floodproofing projects mitigate the risks associated with flooding, and to encourage more policyholders to elevate their homes and dry floodproof buildings, NFIP legacy rating system offered large premium discounts for policyholders who elevated their homes or dry floodproofed their non- residential buildings.

### FEMA NFIP RESIDENTIAL

### ACTUARIAL RISK RATES COMPARISON



10. Property owners with a mortgage are required to purchase flood insurance. Private flood insurance is declining to cover these high flood risk buildings. If you own an older high flood risk building you want to retro fit. But if you have a mortgage, then you don't have many options due to the fact that the banks can't loan us more than 80% of the property's value. This is known as "Loan to Value Ratio."

3

11. To further encourage home elevation, FEMA partners with local governments, such as Jefferson Parish in Louisiana, to provide grants for elevation projects. Jefferson Parish's flood mitigation assistance programs funded by FEMA and administered by Jefferson Parish, and it covers 75-100% of elevation costs. All of those property owners must carry NFIP policies after their elevation project was completed, for the life of the property.

12. Predictably, many home and building owners who are required to purchase flood insurance, because they have a mortgage and the building is in the FEMA flood zones, decided to elevate their homes or buildings because of the discount in their flood insurance premiums they would receive if they did so. Now NFIP 2.0 has virtually eliminated the mitigation discount.

13. Because of how effectively elevation mitigates the risks associated with flooding—and because of FEMA's strong encouragement of elevation through NFIP discounts and grants—the flood mitigation industry has expanded to meet the growing needs of vulnerable home and building owners. As demand and funding for the mitigation projects is increasing, the mitigation industry is expanding services and products to execute the rising numbers of projects.

14. The flood mitigation industry grew in reliance on FEMA's continued encouragement of elevation of vulnerable homes and buildings through NFIP premium discounts. HUD disaster recovery funding elevated tens of thousands of homes post Katrina and Sandy. In Louisiana the industry has elevated 36,000 homes since Katrina (2005). And because of the proven ways in which elevation mitigates flood risks, it was reasonable to assume that FEMA would continue to significantly factor it into NFIP insurance premium prices and offer discounted premiums for elevated homes and buildings.

15. Despite the proven ways in which elevation mitigates the risks associated with flooding, FEMA's Risk Rating 2.0 offers almost no discount for elevation or other mitigation measures.

16. Risk Rating 2.0's lack of consideration of how effectively elevation mitigates flood risks is illustrated by the dramatic increase in the full risk premium for an elevated home located at 2525 Lakeshore Drive in Mandeville, Louisiana under Risk Rating 2.0. This home is elevated three feet above the base flood elevation level. FEMA's legacy rating system recognized that the home's elevation effectively mitigated the risk of any flooding, so the full risk premium was only $516.00 per year. Risk Rating 2.0, on the other hand, fails to recognize in a meaningful way how elevation mitigates flood risks. Consequently, the full risk premium for that same home under Risk Rating 2.0 is $4,615.00, an

4

astonishing 794% increase. While the annual increase cap, combined with a newly mapped discount, significantly decreases the amount charged to homeowner this year, the Risk Rating 2.0 full risk premium of $4,615.00 represents the amount the homeowner will eventually be required to pay.

17. Under Risk Rating 2.0, many owners of vulnerable homes and buildings will, and already have, decided not to elevate their homes or buildings or invest in other mitigation measures, like moving, because of the lack of a return on that investment in the form of a discounted flood insurance premium. In short, without the incentive of a lower insurance premium, a growing number of property owners aren't mitigating flood risk and are leaving themselves open to great financial losses.

18. This reduction in consumer demand in elevation and other mitigation measures for vulnerable homes and buildings, spurred by Risk Rating 2.0 is already reflected in the reduction in participation in the Jefferson Parish elevation grant program for 2024. Jefferson Parish flood plain and mitigation programs staff have said 2023, 20 percent of this next year's grant applicants had already backed out of the program due to the lack of a meaningful mitigation discount offered under Risk Rating 2.0.

19. My business of consulting on flood mitigation projects and education programs will be greatly harmed by this decrease in consumer demand for elevation and other flood mitigation measures in vulnerable homes and buildings spurred by Risk Rating 2.0. The members of the International Association of Structural Movers members will see the reduction in the grants, as they are contracted to elevate the buildings. Then there are the foundation companies, the electricians, plumbers, carpenters, structural engineers, materials suppliers and project managers that will suffer from fewer numbers of flood hazard mitigation projects. And that is just one example of the reduction in demand for elevation and other mitigation measures caused directly by Risk Rating 2.0 in these very early stages of its implementation. The harms to the flood mitigation industry inflicted by Risk Rating 2.0 will likely lead to a large loss of jobs and revenue from the development and sale of flood mitigation products.

20. As a result of the harms inflicted upon it by Risk Rating 2.0, the flood mitigation industry, as a whole, will likely lack the capacity to elevate the many vulnerable homes and buildings that would be protected by elevation, leading to increased damage caused by future flooding. The loss of the mitigation discounts lowers the demand for our services, which downsizes the entire industry. In short, Risk Rating 2.0 will prevent the flood mitigation industry as a whole from protecting homeowners and their families from the ever-increasing risks of flooding, leaving them, their homes, and their property vulnerable to the immense dangers floods pose.

21. The timing of all of this could not be worse, as the 2023 Hurricane Season is about the begin. The last 24 months have seen four hurricanes hit our coastline with thousands of flood claims. Moreover, three-four times that many homeowners without flood insurance—due to the cost and income challenges of the property owners—also experienced flood damage. We must get these properties retrofitted as soon as possible in order to keep our workforce at or near the coast, since Louisiana is a working coast. The loss of the NFIP mitigation discounts is turning people away from funding to elevate their homes and dry floodproof their businesses. This has to stop. We must have our NFIP legacy rating system mitigation discounts back so we can get property owners to opt into grant and financing programs to elevate and dry floodproof their assets.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Mandeville, Louisiana, this 25th day of May 2023.

*Roderick Scott*

Roderick Scott