# EXHIBIT 57

**Declaration of Brandy S. Theriot**

1. My name is Brandy S. Theriot. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the owner of a home located at 506 Gaynell Dr., Houma, LA. My home was built in 1974, and I have owned it since 2002. I live in my home with my husband Patrick.

3. My husbands' family and my family have lived in this area for generations. We chose this location because of its excellent school district and the quality of the neighborhood and services offered in the area. We raised our child in this home, and we plan to live here all our lives.

4. Although my home is eligible to buy flood insurances through the NFIP, my home is not located in a NFIP designated Special Flood Hazard Area. As such, I am not required to purchase flood insurance from the NFIP.

5. Additionally, my home is protected from flooding by being in a Terrebonne parish maintained pumped forced drainage area surrounded by levees and natural ridges of higher ground.

6. While I believe the threat of my home flooding is very low, I do not believe it to be zero. I believe there is a remote possibility that extraordinary rain, coupled with an inadvertently blocked ditch would be the most likely source of incidental flood water.

7. Given the above, and in order to best protect my home's equity, I decided to purchase flood insurance through the National Flood Insurance program because it was affordable.

8. I have had flood insurance on my home through the National Flood Insurance Program for most of the time that we have lived here. Affordability caused us to drop flood insurance for a few years, but we have maintained it for at least the last 5 years. I have never had any instances of flooding in my home and therefore I have never made a flood insurance claim.

9. My most recent annual insurance premium prior to FEMA's promulgation of Risk Rating 2.0 was $537 per year. In prior years, my annual insurance premium was typically considerably below $500 per year.

10. If FEMA had not promulgated the Risk Rating 2.0, I believe my next annual premium would have been about $550 per year. This is based on typical annual increases over the years.

11. Based on my experience renewing flood insurance, I receive a renewal notice through my insurance agent. This includes some information about my policy, including my next annual premium. After I renew my insurance, I receive a Declarations Page, which contains additional information about my policy. Because any annual increases to my premium have been predictable and small, I have never questioned this process.

12. On or about 3/15/2022, FEMA, through my local Allstate insurance agent, sent me a notice that my flood insurance was about to expire. The renewal notice indicated my next annual premium would be $657 per year, a 22.3% increase from my prior premium. This notice only included the new renewal rate and the amount of Building and Content Coverage I was carrying and their respective deductibles. Although this was a higher increase than normal, I renewed my flood insurance policy.

13. However, a few weeks after I renewed my flood insurance policy, I received my Flood Insurance Policy Declaration Page. (See attached Exhibit A). It was at this time that FEMA first revealed to me what my Full-Risk Premium was. The Declaration Page indicated it to be $2,625 per year with our local Parish $429 CRS discount. It also showed that only the "Annual Increase Cap Discount", a substantial $2,129 discount, was stopping me from having to pay that full risk premium immediately. I had received no information about this Full-Risk Premium or the new calculations prior to receiving this Declaration Page. This, of course, was only given to me after I renewed my policy.

14. There is no reason for this dramatic change besides Risk Rating 2.0. I have made no new flood insurance claims, I have remained in the same home, and my non-flood zone mapping and overall risk has remained the same or has been reduced by additional and redundant flood protection measures to our south. That being parts of the Morganza to the Gulf storm surge protection system being completed to some level.

15. It is my understanding that the "Annual Increase Cap Discount" as shown on the Declaration page will continue to drop year after year until this discount is $0 as was required by Congress to keep the rate of increase no higher than 18% per year. As such, this will cause my flood insurance cost to rise each year to the full risk rate.

16. If the other "Fees and Surcharges" as shown on my current Declaration page remain the same during the period when the "Annual Increase Cap Discount" drops to $0, I am expecting my total flood insurance policy to be $2,786 per year.

17. Further, I read that FEMA recently indicated the average Flood Insurance Policy for homeowners in Terrebonne Parish was going to increase by 305% because of Risk rating 2.0. But, based on the above, our policy will ultimately see an increase of **519%**. Given my long experience with this home, the fact that I do not even live in an area that FEMA themselves calls a Special Flood Hazard Area, and all the things mentioned above, this increase at any rate of increase, simply makes no sense.

18. If I had received the Declaration page at the time of my renewal notice and knew what my new full-risk premium was under Risk Rating 2.0, I would have considered not renewing my policy. But the agency's failure to be forthcoming with information deprived me of this choice. I am now saddled with an expensive policy that is going to eventually become unaffordable. I did not know this when I renewed.

19. This lack of transparency inhibits my ability to make an informed decision about whether to continue purchasing flood insurance.

20. Based on how much the insurance rates are rising for others in my community, I fear that FEMA is engaging in a bait-and-switch tactic to keep me (and others) buying into the National Flood Insurance Program while eventually escalating my rates beyond what I (and others) can ultimately afford.

21. The increased cost of my flood insurance under FEMA's Risk Rating 2.0 will cause me irreparable harm by eventually forcing me out of the insurance pool. But more than that, the lack of transparency about the increased cost is deceptive and causes me to make blind decisions that carry with them serious financial ramifications.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Houma, Louisiana, this 17th day of May 2023.

_____
Brandy S. Theriot

EXHIBIT A



Allstate
You're in good hands.

Allstate Insurance Company

**Agent Contact Information**
Pullaro, Bryan
6218 West Main St
Houma, LA 70360-0000
(985) 851-0001
**Insurer NAIC Number** 19232

**Policy Number**
**NFIP Policy Number**
**Policy Term**  04/15/2022 12:01 AM - 04/15/2023 12:01 AM
**Policy Form**  Dwelling Policy
**Policy Declarations Type**  Renewal Policy Declarations
**Payor**  Insured
**Rate Category**  Rating Engine

## Flood Insurance Policy Declarations
## THIS IS NOT A BILL

**Insured Name and Mailing Address**

**Property Location**

### COVERAGE AND RATING

|  | Coverage | Deductible |
|---|---|---|
| **Building** | $220,000 | $2,000 |
| **Contents** | $84,000 | $1,000 |

### PROPERTY INFORMATION

| | |
|---|---|
| **Flood Zone** | C |
| **Primary Residence** | Yes |
| **Building Occupancy** | Single-Family Home |
| **Building Description** | Main Dwelling |
| **Building Description Detail** | |
| **First Floor Height** | 1.1000000352 Feet |
| **Method Used for 1st Floor Height** | TOOL |
| **Property Description** | Slab on Grade, 1 Floor, Frame |
| **Date of Const/Substantial Imp** | 01/01/1974 |
| **Replacement Cost Value** | $200,000 |
| **Prior NFIP Claims** | 0 claims |
| **Number of Units** | 1 |

| Premium Details | |
|---|---|
| Building Premium | $1,794 |
| Contents Premium | $1,203 |
| ICC Premium | $57 |
| Mitigation Discounts | ($0) |
| CRS Discount | ($429) |
| **Full-Risk Premium** | **$2,625** |
| *Statutory Discounts* | |
| Annual Increase Cap Discount | ($2,129) |
| Pre-FIRM Discount | ($0) |
| Newly Mapped Discount | ($0) |
| Other Statutory Discounts | ($0) |
| **Discounted Premium** | **$496** |
| *Fees and Surcharges* | |
| Reserve Fund Assessment | $89 |
| HFIAA Surcharge | $25 |
| Federal Policy Fee | $47 |
| Probation Surcharge | $0 |
| **Total Annual Premium** | **$657** |

*Effective 4/1/2022, the NFIP implemented a new pricing methodology. Risk Rating 2.0 Phase II Renewals. Some property information on your policy may have been updated. Please contact your flood insurance agent to ensure you have the most accurate and up to date property information.*

Your property's NFIP flood claims history can affect your premium.

### MORTGAGE INFORMATION

Coverage limitations may apply. See your policy form for details.
For Questions about your flood insurance policy rating, contact your agent or insurance company. To learn more about your flood risk please visit FloodSmart.gov/floodcosts.
**Policy Issued By:** Allstate Insurance Company

Printed: 04/26/2022

004588 90018291601 7 0102 0 0 0 0 0 0 000  B#