# FORT BEND DECLARATION

## Declaration of Fort Bend County Levee Improvement District No. 2

1. My name is Rashid Khokhar. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the president of the Fort Bend County Levee Improvement District No. 2 and have served in that role since 2021.

3. The Fort Bend County Levee Improvement District No. 2 is a political subdivision of the State of Texas that was organized for the purpose and charged with the duty of constructing and maintaining levees, pump stations, and channels within its territorial limits. The Fort Bend County Levee Improvement District No. 2 was created by Order of Commissioner's Court of Fort Bend County, Texas, passed and adopted February 15, 1975. The Fort Bend County Levee Improvement District No. 2 operates under Chapters 49 and 57 of the Texas Water Code. The Fort Bend County Levee Improvement District No. 2 has authority to take any action within its territorial limits that is incidental to its purpose and duty.

4. The Fort Bend County Levee Improvement District No. 2 is located in Fort Bend County, Texas within the corporate limits of the City of Sugar Land. The District encompasses 8.3 square miles. The District is in the eastern portion of Fort Bend County, approximately 25 miles from downtown Houston by way of I-69. The north boundary of the Fort Bend County Levee Improvement District No. 2 generally follows Oyster Creek on the North, Ditch H on the west and shares a south and east boundary with Fort Bend County Levee Improvement District No. 14, First Colony Levee Improvement District, First Colony Levee Improvement District No. 2. Fort Bend County Levee Improvement District No. 2 is one of seven Districts that make up the Sugarstone Perimeter System.

5. The area within the Fort Bend County Levee Improvement District No. 2 is prone to flooding because (1) the Levee District's proximity to major bodies of water—the Gulf of Mexico and the Brazos River, (2) location in the hurricane zone, and (3) low elevation.

6. The Fort Bend County Levee Improvement District No. 2 experiences an average of 1 flood event per year.

7. In the past six years the total cost of flood damage in Fort Bend County Levee Improvement District No. 2 exceeds $7,000,000.

8. To address that flood risk, the Texas Legislature has given the Fort Bend County Levee Improvement District No. 2 authority to impose annual levee district property taxes for the purpose of constructing and maintaining levees, levee and internal drainage facilities, and other flood protection facilities.

9. The Fort Bend County Levee Improvement District No. 2 receives an average of $7,500,000 a year in levee district tax revenues and has spent an average of $12,000,000 a year on flood mitigation projects during the past 5 years.

10. In 2017, 228 homes or 2.4% percent of the structures protected by the Fort Bend County Levee Improvement District No. 2 flooded during the epochal four-day, 30+-inch Hurricane Harvey rainfall event. Harvey-related flooding resulted in estimated damages of $7,000,000. Many of these structures flooded a second time in May 2019. These damages were due to localized excessive rainfall (greater than the 1% annual chance / 100-year storm) within the levee protected area and not due to any failures of the levee itself. In response to Hurricane Harvey and the May 2019 flood events, the Fort Bend County Levee Improvement District No. 2 has invested $80,000,000 of local funds to increase the pump capacity and add additional flood storage within the District. The majority of these projects were completed in 2022 and this investment has significantly and cost-beneficially reduced the risk of flooding from future pluvial and fluvial events. Although these projects were to address internal flooding, the material removed from additional flood storage allowed the District to raise portions of its levees providing additional freeboard from external flood events on the Brazos River.

11. In the area protected by Fort Bend County Levee Improvement District No. 2, like other places around the nation, FEMA has historically accounted for accredited flood control infrastructure, drainage improvements, and local adoption and enforcement of zoning and floodplain management, including elevation of structures, when setting insurance rates for the National Flood Insurance Program.

12. Prior to Risk Rating 2.0, FEMA used the 1% Annual Exceedance Probability (AEP) flood as the basis for the National Flood Insurance Program. The 1% AEP flood is a flood with a water level that has a 1 in 100 chance of being equaled or exceeded in any given year and with an average recurrence interval of 100 years—often referred to as the "100-year flood."

13. Before Risk Rating 2.0, FEMA used Flood Insurance Rate Maps to set rates and, in those maps, determined for each flood zone the elevation of surface water resulting from a flood that has a 1% chance of equaling or exceeding that level in any given year—called the Base Flood Elevation (BFE).

14. FEMA recommended elevating homes at least 1 foot above the BFE because it was thought that FEMA's exposure to flood claims above that level would be very infrequent, and so FEMA would lower the insurance rate accordingly. In fact, the higher a structure was elevated above the BFE level, the lower

FEMA's risk for having to pay claims and, therefore, the lower the insurance rate.

15. However, under Risk Rating 2.0, elevating a structure above the BFE or implementing other comprehensive communitywide strategies for flood mitigation, including engineered flood infrastructure, appear to have little or no discernable effect on the insurance rate charged. FEMA's unwillingness to fully reveal Risk Rating 2.0 methodologies and data stymies public and third party validation of the rating engine and its apparent indifference to mitigation threatens future local support for flood risk reduction projects.

16. Many communities within the Fort Bend County Levee Improvement District No. 2 and across the state and nation have been adopting FEMA's Rate Maps and enforcing floodplain management and zoning standards for decades. Some of those communities have taken additional flood mitigation measures under FEMA's Community Rating System, such as requiring additional freeboard above the BFE reported on FEMA's Rate Maps, to receive further discounted flood insurance rates.

17. Many communities in Texas, including the Fort Bend County Levee Improvement District No. 2, have relied on FEMA's recommendation that FEMA's Rate Maps be adopted locally so that property owners who built in accordance with agency guidelines and local zoning requirements would be protected from exorbitant rate increases following elimination of FEMA's grandfathering policy.

18. FEMA reports that the quid pro quo arrangement between communities and the NFIP for floodplain management, a pre-requisite for the community to be eligible to participate in the NFIP, has saved the nation over $100 billion dollars in avoided floods in the last 40 years. Risk Rating 2.0, however, kills FEMA's grandfathering policy. Although FEMA's community rating system discounts are still in place for those communities, members of those communities still wind up paying much higher rates because, unlike the grandfathering policy, the community rating system discounts do not stop the rates themselves from increasing. So even with the community rating system discounts, members of those communities can pay exponentially higher rates under Risk Rating 2.0.

19. In spite of the above successes and without use of the rulemaking process, cost benefit analysis, full disclosure of methodology and data sources, and public notice and comment opportunity, FEMA's Risk Rating 2.0 is foisting increased flood insurance costs on property owners in communities protected by accredited levees and elevated properties alike.

20. One purpose of flood insurance is to protect homeowners against decline in the value of their home. The nontransparent Risk Rating 2.0 premiums imposed by FEMA have been formulated without regard for the long-term impact on homeowners and their property value. Degraded taxable value of properties under Risk Rating 2.0 will negatively impact local revenues and services, including the Fort Bend County Levee Improvement District No. 2's tax base and its ability to fulfill its statutory charge to construct and maintain levees.

21. The only logical explanation for why Risk Rating 2.0 is increasing rates for the Fort Bend County Levee Improvement District No. 2's levee-protected areas and elevated properties is that the methodology used in setting rates must be flawed.

22. But FEMA's refusal to reveal Risk Rating 2.0's methodology as required by federal law, despite numerous requests from all levels of state government and Texas' federal legislators, makes it impossible for the Fort Bend County Levee Improvement District No. 2 to determine where the flaws in FEMA's methodology lie.

23. That lack of transparency harms the Fort Bend County Levee Improvement District No. 2's ability to partner with FEMA and other federal agencies, like the Army Corps of Engineers, in constructing and managing levees and other flood mitigation projects.

24. FEMA's promulgation of Risk Rating 2.0 violates the public trust, flouts federal law, is arbitrary and capricious, and was enacted without accounting for a wide array of critical economic, flood protection, and data quality assurance factors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Sugar Land, Texas, this 25th say of May, 2023.

*Rashid W. Khokhar*

Rashid Khokhar
President, Board of Directors
Fort Bend County Levee
Improvement District No. 2