UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THE STATE OF LOUISIANA, ET AL**          **CIVIL ACTION**

**VERSUS**                                  **NO. 2:23-cv-01839-JCZ-JVM**

**DEPARTMENT OF HOMELAND
SECURITY, ET AL**

## ORDER

Considering Plaintiffs' Ex-Parte Motion to add an Exhibit,

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.

New Orleans, Louisiana, June 2, 2023.

_____
**UNITED STATES DISTRICT JUDGE**