UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:23-CV-01839-JCZ-JVM <br><br> JUDGE JAY C. ZAINEY <br><br> MAGISTRATE JUDGE JANIS VAN MEERVELD |

### DECLARATION OF JUSTIN L. MATHENY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Justin L. Matheny, declare:

1. I am an attorney with the Mississippi Office of the Attorney General in Jackson, Mississippi.

2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing of the Mississippi state bar. A current certificate of my admission to practice before the Mississippi Supreme Court in good standing is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's Local Rules.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: June 7, 2023

_____
Justin Matheny