UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> **Plaintiff,** <br><br> v. <br><br> **DEPARTMENT OF HOMELAND SECURITY,** *et al.*, <br><br> **Defendants.** | CIVIL ACTION NO. <br> 2:23-CV-01839-JCZ-JVM <br><br> JUDGE JAY C. ZAINEY <br><br> MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Justin L. Matheny has declared that he is a member in good standing of the bar of the State of Mississippi; and that his contact information is as follows:

| | |
|---|---|
| Firm Name: | Mississippi Attorney General's Office |
| Firm Address: | 550 High Street, Suite 1200 <br> Jackson, MS 39201 |
| Telephone: | (601) 359-3680 |

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Mississippi, in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE