# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF LOUISIANA,** *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br><br>**Defendants.** | CIVIL ACTION NO.<br>2:23-CV-01839-JCZ-JVM<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

**DECLARATION OF ANDREW FERGUSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Andrew Ferguson, declare:

1. I am Solicitor General with the Virginia Office of the Attorney General in Richmond, Virginia.

2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing of the District of Columbia bar. A certificate of my good standing with the District of Columbia bar is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

1

2

 I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: June 8, 2023

                ___/s/ Andrew N. Ferguson_____
                Andrew N. Ferguson

2