UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF LOUISIANA,** *et al.,*<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br><br>**Defendants.** | CIVIL ACTION NO.<br>2:23-CV-01839-JCZ-JVM<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Andrew Ferguson has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

| | |
|---|---|
| Firm Name: | Virginia Office of the Attorney General |
| Firm Address: | 202 North Ninth Street<br>Richmond, VA 23219 |
| Telephone: | 804-786-5315 |

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Virginia, in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE