# Exhibit A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**THE STATE OF LOUISIANA,** *et al.,*

**Plaintiff,**

**v.**

**DEPARTMENT OF HOMELAND SECURITY,** *et al.,*

**Defendants.**

**CIVIL ACTION NO.
2:23-CV-01839-JCZ-JVM**

**JUDGE JAY C. ZAINEY**

**MAGISTRATE JUDGE JANIS VAN MEERVELD**

## DECLARATION OF CHRISTIAN CORRIGAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Christian B. Corrigan, declare:

1. I am the Solicitor General with the Montana Department of Justice, Office of the Attorney General in Helena, Montana.

2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing from the Supreme Court of Montana. A certificate of my good standing with the Supreme Court of Montana is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: June 8, 2023

_____
Christian Corrigan