# Exhibit B



# CERTIFICATE of the CLERK of the SUPREME COURT of the STATE OF MONTANA

I, Bowen Greenwood, Clerk of the Supreme Court of the State of Montana, do hereby certify that **CHRISTIAN BRIAN CORRIGAN**, residing in **Helena, Montana**, was on the 23rd day of **August, 2021**, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and seal of the court, this 5th day of June, 2023.

_____
Clerk of the Supreme Court