# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br><br>**Defendants.** | CIVIL ACTION NO.<br>2:23-CV-01839-JCZ-JVM<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Christian B. Corrigan has declared that he is a member in good standing of the Supreme Court of the State of Montana; and that his contact information is as follows:

Firm Name:      Montana Attorney General's Office
Firm Address:   P.O. Box 201401
                Helena, MT 59620-1401
Telephone:      406-444-2026

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Montana, in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE