# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF LOUISIANA,** *et al.,*<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.,*<br><br>**Defendants.** | CIVIL ACTION NO.<br>2:23-CV-01839-JCZ-JVM<br><br>**JUDGE JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE JANIS VAN MEERVELD** |

**DECLARATION OF PETER TORSTENSEN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Peter M. Torstensen, Jr., declare:

1. I am an Assistant Solicitor General with the Montana Department of Justice, Office of the Attorney General in Helena, MT.

2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing of the Supreme Court of Montana. A certificate of my good standing with the Supreme Court of Montana is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

1

2

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: June 8, 2023

_____
Peter M. Torstensen, Jr.