# Exhibit B



# CERTIFICATE of the CLERK of the SUPREME COURT of the STATE OF MONTANA

I, Bowen Greenwood, Clerk of the Supreme Court of the State of Montana, do hereby certify that PETER MARTIN TORSTENSEN, residing in Helena, Montana, was on the 26th day of October, 2022, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and seal of the court, this 7th day of June, 2023.

_____
Clerk of the Supreme Court