# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF LOUISIANA,** *et al.*,<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br><br>**Defendants.** | **CIVIL ACTION NO.**<br>**2:23-CV-01839-JCZ-JVM**<br><br>**JUDGE JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Peter M. Torstensen, Jr. has declared that he is a member in good standing of the Supreme Court of the State of Montana; and that his contact information is as follows:

| | |
|---|---|
| Firm Name: | Montana Attorney General's Office |
| Firm Address: | P.O. Box 201401 |
| | Helena, MT 59620-1401 |
| Telephone: | 406-444-2026 |

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Montana, in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE