# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF LOUISIANA,** *et al.*,<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br><br>**Defendants.** | **CIVIL ACTION NO.**<br>**2:23-CV-01839-JCZ-JVM**<br><br>**JUDGE JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE JANIS VAN MEERVELD** |

### DECLARATION OF THEODORE WOLD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Theodore J. Wold, declare:

1. I am the Solicitor General and a Deputy Attorney General with the Idaho Office of the Attorney General in Boise, Idaho.

2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing from the Supreme Court of Idaho. A certificate of my good standing with the Supreme Court of Idaho is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

1

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: June 8, 2023

_____
Theodore J. Wold