UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF LOUISIANA,** *et al.,*<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.,*<br><br>**Defendants.** | **CIVIL ACTION NO.**<br>**2:23-CV-01839-JCZ-JVM**<br><br>**JUDGE JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Theodore J. Wold has declared that he is a member in good standing of the Supreme Court of the State of Idaho; and that his contact information is as follows:

| | |
|---|---|
| Firm Name: | Idaho Attorney General's Office |
| Firm Address: | P.O. Box 83720, |
| | Boise, Idaho 83720-0010 |
| Telephone: | 208-334-2400 |

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Idaho, in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE