# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> **Plaintiff,** <br><br> v. <br><br> **DEPARTMENT OF HOMELAND SECURITY**, *et al.*, <br><br> **Defendants.** | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL JAMES PAPILLION <br><br> MAGISTRATE JUDGE JANIS VAN MEERVELD |

## DECLARATION OF PHILIP J. AXT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Philip J. Axt, declare:

1. I am the Solicitor General of North Dakota with the North Dakota Office of the Attorney General.

2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing of the North Dakota State Bar. A certificate of my good standing with the North Dakota Bar is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

1

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: June 14, 2023

_____
Philip J. Axt

2