**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THE STATE OF LOUISIANA,** *et al.,* | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-CV-01839-DJP-JVM** |
| v. | **JUDGE DARREL JAMES PAPILLION** |
| **DEPARTMENT OF HOMELAND SECURITY,** *et al.,* | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |
| **Defendants.** | |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Philip J. Axt has declared that he is a member in good standing of the bar of the State of North Dakota; and that his contact information is as follows:

North Dakota Office of the Attorney General
600 E Boulevard Ave Dept 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of North Dakota, in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE