# EXHIBIT 2

## Declaration of Terrebonne Port Commission

1. My name is David Rabalais. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the Executive Director of Terrebonne Port Commission.

3. Terrebonne Port is located in Terrebonne Parish and near the intersection of the Houma Navigation Canal and the Intracoastal Waterway. The Terrebonne Port is comprised of 200 acres acres of developed land and 400 acres of raw developable land.

4. Terrebonne Port is strategically located 36 miles from the Gulf of Mexico and inside the Morganza to the Gulf Hurricane Protection system. The Morganza System allows thousands of residents to live and work in this area.

5. The Legislature established the Terrebonne Port Commission as a political subdivision of the State of Louisiana in 1964 Act No. 485 then redesignated as Chapter 23 of Title 34, R.S. 34:221 to 34:2205. The Commission board is comprised of seven members serving six-year terms. They oversee policy decisions that govern the Port and have the authority to levy taxes, and lease property, among other things.

6. Over 10,000 jobs and many companies in this region depend on Terrebonne Port to navigate issues that affect their livelihood.

7. Terrebonne Port is a fabrication hub for marine fabrication and repair. The nation's oil & gas industry along with government and private vessels are served by the Terrebonne Port.

8. Terrebonne Port Companies have fabricated jackets and decks for the wind energy industry and are perfectly positioned to be a main fabricator for this industry in the future.

9. Terrebonne Port's jurisdiction is the entire parish of Terrebonne. The four top companies located in the port are Eddison Chouest Offshore (LaShip), Bollinger Shipyard, Thomasea and Morrison Energy. These 4 companies alone employ 6,000 workers with yearly salaries that range from $50,000 to $200,000. Many other companies are located within the port's jurisdiction employing thousands of additional workers.

10. Terrebonne Port has developed and grown along with the maritime, oil and gas, and wind energy industries. The Morganza to the Gulf Hurricane Protection System provides protection from flooding in this region. It was successfully tested in 2021 when this region took a direct hit from Hurricane Ida. The Port cannot simply relocate due to an increased flood risk.

11. Terrebonne Port can't relocate its facilities, and the increased cost of flood insurance is harming the Port.

12. Risk Rating 2.0 imposes additional costs on Terrebonne Port and the industries based out of the Port.

13. FEMA requires Terrebonne Port and this region to maintain flood insurance through the NFIP. Terrebonne Port only owns a few buildings, but the industries own hundreds. Risk 2.0 could kill what this region has built over the last 60 years.

14. Prior to Risk Rating 2.0, Terrebonne Port's industries paid thousands in premiums for flood policies.

15. After Risk Rating 2.0, Terrebonne Port's industries will have to pay tens of thousands in premiums for flood policies. Risk Rating 2.0 will eventually prevent this region's work force from living in this region.

16. Risk Rating 2.0 also inhibits the companies' ability to attract workers to serve all the companies based out of the Port.

17. To avoid any disruption to Terrebonne Port's activities, it is important that it maintains a strong and dependable labor force.

18. Port workers need to live within 25 miles of the Port in order to perform their jobs. Truck and vessel arrival times are not always predictable, and cargo needs to be unloaded quickly and safely upon arrival resulting in irregular working hours.

19. In recent times, the companies in this region struggled to find workers to fill job needs. Many jobs went unfilled, which caused this region to lose projects to other regions.

20. If the industries in this region are unable to attract workers and maintain their current operations, the losses will be felt across the country.

21. After Hurricane Ida, many of Terrebonne Port's activities were suspended. The consequences of this were felt across the country. For example, gas prices increased by over $2 a gallon.

22. While Terrebonne Port has the ability to bounce back after a storm like Hurricane Ida, the loss of workers will likely prolong its inability to operate at full capacity.

23. This region pioneered marine fabrication and repair and has perfected this trade over the last 60 to 80 years. The craftsmen in this region are second to none. With the looming wind energy industry knocking on our doorstep the entire country stands to lose a very well positioned and well-trained work force that can readily handle this work. If Terrebonne loses its workforce, it will affect both federal and state tax collection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Houma, Louisiana, this 7th day of June 2023.

*David Rabalais* (signature)

David Rabalais
Executive Director