# EXHIBIT 3

## Declaration of Paul Matthews

1. My name is Paul Matthews. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the Executive Director of the Port of South Louisiana.

3. The Legislature established the Port of South Louisiana as a political subdivision of the State of Louisiana. La. Rev. Stat. § 34:2471. The Commission board is comprised of nine members serving four-year terms, concurrent with the governor's term. They oversee policy decisions that govern Port Fourchon and the South Lafourche Airport, and they have the authority to regulate commerce and traffic, enact ordinances, levy taxes, and lease property, among other things. *Id.* §§ 2473 *et seq.*

4. The Port of South Louisiana is located between New Orleans and Baton Rouge, Louisiana, sprawling along 54 miles of the Lower Mississippi River. As one of the largest tonnage ports in the Western Hemisphere, the Port of South Louisiana is the #1 grain exporter in the United States (over 50% of the nation's grain is exported via the Port of South Louisiana).

5. With over 36 million tons of crude oil imports per year, 3 major oil refineries, and 11 petrochemical manufacturing facilities, the Port of South Louisiana has been ranked the #2 energy transfer port in the nation (accounting for 67% of imports of crude oil, petroleum products and other mineral fuels).

6. In the United States, the Port of South Louisiana ranks #1 in total domestic trade, #2 in total foreign trade and imports, and #3 in exports. The Port accounts for 15% and 57% of total U.S. and Louisiana exports, respectively. It is an industrial region known for its petroleum refining, grain and petrochemical transfer and storage facilities.

7. The Port also operates one of the most active Foreign Trade Zones in the country (ranked 4th). In 2020, it received over $34.6 billion in merchandise and facilitated the employment of over 9,407.

8. The Port envelops the parishes of St. Charles, St. John the Baptist, and St. James, collectively named the River Region. It lies at the intersection of the Mississippi River and the Gulf of Mexico.

9. Along both banks of the Mississippi River, more than 50 piers and docks owned and operated by an impressive group of industry that includes ADM, Dow,

Cargill, Valero, Bunge, Marathon, Shell, and Nucor Steel reside within the district. The region continues to attract billions of dollars of investment (currently at $23.262 billion in the last 10 years) by companies within, but not limited to, the petrochemical, fertilizer, and logistics industries.

10. The Port contributes $1.8 billion in income (41% of all personal income of residents in the River Region), $14.4 billion in revenue, and $72.5 million in state and local taxes and handles over $83 billion in trade annually that supports over 30 thousand direct jobs (6 out of 10 jobs) in the River Region. The strength of the port industry in the River Region is crucial to Louisiana's overall economic wellbeing and general flourishing.

11. The Port is a major hub for the country's imports and exports, and the tonnage of imports and exports through the Port has continued to increase. For instance, it increased by 4% in 2022.

12. Because the Port of South Louisiana serves as a gateway to the Gulf for many industries, the Port's location is imperative to operations. Although the Port's (1) proximity to the coast, the Gulf of Mexico, and the Mississippi River, (2) proximity to a hurricane zone, and (3) low elevation leave it vulnerable to flooding, its location is one of its defining features.

13. Because the Port of South Louisiana cannot relocate its facilities, the increased cost of flood insurance is harming the Port.

14. Risk Rating 2.0 inhibits the Port's ability to attract workers to serve all the industries based out of the Port.

15. To avoid any disruption to the Port of South Louisiana activities, it is important that it maintains a strong and dependable labor force.

16. Port workers need to live in close proximity to the Port in order to perform their jobs. Vessel arrival times are not always predictable and cargo needs to be unloaded quickly and safely upon arrival resulting in irregular working hours. When port workers live in close proximity to the Terminal, they are better able to handle the irregular and often long work hours. Vessels may be waiting to berth, and navigating in and out of the harbor may be affected by tides.

17. The Port of South Louisiana, its tenants, and the river region currently have a strong workforce. However, Risk Rating 2.0 could drive families out of the area, causing them to seek employment elsewhere. Having the workforce relocate to an area that is more affordable to insure will weaken the workforce significantly.

18. The implications would be significant at the local, state, and federal level. A weakened workforce means cargo is not moving at the necessary pace to meet the demand. When goods are not getting through the Port, on to the trucks, and ultimately to the store shelves, everyone suffers. Vessels will take longer to load or unload costing the shippers, vessel owners, and stevedores more money to move less cargo. The backlog of vessels awaiting a berth will grow causing them to seek alternate Ports in other regions of the country. Continued berth delays in our Port jurisdiction will cause shippers to boycott the area due to the increased lay time (down time waiting) and cost on their vessel.

19. The consequences of a weakened workforce go beyond the United States. Because of the exports moving through the Port, other countries will suffer if they cannot access these goods. For example, the Port of South Louisiana is responsible for exporting 98 M tons of grain to over 90 countries globally each year. If vessels are unable to transport this grain to other countries because of the backlog of vessels and the reduced workforce, it will cut off an important source of food for people abroad.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Reserve, Louisiana, this 8th day of June 2023.

*[signature]*

Paul Matthews
Executive Director/CEO
Port of South Louisiana

3