# EXHIBIT 4

## Declaration of Greater Lafourche Port Commission

1. My name is Chett Chiasson. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the Executive Director for the Greater Lafourche Port Commission which is in charge of Port Fourchon and the South Lafourche Leonard Miller, Jr. Airport.

3. Port Fourchon is located in LaFourche Parish and sits at the mouth of Bayou Lafourche, where it empties into the Gulf of Mexico and is easily accessible from any area in the Gulf and Caribbean. Port Fourchon is comprised of 1300 acres of developed land with over 83,000 linear feet of waterfront property that house state-of-the-art offshore energy service facilities.

4. This location is no accident. Port Fourchon is located in this area precisely because of the industries and companies it serves.

5. The Legislature established the Greater Lafourche Port Commission as a political subdivision of the State of Louisiana. La. Rev. Stat. § 34:1651. The Commission board is comprised of nine members serving six-year terms. They oversee policy decisions that govern Port Fourchon and the South Lafourche Airport, and they have the authority to regulate commerce and traffic, enact ordinances, levy taxes, and lease property, among other things. *Id.* §§ 1652 *et seq.*

6. Over 250 companies utilize Port Fourchon as a base of operation. In addition to its huge domestic hydrocarbon significance, Port Fourchon is land base for LOOP (Louisiana Offshore Oil Port), which handles 10-15% of the nation's domestic oil, 10-15% of the nation's foreign oil, and is connected to 50% of US refining capacity. LOOP is the only US deep-water port capable of offloading VLCCs (Very Large Crude Carriers) and ULCCs (Ultra Large Crude Carriers).

7. Port Fourchon currently services 100% of the Gulf of Mexico's deep-water oil and gas assets and plays a strategic role in furnishing this country with about 16% of its entire oil supply.

8. Over 275 large supply vessels traverse the port's channels each day. Approximately 15,000 people per month are flown to offshore locations supported by Port Fourchon. Truck traffic studies have shown that up to 1,000 trucks per day travel in and out of Port Fourchon.

9. Five of the top ten Lafourche Parish employers operate from and/or utilize Port Fourchon. Nine of the top ten Lafourche Parish taxpayers operate from and/or utilize Port Fourchon. There are about 5000 people working in port on any given day with an average salary of just above $50,000.

10. For these reasons, Port Fourchon has developed as an important base for operations. Although the Port's (1) proximity to the Gulf of Mexico, and (2) proximity to a hurricane zone, leave it vulnerable to flooding, its location is one of its defining features. The Port cannot simply relocate due to an increased flood risk.

11. Because Port Fourchon cannot relocate its facilities, the increased cost of flood insurance is harming the Port, its tenants and workforce.

12. Risk Rating 2.0 inhibits the Port's ability to attract workers to serve all the companies based out of the Port.

13. To avoid any disruption to Port Fourchon's activities, it is important that it maintains a strong and dependable labor force.

14. Port workers need to live in close proximity to the Port in order to perform their jobs. Truck and vessel arrival times are not always predictable and cargo needs to be unloaded quickly and safely upon arrival resulting in irregular working hours. That's why many workers live within 30-45 minutes of port.

15. Due to the difficulty of attracting people to live in our area because of the cost of living with high Flood and Homeowners Insurance Rates, many facilities have been forced to move to a 7 days on and 7 days off work schedule, which attracts some out of town workers. This is the only way to attract those workers to the positions available, with the added cost of providing housing for out of town workers who can't afford to live close by.

16. If Port Fourchon is unable to attract workers and maintain its current operations, the losses will be felt across the country. Not only will this impact the country's GDP, but it will inhibit consumers' ability to meet their basic energy needs.

17. After Hurricane Ida, many of Port Fourchon's activities were suspended. The consequences of this were felt across the country. Every day the port was closed, there was a $46 million loss to the oil and gas industry and a $500 million loss to the country's GDP.

18. While Port Fourchon has the ability to bounce back after a storm like Hurricane Ida, the loss of workers will likely prolong its ability to operate at full capacity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Cut Off, Louisiana, this 14th day of June 2023.

*C&C.*
_____

Chett C. Chiasson, MPA
Executive Director
Greater Lafourche Port Commission