# EXHIBIT 6



**Officers & Directors**

**Mitch Marmande**
President
Delta Coast Consultants

**Joni Tuck**
Executive Vice President
Shell

**Eric Bollinger**
Vice President
Bollinger Shipyards

**Charles Theriot**
Treasurer
Charles C. Theriot & Co. CPA's

**JJ Buquet**
Secretary
Buquet Distributing

**Dean Cheramie**
Director
D & S Marine Service and Beacon NDT Services

**Matthew Newchurch**
Duplantis Design Group
Director

**Mark Danos**
Director
Danos

**Wynn Radford**
Director
BP

**Lance Trotti**
Director
Paul's Agency

**Stuart Faucheux**
Past President
Express Supply & Steel

Declaration of South Central Industrial Association

I, Christy Alley-Zeringue, declare that:

1. I am Executive Director for the South Central Industrial Association (SCIA). I have held this position for 6 years. SCIA provides and active voice for our industrial members in St. Mary, Terrebonne and Lafourche Parishes in southeastern Louisiana. My responsibilities include: managing a 250 membership member association, advocating on behalf of the association members and their 200,000+ employees, fundraising for local scholarships through three major events, offering monthly membership luncheons with over 150 in attendance with dynamic speakers engaged in the energy industry and region.

2. Prior to my current position, I was Executive Director for the Bayou Children's Museum where I raised funds needed to build and operate the multi-million-dollar Cajun-themed early education and tourist facility.

3. I am over 18 years of age, competent to testify in this case, and have personal knowledge of the matters discussed in this declaration.

4. In my current position, I work to bring important issues to the SCIA membership and offer educational and advocacy help. In particular, the main role of our organization is to foster a healthy industrial business environment and to facilitate workforce development and training.

5. I am aware that the Federal Emergency Management Agency (FEMA) "is updating the National Flood Insurance Program's (NFIP) risk rating methodology through the implementation of a new pricing methodology," titled "Risk Rating 2.0: Equity in Action."[1]

6. I am aware that FEMA states that Risk Rating 2.0's "methodology leverages industry best practices and cutting-edge technology to enable FEMA to deliver rates that are actuarily sound, equitable, easier to understand and better reflect a property's flood risk."[2] Contrary to FEMA's statements, Risk Rating 2.0 on the surface has no equity in its application. This policy will raise the price of flood insurance, which will have devastating

---

[1] https://www.fema.gov/flood-insurance/risk-rating.
[2] https://www.fema.gov/flood-insurance/risk-rating.

consequences for Louisiana's housing industry and the availability of affordable housing in Louisiana. Specifically for the area I represent according to FEMA's own information, while 80% of policy owners will see an increase in premiums, 96 percent of the residents and businesses in Terrebonne Parish will see an increase and 97 percent of those in Lafourche Parish.

7. To reduce flood risk, Terrebonne Parish residents voted in 2001 and 2012 to tax themselves to build the 98-mile Morganza to the Gulf Hurricane Protection system, a 100-year storm surge protection system comprised of levees and locks. Lafourche Parish taxed itself in 2006 and 2015 to improve its levee systems throughout the parish. These efforts have borne tremendous fruit for our region. First, this local investment has spurred increased state and federal monies to our protection system while providing substantial risk reduction from flooding. Despite the areas being affected by storms over the last decade including direct hits from Barry, Zeta and Ida flood claims have been minimal.

8. Risk Rating 2.0 threatens to raise the cost of housing beyond what people can afford, which in turn will make it impossible for local industries to attract workers to move here and fill job openings.

9. Specifically, increasing the price of flood insurance will harm the housing industry by making it near impossible for homeowners in our region to afford housing and the required insurance. As an example, the SCIA President and resident of Terrebonne Parish will see an outrageous increase in his flood insurance. This year, his premium was $687 for the year. With FEMA's 18% increase each year, it is set to reach $7,000 per year for the very same coverage of the very same home! It is also important to note that Terrebonne Parish has adopted higher floodplain management standards and participates in FEMA's Community Rating System (CRS). Because of this, the premium for the homeowner mentioned above was reduced by roughly 20%. By increasing the basic rate 10 fold, RR2.0 largely negates the benefits and the hard work of Terrebonne Parish. So who would buy his home today knowing the flood insurance rates will be north of $7,000 per year in the future? Furthermore, what is equitable about such drastic increases for flood insurance when these homes have never had claims. Flood plain managers have reduced risk through elevation and hard protection yet this new methodology does not allow for rate adjustments for these benefits.

10. Our region is the working coast of this country providing energy, healthcare, and seafood for the entire nation. Our workforce must be able to live and work in this area to respond to the needs of our state and country. An increase in the price of flood insurance will also harm local industries because employees will not be able to afford to live here and will seek work elsewhere. We have a tremendous amount of available work, but companies are finding it increasingly difficult to find workers. Once they visit the area and seek housing opportunities, many will not be able to afford the insurance required and will be forced to live and work elsewhere. Not only will the insurance make the cost of living unaffordable, it will actually deplete the value of homes in a very big way. The homeowner will find themselves upside down on their mortgage. Local bank portfolios will decrease in value. Lower home value means lower tax basis which lowers basic services which makes it difficult to attract people for business. According to the 2020 census, Terrebonne Parish has seen the largest increase in residents leaving the area in the entire state, even though there are far more available jobs here than in other areas of the state. The rising cost of insurance will compound the issue of residents leaving the area to head for more affordable housing options with cheaper insurance rates leaving the businesses and industries in the area starving for labor until they are forced to close their doors. Although this region is poised to gain the most from the addition of alternative energy solutions because of its established roots, proximity to the Gulf of Mexico, infrastructure, and ability to provide the services for addition of energy, the skilled workforce will be forced to leave due to the higher costs of insuring their homes. The economic impact of this most unfair policy has not been examined and it is unjust to arbitrarily inflict hardship on homeowners and businesses under the false title of equity. The success of our communities depends on the development of our youth. Our future and ability to attract people to our region must be based on quality of life, for which affordable housing insurance is of the utmost importance.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Houma, Louisiana, this 31st day of May 2023.

*Christy Alley-Zeringue*
Christy Alley-Zeringue
Executive Director
South Central Industrial Association