# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLON |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADDITIONAL PAGES

This Court has considered Plaintiffs' motion for additional pages for their memorandum in support of their motion for a preliminary injunction. For good cause shown,

**IT IS ORDERED** that Plaintiffs' motion for additional pages is **GRANTED**. Plaintiffs may file a memorandum of not more than 48 pages to support their motion for a preliminary injunction.

Signed this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**