# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THE STATE OF LOUISIANA,** *et al.,* | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-CV-01839-DJP-JVM** |
| **v.** | **JUDGE DARREL JAMES PAPILLION** |
| **DEPARTMENT OF HOMELAND SECURITY,** *et al.,* | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |
| **Defendants.** | |

**DECLARATION OF THOMAS HYDRICK IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Thomas Hydrick, declare:

1. I am Assistant Deputy Solicitor General with the Office of the Attorney General of South Carolina in Columbia.

2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing of the South Carolina state bar and the U.S. District Court for the District of South Carolina. A certificate of my good standing with the bar of the U.S. District Court for the District of South Carolina is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's Local Rules.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: June 14, 2023

s/ Thomas T. Hydrick
Thomas T. Hydrick