# EXHIBIT B

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
для the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, __Robin L. Blume__, Clerk of this Court,

certify that __Thomas Tyler Hydrick__, Bar # __13322__,

was duly admitted to practice in this Court on __10/01/2020__, and is in good standing as a member

of the Bar of this Court.

Dated at __Columbia, SC__ on __6/8/2023__
*(Location)*        *(Date)*

Robin L. Blume
*CLERK*

Marybeth E. McDonnell
*DEPUTY CLERK*