# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF LOUISIANA,** *et al.*, <br><br> **Plaintiff,** <br><br> v. <br><br> **DEPARTMENT OF HOMELAND SECURITY,** *et al.*, <br><br> **Defendants.** | CIVIL ACTION NO. <br> 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL JAMES PAPILLION <br><br> MAGISTRATE JUDGE JANIS VAN MEERVELD |

### DECLARATION OF JAMES EMORY SMITH, Jr.  IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, J. Emory Smith, Jr. declare:

1. I am Deputy Solicitor General with the Office of the Attorney General of South Carolina in Columbia.

2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing of the South Carolina state bar. A certificate of my good standing with the Bar of the United States District Court for the District of South Carolina is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's Local Rules.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

1

2

    I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: June 15, 2023

<u>s/ J. Emory Smith, Jr.</u><br>
James Emory Smith, Jr.