# EXHIBIT B

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, _____ Robin L. Blume _____ , Clerk of this Court,

certify that _____ James Emory Smith _____ , Bar # _____ 3908 _____ ,

was duly admitted to practice in this Court on _____ 03/02/1979 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Columbia, SC _____ on _____ 6/8/2023 _____
                    *(Location)*                                *(Date)*

| Robin L. Blume | Marybeth E. McDonnell |
|:---:|:---:|
| *CLERK* | *DEPUTY CLERK* |