# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | CIVIL ACTION NO. |
| | 2:23-CV-01839-DJP-JVM |
| **Plaintiff,** | |
| | JUDGE DARREL JAMES |
| v. | PAPILLION |
| | |
| DEPARTMENT OF HOMELAND | MAGISTRATE JUDGE JANIS VAN |
| SECURITY, *et al.,* | MEERVELD |
| | |
| **Defendants.** | |

DECLARATION OF JOSEPH DAVID SPATE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

I, Joseph Spate, declare:

1. I am an Assistant Deputy Solicitor General with the South Carolina Attorney
   General's Office, Solicitor General Division, in Columbia, South Carolina.

2. I am not a member of the Louisiana bar. I am not eligible for admission to the
   bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing of the bar of the U.S. District Court for the
   District of South Carolina. A certificate of my good standing with the bar of the
   U.S. District Court for the District of South is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted
   against me.

5. I have reviewed and am familiar with the Court's Local Rules.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: June 15, 2023

<u>s/ Joseph D. Spate</u>

Joseph David Spate