# EXHIBIT B

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, _____ Robin L. Blume _____, Clerk of this Court,

certify that _____ Joseph David Spate _____, Bar # ___ 13100 ___,

was duly admitted to practice in this Court on ___ 08/19/2019 ___, and is in good standing as a member

of the Bar of this Court.

Dated at _____ Columbia, SC _____ on ___ 6/8/2023 ___
                    *(Location)*                              *(Date)*

| Robin L. Blume | Marybeth E. McDonnell |
|---|---|
| *CLERK* | *DEPUTY CLERK* |