UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY, *et al.*,**<br><br>**Defendants.** | CIVIL ACTION NO.<br>2:23-CV-01839-DJP-JVM<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Joseph David Spate has declared that he is a member in good standing of the bar of the State of South Carolina; and that his contact information is as follows:

| | |
|---|---|
| Firm Name: | South Carolina Attorney General's Office |
| Firm Address: | P.O. Box 11549, Columbia, SC 29211 |
| Telephone: | 803.734.3371 |

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of South Carolina, in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE