UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> **Plaintiff,** <br><br> v. <br><br> **DEPARTMENT OF HOMELAND SECURITY,** *et al.*, <br><br> **Defendants.** | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL JAMES PAPILLION <br><br> MAGISTRATE JUDGE JANIS VAN MEERVELD |

## MOTION FOR *PRO HAC VICE* ADMISSION

In accordance with the Local Rules of the United States District Court for the Eastern District of Louisiana, I, Elizabeth Murrill, hereby move this Court for an Order authorizing James Hamilton Percival, II to practice *pro hac vice* as counsel for the Plaintiff State of Florida, in the above-captioned matter.

Pursuant to the Local Rules, the following documents are attached:

1. Declaration of James Hamilton Percival, II in support of Motion for Admission Pro Hac Vice, Exhibit A;

2. Certificate of Good Standing for James Hamilton Percival, II from the Supreme Court of the State of Florida, Exhibit B;

3. Mr. Percival completed Consent to Electronic Filing Form, Exhibit C; and

4. Proposed Order

Dated: June 15, 2023

1

Respectfully submitted

/s/ *Elizabeth B. Murrill*
Elizabeth B. Murrill (#20685)
  Solicitor General
Morgan Brungard (#40298)
  Assistant Solicitor General
Tracy Short (#23940)
  Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6766
Email: murrille@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 15th day of June, 2023.

    /s/ *Elizabeth B. Murrill*
Elizabeth B. Murrill (#20685)
  Solicitor General
Morgan Brungard (#40298)
  Assistant Solicitor General
Tracy Short (#23940)
  Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6766
Email: murrille@ag.louisiana.gov