UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> **Plaintiff,** <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> **Defendants.** | CIVIL ACTION NO. <br> 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL JAMES PAPILLION <br><br> MAGISTRATE JUDGE JANIS VAN MEERVELD |

### ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant James Hamilton Percival, II has declared that he is a member in good standing of the bar of the State of Florida; and that his contact information is as follows:

| | |
|---|---|
| Firm Name: | Office of the Florida Attorney General |
| Firm Address: | PL-01 the Capitol <br> Tallahassee, FL 32399 |
| Telephone: | 850-414-3300 |

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Florida, in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2023.

2

_____
UNITED STATES DISTRICT JUDGE