United States District Court
Eastern District of Louisiana

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br>　Plaintiffs,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>　Defendants. | No. 2:23-cv-1839-DJP-JVM<br><br>Judge Darrel James Papillon<br><br>Magistrate Judge<br>Janis Van Meerveld |

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission *pro hac vice* is granted, and:

> Leif A. Olson
> Office of the Attorney General of Texas
> P.O. Box 12548 (MC-009)
> Austin, Texas 78711-2548
> (512) 463-4139

is admitted to practice before the Court *pro hac vice* as counsel for plaintiff the State of Texas in this matter.

Dated June 20, 2023.

_____
United States District Judge