UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, **Plaintiff,** v. DEPARTMENT OF HOMELAND SECURITY, *et al.*, **Defendants.** | CIVIL ACTION NO. 2:23-CV-01839-JCZ-JVM JUDGE JAY C. ZAINEY MAGISTRATE JUDGE JANIS VAN MEERVELD |

## MOTION FOR *PRO HAC VICE* ADMISSION

In accordance with the Local Rules of the United States District Court for the Eastern District of Louisiana, I, Elizabeth Murrill, hereby move this Court for an Order authorizing Lindsey Keiser to practice *pro hac vice* as counsel for the Plaintiff Commonwealth of Kentucky, in the above-captioned matter.

Pursuant to the Local Rules, the following documents are attached:

1. Declaration of Lindsey Keiser in support of Motion for Admission Pro Hac Vice, Exhibit A;

2. Certificate of Good Standing for Lindsey Keiser from the Supreme Court of the Commonwealth of Kentucky, Exhibit B;

3. Ms. Keiser's completed Consent to Electronic Filing Form, Exhibit C; and

4. Proposed Order

Dated: June 23, 2023

1

Respectfully submitted

/s/ *Elizabeth B. Murrill*
Elizabeth B. Murrill (#20685)
 Solicitor General
Morgan Brungard (#40298)
 Assistant Solicitor General
Tracy Short (#23940)
 Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6766
Email: murrille@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 23rd day of June, 2023.

    /s/ *Elizabeth B. Murrill*
Elizabeth B. Murrill (#20685)
  Solicitor General
Morgan Brungard (#40298)
  Assistant Solicitor General
Tracy Short (#23940)
  Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6766
Email: murrille@ag.louisiana.gov