# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF LOUISIANA,** *et al.,* | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:23-CV-01839-JCZ-JVM** |
| v. | **JUDGE JAY C. ZAINEY** |
| **DEPARTMENT OF HOMELAND SECURITY,** *et al.,* | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |
| **Defendants.** | |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Lindsey Keiser has declared that she is a member in good standing of the bar of the State of Kentucky and that her contact information is as follows:

| | |
|---|---|
| Firm Name: | Kentucky Office of the Attorney General |
| Firm Address: | 700 Capital Avenue, Suite 118 |
| | Frankfort, KY 40601 |
| Telephone: | (502) 696-5300 |

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Kentucky, in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE