# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLON |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Erin Nelson, am over eighteen years of age. I am employed as a paralegal by the Louisiana Department of Justice. I hereby certify as follows:

1. On June 15, 2023, I emailed a copy of Docket Nos. 14, 15, and 16, together with their attachments, to Peter Mansfield, Chief of the Civil Division in the Office of the U.S. Attorney for the Eastern District of Louisiana.

3. On June 15, 2023, I mailed a copy of Docket Nos. 14, 15, and 16, together with their attachments via Priority Mail to the U.S. Attorney General, ATTN: Civil Process Clerk, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

4. On June 15, 2023, I mailed a copy of Docket Nos. 14, 15, and 16, together with their attachments via Priority Mail to the U.S. Attorney's Office for the Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130.

5. On June 15, 2023, I mailed a copy of Docket Nos. 14, 15, and 16, together with their attachments via Priority Mail to the following:

| | |
|---|---|
| Department of Homeland Security c/o Alejandro Mayorkas 245 Murray Lane, SW Washington, DC 20528-0075 | Department of Homeland Security 245 Murray Lane, SW Washington, DC 20528-0075 |
| Federal Insurance and Mitigation Administration 400 C Street, SW Washington, DC 20472 | FEMA c/o Deanne Criswell 500 C Street, SW Washington, DC 20472 |
| Federal Emergency Management Agency 500 C Street, SW Washington, DC 20472 | |

Dated: June 23, 2023

*/s/ Erin Nelson*
_____
ERIN NELSON