UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: P (1)** |

## ORDER

Considering Plaintiffs' Ex-Parte Motion to Add an Exhibit (Doc. 5), **IT IS ORDERED** that the Motion is **GRANTED**. The proposed exhibit attached thereto (Doc. 5-1) shall be filed into the record as an exhibit to Plaintiffs' Complaint (Doc. 1).

New Orleans, Louisiana, this 28th day of June, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**