AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| The State of Louisiana, et al<br>*Plaintiff(s)*<br>v.<br>Mayorkas, et al<br>*Defendant(s)* | Civil Action No. 23-1839 A(1) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528-0075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Elizabeth Baker Murrill
LA Atty Generals Office (94005)
P O Box 94005
Baton Rouge, LA 70804-9005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: Jun 02 2023

Deputy clerk's signature

Case 2:23-cv-01839-DJP-JVM Document 27 Filed 06/29/23 Page 2 of 4
Case 2:23-cv-01839-DJP-JVM Document 3-1 Filed 06/02/23 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Service was effected upon the Department of Homeland Security by mailing the Summons and Complaint by Certified Mail, Tracking Number 7020 1290 0000 1388 5077 to 245 Murray Lane, SW, Washington, DC 20528; the documents were delivered on June 8, 2023. A copy of the USPS website tracking information is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/28/2023

*Server's signature*

Erin Nelson
*Printed name and title*

909 Poydras Street, Suite 1850, New Orleans, LA 70112
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70201290000013885077

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:12 am on June 8, 2023 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20528
June 8, 2023, 11:12 am

See All Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

Feedback

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorneys Office
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130

9590 9402 6891 1104 8920 76

2. Article Number (Transfer from service label)
7019 2280 0000 2681 5799

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorney General
Civil Processing Clerk
950 Pennsylvania Ave. NW
Washington, DC 20530

9590 9402 6891 1104 8920 83

2. Article Number (Transfer from service label)
7020 1290 0000 1388 5053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signed]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUN 09 2023

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt