# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: P (1)** |

## ORDER

Considering Plaintiffs' Motion for Additional Pages (Doc. 16), **IT IS ORDERED** that the Motion is **GRANTED**. The proposed memorandum in support and its exhibits (Docs. 16-1-16-7) shall be filed into the record as attachments to Plaintiffs' Motion for Preliminary Injunction (Doc. 14).

New Orleans, Louisiana, this 28th day of June, 2023.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**