# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:23-CV-01839-JCZ-JVM <br><br> JUDGE JAY C. ZAINEY <br><br> MAGISTRATE JUDGE JANIS VAN MEERVELD |

### DECLARATION OF LINDSEY KEISER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Lindsey Keiser declare:

1. I am an Assistant Attorney General with the Kentucky Department of Justice, Office of the Attorney General in Frankfort, Kentucky.
2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.
3. I am a member in good standing of the Kentucky state bar. A certificate of my good standing with the Kentucky Bar is filed herewith.
4. There have been no disciplinary proceedings or criminal charges instituted against me.
5. I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

1

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: June 23, 2023

*Lindsey Keiser*
Lindsey Keiser