UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> **Plaintiff,** <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> **Defendants.** | CIVIL ACTION <br><br> NO. 2:23-CV-01839 <br><br> SECTION: P (1) |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* (Doc. 30) in the above captioned matter is **GRANTED**.

Applicant Lindsey Keiser has declared that she is a member in good standing of the bar of the State of Kentucky and that her contact information is as follows:

| | |
|---|---|
| Firm Name: | Kentucky Office of the Attorney General |
| Firm Address: | 700 Capital Avenue, Suite 118 <br> Frankfort, KY 40601 |
| Telephone: | (502) 696-5300 |

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Kentucky, in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

New Orleans, Louisana, this 30th day of June, 2023.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE