# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> *Defendants*. | Action No. 2:23-CV-01839-DJP-JVM <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Janis van Meerveld |

## DEFENDANTS' MOTION TO EXTEND THE SUBMISSION DATE FOR PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

For the reasons stated in the accompanying memorandum and declaration, the Court should enter the following schedule:[1]

- September 14: FEMA lodges the condensed Administrative Record.

- October 18: Submission Date for Plaintiffs' Motion for a Preliminary Injunction

In addition, and to avoid this Motion becoming moot, if the Court denies this Motion, Defendants request that their deadline to respond to Plaintiffs' Motion for a Preliminary Injunction be extended until 14 days after such a ruling and that the hearing on Plaintiffs' Motion be continued until 30 days after such a ruling.

Dated: July 6, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY

---

[1] Defendants' counsel has conferred with Plaintiffs' counsel, who indicated that they oppose this Motion. However, Plaintiffs' counsel stated that "Plaintiffs would be amendable to a modest extension of FEMA's response due date from July 18 to July 30."

Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*