IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*,<br><br>　*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>　*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

### DEFENDANTS' *EX PARTE* MOTION TO EXPEDITE SUBMISSION OF THEIR MOTION TO EXTEND THE SUBMISSION DATE FOR PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Defendants respectfully request that the submission date of Defendants' pending Motion to Extend the Submission Date for Plaintiffs' Motion for a Preliminary Injunction, ECF No. 34, be expedited to Tuesday, July 11, 2023 (one week before their deadline to oppose the preliminary injunction motion). *See* E.D. La. Local Civ. R. 7.2, 7.3.

As explained in greater detail in Defendants' Motion to Extend the Submission Date for Plaintiffs' Motion for a Preliminary Injunction, Defendants need more time to respond to Plaintiffs' Motion for a Preliminary Injunction so that FEMA can prepare a condensed administrative record, which is necessary for the Court's review of the merits. Defendants' Motion to Extend the Submission Date has been noticed for July 26, 2023, the earliest possible date, which is also eight days after their deadline for opposing Plaintiffs' Motion for a Preliminary Injunction (July 18, 2023). By that time, Defendants' extension request will have become moot. If the submission date for Defendants' motion is accelerated, however, Defendants will have sufficient

time to prepare an opposition if their extension motion is denied.[1]

Accordingly, to preserve all requested relief and to afford Defendants sufficient time to prepare briefing and a record that would be useful to the Court, the submission date for Defendants' Motion to Extend the Submission Date for Plaintiffs' Motion for a Preliminary Injunction should be accelerated to Tuesday, July 11, 2023.

Dated: July 6, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

---

[1] In a further effort not to moot Defendants' Motion to Extend the Submission Date, Defendants have requested in that Motion that their deadline to respond to Plaintiffs' Motion for a Preliminary Injunction be extended until 14 days after a ruling on Defendants' Motion to Extend the Submission Date and that the hearing on Plaintiffs' Motion for a Preliminary Injunction be continued until 30 days after such a ruling.