IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> *Defendants*. | Action No. 2:23-CV-01839-DJP-JVM <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Janis van Meerveld |

## ORDER

**IT IS ORDERED** that Defendants' *Ex Parte* Motion to Expedite Submission of Their Motion to Extend the Submission Date for Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Extend the Submission Date for Plaintiffs' Motion for a Preliminary Injunction will be submitted for decision on _____, 2023. Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction is due no later than _____, 2023, and any Reply is due no later than _____, 2023.

_____
DARREL J. PAPILLION
UNITED STATES DISTRICT JUDGE