UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>    *Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## ORDER

**IT IS ORDERED** that Defendants' *Ex Parte* Motion to Expedite Submission of Their Motion to Extend the Submission Date for Plaintiffs' Motion for a Preliminary Injunction (Doc. 35) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Extend the Submission Date for Plaintiffs' Motion for a Preliminary Injunction (Doc. 34) will be submitted for decision on **July 12, 2023.**

**IT IS FURTHER ORDERED** that Plaintiffs' deadline to file an opposition to Defendants' Motion to Extend the Submission Date for Plaintiffs' Motion for a Preliminary Injunction is **July 11, 2023.**

New Orleans, Louisiana, this 7th day of July, 2023.

                                                      **DARREL JAMES PAPILLION**
                                                      **UNITED STATES DISTRICT JUDGE**