# EXHIBIT A

# James Percival

| | |
|---|---|
| **From:** | Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov> |
| **Sent:** | Wednesday, March 31, 2021 3:37 PM |
| **To:** | James Percival; Anita Patel; Kirschner, Adam (CIV); Knapp, Michael F. (CIV); Rosen-Shaud, Brian C (CIV) |
| **Cc:** | Jason Hilborn; Rachel Kamoutsas; John Guard |
| **Subject:** | RE: FL v. US (8:21-cv-00541) |

Hi Jimmy,

Thank you.  We are conferring with our client on your request from last night, and will follow-up.

On your question below, as a matter of practice, we typically do not produce the administrative record until after we answer.  We do not intend to produce one here until after we have responded to the Complaint, and if that involves filing a motion to dismiss, then after the Court has resolved whether Plaintiff has stated a viable claim.

Best,
Kuntal

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Wednesday, March 31, 2021 3:13 PM
**To:** Anita Patel <Anita.Patel@myfloridalegal.com>; Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Kirschner, Adam (CIV) <Adam.Kirschner@usdoj.gov>; Knapp, Michael F. (CIV) <Michael.F.Knapp@usdoj.gov>; Rosen-Shaud, Brian C (CIV) <Brian.C.Rosen-Shaud@usdoj.gov>
**Cc:** Jason Hilborn <Jason.Hilborn@myfloridalegal.com>; Rachel Kamoutsas <Rachel.Kamoutsas@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>
**Subject:** RE: FL v. US (8:21-cv-00541)

Hi all,

One more question. Are Exhibits A and B of your filing the entire administrative record in this case, or should we expect you to file a different administrative record before the hearing? If it is the latter, we would appreciate it if you would file it a week before the hearing so we have time to review it.

Thank you,

Jimmy

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Tuesday, March 30, 2021 10:27 PM
**To:** Anita Patel <Anita.Patel@myfloridalegal.com>; Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Kirschner, Adam (CIV) <Adam.Kirschner@usdoj.gov>; Knapp, Michael F. (CIV) <Michael.F.Knapp@usdoj.gov>; Rosen-Shaud, Brian C (CIV) <Brian.C.Rosen-Shaud@usdoj.gov>
**Cc:** Jason Hilborn <Jason.Hilborn@myfloridalegal.com>; Rachel Kamoutsas <Rachel.Kamoutsas@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>
**Subject:** Re: FL v. US (8:21-cv-00541)

Hi all,

We are planning to move to amend our preliminary injunction motion. We do not contemplate changes to the motion itself, but we are aware of new examples---similar to the ones we already provided---where our Department of Corrections is being forced to release criminal aliens because ICE won't take custody of them.

The form this will take is adding two exhibits that are similar to the two we already submitted (one showing communications with ICE and one showing the criminal histories).

Please let us know whether you will consent to our motion to amend.

Thank you,

Jimmy

---

**From:** Anita Patel <Anita.Patel@myfloridalegal.com>
**Sent:** Tuesday, March 30, 2021 5:52 PM
**To:** Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Kirschner, Adam (CIV) <Adam.Kirschner@usdoj.gov>; Knapp, Michael F. (CIV) <Michael.F.Knapp@usdoj.gov>; Rosen-Shaud, Brian C (CIV) <Brian.C.Rosen-Shaud@usdoj.gov>
**Cc:** James Percival <James.Percival@myfloridalegal.com>; Jason Hilborn <Jason.Hilborn@myfloridalegal.com>; Rachel Kamoutsas <Rachel.Kamoutsas@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>
**Subject:** RE: FL v. US (8:21-cv-00541)

That works for us.

Thank you,



Anita Patel
Senior Assistant Attorney General
Complex Litigation
Office of the Attorney General
PL-01 The Capitol | Tallahassee, FL 32399-1050
Tel.: ███████
E-mail: Anita.Patel@myfloridalegal.com

---

**From:** Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>
**Sent:** Tuesday, March 30, 2021 3:06 PM
**To:** Anita Patel <Anita.Patel@myfloridalegal.com>; Kirschner, Adam (CIV) <Adam.Kirschner@usdoj.gov>; Knapp, Michael F. (CIV) <Michael.F.Knapp@usdoj.gov>; Rosen-Shaud, Brian C (CIV) <Brian.C.Rosen-Shaud@usdoj.gov>
**Cc:** James Percival <James.Percival@myfloridalegal.com>; Jason Hilborn <Jason.Hilborn@myfloridalegal.com>; Rachel Kamoutsas <Rachel.Kamoutsas@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>
**Subject:** RE: FL v. US (8:21-cv-00541)

Hi Anita,

Nice to meet you. We are happy to meet and confer on either Friday or Monday, but we weren't sure if the deadline for the CMR is April 19. Because this case involves a U.S. agency defendant, we understand that, under LR 3.02, the parties have 70 days from the service date to file the CMR—which I believe would give us until on or around May 18, 2021. But please let us know if Plaintiffs read this provision differently.

If we do have until May 18, 2021, perhaps it may make sense to meet and confer after our hearing on April 13, 2021.

Best,
Kuntal

---

From: Anita Patel <Anita.Patel@myfloridalegal.com>
Sent: Tuesday, March 30, 2021 2:12 PM
To: Kirschner, Adam (CIV) <Adam.Kirschner@usdoj.gov>; Knapp, Michael F. (CIV) <Michael.F.Knapp@usdoj.gov>; Rosen-Shaud, Brian C (CIV) <Brian.C.Rosen-Shaud@usdoj.gov>; Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>
Cc: James Percival <James.Percival@myfloridalegal.com>; Jason Hilborn <Jason.Hilborn@myfloridalegal.com>; Rachel Kamoutsas <Rachel.Kamoutsas@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>
Subject: FL v. US (8:21-cv-00541)

Good Afternoon Everyone:

Local Rule 3.02 requires the parties to file a Case Management Report which appears to be due on April 19, 2021. The substance of the report is located here https://www.flmd.uscourts.gov/judges/charlene-honeywell under the "Forms" tab. Do you all have availability this Friday or Monday to confer? We are available Friday after 10:00 a.m. and on Monday from 11:00 a.m. to 1:30 p.m. and after 3:00 p.m.

Best regards,



Anita Patel
Senior Assistant Attorney General
Complex Litigation
Office of the Attorney General
PL-01 The Capitol | Tallahassee, FL 32399-1050
Tel.: (
E-mail: Anita.Patel@myfloridalegal.com