# EXHIBIT B

**James Percival**

| | |
|---|---|
| **From:** | Powell, Amy (CIV) <Amy.Powell@usdoj.gov> |
| **Sent:** | Friday, April 23, 2021 5:22 PM |
| **To:** | Beckenhauer, Eric (CIV); James Percival |
| **Cc:** | Anita Patel; Chrystal Harwood; Jason Hilborn; Holland, Liam C. (CIV) |
| **Subject:** | RE: Activity in Case 8:21-cv-00839-SDM-AAS State of Florida v. Becerra et al Notice of hearing on motion |

Thanks, Eric.  Jimmy –

I'm glad you reached out, as I was hoping to discuss some scheduling issues.

Primarily, I wanted to propose an alternative way to brief these issues that might get you to final judgment more quickly.  If Florida were willing to convert its PI motion to a motion for expedited summary judgment, we would agree to brief summary judgment on an expedited basis.  First, Defendants would compile and certify the administrative record.  Then cross-move to dismiss and for summary judgment within, say, 30 or 45 days from Monday.  We would then be amenable to a fairly quick opposition/reply timeframe for both parties.  That would allow the Court to decide the issues here with the benefit of a full administrative record and briefing, instead of presenting this as an emergency issue, and still get Plaintiff to a final decision sooner.  Would Plaintiff consent to this approach?

Separately, FYSA, we are proposing to Alaska a motion for an extension of time in which to respond to their intervention motion up through and including May 7, with the understanding that Defendants would not oppose Alaska's filing of an amicus brief of no more than 10 pages.

I would be happy to chat if that would be easier.


Amy Elizabeth Powell
Senior Trial Counsel, Federal Programs Branch
Civil Division, Department of Justice
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Phone: ███████████
Email:  amy.powell@usdoj.gov



Amy Elizabeth Powell
Senior Trial Counsel, Federal Programs Branch
Civil Division, Department of Justice
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Phone: ███████████
Email:  amy.powell@usdoj.gov

---

**From:** Beckenhauer, Eric (CIV) <Eric.Beckenhauer@usdoj.gov>
**Sent:** Friday, April 23, 2021 4:47 PM

**To:** James Percival <James.Percival@myfloridalegal.com>
**Cc:** Anita Patel <Anita.Patel@myfloridalegal.com>; Chrystal Harwood <Chrystal.Harwood@myfloridalegal.com>; Jason Hilborn <Jason.Hilborn@myfloridalegal.com>; Powell, Amy (CIV) <Amy.Powell@usdoj.gov>; Holland, Liam C. (CIV) <Liam.C.Holland@usdoj.gov>
**Subject:** RE: Activity in Case 8:21-cv-00839-SDM-AAS State of Florida v. Becerra et al Notice of hearing on motion

Hi Jimmy,

Thanks for your message.  I've forwarded the Court's order to agency counsel for each Defendant, so I think you can consider them notified.

Also, I'd like to introduce you to my colleagues Amy Powell and Liam Holland, copied here, who will be taking the lead on the case—please feel free to reach out to them directly as things proceed.

Thanks again, and have a nice weekend,
Eric

**Eric B. Beckenhauer**
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
████████████

---

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Friday, April 23, 2021 4:24 PM
**To:** Beckenhauer, Eric (CIV) <Eric.Beckenhauer@usdoj.gov>
**Cc:** Anita Patel <Anita.Patel@myfloridalegal.com>; Chrystal Harwood <Chrystal.Harwood@myfloridalegal.com>; Jason Hilborn <Jason.Hilborn@myfloridalegal.com>
**Subject:** Fw: Activity in Case 8:21-cv-00839-SDM-AAS State of Florida v. Becerra et al Notice of hearing on motion

Hi Eric,

Can you confirm that this email complies with the court's order that we notify by email "each defendant"? I am required to file with the clerk proof of such notification. If not, I can send to the email addresses I have for the two GC offices.

Please let me know by Monday morning as our deadline is Monday at noon.

Thank you, and have a nice weekend.

Jimmy

---