UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: P (1)** |

## ORDER

Before the Court is Defendants' Motion to Extend the Submission Date for Plaintiffs' Motion for a Preliminary Injunction (Doc. 34).[1] Upon consideration of Defendants' motion and Plaintiffs' opposition thereto:

**IT IS ORDERED** that the **submission date** for Plaintiffs' Motion for Preliminary Injunction (Doc. 14) is **CONTINUED** from July 26, 2023, to **August 11, 2023.**

**IT IS FURTHER ORDERED** that **Defendants' deadline** to file a response to Plaintiffs' Motion for Preliminary Injunction is **August 8, 2023**.

**IT IS FURTHER ORDERED** that **Plaintiffs' deadline** to file a reply memorandum in support of their Motion for Preliminary Injunction is **August 11, 2023**.

**IT IS FURTHER ORDERED** that a **live hearing** on Plaintiff's Motion for Preliminary Injunction is **SET** for **August 18, 2023, at 10:00 a.m.** before the undersigned, Courtroom C551, 500 Poydras Street, New Orleans, Louisiana, 70130.

New Orleans, Louisiana, this 13th day of July, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] In so far as Defendants seek an extension of the submission date, the motion is granted. The motion is denied as to the request to extend the submission date to October 18, 2023.