**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LOUISIANA STATE, ET AL.**                    **CIVIL ACTION**

**VERSUS**                                      **NO. 23-1839**

**DEPARTMENT OF HOMELAND**                      **SECTION: "P" (1)**
**SECURITY, ET AL.**

<u>**ORDER**</u>

Considering the foregoing Motions for *Pro Hac Vice* Admission (Docs. 6, 7, 8, 9, 10, 11, 13, 17, 18, 19, 20, & 22), **IT IS ORDERED** that the motions are **GRANTED**, and counsel is admitted as follows:

- Justin L. Matheny is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of Mississippi in this matter (Doc. 6).

- Andrew Nathan Ferguson is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of Virginia in this matter (Doc. 7).

- Kevin Michael Gallagher is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of Virginia in this matter (Doc. 8).

- Christian B. Corrigan is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of Montana in this matter (Doc. 9).

- Peter M. Torstensen, Jr. is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of Montana in this matter (Doc. 10).

- Theodore J. Wold is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of Idaho in this matter (Doc. 11).

- Philip J. Axt is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of North Dakota in this matter (Doc. 13).

- Thomas T. Hydrick is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of South Carolina in this matter (Doc. 17).

- James Emory Smith is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of South Carolina in this matter (Doc. 18).

- Joseph David Spate is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of South Carolina in this matter (Doc. 19).

- James Hamilton Percival, II is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of Florida in this matter (Doc. 20).

- Leif A. Olson is admitted to practice before the Court *pro hac vice* as counsel for the Plaintiff State of Texas in this matter (Doc. 22).

New Orleans, Louisiana, this 18th day of July, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**