UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLON |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

**MOTION TO WITHDRAW MOTION FOR PRO HAC VICE ADMISSION**

The Court recently brought to Plaintiffs' attention the fact that there are two motions for Leif Alexander Olson to practice pro hac vice, *see* ECF Nos. 21 and 22, and requested that Plaintiffs file a motion to withdraw one of those motions. In accordance with that request, Plaintiffs move to withdraw the first motion—Motion for Pro Hac Vice Admission, ECF No. 21. Because a motion for pro hac vice admission can be granted by an ex parte order under this Court's local rules, *see* L.R. 83.2.5, Plaintiffs believe that this motion can also be granted by an ex parte order.

Dated: July 18, 2023

                                            Respectfully submitted

                                            /s/ *Elizabeth B. Murrill*
                                          Elizabeth B. Murrill (#20685)
                                              Solicitor General
                                          Morgan Brungard (#40298)
                                              Assistant Solicitor General
                                          Tracy Short (#23940)
                                              Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6766
Email: murrille@ag.louisiana.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 18th day of July, 2023.

/s/ *Elizabeth B. Murrill*
Elizabeth B. Murrill (#20685)
　Solicitor General
Morgan Brungard (#40298)
　Assistant Solicitor General
Tracy Short (#23940)
　Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6766
Email: murrille@ag.louisiana.gov