# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-JCZ-JVM |
| v. | JUDGE JAY C. ZAINEY |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## [PROPOSED] ORDER

Considering the foregoing Motion to Withdraw Duplicate Motion For Pro Hac Vice Admission.

**IT IS ORDERED** that motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE