UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF LOUISIANA, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: P (1)** |

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw Motion for Pro Hac Vice Admission (Doc. 41);

**IT IS ORDERED** that the motion is **GRANTED**, and the Motion for Pro Hac Vice Admission (Doc. 21) filed in error is hereby **WITHDRAWN**.

New Orleans, Louisiana, this 19th day of July, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**