United States District Court
Eastern District of Louisiana

| | |
|---|---|
| THE STATE OF LOUISIANA, et al., *Plaintiffs*, v. DEPARTMENT OF HOMELAND SECURITY, et al., *Defendants*. | No. 2:23-cv-1839-DJP-JVM  Judge Darrel James Papillon  Magistrate Judge Janis Van Meerveld |

### PLAINTIFF STATE OF TEXAS'S MOTION TO WITHDRAW ATTORNEY

Plaintiff State of Texas files this Unopposed Motion to Withdraw Leif A. Olson as its attorney in this matter.

Leif A. Olson has accepted a position outside the Office of the Attorney General of Texas, and the State of Texas respectfully requests that he be withdrawn as its counsel. Plaintiff State of Texas will continue to be represented by Charles Eldred and co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated: August 2, 2023

Elizabeth B. Murrill (#20685)
Solicitor General
Morgan Brungard (#40298)
Assistant Solicitor General
Tracy Short (#23940)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6766
Email: murrille@ag.louisiana.gov

Respectfully submitted,

/s/ Leif A. Olson
**Leif A. Olson**
Chief, Special Litigation Division
Tex. State Bar No. 24032801
Leif.Olson@oag.texas.gov

**CHARLES ELDRED**
Chief, Legal Strategy
Tx. State Bar No. 00793681
Charles.Eldred@oag.texas.gov

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 2, 2023, and that all counsel of record were served by CM/ECF.

                                      */s/ Leif A. Olson*
                                      **Leif A. Olson**