United States District Court
Eastern District of Louisiana

| | |
|---|---|
| The State of Louisiana, et al.,<br>  *Plaintiffs,*<br>v.<br>Department of Homeland Security, et al.,<br>  *Defendants.* | No. 2:23-cv-1839-DJP-JVM<br><br>Judge Darrel James Papillon<br><br>Magistrate Judge Janis Van Meerveld |

### Order Granting Plaintiff Texas's Motion to Withdraw Attorney

On this date, the Court considered Plaintiff State of Texas's Unopposed Motion to Withdraw Leif A. Olson as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Leif A. Olson is hereby withdrawn as counsel of record.

SO ORDERED and SIGNED this ___ day of _____, 2023.


United States District Judge