UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, ET AL | CIVIL ACTION |
| VERSUS | NO. 23-1839 |
| DEPARTMENT OF HOMELAND SECURITY, ET AL | SECTION: "P" (1) |

### ORDER

Considering the foregoing Motion to Withdraw Attorney (Doc. 44) filed by Plaintiff State of Texas,

**IT IS ORDERED** that the motion is **GRANTED**, and Leif A. Olson is hereby **WITHDRAWN** as counsel of record for Plaintiff State of Texas in the above-captioned matter.

New Orleans, Louisiana, this 3rd day of August, 2023.

_____
**DARREL JAMES PAPILLION**
UNITED STATES DISTRICT JUDGE