IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendants' Motion to Dismiss is hereby set for submission before District Judge Darrel J. Papillion on September 20, 2023. If the Court wishes to schedule a motions hearing, please note that the undersigned will be on leave from September 18 to October 4, 2023.

| | |
|---|---|
| Dated: August 7, 2023 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division | TODD KIM<br>Assistant Attorney General<br>Environment & Natural Resources<br>Division |
| LESLEY FARBY<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch | KRYSTAL-ROSE PEREZ,<br>(TX Bar # 24105931)<br>Trial Attorney |
| *Benjamin Takemoto*<br>BENJAMIN TAKEMOTO<br>(DC Bar # 1045253)<br>YOSEPH T. DESTA<br>(CA Bar # 332179)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box No. 883, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4252<br>Email: benjamin.takemoto@usdoj.gov | P.O. Box 7611, Ben Franklin Station,<br>Washington, D.C. 20044<br>Tel: (202) 305-0486<br>Email: krystalrose.perez@usdoj.gov |

*Counsel for Defendants*