UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## DEFENDANTS' MOTION FOR ADDITIONAL PAGES

Defendants respectfully request leave to file a memorandum in excess of 25 pages in support of their motion to dismiss.

This Court's Local Rule 7.8 limits memoranda to 25 pages "[e]xcept with prior leave of court." Under that rule, Defendants seek leave to file a memorandum in support of their motion to dismiss that exceeds 25 pages. Defendants have good cause for requesting a page expansion of 19 pages so that they can adequately brief their motion to dismiss given (1) the large number of Plaintiffs in the case (10 States, 43 parishes, 2 municipalities, and 11 levee districts); (2) the length of the pleadings (a more than 140-page Complaint, with 57 accompanying declarations totaling more than 300 pages); and (3) the particularly significant and complex regulatory scheme. In view of these considerations, Defendants ask the Court to allow them a total of 44 pages to fully brief the issues in their memorandum.

Defendants attach as an exhibit to this motion their memorandum in support of their motion to dismiss. If granted leave, Defendants will file their memorandum in support of that motion.

Dated: August 7, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*Benjamin Takemoto*
BENJAMIN TAKEMOTO
(DC Bar # 1045253)
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Email: benjamin.takemoto@usdoj.gov

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources
Division

KRYSTAL-ROSE PEREZ,
(TX Bar # 24105931)
Trial Attorney
P.O. Box 7611, Ben Franklin Station,
Washington, D.C. 20044
Tel: (202) 305-0486
Email: krystalrose.perez@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
Trial Attorney, U.S. Department of Justice