UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

### [PROPOSED] ORDER

For the reasons stated in Defendants' Motion for Additional Pages, it is hereby ORDERED that Defendants' Motion for Additional Pages is GRANTED.

_____
DARREL J. PAPILLION
United States District Judge