UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section: "P" (1)<br>District Judge Darrel James Papillion<br>Magistrate Judge Janis van Meerveld |

## ORDER

For the reasons stated in Defendants' Motion for Additional Pages (Doc. 48), **IT IS ORDERED** that Defendants' Motion for Additional Pages is **GRANTED**.

New Orleans, Louisiana, this 8th day of August, 2023.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**