UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, come Defendants and respectfully move the Court under LR 83.2.12 to enroll Department of Justice Trial Attorney Krystal-Rose Perez as additional counsel of record for Defendants.

    KRYSTAL-ROSE PEREZ,
    TX Bar # 24105931
    Trial Attorney
    P.O. Box 7611, Ben Franklin Station, Washington, D.C. 20044
    Tel: (202) 305-0486
    Email: krystalrose.perez@usdoj.gov

**WHEREFORE**, Defendants pray that the Court grant their motion and enter an order directing the Clerk of Court to enroll Krystal-Rose Perez as additional counsel for Defendants.

    Respectfully submitted this 8th day of August 2023,

                  Dated: August 8, 2023

                  BRIAN M. BOYNTON
                  Principal Deputy Assistant Attorney General
                  Civil Division

                  LESLEY FARBY
                  Assistant Branch Director
                  Civil Division, Federal Programs Branch

/s/ *Benjamin Takemoto*
BENJAMIN TAKEMOTO
(DC Bar # 1045253)
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Email: benjamin.takemoto@usdoj.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
Trial Attorney, U.S. Department of Justice