UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Action No. 2:23-CV-01839-DJP-JVM <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Janis van Meerveld |

**[PROPOSED] ORDER**

Considering the motion of Defendants to enroll additional counsel of record:

**IT IS ORDERED** that Defendants' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court enroll Department of Justice Trial Attorney Krystal-Rose Perez as additional counsel of record for Defendants.

New Orleans, Louisiana, this _____ day of August 2023.

_____
DARREL J. PAPILLION
UNITED STATES DISTRICT JUDGE