UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE STATE OF LOUISIANA, *et al.*,

            *Plaintiffs*,

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

            *Defendants.*

Action No. 2:23-CV-01839-DJP-JVM
Section P
District Judge Darrel J. Papillion
Magistrate Judge Janis van Meerveld

**DEFENDANTS' MOTION FOR ADDITIONAL PAGES**

Defendants respectfully request leave to file a memorandum in excess of 25 pages in support of their Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction.

This Court's Local Rule 7.8 limits memoranda to 25 pages "[e]xcept with prior leave of court." Under that rule, Defendants seek leave to file a Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction that exceeds 25 pages. Defendants have good cause for requesting a page expansion of 22 pages so that they can adequately brief their opposition given (1) the length of the pleadings (a more than 140-page Complaint, with 57 accompanying declarations totaling more than 300 pages); (2) Plaintiffs' similar request for 23 additional pages for their own supporting memorandum (Pls.' Mot. for Additional Pages, Dkt. 16); and (3) the particularly significant and complex regulatory scheme. In view of these considerations, Defendants ask the Court to allow them a total of 47 pages to fully brief the issues in their opposition memorandum.

Defendants attach as an exhibit to this motion their Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction. If granted leave, Defendants will file their memorandum in opposition to Plaintiffs' Motion.

1

| | |
|---|---|
| Dated: August 8, 2023 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division | TODD KIM<br>Assistant Attorney General<br>Environment & Natural Resources<br>Division |
| LESLEY FARBY<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch | KRYSTAL-ROSE PEREZ,<br>(TX Bar # 24105931)<br>Trial Attorney |
| *Benjamin Takemoto*<br>BENJAMIN TAKEMOTO<br>(DC Bar # 1045253)<br>YOSEPH T. DESTA<br>(CA Bar # 332179)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box No. 883, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4252<br>Email: benjamin.takemoto@usdoj.gov | P.O. Box 7611, Ben Franklin Station,<br>Washington, D.C. 20044<br>Tel: (202) 305-0486<br>Email: krystalrose.perez@usdoj.gov |

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
Trial Attorney, U.S. Department of Justice