# Maurstad Declaration, Appendix A



Donald L. Griffin
Department Vice President
& Project Coordinator

June 30, 2023

Kristina Pett
Deputy Associate Chief Counsel
Federal Emergency Management Agency
500 C. Street, NW
Washington, DC 20472

RE: Rating Methodology
*via* e-mail

Dear Ms. Pett:

The American Property and Casualty Insurance Association (APCIA) has supported FEMA's efforts and the ongoing work related to the move to a more modern and actuarially based pricing approach, identified as Risk Rating 2.0 (RR2.0) for underwriting flood insurance risks. As we have stated in previous correspondence to FEMA, we believe the most effective way to increase flood insurance take-up rates is to align rates with risk, leading to increased choices and giving policyholders a more accurate picture of their true flood risk. This generational rating system change was needed as the rating model that it replaced had been used for almost 50 years.

The post implementation challenges filed against FEMA seeking to turn back the clock will not help consumers and policyholders better understand their flood risk and protect their homes and businesses. A forced return to the old system would be an unmitigated disaster for many stakeholders, particularly policyholders as it could leave many property owners without the needed coverage and could ultimately lead to higher costs for many, and result in even more losses. It would create even more confusion for nearly 4.75 million Americans who rely on this important coverage, especially at this time of year. Of particular concern is the fact that there is no simple way to return to the old system – as with the implementation of RR2.0, the process of reverting to the old rating model would require years to implement.

Implementation of Risk Rating 2.0 was a monumental task for Write-Your-Own (WYO) companies. APCIA's WYO member companies, who write more than 75 percent of the NFIP's WYO business, dedicated significant resources to the implementation, including thousands of hours of resource time and millions of dollars. Simply put, RR2.0 is an entirely new system and setup and the significant resource outlays reflect this reality. Further, the implementation process is ongoing as WYO companies continue to work closely with policyholders and other stakeholders to make sure the new program works as designed and is effective.

In addition to the implementation challenges faced by WYO companies, the change to RR2.0 led to an erosion of NFIP policies. Understandably, with any major change such as RR2.0, there will be some market dislocation and there has been a loss of business associated with implementation. Unfortunately, WYO companies have borne the brunt of this impact given their proportionate share of the industry's overall loss of NFIP policies. Combining these two factors, WYO companies experienced unprecedented changes in their flood businesses which are still in the process of stabilizing.

2

Many consumers have saved thousands in premiums as the new system more accurately determines the actual risk of loss and charges for it accordingly, rather than being more dependent upon a generalized "zone." For those who have reported that the new insurance rates have become unaffordable, APCIA continues to advocate for a means-tested government subsidy to address that cost while simultaneously maintaining the new system that has benefitted so many and put the program on more actuarially sound footing.

As previously stated, APCIA member insurers write more than 75 percent of the WYO business, and as such believe that we need to move forward, not backward, so that more Americans purchase flood insurance, and we support any and all efforts you are making in that regard to continue the use of Risk Rating 2.0.

Respectfully submitted,

Donald L. Griffin, CPCU, ARC, ARe, ARM, AU


cc:     Sarah D. Ice, Chief, Industry Management Branch, FIMA/FEMA
        Sabrina McBride, Counsel, FEMA

2