UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## ORDER

Considering the motion of Defendants to enroll additional counsel of record (Doc. 52):

**IT IS ORDERED** that Defendants' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court enroll Department of Justice Trial Attorney Krystal-Rose Perez as additional counsel of record for Defendants.

New Orleans, Louisiana, this 9th day of August 2023.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**