# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## ORDER

For the reasons stated in Defendants' Motion for Additional Pages (Doc. 53), **IT IS ORDERED** that Defendants' Motion for Additional Pages is **GRANTED**.

The Clerk of Court is instructed to file Defendants' Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction and its accompanying exhibits (Docs. 53-2 - 53-5) into the record of the above-captioned matter.

New Orleans, Louisiana, this 9th day of August, 2023.

*[signature]*

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**