**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA et al., | |
| Plaintiffs, | |
| v. | Action No. 2:23-CV-0183 9-DJP-JVM |
| DEPARTMENT OF HOMELAND SECURITY et al., | |
| Defendants. | |

**DECLARATION OF LLOYD "TONY" HAKE**

1. My name is Lloyd "Tony" Hake, and I am a Division Director for the Federal Insurance Directorate, which is housed within the Federal Emergency Management Agency (FEMA), a component agency of the Department of Homeland Security.

2. In my capacity as a Division Director for the Federal Insurance Directorate, I am one of several Division Directors that assist in administering the National Flood Insurance Program (NFIP) at FEMA.  I was the director of Risk Rating 2.0 from October 2019 through October 2021.

3. Risk Rating 2.0 was an NFIP initiative spanning 7 years and involved extensive coordination and communication. More than 150 FEMA staff at both headquarters and the regions, over a dozen contractors pursuant to over two dozen different contracts, staff, and agents from Write Your Own (WYO) companies[1], and 5 vendors collaborated and worked on the development, communication, and implementation of Risk Rating 2.0.

4. Notably, while the extensive communication effort about Risk Rating 2.0 is documented,

---

[1]A WYO company is a private property and casualty insurance company that writes and services NFIP flood policies in their own name on behalf of the NFIP.

in part, below, the communication effort that took place prior to 2019, before Risk Rating 2.0 and during the early stages of its development, is not documented here. Risk Rating 2.0 was the result of feedback FEMA received in consultation with its stakeholders, including the states, the Office of Management and Budget, the White House, the policyholders, reputable organizations like the Government Accountability Office, Congressional representatives and their staff, groups like the Association of State Floodplain Managers and the National Association of Realtors, other federal agencies, WYO companies, and agents.

5. Indeed, in many ways, Risk Rating 2.0 is the product of the NFIP Reform Effort (2010-2012) and the legislation that came out of that effort, the Biggert Waters Flood Insurance Reform Act of 2012 (BW-12) and the Homeowner Flood Insurance Affordability Act of 2014 (HFIAA). During the NFIP Reform effort, FEMA repeatedly solicited feedback from all of its stakeholder groups in a comprehensive, multi-year effort to, among other things, set the NFIP on the path to fiscal soundness. FEMA solicited feedback from its stakeholders on subsidies, the actuarial soundness of the NFIP, and affordability concerns, among other things. One of the specific reforms on which FEMA sought input from its stakeholders was a proposal to charge actuarial rates on flood policies.[2] Once FEMA had implemented the premium rate increases required by BW-12 and HFIAA, Risk Rating 2.0 was the logical next step in carrying out the reforms developed based on stakeholder input and FEMA's internal analysis.

**Communications and Transparency Around Risk Rating 2.0**

6. FEMA has engaged in a comprehensive and ongoing effort to communicate with the public, Congress, NFIP communities, and stakeholders about "Risk Rating 2.0: Equity in Action." FEMA has had well over 1500 Risk Rating 2.0 engagements in which FEMA leadership, staff,

---

[2] See, generally, FEMA, NFIP Stakeholder Listening Session: Findings and Next Steps, Phase 1 Report, p. 3, at https://www.fema.gov/pdf/business/nfip/nfip_stakeholder_listening_phase_i_report.pdf.

and/or contractors communicated about Risk Rating 2.0 with the public, policyholders, stakeholder groups, members of Congress and/or their staff, the media, industry groups, WYO companies, and/or insurance agents. Just in 2021-22, FEMA Region 6, which encompasses Louisiana, Texas, Arkansas, Oklahoma, and New Mexico, had almost 100 engagements about Risk Rating 2.0, including trainings, meeting with stakeholders groups (e.g., the Louisiana Department of Insurance, Louisiana Realtors, and various Louisiana Police Juries), hosting and speaking at roundtables, presenting at conferences, meeting with government officials and levee board associations, hosting webinars, participating on panels, and providing training to agents, among other things.

7. Transparency has been a priority for FEMA throughout the development and implementation of Risk Rating 2.0. "FEMA continues to engage with Congress, its industry partners and state, local, tribal and territorial agencies to ensure a clear understanding of the new rating methodology and how it affects policyholders."[3]

**Communications with the Public**

8. Between July 2019 and July 2022, FEMA responded to hundreds[4] of Requests for Information (RFIs) from the public and academia regarding Risk Rating 2.0, including changes in premium rates, incorporating more factors that inform flood risk in the premium rate determinations, premium rate caps and discounts, related environmental concerns, and the like.

9. The FEMA website has also served as a source of information for the public as early as April 2019. The website explained that "Risk Rating 2.0 will help customers better understand their flood risk and provide them with more accurate, property-specific rates. This will include

---

[3]See FEMA website, "Risk Rating 2.0: Equity in Action" at https://www.fema.gov/flood-insurance/risk-rating
[4]This includes communications to the public from senior leaders at headquarters but does not capture communications from regional leadership and staff.

determining a customer's flood risk by incorporating multiple, logical rating factors, like the distance a building is from the coast or another flooding source or the cost to rebuild a home. The new premium rates will ensure customers will no longer face dramatic rate increases during map changes or at the edge of flood zones. By reflecting the cost to rebuild, the new premium rates will also aim to deliver fairer rates for owners of lower-value homes." The website also announced that "FEMA is building a new rating engine to help agents easily price and sell policies. It will also allow policyholders to better understand their property's flood risk and how it is reflected in their cost of insurance.[5]

10. Over the following year, FEMA added answers to frequently asked questions about Risk Rating 2.0 to its website, along with explanations for why the changes to premium rates were needed, what it would look like, and the timeline for implementation. The website explained that the updates were necessary because "[t]he current rating methodology has not changed since it was first developed in the 1970s. But since then, technology has evolved and so has FEMA's understanding of flood risk."[6]

11. FEMA also made a commitment to transparency early in the process. FEMA committed to "continue to actively engage with Congress and other key stakeholders to ensure transparency and visibility...." FEMA also stated that it would "comply with existing statutory caps on premium increases. This will help transition policyholders who may face otherwise substantial rate increases."[7]

12. In a press release dated April 1, 2021 and entitled "FEMA Updates Its Flood Insurance

---

[5]See FEMA website captured April 25, 2019, "NFIP Transformation and Risk Rating 2.0" at https://web.archive.org/web/20190425202716/https://www.fema.gov/nfiptransformation.
[6]See FEMA website captured December 11, 2019, "What Is Changing Under Risk Rating 2.0?" at https://web.archive.org/web/20191211225519/http://www.fema.gov/nfiptransformation.
[7]See FEMA website captured April 25, 2019, "NFIP Transformation and Risk Rating 2.0" at https://web.archive.org/web/20190425202716/https://www.fema.gov/nfiptransformation.

Rating Methodology to Deliver More Equitable Pricing," FEMA provided a broad overview of Risk Rating 2.0. [8] FEMA also described how it was coordinating with subject matter experts from "the U.S. Army Corps of Engineers, U.S. Geological Survey and the National Oceanic and Atmospheric Administration, along with experts from across the insurance industry and actuarial science to ensure alignment with federal regulations, systems, guidance and policies" as it developed and implemented Risk Rating 2.0.

13. That same month, FEMA published a 6-page fact sheet entitled "Risk Rating 2.0 is Equity in Action."[9] This publication described how Risk Rating 2.0 would "better inform individuals and communities about flood risk" and would put an end to individuals paying "more than their fair share in flood insurance premiums." It discussed individual and community mitigation efforts that would reduce flood insurance premiums and answered frequently asked questions about Risk Rating 2.0.

14. By April 2021, FEMA had released several data sets and documents on the website, including a 64-page NFIP technical document entitled "Risk Rating 2.0 Methodology and Data Sources."[10] This comprehensive report provided a description "of the methodology and data sources used to develop Risk Rating 2.0" like "GIS data, Market Basket data, NFIP in-force exposure, NFIP loss and exposure data, and catastrophe model output." The report also included algorithms, rates, rating factors, and illustrative examples of rate calculation and actuarial soundness under Risk Rating 2.0.

15. Also released in April 2021 were "Risk Rating 2.0 Methodology and Data Sources -

---

[8] See "FEMA Updates Its Flood Insurance Rating Methodology to Deliver More Equitable Pricing" (April 1, 2021) at https://www.fema.gov/press-release/20210401/fema-updates-its-flood-insurance-rating-methodology-deliver-more-equitable.
[9] See "2021 Fact Sheet" at https://www.fema.gov/sites/default/files/documents/fema_rr-2.0-equity-action_0.pdf
[10] See "Risk Rating 2.0 Methodology and Data Sources" (April 16, 2021) at https://www.fema.gov/sites/default/files/documents/fema_risk-rating-2.0-methodology-data-sources_4-21.pdf.

Premium Calculation Worksheet Examples" and "Risk Rating 2.0 Methodology and Data Sources - Appendix D Rating Factors." The "Worksheet Examples" spreadsheet provided four sample worksheets explaining various inputs that led to premium rates using Risk Rating 2.0.[11] The "Appendix D Rating Factors" spreadsheet provided numerical rating values for structural relative elevation, drainage area, distance to coasts, oceans, lakes, and more to help the public understand how premiums would be calculated under Risk Rating 2.0.[12]

16. On September 24, 2021, FEMA published an article on its website entitled "FEMA Offers More Equitable Flood Insurance Rates Beginning Oct. 1," in which FEMA provided more information about risk premium rates issued pursuant to Risk Rating 2.0.[13]  The article discussed how under Risk Rating 2.0, FEMA is using "increased technological and mapping capabilities to determine and communicate a property's full flood risk." The article also discusses how Risk Rating 2.0 "has exposed inequities in pricing whereby some policyholders have been unjustly subsidizing other policyholders.[14] The article goes on to discuss how premium rates will better communicate flood risk, the fact that mitigation discounts will still apply to the premium rates, the phased rollout of the new premium rates, where more information on Risk Rating 2.0 may be found, and general statistics on the number of policyholders projected to see increases and decreases in premiums.[15]

17. In 2021 and 2022, FEMA published state-by-state summaries comparing Risk Rating

---

[11]See FEMA website, "Risk Rating 2.0 Methodology and Data Sources - Premium Calculation Worksheet Examples" at https://www.fema.gov/sites/default/files/documents/fema_risk-rating_PCW_Rating_Examples.xlsx.
[12]See FEMA website, "Risk Rating 2.0 Methodology and Data Sources - Appendix D Rating Factors" at https://www.fema.gov/sites/default/files/documents/FEMA_Appendix-D-Rating-Factor-Tables_1-22.xlsx.
[13]See FEMA website, "FEMA Offers More Equitable Flood Insurance Rates Beginning Oct. 1" (September 24, 2021), at https://www.fema.gov/press-release/20210924/fema-offers-more-equitable-flood-insurance-rates-beginning-oct-1.
[14]Id.
[15]Id.

2.0 and the rates under the old 1970s legacy rating methodology.[16] The reports provided projections of the number of policyholders in each state that could expect to see premium rate decreases or increases, and the extent of those decreases and increases, under Risk Rating 2.0 as compared to the old legacy methodology. State profiles included the number of policies in force in each state, the average claim payout in that state over the preceding decade, and options for mitigating risks to reduce premium rates. FEMA also issued a related press release entitled "FEMA Publishes More Data on New Flood Insurance Rating Methodology," which was provided to help readers understand the data sets.[17]

18. Starting in late 2021 and into 2022, FEMA released four educational videos on its website and the platform YouTube. The first one, "Risk Rating 2.0 - Equity in Action: FEMA's New Rating Methodology," provided an overview of the simplified quoting process.[18] "Risk Rating 2.0 - Equity in Action: Rating Variables (Part 1)"[19] and "Risk Rating 2.0 - Equity in Action: Rating Variables (Part 2)"[20] described variables used pursuant to Risk Rating 2.0 that would impact premium rates, including examples and possible premium rating scenarios. "Risk Rating 2.0 - Equity in Action: What is Built and Covered"[21] detailed the calculation of a covered building's replacement cost value, levels of coverage available, and deductible options.

19. In February 2022, FEMA published another fact sheet entitled "FEMA Fact Sheet -

---

[16]See FEMA website, "State Profiles" at https://www.fema.gov/flood-insurance/risk-rating/profiles.
[17]See FEMA website, "FEMA Publishes More Data on New Flood Insurance Rating Methodology" (January 11, 2022), at https://www.fema.gov/press-release/20220111/fema-publishes-more-data-new-flood-insurance-rating-methodology.
[18]See FEMA Video, "Risk Rating 2.0 – Equity in Action: FEMA's New Rating Methodology" at https://www.youtube.com/watch?v=29zycK6DD-U.
[19]See FEMA Video, "Risk Rating 2.0 – Equity in Action: Rating Variables (Part 1)" at https://www.youtube.com/watch?v=l2eu-iWYfaQ.
[20]See FEMA Video, "Risk Rating 2.0 – Equity in Action: Rating Variables (Part 2)" at https://www.youtube.com/watch?v=NQea76LTW-Y.
[21]See FEMA Video, "Risk Rating 2.0 – Equity in Action: What is Built and Covered" at https://www.youtube.com/watch?v=B7YFdkI6sFE.

Understanding Risk Rating 2.0: Equity in Action."[22] This fact sheet broadly discussed new rating variables, such as proximity to flood sources and first floor height, that would be utilized to determine premium rates under Risk Rating 2.0. The fact sheet also provided graphics showing that 96% of policyholders were projected to either see premium decreases or increases of $20 a month or less under Risk Rating 2.0.

20. Also in February 2022, FEMA posted a publication on its Risk Rating 2.0 website entitled "Levees in Risk Rating 2.0."[23] The levees publication offered "a baseline understanding of the sources and methodology used to develop key levee data input for the catastrophic modeling and actuarial rating process."[24]

21. In March 2022, FEMA shared, via the Risk Rating 2.0 website, a "Rate Explanation Guide" with graphics and examples of factors impacting premium rates under Risk Rating 2.0.[25] It expanded on the concept of the "Where, How, and What" - the building characteristics considered under the Risk Rating 2.0 methodology. Readers could clearly see how factors like distance to flood sources, ground elevation, foundation type, first floor height, number of floors, unit location, building occupancy, construction type, flood openings, the location of machinery and equipment, building replacement cost value, coverage amounts, deductible amounts, and other variables would all affect premium rates and why.

22. The following month, FEMA shared a "Discount Explanation Guide" on its Risk Rating 2.0 website to assist the public in understanding how mitigation discounts might apply to their

---

[22] See "FEMA Fact Sheet – Understanding Risk Rating 2.0: Equity in Action" (February 2022) at https://agents.floodsmart.gov/sites/default/files/fema-Risk-Rating-2.0-Fact-Sheet-2022.pdf.
[23] See, generally, FEMA website, "Levees in Risk Rating 2.0," at https://www.fema.gov/sites/default/files/documents/FEMA_Levees-in-Risk-Rating-2.0_2_22.pdf; FEMA website, "Levees in Risk Rating 2.0," at https://www.fema.gov/sites/default/files/documents/FEMA_Levees-in-Risk-Rating-2.0_2_22.pdf.
[24] Id.
[25] See FEMA website, "Rate Explanation Guide" at https://www.fema.gov/sites/default/files/documents/fema_rate-explanation-guide.pdf.

premium rates under Risk Rating 2.0.[26] The Discount Explanation Guide contained a chart explaining how increasing the first-floor height of a building would lead to proportional, percentage rate discounts, and explained exceptions. It also outlined how FEMA would continue to provide statutory discounts as required by law, including CRS discounts.

23. The Risk Management and Decisions Processes Center at the Wharton School, University of Pennsylvania published a four-part series of interviews entitled "Conversations about Risk Rating 2.0," which featured industry stakeholders and analyzed FEMA's "OpenFEMA" data.[27] In part one of that interview series, published May 23, 2022, Mr. Maurstad was interviewed. There, he compared the legacy rating, which used "static zones on a flood map and did not account for the full range of variables to determine and individual property's flood risk" with Risk Rating 2.0, which incorporated "more flood risk variables, such as multiple flood frequencies...multiple flood types" and "property characteristics such as elevation and the cost to rebuild." He also discussed FEMA's continued commitment to increasing communications with stakeholders and closing the flood insurance gap.[28]

24. Additionally, FEMA has opened up access to the NFIP's System of Record, PIVOT, which includes a flood insurance data and analytics tool that provides visualizations, reports, and data elements created by the National Flood Insurance Program NFIP to help educate the public about the impact of major flood events and flood risk across the nation. These interactive resources also allow users to see aggregated policy information for their state and communities, including the total active policies and coverage-in-force, claims information, policy data, Risk Rating 2.0

---

[26]See FEMA website, "Discount Explanation Guide" at
https://www.fema.gov/sites/default/files/documents/fema_discount-Explanation-Guide.pdf.
[27]The Wharton School, The University of Pennsylvania Risk Management and Decisions Processes Center website,
"Conversations about Risk Rating 2.0" at https://riskcenter.wharton.upenn.edu/riskrating2-0/.
[28]The Wharton School website, "Conversations about Risk Rating 2.0 Part I" at
https://riskcenter.wharton.upenn.edu/lab-notes/riskratingmaurstad/.

state profiles, historical flood risks and costs, repetitive loss properties, and more.[29] These resources can be used to help identify trends in the NFIP's policy base.

### Communications via Media

25. From 2019 to the present date, FEMA responded to hundreds of media inquiries from various outlets nationwide, including but not limited to: USA Today, Grist, Associated Press, The New York Times, Bloomberg, E & E News, Reuters, CNN, Fox News, and Louisiana outlets like The Daily Comet, The Advocate, and WBRZ Baton Rouge. FEMA held meetings with reporters from various publications to give updates about Risk Rating 2.0, including E & E News, The New York Times, Politico, NPR, Congressional Quarterly, Miami Herald, Bloomberg, and Reuters. FEMA's own press releases published on its website were widely quoted and adapted for media use. FEMA's media responses covered a range of topics, such as the ways in which improvements in technology and data have enabled FEMA to better assess flood risk, answered questions about how Risk Rating 2.0 was developed, affordability, the 18% premium increase cap, and mitigation efforts.

26. On March 12, 2019, Mr. Maurstad issued an announcement to a group of media outlets, including the Wall Street Journal, E&E News, NPR, Business Insurance Magazine, and Post and Courier. Outlets from Texas, Louisiana, Florida, Georgia, South Carolina, North Carolina, Virginia, New Jersey, and New York were invited. There, Mr. Maurstad presented information about changes to how the premium rates on NFIP flood insurance policies would be calculated so that they would be more actuarially sound and better reflect the flood risk to insured property. Mr. Maurstad discussed the goals of closing the insurance gap and increasing flood risk mitigation.[30]

---

[29]See FEMA website, "Flood Insurance Data and Analytics", at https://nfipservices.floodsmart.gov/reports-flood-insurance-data.
[30]Id. at p. 2.

Mr. Maurstad also emphasized FEMA's commitment "to keep our industry partners involved and policyholders involved throughout the next year and a half," and developing "some communication tools to aid in communicating with the public [including] current and potential customers about the impending changes."[31]

27. In one example, FEMA provided a media response to the Tampa Bay Times in March 2019, stating: "While actuarially sound, our current [legacy] rating methodology only accounts for a single view of flood hazard (i.e., it only accounts for a 100-year flood event) and has created dramatic changes in pricing at the edge of flood zones. This has resulted in large inequalities in premiums and communicates an incomplete picture of an individual's flood risk. We are committed to fixing this issue. We now have the capabilities and technology to carry out these fundamental changes in the way the NFIP analyzes and prices risk."

28. FEMA also provided information to CNN in advance of a February 22, 2021 article entitled "Flood risk is growing for US homeowners due to climate change. Current insurance rates greatly underestimate the threat, a new report finds." The article quoted the testimony of Michael Grimm, the then-Acting Deputy Associate Administrator of the Federal Insurance and Mitigation Administration within FEMA, before a House committee in February 2020. In that hearing, Mr. Grimm spoke about the substantial limitations of using NFIP flood maps as the basis for establishing premium rates, the use of more predictive variable to establish property specific flood risk, and the impending phase-in of Risk Rating 2.0 rates. The article went on to explain how Risk Rating 2.0 "will utilize the latest technology to better capture the risk for each individual property" like other flooding sources, such as rainfall.[32]

---

[31] Id. at p. 11.
[32] CNN Business, "Flood risk is growing for US homeowners due to climate change. Current insurance rates greatly underestimate the threat, a new report finds" at https://www.cnn.com/2021/02/22/business/flood-insurance-climate-change-risk-first-street-foundation/index.html.

29. The Ocean City Sentinel in October 2021 quoted FEMA's press release regarding discounts in an effort to explain what discounts would remain the same: "[FEMA is] maintaining features to simplify the transition to Risk Rating 2.0 by offering premium discounts to eligible policyholders. This means FEMA will continue to offer premium discounts for pre-FIRM subsidized and newly mapped properties."[33] It went on: "Policyholders will still be able to transfer their discount to a new owner by assigning their flood insurance policy when their property changes ownership. Discounts to policyholders in communities who participate in the Community Rating System (CRS) will continue. Communities will continue to earn National Flood Insurance Program rate discounts of 5 percent to 45 percent based on the CRS classification."

30. FEMA provided multiple media responses to The New York Times throughout 2021, answering questions about the delayed implementation or phase-in approach for Risk Rating 2.0, corrected misperceptions about rate increases, and expected changes in NFIP participation. The New York Times published several articles that year related to Risk Rating 2.0 using the information provided by FEMA, including "Climate Threats Could Mean Big Jumps in Insurance Costs This Year,"[34] and "Official numbers vastly underestimate U.S. flood danger."[35]

31. Other publications, including a Long Island Herald article entitled "FEMA Risk Rating 2.0: What [Sea Cliff] needs to know," echoed a FEMA press release quoting Mr. Maurstad in early 2022.[36] Those articles explained that for certain policyholders, premium rate increases would have happened regardless of whether Risk Rating 2.0 was implemented. "The comparison data debunks

---

[33]Ocean City Sentinel, "CMC officials: FEMA change will hurt flood insurance rates" at https://ocnjsentinel.com/cmc-officials-fema-change-will-hurt-flood-insurance-rates/.
[34]The New York Times, "Climate Threats Could Mean Big Jumps in Insurance Costs This Year" at https://www.nytimes.com/2021/02/22/climate/flood-insurance-fema.html.
[35]The New York Times, "Official numbers vastly underestimate U.S. flood danger, researchers have found" at https://www.nytimes.com/live/2021/08/23/us/climate-change/flood-risks-united-states?smid=url-share.
[36]L.I. Herald, "FEMA Risk Rating 2.0: What S.C. needs to know" at https://www.liherald.com/stories/fema-risk-rating-20-what-sc-needs-to-know,139935?.

a huge myth held by many critics of the new methodology that, under the old system, flood insurance rates were not subject to regular annual increases...[t]he truth is rates have gone up every year for all policyholders and would continue to do so if no action is taken." Commenting on the data released on the FEMA website, Mr. Maurstad went on to explain that "some policyholders now will experience decreases under year one of Risk Rating 2.0 while a majority of remaining policyholders will see premium increases mostly on par with what they already pay." The article also quoted Mr. Maurstad on the topic of the importance of mitigation.

32. In April 2022, FEMA representatives responded to media inquiries from Bloomberg and the Associated Press about the possible rate changes under Risk Rating 2.0 as well as how properties near levees would be treated.

33. On July 18, 2022, Mr. Maurstad responded to questions from the Associated Press, published July 22, 2022 in an article entitled "FEMA report: Flood insurance hikes will drive 1M from market."[37] In his responses, he explained the shortcomings of the legacy rating system, the need for inclusion of different rating variables, FEMA's goal of increasing participation in the NFIP, and that premiums would have continued to rise under the legacy rating system.

34. Following a July 21, 2022 FEMA media inquiry, the American Public Media Research Lab published "Inundating the Gulf: Fewer Americans Covered by Federal Flood Insurance Even as Population Grows in Flood-Prone Areas."[38] The article explained that "policyholders with lower-valued homes were paying more than they should for flood insurance, while policyholders with higher-valued homes were paying less. By considering home value and unique flood

[37]Associated Press, "FEMA report: Flood insurance hikes will drive 1M from market" at
https://apnews.com/article/floods-entertainment-federal-emergency-management-agency-congress-climate-and-environment-2f8fac768c73e52090eaa59f742ff48d.
[38]APM Research Lab, "Inundating the Gulf: Fewer Americans Covered by Federal Flood Insurance Even as Population Grows in Flood-Prone Areas" at Nation sees population boom in flood-prone areas as fewer Americans purchase federal flood insurance — APM Research Lab (archive.org).

probability, FEMA states that Risk Rating 2.0 revises and redistributes those premium costs across all policyholders to ensure fair rates and equitable premium increases and decreases."

35. On August 4, 2022, FEMA representatives responded to a media inquiry from CNN, providing answers to questions about flood mapping, data sources, and rating variables. Mr. Maurstad was quoted soon thereafter in a CNN segment about flood insurance that aired on September 4, 2022, discussing flood mapping and the importance of flood risk awareness.[39]

36. On September 7, 2022, Region 6 provided a media interview to KFOR-TV in which FEMA regional personnel discussed Risk Rating 2.0, flood insurance, and premium discounts provided pursuant to the Community Rating System Program.

37. On November 5, 2022, USA Today published "A climate reckoning for US housing: Too many homes in harm's way, 'too many zeros' in the costs" following a media inquiry to FEMA.[40] In response to the inquiry, FEMA staff answered questions about mitigation activities, updated risk rating technology, and correcting the inequities that existed under the legacy rates.

38. On January 17, 2023, FEMA responded to an inquiry from the Associated Press. In its response, FEMA representatives discussed new rating variables under Risk Rating 2.0, data sources, and policy purchasing trends. FEMA also responded to media inquiries from Reuters, the Washington Post, and others in early 2023.

39. FEMA continues to cooperate and partner with various media outlets to educate the public about Risk Rating 2.0 and flood insurance generally.

---

[39]Transcript for CNN Segment at https://transcripts.cnn.com/show/ndaysun/date/2022-09-04/segment/01.
[40]USA Today, "A climate reckoning for US housing: Too many homes in harm's way, 'too many zeros' in the costs" at https://www.usatoday.com/story/news/2022/11/05/climate-change-and-us-housing-taxes-fund-disaster-rebuilding-cycle/10615110002/.

**Communications with Congress (engagements and responses)**

40. FEMA has been communicating with members of Congress and their staff about Risk Rating 2.0, holding briefings and responding to questions and RFIs by correspondence, and providing congressional representatives and their staff an opportunity to provide their input on Risk Rating 2.0 and the proposed implementation process for Risk Rating 2.0. Between March 2019 and February 2023, FEMA had dozens of meetings, briefings, calls, and requests for TDA (technical drafting assistance) with members of Congress and/or their staff. In that same time period, FEMA fielded more than 40 separate RFIs from individual Members of Congress related to Risk Rating 2.0. These requests covered a range of topics, including the effects of flood insurance policy sales, percentage of policy increases or decreases under Risk Rating 2.0, the initial delay in implementation of Risk Rating 2.0, grandfathered policies, cost to rebuild as a rating factor, and other topics.

41. Mr. Maurstad held multiple Congressional briefings, including with Representative Graves (LA), Representative Scalise (LA), Senator Scott (SC), and Senator Schumer (NY). During the briefings, Mr. Maurstad presented information comparing the legacy rating system to Risk Rating 2.0, explaining the need to end cross-subsidies within the NFIP and advising the group that most policyholders were projected to see premium decreases or increases of less than $10 a month. Some representative examples of congressional engagements Mr. Maurstad and other FEMA leaders participated in are discussed below.

42. On March 9, 2017, then-FEMA Deputy Associate Administrator for Insurance and Mitigation Roy Wright, testified at a House Committee on Financial Services subcommittee meeting about the need for risk rating and pricing methodology changes, stating "there is no more

effective risk communication tool than a pricing signal."[41]

43. On March 21, 2019, then-Assistant Administrator for Federal Insurance Paul Huang conducted a briefing with Representative Scalise's (LA) staff, and FEMA answered follow-up questions by correspondence. The briefing discussed FEMA's goals of providing simple and transparent rates, using intuitive rating variables, and increasing flood insurance coverage and mitigation activities.

44. April 24, 2019, Mr. Huang, along with myself, and Senior Actuary Andy Neal, provided updates to the Senate Banking Committee on Risk Rating 2.0 and its implementation timeline. Key messages delivered in these updates were about how Risk Rating 2.0 would pair state-of-the-art industry technology with the NFIP's mapping data to establish a better understanding of risk and how Risk Rating 2.0 would make the NFIP more fair, understandable, and less complex to navigate.

45. On December 11, 2019, Mr. Huang conducted a Risk Rating 2.0 briefing with Representative Scalise (LA) and other House Members, including Representative Olson (TX), Representatives Graves, Higgins, and Richmond (LA), Representative Smith, Pallone, and Pascrell (NJ), Representative Rouzer (NC), Representative Bryne (AL), and Representative Crist (FL). The briefing, which was also attended by Mr. Maurstad and then-Deputy Administrator for Resilience Dr. Daniel Kaniewski, provided updates on the Risk Rating 2.0 implementation timeline and implementation team objectives, such as stakeholder coordination.[42]

46. On March 10, 2021, FEMA staff met with the staff of Representative Scalise (LA) and Senator Cassidy (LA) to discuss the rollout of Risk Rating 2.0. The briefing included information

---

[41]Transcript for March 9, 2017 testimony at https://www.govinfo.gov/content/pkg/CHRG-115hhrg27202/html/CHRG-115hhrg27202.htm.
[42]Id.

about the State Profiles, with a discussion about Louisiana specifically, as well as state-specific rate comparisons, rating variables, and the updated technology used.

47. Also on March 10, 2021, FEMA staff briefed the Senate Banking Committee and the House Financial Services Committee on the rollout of Risk Rating 2.0. Topics included rating variables, premium rate increase caps, and engagement with industry stakeholders.

48. On March 24, 2021, Mr. Maurstad conducted a staff-level briefing with Senator Kennedy's (LA) staff at the Senator's request. During the briefing, Mr. Maurstad discussed topics like those in his March 10 briefing with Louisiana Representative Scalise and Senator Cassidy, including Risk Rating 2.0 variables, the published State Profiles, statutory premium rate caps, rate comparisons, and catastrophe modeling technology.

49. On March 10, March 22, and March 25, 2021, Mr. Maurstad, Mr. Neal, and I conducted staff-level briefings with the staffs of Senator Schumer (NY) and Senator Menendez (NJ). They discussed Risk Rating 2.0 variables, the phased implementation approach, the published rating methodology technical document, and statutory premium increase caps. The Senators' staffs requested that FEMA continue to make contact with, and accept feedback from, local stakeholders.

50. On March 30, 2021, FEMA representatives met with the Congressional Research Service to discuss its data publications and other Risk Rating 2.0 topics like rating variables, equity and sustainability goals, premium rate caps and discounts, and expected premium rate changes.

51. On April 6, 2021, a staff-level briefing for Senator Rubio's (FL) staff was held with Mr. Maurstad and Mr. Neal. The briefing answered questions about the premium rate changes, and presenters directed attendees to the state profiles and other technical documents available online for more detailed information.

52. On April 9, 2021, FEMA representatives conducted a briefing with the staffs of

Representative Barr (KY) and Representative Peters (CA) regarding Risk Rating 2.0. Mr. Neal and Susan Koshgarian, Congressional Affairs Specialist, conducted a follow-up briefing with the staffs of Representative Barr (KY) and Representative Peters (CA). Mr. Neal gave a broad overview of Risk Rating 2.0 and discussed rating variables, grandfathering, and premium rate increase caps.

53. On April 13, 2021, a staff briefing was held with Representative Higgins's (LA) staff. The presentation covered the broader range of rating variables, including distance to coast, ocean, or river, first floor height, ground elevation, and construction or foundation type. The briefing also covered the technology and experts used to determine premium rates, as well as which mitigation discounts would remain available.

54. On April 15, 2021, FEMA staff held a member-level briefing with Representative Graves (LA) and Representative Scalise (LA). Presenters answered questions, both during the briefing and in the days that followed, about Risk Rating 2.0 development, flood map development, mandatory purchase requirements, and how many Louisiana policyholders would benefit from the 18% statutory annual premium increase cap.

55. On May 19, 2021, Mr. Maurstad, Mr. Neal, and Ms. Koshgarian conducted a follow-up Risk Rating 2.0 briefing with Representative Graves (LA) and the staff of Representative Scalise (LA). The briefing covered topics including rating variables, base flood elevation and its particular impact on premiums, expected premium changes and premium rate collections, levees, and CRS discounts for mitigation projects like structure elevation and community evacuation plans.

56. On May 28, 2021, Mr. Maurstad held a staff-level briefing with Senator Scott's staff (FL) and was joined for question-and-answer session by Mr. Neal. The presentation was an

overview of rating variables, the phased approach to implementation of Risk Rating 2.0, and the technology and resources used to develop Risk Rating 2.0.

57. On June 3, 2021, Mr. Maurstad, Mr. Neal, and Ms. Koshgarian held a "deeper dive" briefing with the Senate Banking Committee staff, Chairman Brown's (OH) staff, as well as Senator Cassidy's (LA) staff. The discussion covered the replacement cost value rating variable introduced under Risk Rating 2.0, data sources such as NOAA and USGS, outreach efforts and engagement activities, and how premium collections under Risk Rating 2.0 would compare to collections from legacy rating.

58. On June 9, 2021, I provided a FEMA briefing on Risk Rating 2.0 for Representative Rosendale (MT), which included topics such as how premium rates are determined, premium increases and decreases projected to take place when Risk Rating 2.0 is implemented, outreach on Risk Rating 2.0, the phased implementation of Risk Rating 2.0, and FEMA's Affordability Framework.

59. On June 17, 2021, FEMA representatives held another briefing with the staffs of members of the Senate Banking Committee, discussing affordability and Risk Rating 2.0, "Write Your Own" companies, how the changes would affect tribal and low-income communities, and mitigation efforts.

60. On July 9, 2021, Mr. Neal briefed the staffs of Senator Cassidy (LA) and Senator Menendez (NJ), discussing premium rate calculations for properties protected by levees. They also discussed other rating variables, updated technologies utilized by FEMA to determine premium rates, and premiums might be affected.

61. On August 9, 2021, FEMA representatives conducted a staff-level briefing with Representative Gimenez's (FL) staff, answering questions about replacement cost values in the

Representative's particular district and premium rate changes there as compared to the rest of the country. In addition to the briefing, FEMA provided data sets by zip code to facilitate the attendees' understanding of premium rate changes.

62. On August 17, 2021, Mr. Neal and I briefed the staffs of the members of the House Financial Services Committee about Risk Rating 2.0.

63. On September 14, 2021, I provided a Risk Rating 2.0 briefing to Representative Palazzo's (MS) staff, as well as a "refresher" presentation on March 24, 2022. The presentations gave overviews about what had changed under Risk Rating 2.0 and what had not, the phased approach, endorsements from industry stakeholders and expected changes to premium rates. Presentation slides were provided to attendees, which contained links to FEMA's Risk Rating 2.0 fact sheets, state profiles, data sources, and other publications.

64. On October 5 and October 6, 2021, FEMA staff briefed the staffs of Senator Cotton (AR) and Representative Luetkemeyer (MO) on Risk Rating 2.0 and levee issues.

65. On October 13, 2021, FEMA staff briefed Representative Scalise's (LA) staff about Risk Rating 2.0, including its impacts on grandfathering and levees. A follow-up briefing was conducted covering these same topics on October 27, 2021.

66. On November 2, 2021, Mr. Maurstad, Mr. Neal, and Ms. Koshgarian conducted a member-level briefing with Representative Malliotakis (NY) and her staff. Mr. Maurstad explained that premium rates can be transferred to new homebuyers to ensure they receive the benefit of the 18% statutory premium increase cap. He discussed rating variables such as replacement cost value, potential changes in rates compared to legacy rates, and assured attendees that FEMA was conducting regular outreach activities through its regional offices.

67. On February 28, 2022, Mr. Maurstad met with staffs of Members of the House

Appropriations Committee and the Senate Appropriations Committee. The presentation outlined the industry support for Risk Rating 2.0 among stakeholders and also provided ways to access key Risk Rating 2.0 documents and publications like data sources, zip-code level data, a national rate analysis, premium calculation worksheet examples, and fact sheets.

68. On April 4, 2022, FEMA headquarters and regional staff held a call with Representative Graves (LA) and Parish Presidents Archie Chaisson, Jaclyn Hotard, Matthew Jewel, and Gordy Dove, discussing a number of topics related to Risk Rating 2.0, including how levee information would be incorporated into premium rates, mitigation discounts, how FEMA is ensuring the accuracy of the catastrophe models used to help establish premium rates, and the timeline for CRS Next. Additionally, each Parish President was offered a separate meeting to address their specific concerns, and a number of informational resources on Risk Rating 2.0 were shared with the group.

69. On April 8, 2022, Acting Assistant Administrator for Federal Insurance Jeffrey Jackson Jackson, Mr. Neal, and I met with Representative Crist (FL) as well as officials from Pinellas County, Florida to discuss Risk Rating 2.0 and how it would affect premiums there. Attendees included the St. Petersburg City Counsel Vice-Chair, the Pinellas County Property Appraiser, and the Vice President of Public Affairs for the Pinellas Realtor Organization. The briefing addressed rating variables like replacement cost value, how elevating structures would affect rates, and ways that FEMA would continue to solicit and use feedback to fine tune Risk Rating 2.0.

70. Risk Rating 2.0 was also discussed at a May 2, 2022 briefing with Mr. Maurstad, Mr. Neal, and the staffs of the Senate Banking Committee and the House Financial Services Committee.

71. Another briefing with the staffs of the Senate Banking Committee and the House Financial Services Committee was held on June 14, 2022, discussing Risk Rating 2.0 and several

related legislative proposals. This briefing was arranged in preparation for the June 23, 2022 Senate Banking Committee hearing.

72. On June 23, 2022, Mr. Maurstad testified before the Senate Banking Committee, responding to questions posed by Senators. During that briefing, he answered questions about premium rate decreases, statutory premium rate caps, when policies might reach their "full risk rates", and key differences between legacy premium rates and premium rates that would be issued pursuant to Risk Rating 2.0. Importantly, Mr. Maurstad pointed out that had Risk Rating 2.0 not been implemented, all policyholders would have seen an increase in premium rates.

73. On July 13, 2022, FEMA representatives again met with House Financial Services Committee staff, this time to discuss Risk Rating 2.0 and agent issues.

74. On August 16, 2022, as a follow-up to the June 23 hearing, Mr. Jackson, Mr. Neal, and I met with Senator Warner's (VA) staff as well as officials from Norfolk, Virginia to discuss Risk Rating 2.0 and mitigation efforts. Those officials included the Acting Chief Resilience Officer, the Floodplain Administrator, the Deputy Emergency Coordinator, and the Coastal Resiliency Manager for the City of Norfolk. Afterward, questions were answered in writing about getting premium data to the public.

75. On September 15, 2022, Mr. Jackson and I conducted a staff call with House Financial Services Committee staff, where Risk Rating 2.0 was discussed.

76. On November 16, 2022, Mr. Jackson conducted a briefing with the staff of Senator Cassidy (LA). During the briefing, topics discussed included rating variables like foundation type and how those might apply in Louisiana, premium rate changes and premium increase caps, and feedback about FEMA's publications.

77. On December 9, 2022, FEMA regional staff met with Representative Hodges (LA) office and GOHSEP Director Casey Tingle to discuss their concerns with Risk Rating 2.0, the

impact of flood risk reduction measures on premium rates, how premium rates are determined, the impact of an A99 designation on premium rates, and Community Rating System discounts.

78. On February 23, 2023, FEMA representatives conducted a staff-level briefing for the Louisiana delegation of Congress regarding Risk Rating 2.0. Mr. Jackson and others presented a calculation tutorial and did a walkthrough of a premium rate calculations worksheet and declarations page to help provide a deeper understanding of Risk Rating 2.0.

79. Moreover, starting in 2018, FEMA headquarters and regional staff responded to hundreds of congressional inquiries about Risk Rating 2.0, including inquiries related to premium rate determinations pursuant to Risk Rating 2.0, how levee information is incorporated into premium rates, how to find out more about Risk Rating 2.0, and mitigation discounts.

**Communications with State, Local, Tribal, and Territorial Governments (SLTTs)**

80. FEMA has also had dozens of meetings and engagements with state, local, tribal, and territorial governments (SLTTs) about Risk Rating 2.0. In the regions alone, there were almost 100 engagements with these governmental entities covering a range of topics related to Risk Rating 2.0. In these meetings, FEMA only offered a lot of information about Risk Rating 2.0, but also provided these governmental entitles an opportunity to ask questions and provide input on Risk Rating 2.0.

81. For example, on September 4, 2019, FEMA gave a presentation to the Louisiana Governor's Advisory Commission for Coast Protection, Restoration, and Conservation. The presentation provided information about Risk Rating 2.0 and its application to the state of Louisiana, as well as reiterating the need for mitigation and closing the insurance gap.

82. On April 1, 2021, Mr. Maurstad and Mr. Neal met with the New York City Mayor's Office to discuss Risk Rating 2.0. The topics covered included mitigation, grandfathering, and the

18% premium rate increase cap. Officials wanted to know how the new rating variables would apply in New York communities and whether the rating would be easy to understand, and Mr. Maurstad and Mr. Neal answered those questions in detail.

83. On April 14, 2021, Mr. Neal gave a presentation on Risk Rating 2.0 to the Economic Development Council of Greater Fort Bend County, Texas at the Council's request. The presentation covered topics premium changes, the phased-in approach to implementation of Risk Rating 2.0, levees, and the Building Resilient Infrastructure and Communities (BRIC) grants. Following the presentation, FEMA answered multiple follow-up questions from the Council by correspondence.

84. On July 27, 2021, Mr. Maurstad gave a presentation to North Carolina officials on Risk Rating 2.0. He presented information comparing rating variables used in Risk Rating 2.0 to those used under the legacy rating, as well as expected premium rate changes and ways to learn more information through FEMA's website publications.

85. In August of 2021, FEMA Region 4[43] staff provided eight in-depth briefings to update state executives, including Emergency Management Directors, Governor's offices, and Insurance Commissioners within Region 4 on state-specific impacts of the Risk Rating 2.0 rollout. Representatives from the states of Florida, Mississippi, South Carolina, North Carolina, Kentucky, Alabama, and Tennessee were all provided with briefings.

86. On August 3, 2021, FEMA Region 3 staff provided a presentation on Risk Rating 2.0 at the State Directors Meeting.[44] This presentation covered topics such as the variables FEMA uses to establish premium rates.

---

[43]FEMA Region 4 includes Florida, Mississippi, South Carolina, North Carolina, Kentucky, Alabama, and Tennessee.
[44]FEMA Region 3 includes the states of Virginia, Pennsylvania, West Virginia, Maryland, and District of Columbia.

87. On August 19, 2021, at the request of Senator Schumer (NY), I hosted an informational call on Risk Rating 2.0 to New York state and local officials. During the call, I answered questions and discussed upcoming premium rate changes, including the phased-in approach for Risk Rating 2.0 and the updated rating variables.

88. On September 29, 2021, Region 1[45] staff conducted a Zoom briefing on Risk Rating 2.0 for the Region 1 congressional delegation. In this briefing, Region 1 staff provided the congressional delegation with information about the difference between legacy rating and Risk Rating 2.0, what is not changing pursuant to Risk Rating 2.0, information about the national level rate analysis, and FEMA's Affordability Framework.

89. On November 2, 2021, FEMA Region 4 staff provided a presentation on Risk Rating 2.0 to the Florida Association of Counties. This presentation covered topics such as how flood risk is communicated, what flood risks are considered in determining premium rates, the sources of data used to establish premium rates, affordability concerns, and what is, and is not, changing pursuant to Risk Rating 2.0.

90. On August 18, 2022, FEMA headquarters and regional staff met with Archie Chaisson, LaFourche Parish President, and Dwayne Bourgeois, Executive Director of the North LaFourche Levee District, to discuss Risk Rating 2.0, how levee information is incorporated into premium rates, how to provide levee information for inclusion in the National Levee database, and affordability issues.

91. On January 25, 2023, FEMA representatives met with several Louisiana officials, including LaFourche Parish President Archie Chaisson, Tangipahoa Parish President Robby Miller, St. Charles Parish President Matt Jewell, Jefferson Parish President Cynthia Lee Sheng,

---

[45] Region 1 includes the states of Connecticut, Massachusetts, New Hampshire, Rhode Island, and Vermont.

and North LaFourche Levee District Director Dwayne Bourgeois, and Meg Bankston of the Parish Presidents of Louisiana organization. Attendees submitted questions in advance of the meeting, which were addressed. Some of the topics discussed were rating variables, technology and mapping, statutory premium rate increase caps, and future planning.

92. FEMA has also provided information and data to SLTTs in response to RFIs. Between November 2019 and July 2022, FEMA responded by correspondence to more than 50 RFIs from SLTTs, including the New York City Mayor's Office, the City of New Orleans, Louisiana, the City of Sacramento, California, the North Carolina Department of Public Safety, the City of Sarasota, Florida, and the Illinois Department of Natural Resources, to name a few. Those requests called for information about topics like the release of Risk Rating 2.0 data sets and fact sheets, the effects of Risk Rating 2.0 on policyholders, premium rates and surcharges, engineering, elevation certificates, and requests for workshops, webinars, and other engagements.

**Communications with Stakeholders Groups**

93. FEMA also communicated extensively with insurance industry stakeholders. Between January 2019 and July 2022, FEMA responded with correspondence to more than 300 RFIs from industry stakeholders like lenders, insurance agencies, and real estate professionals regarding Risk Rating 2.0 and flood premium rate changes, available mitigation discounts, and other topics related to Risk Rating 2.0.

94. On March 9, 2020, FEMA representatives gave a presentation on Risk Rating 2.0 at the 2020 Virginia Water Conference. The presenters discussed the benefits of Risk Rating 2.0, the move to consider more types of flood risk in establishing premium rates, the move to end cross-subsidization of higher-cost homes by lower-cost homes, closing the insurance gap, improving customer experience, and addressing affordability concerns.

26

95. By April 2022, the NFIP had provided training on Risk Rating 2.0 for more than 30,000 agents, presented material (some supplemented with previously unpublished educational videos) to more than 1,600 floodplain managers via webinar, and held more than 130 educational events and other presentations (including via "Facebook Live") reaching thousands of industry stakeholders each year. Just in Louisiana in 2021, FEMA communicated with over 3,300 real estate professionals.

96. In 2019 and continuing through 2021, FEMA conducted monthly calls with "Write Your Own" companies and welcomed questions about Risk Rating 2.0.

97. In 2019, I presented at the North Carolina ASFPM Conference and the NFS Vendor Summit. His presentations explained the variables that would be used to determine premium rates pursuant to Risk Rating 2.0, as well as how Risk Rating 2.0 would create an individualized picture of a property's risk and serve as a catalyst to reduce disaster-related costs and suffering by encouraging mitigation efforts.

98. On November 7 and 8, 2019, Mr. Maurstad and I presented to the National Association of Realtors Insurance Committee, where stakeholders from Louisiana, Texas, and Florida were present. They discussed Risk Rating 2.0 variables, premium rate changes, and the need for mitigation.

99. In 2019, Mr. Maurstad had additional speaking engagements with industry stakeholders about Risk Rating 2.0 at the National Flood Association Conference (March 17-19, 2019), the Consumer Credit Industry Association Annual Meeting (May 1, 2019), the Association of State Floodplain Managers Conference (May 22, 2019), the New Jersey Association of Flood Plain Managers Conference (October 16, 2019), and the National Association of Flood and Stormwater Management Agencies Annual Meeting and Winter Meeting (December 4, 2019), among others.

In these engagements, Mr. Maurstad discussed the Risk Rating 2.0 implementation timeline adjustment, closing the insurance gap, and improved technology that would deliver fairer and more easily understood rates.

100. FEMA also hosted a booth at the 2019 National Flood Conference where FEMA representatives interacted with industry stakeholders with the explicit goal of soliciting feedback about Risk Rating 2.0. Mr. Maurstad and Mr. Neal presented on Risk Rating 2.0 at that conference, including a video presentation about Risk Rating 2.0. Among other things, the presenters described how Risk Rating 2.0 would be an improvement to risk identification, making the cost of flood insurance more specific to each property.

101. In 2020, Mr. Maurstad, often joined by Mr. Neal, presented details about Risk Rating 2.0 to Emergency Management Preparedness Response Recovery 2020 Webinar attendees (October 28, 2020), to the National Association of Flood and Stormwater Management Agencies (August 12, 2020), the National Association of Realtors Insurance Committee (September 22, 2020), the Silman Resilience Forum (October 29, 2020), and the National Association of Flood and Stormwater Management Agencies Board Meeting (December 7, 2020). In these presentations, Mr. Maurstad reassured stakeholders that the NFIP was on track to follow its revised Risk Rating 2.0 implementation schedule despite the ongoing pandemic, and explained the ways in which Risk Rating 2.0 would remedy inequities.

102. On April 14, 2021, Mr. Maurstad presented to the Coalition for Sustainable Flood Insurance, discussing common points of policyholder confusion about Risk Rating 2.0, how premium rates are calculated, how to lower the cost of flood insurance, the technology utilized under Risk Ratting 2.0, and how levees are considered under Risk Rating 2.0. FEMA provided follow-up responses to questions. In attendance were local and federal government officials,

members of the media, educators, and others, largely from Louisiana, Texas, Florida, and New York.

103. In 2021, Mr. Maurstad continued to educate industry stakeholders about Risk Rating 2.0 with presentations to the Louisiana Bankers Association, the National Association of Insurance Commissioners Advisory Group, the New Jersey Association of Floodplain Managers Conference, the Sacramento Metro Chamber of Commerce, the National Multifamily Housing Council, the Tennessee Insurance Commissioner, Fannie Mae, the Industry Partnership Forum, the National Association of Realtors, a South Carolina Realtors Townhall, the National Association of Realtors Insurance Committee Meeting, the National Institute of Building Sciences, the National Flood Conference, the Independent Community Bankers of America, the National Multifamily Housing Council, and at the National Association of Realtors, National Waterways, and the Association of State Floodplain Managers Conferences, among other engagements. Topics addressed in these presentations included rating variables, premium rate changes, endorsements, and support for Risk Rating 2.0 from various organizations, the phased approach to implementing Risk Rating 2.0, affordability, and ways attendees could access key Risk Rating 2.0 publications and documents.

104. In 2021 and 2022, FEMA conducted a weekly, repeated four-part training webinar, open to all industry stakeholders. This training introduced the fundamentals of Risk Rating 2.0. The webinar also provided information on additional training resources, discussed recent experience with Risk Rating 2.0, and provided tips for success. This training was open to all local government officials, insurance agents, and real estate professionals. The webinar topics included premium rate calculation variables, mitigation discounts, and transition of policies.

105. In 2022, FEMA began conducting monthly training webinars in the same fashion as its weekly webinars, inviting local government officials, insurance agents, real estate

professionals, and others. The training covered the fundamentals of Risk Rating 2.0, the details of the rating methodology, information on additional training resources, and provided opportunities for feedback.

106. In 2022, Mr. Maurstad presented about Risk Rating 2.0 to the National Association of Insurance Commissioners, the National Emergency Managers' Association, the National Association of Flood and Stormwater Management, the Louisiana Bankers Association, the National Association of Flood and Stormwater Management, the Independent Insurance Agents and Brokers of Horry and Georgetown Counties (South Carolina), the Association of State Floodplain Managers Foundation, and the Florida Housing Coalition. In addition, he was a speaker at the Professional Insurance Agents Spring Governance Meeting, the Texas Water Conservation Annual Convention, the National Flood Conference, and the National Association of Counties Legislative Conference. His presentations communicated the reasons behind Risk Rating 2.0, the available mitigation discounts under Risk Rating 2.0, the statutory premium rate caps the NFIP would continue to use, what policyholders could expect in terms of premium rate changes, and some information about how levees would affect rates, including how to access the "Levees in Risk Rating 2.0" publication (see Paragraph 18).

### Communications with WYO Companies and Agents

107. FEMA maintained constant communication with the WYO Companies and insurance agents throughout the process of developing and implementing Risk Rating 2.0. FEMA trained 20,792 agents on Risk Rating 2.0, and these agents generated 2.8 million quotes to policyholders for premium rates that would be issued pursuant to Risk Rating 2.0.

108. From September 22, 2020 to June 1, 2023, FEMA provided 409 formal training courses on Risk Rating 2.0. Just in Louisiana, FEMA communicated with over 8,000 insurance

agents about Risk Rating 2.0.

109. In 2020, FEMA continued providing information to companies and agents on its "FloodSmart" website. The site provided this overview: "Risk Rating 2.0 will provide you with an easy-to-use interface that relies on state-of-the-art industry technology and the NFIP's mapping data, making it easier to quote and write policies. With a more transparent approach to calculating premium rates, your clients will gain a greater understanding of how their premium cost reflects their true flood risk."[46] In October 2020, FEMA published a "Risk Rating 2.0 Agent Toolkit Overview," which was a two-page document meant to assist agents in understanding and explaining Risk Rating 2.0.[47]

110. FEMA also published several articles via the FloodSmart website aimed at assisting agents and explaining Risk Rating 2.0. They included: "5 Things You Can Tell Your Clients About Risk Rating 2.0: Equity in Action," "They Have Questions, You Need Answers: Helping Your Clients Understand Risk Rating 2.0: Equity in Action," "Understand What Risk Rating 2.0: Equity in Action Means for Clients Renewing in April 2022," "Risk Rating 2.0: Equity in Action - What Goes Into a Rate?" and "One Year of Risk Rating 2.0: Equity in Action: An Overview."[48]

111. In November 2022, FEMA published a guide, "Renewing Flood Insurance Policies Under Risk Rating 2.0: Equity in Action", to its floodsmart.gov website for agents. The guide was meant to answer the questions of agents (and their customers) about rating variables and changes to them, premiums and discounts, and the effects of coverage lapses.[49]

---

[46]FEMA FloodSmart website, "Risk Rating 2.0" captured November 27, 2020 at
https://web.archive.org/web/20201127165215/https://agents.floodsmart.gov/agents-guide/risk-rating.
[47]FEMA FloodSmart website, "Agent Toolkit Overview" at
https://agents.floodsmart.gov/sites/default/files/Risk%20Rating%202.0%20Agent%20Toolkit%20Overview_For%20Training_508_V3.pdf.
[48]FEMA FloodSmart website, "Articles," at https://agents.floodsmart.gov/articles.
[49]FEMA FloodSmart website, Renewal Guide at https://agents.floodsmart.gov/sites/default/files/fema-Risk-Rating-2.0-Renewal-Guide.pdf.

**Regional Communications**

112. From 2021 to the present, FEMA also had over 400 engagements related to Risk Rating 2.0 at the regional level in all 10 FEMA regions. These engagements provided Risk Rating 2.0 training, information, and resources to almost 13,000 attendees. This included training on Risk Rating 2.0 provided to dozens of stakeholders groups (e.g., realtors, floodplain managers), presentations at conferences and symposiums, briefings on Risk Rating 2.0 at open houses, Risk Rating 2.0 workshops, training provided to WYO companies and agents, and special briefings on Risk Rating 2.0 provided to stakeholder groups.

113. In FEMA Region 6[50] alone, regional staff provided at least 87 trainings, webinars, and presentations on Risk Rating 2.0. In those trainings and presentations, regional staff provided a lot of information about Risk Rating 2.0, including how premium rates are changing, how premium rates are calculated, data sources used in establishing premium rates, a detailed explanation of all the different rating variables, a detailed explanation of mitigation discounts, and information about what is not changing. Most of these engagements provided attendees with an option to ask questions and provide feedback, as well as contact information for any additional questions that arose after the meeting.

114. Notably, all of the states had an opportunity for a private briefing on Risk Rating 2.0 so that state officials could learn more about Risk Rating 2.0, ask questions, and provide input.

115. For example, beginning in 2021, FEMA Region 6 staff offered monthly training webinars for Floodplain Administrators in FEMA Region 6 to introduce Risk Rating 2.0 and explain why the rate changes are happening, what is changing with respect to the rates, and what is not changing.[51]

---

[50]FEMA Region 6 includes the states of Louisiana, Texas, Arkansas, Oklahoma, and New Mexico.
[51]See Louisiana Floodplain Management Association website, "News," at https://www.lfma.org/news.

116. FEMA Region 6 staff also partnered with the National Association of Insurance Commissioners (NAIC) to host a series of roundtables called "FEMA and NAIC Region 6 Resilience Roundtables", which took place every 3 months to discuss topics such as flood insurance, mitigation, and Risk Rating 2.0.[52] "The Roundtable provides a forum for state partners, state associations and organizations, floodplain managers, emergency managers, realtors, lenders, and insurance agents to engage in open discussion about floodplain management, increasing the number of flood insurance policies, and protecting residents from the impacts of flooding."[53] Participants included Warren Byrd, Deputy Commissioner of Property & Casualty within the Louisiana Department of Insurance and Ron Henderson, Deputy Commissioner of Consumer Advocacy, Diversity, and Opportunity within the Louisiana Department of Insurance.[54]

117. Throughout 2022 and continuing through 2023, FEMA Region 10 offers monthly webinars on Risk Rating 2.0 that are open in the Region 10 states which are - Idaho, Oregon, Washington, and Alaska - to anyone who wants to learn more about Risk Rating 2.0. Training notices were posted on the Region 10 website and sent to the Northwest Regional Floodplain Management Association (NORFMA), all of the state NFIP Coordinators, and state realtor and insurance agent associations within all four Region 10 states. These monthly webinars provided a more substantive overview of Risk Rating 2.0, including the goals and objectives of Risk Rating 2.0, what is changing and what is not changing pursuant to Risk Rating 2.0, the new caps on extreme premiums, a comparison between legacy rating and rating under Risk Rating 2.0, the sources of flood risk used to inform premium rate determinations, a detailed overview of premium rate calculation variables, data sources for Risk Rating 2.0, mitigation discounts, premium rate

---

[52] See NAIC website, "FEMA and NAIC Region 6 Resilience Roundtable," at
https://content.naic.org/sites/default/files/inline-files/FEMA%20Region%206%20-%20Day%20One_2.pdf.
[53] Id.
[54] Id.

caps and the glidepath, and policy transition rules.

118. On February 17, 2021, FEMA Region 3 staff provided a presentation on Risk Rating 2.0 to the Virginia SCC Bureau of Insurance, which covered topics such as the sources of flood risk considered in premium rates, the data sources used to determine premium rates, redesign of policy forms, the future of flood insurance, and NFIP Reauthorization.

119. On October 26, 2021, FEMA Region 4 staff gave a training on Risk Rating 2.0 to the Georgia Association of Floodplain Managers, explaining the rating variables that would be used to determine premium rates, the data sources that would be considered in calculating premium rates, the range of flood frequencies that would be considered in pricing, mitigation discounts, and a discussion of what is, and what is not, changing under Risk Rating 2.0.

120. On September 20, 2022, FEMA Region 4 staff gave a training on Risk Rating 2.0 to the Kentucky Association of Mitigation Managers, explaining the rating variables that would be used to determine premium rates, the data sources that would be considered in calculating premium rates, the range of flood frequencies that would be considered in pricing, mitigation discounts, and a discussion of what is, and what is not, changing under Risk Rating 2.0.

121. Regional staff also provided training on Risk Rating 2.0 to real estate professionals. For example, in November 2021, FEMA Region 6 staff provided training on Risk Rating 2.0, how premium rates are established, how to better ensure premium rates are correct, mitigation discounts, and Community Rating System discounts.

122. Regional staff also provided presentation on Risk Rating 2.0 to the public. For example, on August 30, 2022, in a virtual event hosted by the Jefferson Parish Economic Development Commission (JEDCO), FEMA Region 6 staff presented on Risk Rating 2.0 to explain the updates to the premium rates and how those updates could affect homeowners and

businesses.[55]

123. On February 8, 2023, FEMA Region 4 staff gave a training on Risk Rating 2.0 to the Florida Association of Mortgage Professionals, explaining the rating variables that would be used to determine premium rates, the data sources that would be considered in calculating premium rates, the range of flood frequencies that would be considered in pricing, mitigation discounts, and a discussion of what is, and what is not, changing under Risk Rating 2.0.

124. On April 21, 2023, FEMA Region 6 staff provided training to staff from the City of Houston, the Harris County Flood Control District, and the surrounding regions at the Houston Permitting Center.[56]

125. Other representative training/presentations/meetings include the following:

- August 2, 2021 Risk Rating 2.0 briefing for Idaho

- August 25, 2021 Presentation on Risk Rating 2.0 for the Mississippi Emergency Managers Association (MEMA)

- September 9, 2021 Risk Rating 2.0 Fundamentals Training for State of Oregon Realtors Association

- September 27, 2021 Risk Rating 2.0 Fundamentals Training for Ft. Lauderdale, Florida City Council members

- September 29, 2021 Risk Rating 2.0 Training for the Tennessee Department of Commerce and Insurance

- December 1, 2021 North Carolina Virtual NFIP Workshop

- December 7, 2021 workshop on Risk Rating 2.0 for 2021 Ohio Statewide Floodplain Management Conference

- January 6, 2022 Risk Rating 2.0 Training for the Utah Floodplain and Stormwater Management Association (UFSMA) Conference

---

[55] See JEDCO website, "Ready and Resilient: Know About FEMA Risk Rating 2.0, at https://www.jedco.org/2022/08/ready-resilient-know-about-fema-risk-rating-2-0/.
[56] See Houston Public Works website, "FEMA Risk Rating 2.0 Training," at https://www.houstonpermittingcenter.org/news-events/risk-rating-20#:~:text=Staff%20from%20the%20City%20of,Seating%20is%20limited.

- January 18, 2022 Risk Rating 2.0 Briefing for the Louisiana Realtors Association

- January 26, 2022 for Region 8 Insurance Commissioners (MT, ND, SD, UT, WY)

- January 26, 2022 Risk Rating 2.0 Briefing for Independent Insurance Agents of North Dakota

- January 26, 2022 Risk Rating 2.0 Briefing for Colorado Association of Stormwater and Floodplain Managers

- January 26, 2022 Risk Rating 2.0 Briefing for California, Nevada, Hawaii Floodplain Managers

- March 3, 2022 workshop on Risk Rating 2.0 for the Michigan Stormwater Floodplain Association Conference

- March 8, 2022 Risk Rating 2.0 Training for the Nebraska Floodplain and Stormwater Management Association (NeFSMA) Conference

- March 9, 2022 Risk Rating 2.0 Briefing for the Texas Floodplain Management Association

- March 9, 2022 workshop for the Illinois Association for Floodplain and Stormwater Management

- March 17, 2022 workshop on Risk Rating 2.0 changes offered as part of Operation Stay Afloat Conference in Indianapolis, IN

- March 19, 2022 Risk Rating 2.0 Training to the Louisiana Police Jury Association

- April 6, 2022 Risk Rating 2.0 Briefing for Louisiana Floodplain Managers Association

- April 18, 2022 Presentation on Risk Rating 2.0 at Florida Insurance Advocates Meeting

- April 26, 2022 Risk Rating 2.0 Deep Dive Training at the Levee Safety Meeting for the U.S. Army Corps of Engineers

- April 29, 2022 Risk Rating 2.0 Training for California Floodplain Managers Association

- May 12, 2022 briefing for the Rhode Island Flood Mitigation Association on Risk Rating 2.0

- June 15, 2022 Risk Rating 2.0 Briefing for St. Tammany Parish Government

- August 30, 2022 Risk Rating 2.0 Briefing for Jefferson Parish Economic Development Commission

- September 20, 2022 Presentation at Kentucky Association of Mitigation Managers (KAMM) Conference on Risk Rating 2.0

- September 22, 2022 Briefing at NORFMA Annual Conference on Risk Rating 2.0

- November 30, 2022 Risk Rating 2.0 Training for the Association of Levee Boards of Louisiana

- December 8, 2022 Risk Rating 2.0 Virtual Training to South Carolina elected officials and Floodplain Administrators

- January 5, 2023 Risk Rating 2.0 briefing for New York City elected officials and residents

- February 2, 2023 Risk Rating 2.0 Training to Kentucky elected officials and Floodplain Administrators

- February 8, 2023 Presentation at Florida Association of Mortgage Providers Conference on Risk Rating 2.0

126. FEMA continues to communicate about Risk Rating 2.0 with the public, policyholders, the media, members of Congress and their staff, State, Local, Tribal, and Territorial Governments, Stakeholder Groups, WYO Companies and agents, and other federal and state agencies.

I, LLOYD A HAKE Digitally signed by LLOYD A HAKE
Date: 2023.08.08 06:32:26 -04'00', swear under the penalty of perjury pursuant to 28

U.S.C. Section 1746 that the above statements are true and correct to the best of my knowledge.