UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br>2:23-CV-01839-DJP-JVM<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD<br><br>SECTION "P" (1) |

**PLAINTIFFS' MOTION TO ENROLL ADDITIONAL COUNSEL**

Under Local Civil Rule 83.2.12(A), Plaintiff the State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations[1] move the Court for an order enrolling Shae McPhee (La #38565) and Jordan B. Redmon (La #37272) as their additional counsel of record.

---

[1] Acadia Parish; Ascension Parish; Assumption Parish; Avoyelles Parish; Bossier Parish; Caldwell Parish; Cameron Parish; Catahoula Parish; Claiborne Parish; Concordia Parish; East Baton Rouge Parish; East Feliciana Parish; Evangeline Parish; Franklin Parish; Grant Parish; Iberville Parish; Jackson Parish; Jefferson Parish; Jefferson Davis Parish; Lafayette Parish; Lafourche Parish; Livingston Parish; Madison Parish; Orleans Parish; Plaquemines Parish; St. Bernard Parish; St. Charles Parish; St. Helena Parish; St. James Parish; St. John the Baptist Parish; St. Landry Parish; St. Mary Parish; St. Tammany Parish; Tangipahoa Parish; Tensas Parish; Terrebonne Parish; Vermillion Parish; Vernon Parish; Washington Parish; Webster Parish; West Baton Rouge Parish; West Feliciana Parish;  Winn Parish; Bossier Levee District; Fifth Louisiana Levee District; Grand Isle Independent Levee District; Lafourche Basin Levee District; North Lafourche Conservation, Levee and Drainage District; Ponchartrain Levee District; Southeast Louisiana Flood Protection Authority–East; Southeast Louisiana Flood Protection Authority–West; South Lafourche Levee District; St. Mary Levee District; Terrebonne Levee & Conservation District; East Ascension Consolidated Gravity Drainage District No. 1; Association of Levee Boards of Louisiana; Grand Isle Town; and Jean Lafitte Town.

Dated: August 9, 2023               Respectfully submitted,

                                                **JEFF LANDRY**
                                                **ATTORNEY GENERAL OF LOUISIANA**

                                                /s/ Elizabeth B. Murrill
                                                ELIZABETH B. MURRILL (La #20685)
                                                   Solicitor General
                                                SHAE MCPHEE (La #38565)
                                                   Deputy Solicitor General
                                                MORGAN BRUNGARD (La #40298)
                                                JORDAN B. REDMON (La #37272)
                                                Assistant Solicitors General
                                                TRACY SHORT (La #23940)
                                                Assistant Attorney General
                                             LOUISIANA DEPARTMENT OF JUSTICE
                                             1885 N. Third Street
                                             Baton Rouge, Louisiana 70802
                                             Tel: (225) 326-6766
                                             murrille@ag.louisiana.gov
                                             mcphees@ag.louisiana.gov
                                             brungardm@ag.louisiana.gov
                                             redmonj@ag.louisiana.gov
                                             shortt@ag.louisiana.gov

*Counsel for the State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations*

## CERTIFICATE OF SERVICE

On August 9, 2023, I caused this document to be served electronically on counsel of record for Defendants by filing the document using the CM/ECF system.

                                                       /s/ Elizabeth B. Murrill
                                                        ELIZABETH B. MURRILL
                                                         Solicitor General