## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: "P" (1)** |

### ORDER

On August 7, 2023, Defendants filed a Motion to Dismiss Plaintiffs' Complaint for lack of jurisdiction.[1] Defendants' motion is set to come under submission on September 20, 2023.[2] In light of the issues raised in Defendants' motion, and for the sake of judicial efficiency, the Court finds it prudent to postpone the preliminary injunction hearing presently set for August 18, 2023, at 10:00 a.m., until after the parties have fully briefed, and the Court has had a chance to consider, the jurisdictional issues raised in Defendants' motion.[3] Accordingly,

**IT IS ORDERED** that the preliminary injunction hearing presently set for August 18, 2023, at 10:00 a.m., is hereby **CONTINUED**, to be reset at a later date.

New Orleans, Louisiana, this 9th day of August, 2023.

_____

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 47.
[2] R. Doc. 47-2.
[3] *See Shrimpers & Fishermen of RGV v. Tex. Comm'n on Env't Quality*, 968 F.3d 419, 426 (5th Cir. 2020) (Oldham, J., concurring) ("Article III jurisdiction is always first.").