## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

**CONSENT MOTION FOR A TELEPHONE STATUS CONFERENCE**

With the consent of Defendants, Plaintiffs move for a telephone status conference as soon as the Court's schedule permits. The Court originally scheduled a live hearing on Plaintiffs' motion for a preliminary injunction for August 18, 2023. *See* Order, ECF No. 39. On August 9, the Court continued the hearing "until after the parties have fully briefed, and the Court has had a chance to consider, the jurisdictional issues raised in Defendants' motion [to dismiss]." Order, ECF No. 58. The submission date for Defendants' motion to dismiss is currently set for September 20, 2023. *See id.*

In light of this Court's order and the two pending motions, Plaintiffs seek a status call to discuss the upcoming briefing schedule, including a hearing or hearings on the pending motions. Counsel for Defendants indicated that they will be taking leave in the month of September, and Plaintiffs' counsel is managing competing deadlines in other matters. For the sake of judicial efficiency, Plaintiffs seek a status call to discuss these matters.

Defendants consent to this motion. Plaintiffs are not available for a phone conference on Thursday, August 10 due to hearings in other cases, but both parties are generally available for a phone conference on Friday, August 11.

## CONCLUSION

For the above reasons, Plaintiffs ask that the Court hold a telephone status conference as soon as practicable to discuss a briefing schedule and hearing date for Plaintiffs' preliminary injunction motion and Defendants' motion to dismiss.

Dated:   August 9, 2023                                Respectfully submitted,

**JEFF LANDRY**
 **ATTORNEY GENERAL**

By:/s/ *Elizabeth B. Murrill*
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
MORGAN BRUNGARD (La #40298)
  Assistant Solicitor General
TRACY SHORT (La #23940)
  Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 326-6766
murrille@ag.louisiana.gov
brungardm@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for the State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations*

ASHLEY MOODY
   Attorney General
JAMES H. PERCIVAL*
   Chief of Staff
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

RAÚL LABRADOR
   Attorney General
THEODORE J. WOLD *
   Solicitor General
OFFICE OF THE IDAHO ATTORNEY GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 999-0910
Email: Theodore.Wold@ag.idaho.gov

*Counsel for State of Idaho*

DANIEL CAMERON
   Attorney General of Kentucky
LINDSEY KEISER*
   Assistant Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5517

*Counsel for the State of Kentucky*

DREW H. WRIGLEY
   Attorney General
PHILIP AXT (ND Bar No. 09585)*
   Solicitor General
North Dakota Attorney General's Office
600 E Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for the State of North Dakota*

ALAN WILSON
   South Carolina Attorney General
ROBERT D. COOK
   Solicitor General
J. EMORY SMITH, JR.*
Deputy Solicitor General
THOMAS T. HYDRICK*
Assistant Deputy Solicitor General
JOSEPH D. SPATE*
Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

JOHN SCOTT
   Provisional Attorney General
RALPH MOLINA
   Deputy Attorney General for Legal Strategy
CHARLES ELDRED*
   Chief, Legal Strategy
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711
(512) 463-2100
Charles.Eldred@oag.texas.gov

*Counsel for the State of Texas*

3

LYNN FITCH
  Attorney General
JUSTIN L. MATHENY*
  Deputy Solicitor General
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
550 High Street, Suite 1200
Jackson, MS 39201
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

JASON S. MIYARES
  Attorney General
ANDREW N. FERGUSON
  Solicitor General
KEVIN M. GALLAGHER*
  Deputy Solicitor General
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
aferguson@oag.state.va.us
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

AUSTIN KNUDSEN
  Attorney General
CHRISTIAN B. CORRIGAN*
  Solicitor General
PETER M. TORSTENSEN, JR.*
  Assistant Solicitor General
Montana Department of Justice
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Christian.Corrigan@mt.gov
Peter.Torstensen.@mt.gov

*Counsel for the State of Montana*

\**Pro hac vice* application forthcoming

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 9th day of August, 2023.

>  */s/ Elizabeth B. Murrill*
> ELIZABETH B. MURRILL (La #20685)
>   Solicitor General