# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## ORDER GRANTING TELEPHONE STATUS CONFERENCE

The Court has considered Plaintiffs' motion for a telephone status conference, filed with Defendants' consent.

**IT IS ORDERED** that the parties' consent motion is **GRANTED**. A telephone status conference will be held on August __, 2023 at __:__.

Signed this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**