## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

### PLAINTIFFS' MOTION FOR ADDITIONAL PAGES

Plaintiffs respectfully request leave to file a reply brief in excess of 10 pages in support of their motion for preliminary injunction.

This Court's Local Rule 7.7 limits reply briefs to 10 pages "[e]xcept with prior leave of court." Plaintiffs seek an expansion of 10 pages so they can adequately respond to the arguments raised in Defendants' response memorandum. Given the number of issues, parties, and the significant amount of briefing thus far, Plaintiffs have good cause for requesting such an expansion. This expansion is proportional to the number of pages typically permitted in a reply brief as compared with the number of pages typically permitted in a memorandum supporting or opposing a motion.

Plaintiffs attach as an exhibit to this motion their 20-page Reply Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction.

### CONCLUSION

For the above reasons, the Court should grant the Plaintiffs' request for leave to file a reply brief in excess of 10 pages in support of their motion for preliminary injunction.

| | |
|---|---|
| Dated:  August 11, 2023 | Respectfully submitted, |

**JEFF LANDRY**
 ATTORNEY GENERAL

By: */s/ Elizabeth B. Murrill*
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
MORGAN BRUNGARD (La #40298)
  Assistant Solicitor General
TRACY SHORT (La #23940)
  Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 326-6766
murrille@ag.louisiana.gov
brungardm@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for the State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations*

| | |
|---|---|
| ASHLEY MOODY<br>  Attorney General<br>JAMES H. PERCIVAL*<br>  Chief of Staff<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>james.percival@myfloridalegal.com<br><br>*Counsel for the State of Florida* | DREW H. WRIGLEY<br>  Attorney General<br>PHILIP AXT (ND Bar No. 09585)*<br>  Solicitor General<br>North Dakota Attorney General's Office<br>600 E Boulevard Avenue, Dept. 125<br>Bismarck, ND 58505<br>(701) 328-2210<br>pjaxt@nd.gov<br><br>*Counsel for the State of North Dakota* |

RAÚL LABRADOR
   Attorney General
THEODORE J. WOLD *
   Solicitor General
OFFICE OF THE IDAHO ATTORNEY GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 999-0910
Email: Theodore.Wold@ag.idaho.gov

*Counsel for State of Idaho*

ALAN WILSON
   South Carolina Attorney General
ROBERT D. COOK
   Solicitor General
J. EMORY SMITH, JR.*
   Deputy Solicitor General
THOMAS T. HYDRICK*
   Assistant Deputy Solicitor General
JOSEPH D. SPATE*
   Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

DANIEL CAMERON
   Attorney General of Kentucky
LINDSEY KEISER*
   Assistant Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5517

*Counsel for the State of Kentucky*

JOHN SCOTT
   Provisional Attorney General
RALPH MOLINA
   Deputy Attorney General for Legal Strategy
CHARLES ELDRED*
   Chief, Legal Strategy
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711
(512) 463-2100
Charles.Eldred@oag.texas.gov

*Counsel for the State of Texas*

LYNN FITCH
   Attorney General
JUSTIN L. MATHENY*
   Deputy Solicitor General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
550 High Street, Suite 1200
Jackson, MS 39201
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

JASON S. MIYARES
   Attorney General
ANDREW N. FERGUSON
   Solicitor General
KEVIN M. GALLAGHER*
   Deputy Solicitor General
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
aferguson@oag.state.va.us
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

3

AUSTIN KNUDSEN
  Attorney General
CHRISTIAN B. CORRIGAN*
  Solicitor General
PETER M. TORSTENSEN, JR.*
  Assistant Solicitor General
Montana Department of Justice
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Christian.Corrigan@mt.gov
Peter.Torstensen.@mt.gov

*Counsel for the State of Montana*

\**Pro hac vice* application forthcoming

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 11th day of August, 2023.

*/s/ Elizabeth B. Murrill*
ELIZABETH B. MURRILL (La #20685)
   Solicitor General