# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM |
| Plaintiff, | |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## ORDER

For the reasons stated in Plaintiffs' Motion for Additional Pages, **IT IS ORDERED** that Plaintiffs' Motion for Additional Pages is **GRANTED**. The Clerk of Court is instructed to file Plaintiffs' reply brief in support of their motion for a preliminary injunction into the record of the above-captioned matter.

Signed this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**