UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: "P" (1)** |

## ORDER

Considering the foregoing Motion for Additional Pages (Doc. 61) filed by Plaintiffs, wherein Plaintiffs seek leave to file a reply brief in excess of 10 pages in support of their motion for preliminary injunction,

**IT IS ORDERED** that the motion is **GRANTED**. The Clerk's Office is instructed to file Plaintiffs' reply brief (Doc. 61-1) into the record of the above-captioned matter.

New Orleans, Louisiana, this 14th day of August, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**