UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: "P" (1)** |

## ORDER

Considering the foregoing Consent Motion for a Telephone Status Conference (Doc. 59),

**IT IS ORDERED** that the motion is **GRANTED**, and a telephone status conference is hereby **SET** for **Friday, August 18, 2023, at 2:00 p.m. (CDT).**

Dial-in information will be provided to all counsel of record prior to the conference.

New Orleans, Louisiana, this 14th day of August, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**