MINUTE ENTRY
PAPILLION, J.
August 18, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE, ET AL | CIVIL ACTION |
| VERSUS | NO. 23-1839 |
| DEPARTMENT OF HOMELAND SECURITY, ET AL | SECTION: "P" (1) |

## MINUTE ENTRY

On August 18, 2023, the Court held a telephone status conference to discuss the briefing schedule for Defendants' Motion to Dismiss (R. Doc. 47) and a hearing date for Defendants' motion as well as Plaintiffs' Motion for Preliminary Injunction (R. Doc. 14).

Elizabeth Murrill, Morgan Brungard, Tracy Short, and Philip Axt participated for Plaintiffs. Benjamin Takemoto, Krystal-Rose Perez, and Yoseph Desta participated for Defendants.

As discussed at the conference, **IT IS ORDERED** that:

1. Plaintiffs' deadline to file a response to Defendants' Motion to Dismiss (R. Doc. 47) is August 31, 2023.

2. Defendants' deadline to file a reply memorandum in support of their Motion to Dismiss (R. Doc. 47) is September 7, 2023.

3. The oral argument and hearing on Plaintiffs' Motion for Preliminary Injunction (R. Doc. 14) and Defendants' Motion to Dismiss (R. Doc. 47) will be held on September 14, 2023, at 9:00 a.m.

4. On or before September 7, 2023, Plaintiffs shall provide their list of witnesses for the hearing to Defendants.

5. On or before September 11, 2023, Defendants shall provide their list of witnesses for the hearing, if any, to Plaintiffs.

      The Court also urged the parties to contact the Court's Case Manager prior to the hearing to discuss the use and submission of electronic exhibits.

_____

(JS-10 00:21)