# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL JAMES PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Kathleen Smithgall has declared that she is a member in good standing of the bar of the Montana and that her contact information is as follows:

Firm Name: Consovoy McCarthy
Firm Address: 1600 Wilson Blvd., Suite 700, Arlington, VA 22209

Telephone: 703-243-9423

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff the State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts and Plaintiff Associations in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2023.

                                                                                                                           _____
                                                                                                                          UNITED STATES DISTRICT JUDGE