UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>2:23-CV-01839-DJP-JVM<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## MOTION FOR *PRO HAC VICE* ADMISSION

In accordance with the Local Rules of the United States District Court for the Eastern District of Louisiana, I, Elizabeth Murrill, hereby move this Court for an Order authorizing Kathleen Smithgall to practice *pro hac vice* as counsel for Plaintiff The State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts and Plaintiff Associations[1] in the above-captioned matter.

---

[1] Acadia Parish; Ascension Parish; Assumption Parish; Avoyelles Parish; Bossier Parish; Caldwell Parish; Cameron Parish; Catahoula Parish; Claiborne Parish; Concordia Parish; East Baton Rouge Parish; East Feliciana Parish; Evangeline Parish; Franklin Parish; Grant Parish; Iberville Parish; Jackson Parish; Jefferson Parish; Jefferson Davis Parish; Lafayette Parish; Lafourche Parish; Livingston Parish; Madison Parish; Orleans Parish; Plaquemines Parish; St. Bernard Parish; St. Charles Parish; St. Helena Parish; St. James Parish; St. John the Baptist Parish; St. Landry Parish; St. Mary Parish; St. Tammany Parish; Tangipahoa Parish; Tensas Parish; Terrebonne Parish; Vermillion Parish; Vernon Parish; Washington Parish; Webster Parish; West Baton Rouge Parish; West Feliciana Parish; Winn Parish; Bossier Levee District; Fifth Louisiana Levee District; Grand Isle Independent Levee District; Lafourche Basin Levee District; North Lafourche Conservation, Levee and Drainage District; Ponchartrain Levee District; Southeast Louisiana Flood Protection Authority–East; Southeast Louisiana Flood Protection Authority–West; South Lafourche Levee District; St. Mary Levee District; Terrebonne Levee & Conservation District; East Ascension Consolidated Gravity Drainage District No. 1; Association of Levee Boards of Louisiana; Grand Isle Town; and Jean Lafitte Town.

Pursuant to the Local Rules, the following documents are attached:

1. Declaration of Kathleen Smithgall in support of Motion for Admission Pro Hac Vice, Exhibit A;

2. Certificate of Good Standing for Kathleen Smithgall from the District of Columbia Court of Appeals, Exhibit B;

3. Ms. Smithgall's completed Consent to Electronic Filing Form, Exhibit C; and

4. Proposed Order

Dated: August 23, 2023

                                        Respectfully submitted

                                       /s/ *Elizabeth Murrill*
                                       Elizabeth B. Murrill (#20685)
                                         Solicitor General
                                       Shae McPhee (La #38565)
                                         Deputy Solicitor General
                                      Morgan Brungard (La #40298)
                                      Jordan Redmon (La #37272)
                                        Assistant Solicitors General
                                      Tracy Short (La #23940)
                                       Assistant Attorney General

                                       LOUISIANA DEPARTMENT OF JUSTICE
                                       P.O. Box 94005
                                       Baton Rouge, Louisiana 70804
                                       Telephone: (225) 326-6766
                                       Email: murrille@ag.louisiana.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 23rd day of August, 2023.

                                               /s/ *Elizabeth Murrill*
                                               Elizabeth B. Murrill (La #20685)
                                                 Solicitor General