# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL JAMES PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.,* | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## DECLARATION OF KATHLEEN SMITHGALL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Kathleen Smithgall, declare:

1.  I am an attorney with Consovoy McCarthy located in Arlington, Virginia.

2.  I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3.  I am a member in good standing of the District of Columbia bar. A certificate of my good standing is filed herewith.

4.  There have been no disciplinary proceedings or criminal charges instituted against me.

5.  I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

1

2

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: August 23, 2023

                                      /s/ Kathleen Smithgall

                                      Kathleen Smithgall