# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL JAMES PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## MOTION FOR *PRO HAC VICE* ADMISSION

In accordance with the Local Rules of the United States District Court for the Eastern District of Louisiana, I, Elizabeth Murrill, hereby move this Court for an Order authorizing Charles Eldred to practice *pro hac vice* as counsel for Plaintiff, The State of Texas, in the above-captioned matter.

Pursuant to the Local Rules, the following documents are attached:

1. Declaration of Charles Eldred in support of Motion for Admission Pro Hac Vice, Exhibit A;

2. Certificate of Good Standing for Charles Eldred from The Supreme Court of Texas, Exhibit B;

3. Mr. Eldred's completed Consent to Electronic Filing Form, Exhibit C; and

4. Proposed Order

1

Dated: August 24, 2023

                                                  Respectfully submitted

                                                  /s/ *Elizabeth Murrill*
                                                  Elizabeth B. Murrill (#20685)
                                                    Solicitor General
                                                  Morgan Brungard (#40298)
                                                    Assistant Solicitor General
                                                    Tracy Short (#23940)
                                                    Assistant Attorney General

                                                OFFICE OF THE ATTORNEY GENERAL
                                                LOUISIANA DEPARTMENT OF JUSTICE
                                                P.O. Box 94005
                                                Baton Rouge, Louisiana 70804
                                                Telephone: (225) 326-6766
                                                Email: murrille@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 24th day of August, 2023.

                                                  /s/ *Elizabeth Murrill*
                                                  Elizabeth B. Murrill (#20685)
                                                    Solicitor General
                                                  Morgan Brungard (#40298)
                                                    Assistant Solicitor General
                                                    Tracy Short (#23940)
                                                    Assistant Attorney General

                                                OFFICE OF THE ATTORNEY GENERAL
                                                LOUISIANA DEPARTMENT OF JUSTICE
                                                P.O. Box 94005
                                                Baton Rouge, Louisiana 70804
                                                Telephone: (225) 326-6766
                                                Email: murrille@ag.louisiana.gov