# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL JAMES PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Charles Eldred has declared that he is a member in good standing of the bar of the State of Texas and that his contact information is as follows:

> Charles K. Eldred
> Chief, Legal Strategy Division
> Texas Bar No. 00793681
> Southern District Bar No. 20772
> OFFICE OF THE ATTORNEY GENERAL
> P.O. Box 12548 (MC-009)
> Austin, Texas 78711-2548
> Telephone: (512) 936-1706
> charles.eldred@oag.texas.gov

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Texas in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

2

This ___ day of _____, 2023.

                 _____
                 UNITED STATES DISTRICT JUDGE