UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: "P" (1)** |

### ORDER

Considering the foregoing Motion for *Pro Hac Vice* Admission (R. Doc. 68),

**IT IS ORDERED** that the motion is **GRANTED**, and Kathleen Smithgall is admitted *pro hac vice* as additional counsel of record for Plaintiff State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations[1] in the above-captioned matter.

New Orleans, Louisiana, this 24th day of August, 2023.

*[signature]*

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] Acadia Parish; Ascension Parish; Assumption Parish; Avoyelles Parish; Bossier Parish; Caldwell Parish; Cameron Parish; Catahoula Parish; Claiborne Parish; Concordia Parish; East Baton Rouge Parish; East Feliciana Parish; Evangeline Parish; Franklin Parish; Grant Parish; Iberville Parish; Jackson Parish; Jefferson Parish; Jefferson Davis Parish; Lafayette Parish; Lafourche Parish; Livingston Parish; Madison Parish; Orleans Parish; Plaquemines Parish; St. Bernard Parish; St. Charles Parish; St. Helena Parish; St. James Parish; St. John the Baptist Parish; St. Landry Parish; St. Mary Parish; St. Tammany Parish; Tangipahoa Parish; Tensas Parish; Terrebonne Parish; Vermillion Parish; Vernon Parish; Washington Parish; Webster Parish; West Baton Rouge Parish; West Feliciana Parish; Winn Parish; Bossier Levee District; Fifth Louisiana Levee District; Grand Isle Independent Levee District; Lafourche Basin Levee District; North Lafourche Conservation, Levee and Drainage District; Ponchartrain Levee District; Southeast Louisiana Flood Protection Authority–East; Southeast Louisiana Flood Protection Authority–West; South Lafourche Levee District; St. Mary Levee District; Terrebonne Levee & Conservation District; East Ascension Consolidated Gravity Drainage District No. 1; Association of Levee Boards of Louisiana; Grand Isle Town; and Jean Lafitte Town.