UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: "P" (1)** |

## ORDER

Considering the foregoing Motion for *Pro Hac Vice* Admission (R. Doc. 69),

**IT IS ORDERED** that the motion is **GRANTED**, and Charles Eldred is admitted *pro hac vice* as counsel of record for Plaintiff State of Texas in the above-captioned matter.

New Orleans, Louisiana, this 25th day of August 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**