## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM |
| Plaintiff, | |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## MOTION FOR ADDITIONAL PAGES

Plaintiffs respectfully request leave to file a memorandum in excess of 25 pages in opposition to Defendants' motion to dismiss. This Court's Local Rule 7.8 limits memoranda to 25 pages "[e]xcept with prior leave of court." Under that rule, this Court granted Defendants leave to file a 56-page memorandum in support of their motion to dismiss, which parses each of Plaintiffs' injuries to argue extensively that none is a cognizable injury in fact.

Plaintiffs have good cause for requesting a page expansion of 12 additional pages so that they can adequately respond to Defendants' motion to dismiss given (1) the large number of Plaintiffs in the case—10 States, 43 parishes, 2 municipalities, and 11 levee districts—each with distinct injuries; (2) the length of Defendants' motion and accompanying memorandum, and (3) the significant and complex regulatory scheme. For these reasons, Plaintiffs ask that the Court to allow them a total of 37 pages to fully brief the issues in their memorandum opposing the motion to dismiss.

| | |
|---|---|
| Dated:  August 31, 2023 | Respectfully submitted, |

**JEFF LANDRY**
  ATTORNEY GENERAL

By:<u>/s/ Elizabeth B. Murrill</u>
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
MORGAN BRUNGARD (La #40298)
  Assistant Solicitor General
TRACY SHORT (La #23940)
  Assistant Attorney General
LOUISIANA DEPARTMENT OF JUS-TICE
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 326-6766
murrille@ag.louisiana.gov
brungardm@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for the State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations*

| | |
|---|---|
| ASHLEY MOODY<br>  Attorney General<br>JAMES H. PERCIVAL*<br>  Chief of Staff<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>james.percival@myfloridalegal.com<br><br>*Counsel for the State of Florida* | DREW H. WRIGLEY<br>  Attorney General<br>PHILIP AXT (ND Bar No. 09585)*<br>  Solicitor General<br>North Dakota Attorney General's Office<br>600 E Boulevard Avenue, Dept. 125<br>Bismarck, ND 58505<br>(701) 328-2210<br>pjaxt@nd.gov<br><br>*Counsel for the State of North Dakota* |

RAÚL LABRADOR
  Attorney General
THEODORE J. WOLD *
  Solicitor General
OFFICE OF THE IDAHO ATTORNEY GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 999-0910
Email: Theodore.Wold@ag.idaho.gov

*Counsel for State of Idaho*

ALAN WILSON
  South Carolina Attorney General
ROBERT D. COOK
  Solicitor General
J. EMORY SMITH, JR.*
Deputy Solicitor General
THOMAS T. HYDRICK*
Assistant Deputy Solicitor General
JOSEPH D. SPATE*
Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

DANIEL CAMERON
  Attorney General of Kentucky
LINDSEY KEISER*
  Assistant Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5517

*Counsel for the State of Kentucky*

JOHN SCOTT
  Provisional Attorney General
RALPH MOLINA
  Deputy Attorney General for Legal Strategy
CHARLES ELDRED*
Chief, Special Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711
(512) 936-1706
charles.eldred@oag.texas.gov

*Counsel for the State of Texas*

LYNN FITCH
  Attorney General
JUSTIN L. MATHENY*
  Deputy Solicitor General
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
550 High Street, Suite 1200
Jackson, MS 39201
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

JASON S. MIYARES
  Attorney General
ANDREW N. FERGUSON
  Solicitor General
KEVIN M. GALLAGHER*
  Deputy Solicitor General
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
aferguson@oag.state.va.us
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

AUSTIN KNUDSEN
  Attorney General
CHRISTIAN B. CORRIGAN*
  Solicitor General
PETER M. TORSTENSEN, JR.*
  Assistant Solicitor General
Montana Department of Justice
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Christian.Corrigan@mt.gov
Peter.Torstensen.@mt.gov

*Counsel for the State of Montana*

\*Pro hac vice

4

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys. All other counsel will be served by U.S. Mail, postage paid.

This the 31st day of August, 2023.

>/s/ *Elizabeth B. Murrill*
>ELIZABETH B. MURRILL (La #20685)
>    Solicitor General