# EXHIBIT 2

**MEMORANDUM**

**To**:            Republican Members, Committee on Financial Services

**From**:        Republican Financial Services Staff

**Date**:        March 8, 2023

**Subject**:    Additional Hearing and Witness Background for Republican Members of Housing and Insurance Subcommittee

---

On Friday, March 10, 2023, the Subcommittee on Housing and Insurance will hold a hearing titled "How Do We Encourage Greater Flood Insurance Coverage in America?"  This hearing is the first in a series of hearings addressing the topic of flood insurance generally as well as role of the country's leading provider of flood insurance, the National Flood Insurance Program (NFIP).

**Hearing Background**

As covered in the public hearing memorandum, flooding in the United States is a significant and costly problem for both coastal and inland residents.  Currently, there is one provider of nearly all residential flood insurance, the government-backed NFIP, which sells roughly 93 percent of all residential flood coverage in the country.  NFIP-backed policies are sold by roughly 50 companies nationwide (not counting their subsidiaries) through an arrangement called the Write Your Own (WYO) program.  In these WYO arrangements, the government assumes 100 percent of the risk, not the company.

Unlike insurance bought from a traditional state-regulated insurer, the pricing and coverage levels for the NFIP do not vary in any way between WYO companies.  This means that the cost and coverage of a policy for any individual property will be exactly the same, no matter from which WYO company the homeowner purchases the policy.  This single national market can create fiercely different customer experiences with the NFIP.  For some who view NFIP insurance as a good value proposition, it means consistent and reliable access to flood insurance.  For those who do not, it has led to a frustrating lack of consumer options and concerns about changes in pricing.

This mismatch in customer expectations has contributed heavily to our nation's flood insurance gap where too many people are either uninterested in or unaware of the need to insure their property against flooding.  Although the internal workings and pricing of NFIP are not the topic of the Subcommittee's hearing (*both of which will be discussed at a future hearing on the program and recent changes made to it*), there is one clear reason why homeowners do not purchase more flood insurance.  They do not believe the cost of the policy matches the relative value of the coverage.  Closing the flood insurance gap will depend on reversing that perception.  Since the NFIP is likely to

remain the largest single provider of flood insurance for the foreseeable future, the most realistic path forward is to make more flood insurance products available on the open market. By attracting more insurers to sell flood products, companies will be able to innovate and compete for homeowners' business with new and more customizable pricing and coverage.

There are many reasons why more companies do not sell their own private flood insurance coverage. They include the regulatory cost of competing with the NFIP to the lack of an identifiable customer base. This hearing will examine the following identifiable barriers to providing flood insurance options for consumers:

- **The NFIP's former use of a non-compete clause.** The non-compete clause prohibited any company that sold NFIP flood insurance coverage from also selling its own private flood insurance coverage. While this clause was removed from the WYO contract in 2018, it was not eliminated statutorily. As a result, it remains a potential barrier to a company investing in creating its own private flood product. Permanent removal of the provision would provide insurers with greater certainty in standing up new flood insurance lines of business.
- **Compliance with the mandatory purchase requirement.** Under 42 U.S.C. 4012a, homeowners with a federally-backed mortgage in certain high-risk areas are required to have "flood insurance" as a condition of their mortgage, as are recipients of loans through the Small Business Administration's disaster relief programs. However, because these requirements are enforced by regulators within their own supervised institutions, there is no single entity assigned to measure overall compliance with this law. Reviewing legal compliance would help close the insurance gap by identifying overlooked properties and potential customers for new flood coverage.
- **Preserve continuous coverage.** The NFIP offers certain policyholders discounts if their properties were built in compliance with the building codes in effect at that time _and_ the homeowner has maintained continuous NFIP coverage on the property without interruption. However, if a policyholder leaves the NFIP for a private flood provider, the policyholder would not be able to resume those discounts if they ever decided to return to the NFIP. That has created a barrier to competition which has also inhibited market innovation. Giving homeowners the power to leave and return to their previous NFIP discounted rates would allow them to explore new products from different providers, which might better suit their needs.

**Witness Background**

- **Mr. Patrick Small**, President, DUAL Specialty Flood, on behalf of the WSIA

    *Mr. Small is President of DUAL Specialty Flood, and Executive Vice President at DUAL North America and is a 30-year insurance veteran with extensive experience as a Lloyds Coverholder, with emphasis in specialty property and flood insurance. He currently manages the E&S Property and Specialty Peril division for DUAL North America, overseeing all aspects of the practice group's business activity. This includes strategic planning and budgeting, forging trade partner relationships, negotiating carrier contracts and profit-sharing arrangements, and creating new product development and new business development. Prior to joining DUAL, Mr. Small spent 7 years with Wells Fargo Insurance Services and 15 years at Aon Corporation. Mr. Small is both resident and non-resident licensed in all states for property and casualty, life and health, and surplus lines. He is a member of the Association Lloyds Brokers and is the current Chairperson of the Board. Mr. Small is a CPCU and holds a Bachelor of Arts degree in International Business & Philosophy from Cornell College in Mt. Vernon, IA, and Masters of Business Administration from Lake Forest School of Management, located in Lake Forest, IL.*

- **Mr. Christopher W. Heidrick**, Owner and Principal, Heidrick & Company Insurance and Risk Management Services, on behalf of The Big I

    *Mr. Heidrick founded Heidrick & Co. Insurance in 2009 and remains in place as the Agency Principal. In addition to management, his focus is assisting clients with high-value assets and complicated insurance portfolios. Mr. Heidrick, who holds the designation of Associate in National Flood Insurance, is frequently called upon to advise clients, colleagues, and local, regional, state and federal organizations about all aspects of NFIP and private flood insurance.*

    *Mr. Heidrick began his career as a claims adjuster for Prudential and became the youngest employee to ever earn the Chartered Property and Casualty Underwriter (CPCU) designation. One of his first assignments was to manage on-site claims after Hurricane Andrew. In 2001, Mr. Heidrick joined Marsh & McLennan, the world's largest insurance broker, as Senior Vice President and National Product Manager for its $700M U.S. Consumer Insurance division. There, he designed and managed property, liability, life, and health insurance products distributed through national associations and Fortune 500 companies. Prior to starting the agency in 2009, Mr. Heidrick was the Head of Marketing for Fireman's Fund Personal Insurance in San Francisco. There, he led agent training and product design for owners of high-value homes. During his tenure, he was featured on CNBC's High Net Worth and in articles appearing in the Wall Street Journal, New York Times, and many other publications.*

    *In addition to his many professional designations, Mr. Heidrick holds a Bachelor's in Economics from The Pennsylvania State University. He is a New Jersey native and currently lives on Sanibel with his wife, Lisa. He enjoys golf, travel, and rooting for Penn State football. He has*

*served in in leadership positions for a number of community and industry organizations, including:*
- *Past Member and Past-Chairman, Flood Insurance Producer's National Committee (FIPNC)*
- *Past Chairman, Flood Insurance Subcommittee, Independent Insurance Agents and Brokers of America (IIABA)*
- *Former Board Member and Past-President, Kiwanis Club of Sanibel-Captiva Islands*
- *Former Board Member, Charitable Foundation of the Islands*
- *Member, Lee County Multi-Jurisdictional Committee Program for Public Information*
- *Member, Sanibel Flood Plan Management Planning & Mitigation Advisory Committee*
- *Member, Community Housing Resources Tenant-Landlord Committee*
- *Past Board Member, Florida Association of Insurance Agents (FAIA)*
- *Past Vice-Chair, Sanibel Planning Commission*
- *Past Chair, Sanibel-Captiva Islands Chamber of Commerce*

- **Mr. Julian Enoizi**, Global Head of Public Sector, Guy Carpenter

  *As the Global Head of the Public Sector Practice at Guy Carpenter, Julian Enoizi works with public sector clients at the national, state, and local level across all geographic sectors to understand their insurance and reinsurance needs.  He also specializes in identifying existing and new insurance solutions for natural catastrophes, which enables Guy Carpenter and the Marsh McLennan businesses to deliver the analysis, advice, and data needed to optimize public sector decision-taking.*

  *Prior to this role, Mr. Enoizi was the CEO of Pool Re, the UK Government-backed terrorism reinsurance mutual, for almost a decade.  During his tenure, he led the negotiations with H.M. Treasury in two formal reviews of Pool Re's role, repositioned the company as a champion of innovation and international thought leadership, spearheaded an amendment to an Act of Parliament around underwriting, purchased the largest terrorism retrocession program, launched the first terrorism catastrophe bond, and partnered with the UK Home Office for risk mitigation projects.  Other past roles include experiences at Chubb, AIG Europe, and he served as President and CEO of CNA Europe then later as CEO of Argo International.*

  *Mr. Enoizi has extensive experience working on international and governmental advisory boards, including the Advisory Board of the OECD International Network on the Financial Management of Large-scale Catastrophe; the CBI's Financial Services Council; the UK's National Preparedness Commission; the Clean Growth Leadership Network; and the Business Resilience Taskforce where he chaired the Cyber and Terrorism sub-committee on behalf of the Department for International Trade.  He founded the International Forum of Terrorism Risk Reinsurance Pools, which now has twelve members across five continents, and is an active international advocate for public/private partnerships and international collaboration to tackle difficult-to-insure perils.*

  *Mr. Enoizi is a graduate of the Universities of Birmingham and Limoges, holding a degree in Law and French Law and a Diplome D'Etudes Juridiques Francaises.  He is married to Rachael and lives in Sussex with his three university-aged children.*