# EXHIBIT 9

BILL POSEY
8TH DISTRICT, FLORIDA

COMMITTEES:
SCIENCE, SPACE, AND TECHNOLOGY
SPACE SUBCOMMITTEE

FINANCIAL SERVICES
CONSUMER PROTECTION AND FINANCIAL
INSTITUTIONS SUBCOMMITTEE
HOUSING, COMMUNITY DEVELOPMENT, AND
INSURANCE SUBCOMMITTEE

CONGRESSIONAL ESTUARY CAUCUS, FOUNDER
HOUSE AEROSPACE CAUCUS, CO-CHAIR
REPUBLICAN STUDY COMMITTEE
CONGRESSIONAL AUTISM CAUCUS
MILITARY VETERANS CAUCUS

www.posey.house.gov
WASHINGTON OFFICE:
2150 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–3671
FAX: (202) 225–3516

MAIN DISTRICT OFFICE:
2725 JUDGE FRAN JAMIESON WAY, BLDG. C
MELBOURNE, FL 32940
(321) 632–1776
FAX: (321) 639–8595

DISTRICT OFFICE:
INDIAN RIVER COUNTY ADMIN. BLDG. A
(772) 226–1701

DISTRICT OFFICE:
BREVARD COUNTY GOVERNMENT OFFICES
IN TITUSVILLE
(321) 383–6090

# Congress of the United States
## House of Representatives
### Washington, DC 20515

July 27, 2021

The Honorable Deanne Criswell
Administrator
Federal Emergency Management Agency
500 C Street, S.W.
Washington, DC 20472

Dear Administrator Criswell:

I urge the Federal Emergency Management Agency (FEMA) to carefully consider their implementation of the new National Flood Insurance Program (NFIP) rating system, Risk Rating 2.0. FEMA's proposed methods for computing premiums represents the most significant change in the NFIP since the program was authorized. The methods are a dramatic departure from the way premiums are currently determined.

I do not dispute that the NFIP needs significant reform. FEMA data show that over the life of the NFIP, Florida policyholders have paid more than $19 billion in premiums, but collected approximately only about $5.6 billion in claims reimbursements. This amounts to a nearly 4 to 1 ratio of premiums paid to reimbursements.

I applaud your objectives to provide transparent and sound flood insurance premiums, however I have many concerns about Risk Rating 2.0's potentially adverse impact on families and businesses in my district. Unfair or disproportionate premiums would have unacceptable negative impacts on the real estate market, property values, and the revenues of local government that are based on such values. We cannot afford to repeat the skyrocketing rates that occurred in the wake of the Biggert-Waters Act of 2012.

I'm enclosing a paper with the recommendations of the Florida Association of Counties. I join them in urging you to delay premium changes for at least 24-months, that FEMA consult with the State and counties before any changes take place, and that an appeal process be created so counties and policy holders can appeal any changes they find do not reflect a property's flood risk. I also urge greater transparency in your methods and a full comment and response review through the Federal Register.

Thank you for your attention.

Sincerely,

Bill Posey
Member of Congress