# EXHIBIT 16



EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

January 24, 2023

The Honorable Garret Graves
U.S. House of Representatives
Washington, DC 20515

Dear Representative Graves:

    Thank you for your letter to Director Young about the Office of Information and Regulatory Affair's (OIRA) review of the Federal Emergency Management Agency's "Risk Rating 2.0." Director Young asked me to respond on her behalf. Your letter requested information regarding OIRA's review of Risk Rating 2.0 under Executive Order 12866 (E.O. 12866).

    Based on a search of our records, OIRA did not review the Risk Rating 2.0 update. The Department of Homeland Security did not submit any Risk Rating 2.0 related documents to OIRA for a significance determination pursuant to Section 6 of E.O. 12866. We forwarded your letter to the Department for their awareness.

    Thank you again for sharing your important perspective on this policy. If you or your staff have any questions, please contact OMB's Legislative Affairs office at OMBLegislativeAffairs@omb.eop.gov.

Sincerely,

Richard L. Revesz
Administrator
Office of Information and Regulatory Affairs