# EXHIBIT 20

#### Office of the Governor
##### State of Louisiana

**JOHN BEL EDWARDS**
GOVERNOR

P.O. Box 94004
BATON ROUGE, LOUISIANA 70804-9004
(225) 342-7015
GOV.LA.GOV

November 19, 2021

The Honorable Deanne Criswell
Administrator
Federal Emergency Management Agency
500 C Street, SW
Washington, D.C. 20472

**RE: FEMA's Release of Risk Rating 2.0 Risk Mapping System**

Dear Administrator Criswell:

  Thank you for your ongoing efforts to help state and local governments respond to and recover from yet another summer of record-breaking natural disasters. Louisiana has benefitted from FEMA's support and resources countless times, including recovery that is still ongoing from last year's events, and we thank you for the assistance. As your agency continues to explore new ways that prevent and mitigate disasters in an environment where risk is escalating, I wanted to turn your attention to FEMA's National Flood Insurance Program (NFIP) Risk Rating 2.0 system for updating flood risk and establishing flood insurance premiums.

  With nearly 500,000 policyholders in Louisiana, we certainly recognize the benefits of a strong NFIP and appreciate FEMA's efforts to reform and modernize the program to be more sustainable, accurate, and effective. However, changes to flood insurance premiums can have dramatic effects for individuals and local economies, particularly in our state, where increases in the price of flood risk are inherently concerning. Flood insurance cost affects property values that carries widespread implications for a family's wealth, and it can impact ad valorem tax revenues that constitute a large portion of local government spending—including on flood protection.

  While Louisiana supports efforts that encourage more people to purchase flood insurance, to send signals for smarter future developments, and to be as transparent as possible about future flood risk, the level of information available about potential increases to policyholder premiums in our state is not adequate, given the timeline for the rollout of these changes and for the stated goals of "equity in action." FEMA's analysis shows 80% of Louisiana's policyholders will experience annual increases in NFIP premiums, with 10% excepted to see an increase over $120 per year. While projections for the annual increase are shown in terms of their monthly and yearly totals, no indication is available as to the maximum premium that will be reached when the "full-risk" rate is realized. Whether it takes a few months or a few years to realize the "full-risk" rate,

The Honorable Deanne Criswell
November 19, 2021
Page 2

these changes can dramatically affect a family's ability to afford to pay these premiums, remain in the NFIP, and ultimately uphold the value of their home.

Before the implementation of Risk Rating 2.0, many important details should be shared with the States so that we can work together and find solutions for homeowners whose flood risk exposure jeopardizes the value of their home. For those receiving Grandfathering rates, their risk is likely greater than when they first purchased their home at no fault of their own, so the "full-risk" risk rate that comes with Risk Rating 2.0 will likely plummet their home values. These concerns are urgent for anyone with flood insurance in Louisiana, but particularly for those on fixed incomes, low-to-moderate income households, or members of an already disadvantaged community. To truly put equity into action, FEMA must find ways to mitigate flood risk without causing large changes to the value of a person's home.

We request that FEMA partner with Louisiana and our local entities to devise companion policy initiatives released alongside Risk Rating 2.0. We recommend targeted assistance through existing programs, such as the NFIP's Community Rating System or Flood Mitigation Assistance Program, or through new investment in mitigation that assists homeowners and ensures communities, particularly those under Grandfathered policies, are not immediately undermined by the new system We also request FEMA perform an independent peer review of the new risk models and share data that will be used in assessing risk and determining flood insurance premiums in Risk Rating 2.0. Louisiana can then partner with FEMA to develop targeted approaches that adequately communicate risk while preserving a family's largest investment and a local community's tax base.

Risk Rating 2.0 is meant to be a transformative change in how flood risk is calculated, communicated, and priced by the federal government. FEMA should recognize the large potential for disruption to household and local economies by the scale of this change and work across the federal government and with states like Louisiana to provide options for homeowners and communities that stand to bear the burden of these changes. As such, I respectfully request that you work with us and others across the nation to make Risk Rating 2.0 a lasting reform that better achieves the promise of this sweeping initiative.

Sincerely,

John Bel Edwards
Governor