**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| | 2:23-CV-01839-DJP-JVM |
| Plaintiff, | |
| | JUDGE DARREL PAPILLION |
| v. | |
| | MAGISTRATE JUDGE JANIS VAN |
| DEPARTMENT OF HOMELAND | MEERVELD |
| SECURITY, *et al.*, | |
| | |
| Defendants. | |

**ORDER**

Considering Plaintiffs' Motion for Additional Pages, **IT IS ORDERED** that the Motion is **GRANTED**. The proposed memorandum in support and its exhibits shall be filed into the record.

New Orleans, Louisiana, this ___ day of _____, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**