UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE STATE OF LOUISIANA, *et al.*,

      Plaintiff,

      v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

      Defendants.

CIVIL ACTION NO.
2:23-CV-01839-DJP-JVM

JUDGE DARREL JAMES PAPILLION

MAGISTRATE JUDGE JANIS VAN
MEERVELD

**ORDER**

Considering Plaintiffs' Motion for Additional Pages (R. Doc. 73), which seeks leave to file a memorandum in excess of 25 pages in opposition to Defendants' motion to dismiss,

**IT IS ORDERED** that Plaintiffs' motion is **GRANTED**, and the Clerk's Office is instructed to file the proposed memorandum and its exhibits into the record of the above-captioned matter.

New Orleans, Louisiana, this 1st day of September 2023.

                        **DARREL JAMES PAPILLION**
                    **UNITED STATES DISTRICT JUDGE**