# EXHIBIT 27

     

August 2, 2021

The Honorable Al Green
United States House of Representatives
Washington, D.C. 20515

Dear Congressman Green,

On behalf of the area business organizations in Fort Bend County, we are writing to you about the urgent need to delay implementation of "Risk Rating 2.0: Equity in Action" until the Federal Emergency Management Agency (FEMA) has disclosed underlying technical information and provided an official notice and public comment opportunity.  The internally-developed Risk Rating 2.0 proposal, scheduled to take effect on October 1, 2021, is an unprecedented FEMA overhaul of flood insurance price-setting under the National Flood Insurance Program (NFIP).

The county's chambers of commerce and economic development organizations were created to promote job creation, economic development and the overall vitality of the region. Fort Bend County is the fastest growing county in Greater Houston and is among the most rapidly growing counties in the State of Texas.  We are expected to see our countywide population exceed one million people in the next few years.  Further, coastal and riverine areas throughout the United States account for more than half of the nation's population,  jobs, and Gross Domestic Product, according to the U.S. Commerce Department.

We recognize the urgent need to update and improve both the NFIP and structural flood protection projects, but these efforts must be supported by clear scientific and economic data with opportunity for public participation, including verification of FEMA claims about this transformative plan.  The stakes for communities along our coasts and inland waterways are far too high.  The FEMA rollout of Risk Rating 2.0 fails us in these and other respects.  Fort Bend County relies on affordable and available flood insurance, along with our high-quality, locally-funded flood protection infrastructure to provide public safety, remain competitive, and continue our economic success.

Risk Rating 2.0 was unveiled by FEMA on April 1, 2021, after five years of internal deliberations.  Of the more than 5 million NFIP policyholders nationwide, FEMA estimates that 77 percent will pay higher flood insurance rates under Risk Rating 2.0; in Texas, 86 percent of the 768,600 NFIP policyholders will see increased flood insurance rates; and in Fort Bend County, more than 95 percent of the 64,584 NFIP policyholders will see an increase.  It is unconscionable that after applying one set of NFIP price-setting methods for more than 50 years, that FEMA would seek to hurriedly finalize an untested and unsupported approach without broad public participation.

The NFIP ratemaking changes, ostensibly proposed to better reflect flood risk using new public and proprietary information and tools, are not backed by publicly available information that is necessary to test FEMA's methodologies and verify the accuracy and fairness of future rates.  For example, the public lacks access to assumed flood probabilities, observed and assumed flood risks, and the proposed treatment of leveed areas.

Because of the potential impact to future floodplain management, residential and commercial property values, taxable market value, and local government services, it is important for FEMA to demonstrate to the public the efficacy of its new approach before its launch.

For these and other reasons, we respectfully request that you work across party lines to immediately delay Risk Rating 2.0 implementation until one year after FEMA has publicly disclosed all new rates and all data, methods, models, and assumptions used by the agency and its consultants to formulate this new approach.

We, the undersigned, join with others in sharing the goals of putting the NFIP on stronger financial footing and accurately reflecting flood risk; however, this can only be done when the new Risk Rating 2.0 rate methodologies are disclosed and reproducible.  Until such time that FEMA fills the public Risk Rating 2.0 data gaps, abides by the terms of peer review and reproducibility required by the Information Quality Act, and guarantees requisite economic analysis and meaningful public participation opportunities through rulemaking, Risk Rating 2.0 should not go forward.

Thank you for your attention and assistance.   Please let us know if you need any additional information from us.

Respectfully Submitted,

**Keri Schmidt, President & CEO**
*Fort Bend Chamber of Commerce*

**Jeffrey C. Wiley, President & CEO**
*Fort Bend Economic Development Council*

**Kristin Weiss, President & CEO**
*Central Fort Bend Chamber*

**Don McCoy, President & CEO**
*Fulshear-Katy Area Chamber*

**Matthew Ferraro, President & CEO**
*Katy Area Chamber of Commerce*

**Lance LaCour, President &CEO**
*Katy Area Economic Development Council*

**CC**     Senator John Cornyn
Senator Ted Cruz
Representative Troy Nehls