UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE STATE OF LOUISIANA, ET AL                                   CIVIL ACTION

V.                                                              NO. 23-1839

DEPARTMENT OF HOMELAND SECURITY, ET AL                          SECTION: P(1)

NOTICE TO PRODUCE HARD COPY

Because R. Doc. 75 contains more than 50 pages, counsel must deliver to Judge Papillion's Chambers, within 3 working days, **two** hard copies of the submission in a binder with tabbed dividers for all exhibits and attachments. The hard copies of the submission must be printed from CM/ECF so that they have the CM/ECF document header on all pages indicating the case number, record document number, filing date, and page number. The cover of the binders must include the case name, case number, document name, and record document number. If there are more than five (5) exhibits and attachments, the binders must include a table of contents describing each exhibit and attachment and listing which tab corresponds to each exhibit or attachment. No notice of compliance need be filed.

New Orleans, Louisiana, this 6th day of September 2023.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE

Issued for the court by:
Courtney Ancar
Case Manager - Section "P"
504-589-7715

---

When addressing the package, please address it to "Judge Darrel James Papillion, Section "P" and have it delivered to Section "P" Chambers, Room C-555.