**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiffs, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL JAMES PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

**MOTION FOR *PRO HAC VICE* ADMISSION**

In accordance with the Local Rules of the United States District Court for the Eastern District of Louisiana, I, Elizabeth Murrill, hereby move this Court for an Order authorizing Jeffrey S. Hetzel to practice *pro hac vice* as counsel for Plaintiffs[1] in the above-captioned matter.

Pursuant to the Local Rules, the following documents are attached:

---

[1] Acadia Parish; Ascension Parish; Assumption Parish; Avoyelles Parish; Bossier Parish; Caldwell Parish; Cameron Parish; Catahoula Parish; Claiborne Parish; Concordia Parish; East Baton Rouge Parish; East Feliciana Parish; Evangeline Parish; Franklin Parish; Grant Parish; Iberville Parish; Jackson Parish; Jefferson Parish; Jefferson Davis Parish; Lafayette Parish; Lafourche Parish; Livingston Parish; Madison Parish; Orleans Parish; Plaquemines Parish; St. Bernard Parish; St. Charles Parish; St. Helena Parish; St. James Parish; St. John the Baptist Parish; St. Landry Parish; St. Mary Parish; St. Tammany Parish; Tangipahoa Parish; Tensas Parish; Terrebonne Parish; Vermillion Parish; Vernon Parish; Washington Parish; Webster Parish; West Baton Rouge Parish; West Feliciana Parish; Winn Parish; Bossier Levee District; Fifth Louisiana Levee District; Grand Isle Independent Levee District; Lafourche Basin Levee District; North Lafourche Conservation, Levee and Drainage District; Ponchartrain Levee District; Southeast Louisiana Flood Protection Authority–East; Southeast Louisiana Flood Protection Authority–West; South Lafourche Levee District; St. Mary Levee District; Terrebonne Levee & Conservation District; East Ascension Consolidated Gravity Drainage District No. 1; Association of Levee Boards of Louisiana; Grand Isle Town; and Jean Lafitte Town.

1. Declaration of Jeffrey S. Hetzel in support of Motion for Admission Pro Hac Vice, Exhibit A;

2. Certificate of Good Standing for Jeffrey S. Hetzel from the State of Colorado, Exhibit B;

3. Mr. Hetzel's completed Consent to Electronic Filing Form, Exhibit C; and

4. Proposed Order

Dated: September 7, 2023

                                            Respectfully submitted

                                            /s/ *Elizabeth Murrill*
                                            Elizabeth B. Murrill (#20685)
                                              Solicitor General
                                           Morgan Brungard (#40298)
                                              Assistant Solicitor General
                                           Tracy Short (#23940)
                                             Assistant Attorney General

                                        OFFICE OF THE ATTORNEY GENERAL
                                        LOUISIANA DEPARTMENT OF JUSTICE
                                        P.O. Box 94005
                                        Baton Rouge, Louisiana 70804
                                        Telephone: (225) 326-6766
                                        Email: murrille@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This September 7, 2023.

    /s/ *Elizabeth Murrill*
Elizabeth B. Murrill (#20685)
  Solicitor General
Morgan Brungard (#40298)
  Assistant Solicitor General
Tracy Short (#23940)
  Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6766
Email: murrille@ag.louisiana.gov