# Exhibit B



**STATE OF COLORADO,** ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Jeffrey Hetzel**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **28th** day of **October** A.D. **2021** and that at the date hereof the said **Jeffrey Hetzel** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **7th** day of **September** A.D. **2023**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk