## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL JAMES PAPILLION <br><br> MAGISTRATE JUDGE JANIS VAN MEERVELD |

## **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Jeffrey S. Hetzel has declared that he is a member in good standing of the bar of the Colorado and that his contact information is as follows:

Firm Name: Consovoy McCarthy
Firm Address: 1600 Wilson Blvd., Suite 700, Arlington, VA 22209
Telephone: 703-243-9423

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiffs in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE