UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

### **DEFENDANTS' MOTION FOR ADDITIONAL PAGES**

Defendants respectfully request leave to file a reply brief in excess of 10 pages in support of their motion to dismiss.

This Court's Local Rule 7.7 limits reply briefs to 10 pages "[e]xcept with prior leave of court." Under that rule, Defendants seek a page expansion of 18 additional pages so that they can adequately respond to the arguments raised in Plaintiffs' response memorandum. Defendants have good cause for requesting this page extension given (1) the large number of Plaintiffs in the case (10 States, 43 parishes, 2 municipalities, and 11 levee districts); (2) the length of the Complaint and accompanying declarations, which Plaintiffs' cite to throughout their response memorandum; (3) the length of the motion to dismiss briefing (and related preliminary injunction briefing) thus far, where both parties have previously been allowed to file briefs that exceed the page limits set forth in the local rules; and (4) the significance of the regulatory scheme at issue.

In view of these considerations, Defendants ask the Court to allow them a total of 28 pages to fully brief the issues in their reply brief.

1

Dated: September 7, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*Benjamin Takemoto*
BENJAMIN TAKEMOTO
(DC Bar # 1045253)
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Email: benjamin.takemoto@usdoj.gov

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources
Division

KRYSTAL-ROSE PEREZ,
(TX Bar # 24105931)
Trial Attorney
United States Department of Justice
Environment & Natural Resources
Division
P.O. Box 7611, Ben Franklin Station,
Washington, D.C. 20044
Tel: (202) 305-0486
Email: krystalrose.perez@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
Trial Attorney, U.S. Department of Justice