UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: "P" (1)** |

## ORDER

**IT IS ORDERED** that the Court will hold a **telephone status conference** on **Tuesday, September 12, 2023, at 11:00 a.m. (CDT)**, to discuss the logistics of the upcoming oral argument and hearing on Plaintiffs' Plaintiffs' Motion for Preliminary Injunction (R. Doc. 14) and Defendants' Motion to Dismiss (R. Doc. 47).

- Dial-in information will be provided to all counsel of record prior to the conference.

**IT IS FURTHER ORDERED** that the parties shall submit their respective witness lists to the Court via email **no later than Tuesday, September 12, 2023, at 8:00 a.m. (CDT)**.

- The witness list should also include the length of time the party anticipates each witness will testify.
- The email address to be used is eFile-Papillion@laed.uscourts.gov.
- Opposing counsel must be copied on the email.

New Orleans, Louisiana, this 8th of September 2023.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**