**MINUTE ENTRY**
**PAPILLION, J.**
**September 12, 2023**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: "P" (1)** |

**MINUTE ENTRY**

On September 12, 2023, the Court held a telephone status conference to discuss logistics for the hearing and oral argument set for September 14, 2023.

Participants were:

- Morgan Brungard, Tracy Short, Shae McPhee, Jr., Jeffrey Hetzel, and Charles Eldred for Plaintiffs.

- Benjamin Takemoto and Krystal-Rose Perez for Defendants.

The Court informed the parties that it will first hear oral argument on Defendants' Motion to Dismiss Plaintiffs' Complaint (R. Doc. 47), and each side will have 15 minutes to present their arguments. The Court will then move to the hearing on Plaintiffs' Motion for Preliminary Injunction (R. Doc. 14). Each side will also have 15 minutes to present their arguments on this motion. The Court will then hear witness testimony, and each side will have two and a half hours for witness examination. The Court will allow closing remarks but has not yet determined the amount of time each side will be allotted.

During the conference, the parties notified the Court of a disagreement regarding the permissible scope of witness testimony for the preliminary injunction hearing. The Court then set the following briefing schedule:

- Defendants must file their motion *in limine* by the end of day today, September 12, 2023.

- Plaintiffs must file their response by 5:00 p.m. tomorrow, September 13, 2023.

(JS-10 00:26)