UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## DEFENDANTS' MOTION IN LIMINE

Defendants respectfully move this Court for an order limiting the scope of the testimony of Plaintiffs' witnesses at the upcoming September 14, 2023, hearing on Defendants' Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction. Defendants request that the Court limit the testimony of Plaintiffs' witnesses to the issues of standing and irreparable harm. As explained in the Memorandum accompanying this motion, any witness testimony beyond these issues, going to the likelihood of success of the merits, would violate the longstanding rule that review under the Administrative Procedure Act is limited to the administrative record before the agency at the time of its decision.

Dated:  September 12, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

KRYSTAL-ROSE PEREZ
TX Bar # 24105931
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division

1

*Benjamin Takemoto*
BENJAMIN TAKEMOTO
(DC Bar # 1045253)
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Email: benjamin.takemoto@usdoj.gov

P.O. Box 7611, Ben Franklin Station,
Washington, D.C. 20044
Tel: (202) 305-0486
Email: krystalrose.perez@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
Trial Attorney, U.S. Department of Justice