IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> *Defendants*. | Action No. 2:23-CV-01839-DJP-JVM <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Janis van Meerveld |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendants' Motion *in Limine* is hereby set for submission before District Judge Darrel J. Papillion on October 4, 2023.[1]

---

[1] Per the Court's order at the September 12, 2023, telephonic status conference, ECF No. 84, Plaintiffs' opposition brief is due on September 13, 2023, by 5:00 p.m. CDT.

| | |
|---|---|
| Dated: September 12, 2023 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division | TODD KIM<br>Assistant Attorney General Environment<br>& Natural Resources Division |
| LESLEY FARBY<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch | KRYSTAL-ROSE PEREZ<br>TX Bar # 24105931<br>Trial Attorney<br>United States Department of Justice |
| *Benjamin Takemoto*<br>BENJAMIN TAKEMOTO<br>(DC Bar # 1045253)<br>YOSEPH T. DESTA<br>(CA Bar # 332179)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box No. 883, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4252<br>Email: benjamin.takemoto@usdoj.gov | Environment & Natural Resources<br>Division<br>P.O. Box 7611, Ben Franklin Station,<br>Washington, D.C. 20044<br>Tel: (202) 305-0486<br>Email: krystalrose.perez@usdoj.gov |

*Counsel for Defendants*