MINUTE ENTRY
PAPILLION, J.
SEPTEMBER 14, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, ET AL | CIVIL ACTION |
| VERSUS | NO. 23-1839 |
| DEPARTMENT OF HOMELAND SECURITY, ET AL | SECTION P(1) |

### JUDGE DARREL JAMES PAPILLION, PRESIDING

| | |
|---|---|
| CASE MANAGER: | Courtney Ancar |
| COURT REPORTER: | Karen Ibos |
| APPEARANCES BY: | Elizabeth Murrill, Morgan Brungard, Tracy Short, Shae McPhee, Jr., and Jeffrey Hetzel, for Plaintiffs |
| | Benjamin Takemoto, Krystal-Rose Perez and Yoseph Desta, for Defendants |

**ORAL ARGUMENT**
Court begins at 9:01 a.m.
All counsel present in court and ready to proceed.
Defendants' Motion in Limine to Limit Merits Testimony at Motions Hearing
(R. Doc. 85) – DENIED for reasons stated on the record.
Defendants' Motion to Dismiss for Lack of Jurisdiction (R. Doc. 47) was argued by counsel and the matter was taken under advisement.
Plaintiffs' Motion for Preliminary Injunction (R. Doc. 14) was argued by counsel.
Opening statements of plaintiffs and defendants.
Plaintiffs' witnesses.
Casey Tingle, sworn and testified.
Plaintiff's exhibits 1, 2, offered and admitted.
Recess 10:58 – 11:13 a.m.
Matthew Jewell, sworn and testified.
Plaintiffs' exhibits 6, 7, offered and admitted.
Wendy Thibodeaux, sworn and testified.
Plaintiffs' exhibit 8, offered and admitted.
Recess 11:51 a.m. – 1:03 p.m.
Dwayne Bourgeois, sworn and testified.
Plaintiffs' exhibits 3, 4, 5, offered and admitted.
Recess 1:37 – 1:51 p.m.
Plaintiffs rest.

Defendants rest.
Closing arguments of plaintiffs and defendants.
Plaintiffs' Motion for Preliminary Injunction (R. Doc. 14) was taken under advisement.
Matter adjourned at 2:55 p.m.

| JS-10: 4:13 |
|---|

_____