UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE STATE OF LOUISIANA, ET AL                          CIVIL ACTION

VERSUS                                                 NO. 23-1839

DEPARTMENT OF HOMELAND SECURITY, ET AL                 SECTION P(1)

Plaintiffs' Motion for Preliminary Injunction, R. Doc. 14
September 14, 2023

Exhibit List

| Exhibit No. | Admitted into Evidence | Description |
|---|---|---|
| 1 | √ | Declaration of Casey Tingle |
| 2 | √ | Model Acknowledgement of Conditions for FEMA Grant |
| 3 | √ | Declaration of N. Lafourche Levee |
| 4 | √ | Declaration of Dwayne Bourgeois |
| 5 | √ | 2023 Flood Insurance Declarations Page |
| 6 | √ | St. Charles Rate Increase Map |
| 7 | √ | FEMA Letter |
| 8 | √ | Lafourche Parish Rate Increase Map |