UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

### DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM

Defendants have requested leave to file the attached supplemental memorandum, which clarifies the definition of "indefinitely," as used by FEMA Assistant Administrator David Maurstad in the declarations submitted in this case. A district "court has 'broad discretion and inherent authority to manage its docket.'" *In re Deepwater Horizon*, 988 F.3d 192, 197 (5th Cir. 2021) (quoting *In re Deepwater Horizon*, 713 F. App'x 360, 361 (5th Cir. 2018)). The court should use this authority to grant Defendants' request, which is intended solely to provide clarity to the Court. The supplemental memorandum does not add any argument, legal or otherwise.

Plaintiffs have provided two reasons for their objection, neither of which have merit: (1) Plaintiffs "are not aware that the definition of the term 'indefinitely' has been in dispute in any of the motions now before the court" and (2) "the appropriate time to define that term was while we were briefing and arguing those motions." First, Defendants agree that the term has not been in dispute, which is reason enough that clarification of it should be uncontroversial. Second, with respect to timing, Plaintiffs do not explain why it is acceptable to clarify this apparently uncontroversial term during briefing but not afterward. At any rate, Defendants clarify this term now based on the recently

1

filed declaration in the related case *Hebert v. DHS*, No. 23-cv-1869 (E.D. La.), which, unlike the declarations in this case, includes a specific definition.

For these reasons, the Court should grant leave to file the supplemental memorandum.

| | |
|---|---|
| Dated:  November 16, 2023 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division | TODD KIM<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| LESLEY FARBY<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch | KRYSTAL-ROSE PEREZ,<br>(TX Bar # 24105931)<br>Trial Attorney |
| *Benjamin Takemoto*<br>BENJAMIN TAKEMOTO<br>(DC Bar # 1045253)<br>YOSEPH T. DESTA<br>(CA Bar # 332179)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box No. 883, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4252<br>Email: benjamin.takemoto@usdoj.gov | United States Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611, Ben Franklin Station,<br>Washington, D.C. 20044<br>Tel: (202) 305-0486<br>Email: krystalrose.perez@usdoj.gov |

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO