UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE STATE OF LOUISIANA, *et al.*,

    *Plaintiffs*,

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

Action No. 2:23-CV-01839-DJP-JVM
Section P
District Judge Darrel J. Papillion
Magistrate Judge Janis van Meerveld

**DEFENDANTS' SUPPLEMENTAL MEMORANDUM**

Defendants respectfully bring to the Court's attention a clarification that FEMA Assistant Administrator David Maurstad made in his declaration in support of Defendants' motion to dismiss that was recently filed in the related case *Hebert v. DHS*, No. 23-cv-1869 (E.D. La.). Therein, Mr. Maurstad defined "indefinitely" as "for an unknown or unspecified period of time." *See* Maurstad Decl. ¶ 32, ECF No. 18-2, *Hebert* (stating specifically, "One critical difference in legacy premium rates and rates issued after implementation of Risk Rating 2.0 is that with legacy rates, 100% of policyholders would have experienced an annual increase in premiums indefinitely (i.e., for an unknown or unspecified period of time), assuming no changes in coverage levels or deductibles."); *see also Indefinitely*, Merriam-Webster, https://www.merriam-webster.com/dictionary/indefinitely (defining the word as "not precise"). This definition of "indefinitely" likewise applies to Mr. Maurstad's declarations submitted in this case. *See* ECF Nos. 47-3, 56-1.

Dated: November 16, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*Benjamin Takemoto*
BENJAMIN TAKEMOTO
(DC Bar # 1045253)
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Email: benjamin.takemoto@usdoj.gov

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources
Division

KRYSTAL-ROSE PEREZ,
(TX Bar # 24105931)
Trial Attorney
United States Department of Justice
Environment & Natural Resources
Division
P.O. Box 7611, Ben Franklin Station,
Washington, D.C. 20044
Tel: (202) 305-0486
Email: krystalrose.perez@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO