# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM

**NOW INTO COURT**, through the undersigned government counsel, come Defendants and respectfully move the Court for leave to file a reply memorandum in support of their pending Motion for Leave to File a Supplemental Memorandum (ECF No. 89). Defendants' proposed three-page reply memorandum, attached herein, addresses arguments contained in Plaintiffs' opposition memorandum (ECF No. 90). The proposed reply memorandum will facilitate the Court's resolution of the pending Motion because it demonstrates that Defendants' Supplemental Memorandum, which clarifies the definition of "indefinitely" as used in the declarations submitted in this case, (1) is amply supported by dictionary authority, (2) does not create any change in Defendants' prior factual assertions or legal arguments, (3) is justified by Defendants' recent filing of a declaration in a related case, and (4) may properly be considered by the Court. The Court's consideration of the reply memorandum will not unfairly prejudice any party because it simply addresses issues raised by Plaintiffs, nor result in any undue delays in the disposition of Defendants' pending Motion to Dismiss (ECF No. 47) or Plaintiffs' Motion for Preliminary Injunction (ECF No. 14).

**WHEREFORE**, for these reasons, Defendants pray that the Court grants this motion for leave to file a reply memorandum.

| | |
|---|---|
| Dated: December 8, 2023 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division | TODD KIM<br>Assistant Attorney General Environment & Natural Resources Division |
| LESLEY FARBY<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch | KRYSTAL-ROSE PEREZ,<br>(TX Bar # 24105931)<br>Trial Attorney<br>United States Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611, Ben Franklin Station,<br>Washington, D.C. 20044<br>Tel: (202) 305-0486<br>Email: krystal-rose.perez@usdoj.gov |
| *Benjamin Takemoto*<br>BENJAMIN TAKEMOTO<br>(DC Bar # 1045253)<br>YOSEPH T. DESTA<br>(CA Bar # 332179)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box No. 883, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4252<br>Email: benjamin.takemoto@usdoj.gov | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO