UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## ORDER

Considering Defendants' Motion for Leave to File a Reply Memorandum in Support of Their Motion for Leave to File a Supplemental Memorandum (R. Doc. 91):

**IT IS ORDERED** that Defendants' motion for leave to file a reply memorandum is hereby **GRANTED**. The Clerk of Court is ordered to file Defendants' reply memorandum into the record of this matter.

New Orleans, Louisiana, this 11th day of December 2023.

*[signature]*
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**