UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD<br><br>SECTION "P" (1) |

**PLAINTIFFS' MOTION TO WITHDRAW
JORDAN B. REDMON AS COUNSEL**

Under Local Civil Rule 83.2.11, Plaintiff the State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations[1] respectfully move the Court for an order withdrawing Jordan B. Redmon (La #37272) as one of their counsel. These Plaintiffs will continue to be represented by Elizabeth B. Murrill, Morgan Brungard, and Tracy Short.

---

[1] Acadia Parish; Ascension Parish; Assumption Parish; Avoyelles Parish; Bossier Parish; Caldwell Parish; Cameron Parish; Catahoula Parish; Claiborne Parish; Concordia Parish; East Baton Rouge Parish; East Feliciana Parish; Evangeline Parish; Franklin Parish; Grant Parish; Iberville Parish; Jackson Parish; Jefferson Parish; Jefferson Davis Parish; Lafayette Parish; Lafourche Parish; Livingston Parish; Madison Parish; Orleans Parish; Plaquemines Parish; St. Bernard Parish; St. Charles Parish; St. Helena Parish; St. James Parish; St. John the Baptist Parish; St. Landry Parish; St. Mary Parish; St. Tammany Parish; Tangipahoa Parish; Tensas Parish; Terrebonne Parish; Vermillion Parish; Vernon Parish; Washington Parish; Webster Parish; West Baton Rouge Parish; West Feliciana Parish; Winn Parish; Bossier Levee District; Fifth Louisiana Levee District; Grand Isle Independent Levee District; Lafourche Basin Levee District; North Lafourche Conservation, Levee and Drainage District; Ponchartrain Levee District; Southeast Louisiana Flood Protection Authority–East; Southeast Louisiana Flood Protection Authority–West; South Lafourche Levee District; St. Mary Levee District; Terrebonne Levee & Conservation District; East Ascension Consolidated Gravity Drainage District No. 1; Association of Levee Boards of Louisiana; Grand Isle Town; and Jean Lafitte Town.

Dated: December 18, 2023

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL OF LOUISIANA**

/s/ Jordan B. Redmon
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
SHAE MCPHEE (La #38565)
  Deputy Solicitor General
MORGAN BRUNGARD (La #40298)
JORDAN B. REDMON (La #37272)
  Assistant Solicitors General
TRACY SHORT (La #23940)
  Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 326-6766
murrille@ag.louisiana.gov
mcphees@ag.louisiana.gov
brungardm@ag.louisiana.gov
redmonj@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for the State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations*

## CERTIFICATE OF SERVICE

On December 18, 2023, I caused this document to be served electronically on counsel of record for Defendants by filing the document using the CM/ECF system.

/s/ Jordan B. Redmon
JORDAN B. REDMON