UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: "P" (1)** |

## ORDER

Before the Court is Defendants' Motion for Leave to File a Supplemental Memorandum (R. Doc. 89). In response to Defendants' motion, Plaintiffs filed an opposition memorandum,[1] and Defendants subsequently filed a reply memorandum.[2] Having considered the motion and the memoranda in support and opposition thereto,

**IT IS ORDERED** that Defendants' motion for leave (R. Doc. 89) is **GRANTED**, and the Clerk of Court is instructed to file Defendants' Supplemental Memorandum (R. Doc. 89-3)[3] into the record of the above-captioned matter.

New Orleans, Louisiana, this 28th day of December 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 90.
[2] R. Doc. 93.
[3] For docketing purposes, the Court notes that the Supplemental Memorandum relates to Defendants' Motion to Dismiss (R. Doc. 47) and Plaintiffs' Motion for Preliminary Injunction (R. Doc. 14).