**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Action No. 2:23-CV-01839-DJP-JVM <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Janis van Meerveld |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER

Pursuant to LR 7.8, and with the consent of Plaintiffs, Defendants respectfully move for an extension of time to April 25, 2024, to answer Plaintiffs' Complaint, ECF No. 1.

Defendants' deadline to file their Answer is currently April 11, 2024. *See* Fed. R. Civ. P. 12(a)(4). Defendants respectfully submit that a modest extension of two weeks is warranted because of the length of the Complaint, and because counsel have had other, pressing deadlines in other cases during their time to prepare the Answer. Plaintiffs' counsel have indicated that Plaintiffs do not object.

Dated:  April 10, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*Benjamin Takemoto*
BENJAMIN TAKEMOTO
(DC Bar # 1045253)
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorneys

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources
Division

KRYSTAL-ROSE PEREZ,
(TX Bar # 24105931)
Trial Attorney
United States Department of Justice
Environment & Natural Resources
Division
P.O. Box 7611, Ben Franklin Station,
Washington, D.C. 20044

1

United States Department of Justice                      Tel: (202) 305-0486
Civil Division, Federal Programs Branch                  Email: krystal-rose.perez@usdoj.gov
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Email: benjamin.takemoto@usdoj.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO