**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br><br>     *Plaintiffs*,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, *et al.*,<br><br><br>     *Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

<u>**ORDER**</u>

  Considering Defendants' Consent Motion for Extension of Time for Defendants to Answer:

  **IT IS ORDERED THAT** Defendants' motion is hereby **GRANTED**, and that Defendants' Answer shall be due on or before April 25, 2024.

  New Orleans, Louisiana, this _____ day of _____ , 2024.

               _____
               DARREL J. PAPILLION
               United States District Judge