# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## ORDER

Considering the foregoing Consent Motion for Extension of Time for Defendants to Answer (R. Doc. 102),

**IT IS ORDERED** that Defendants' motion is hereby **GRANTED**, and Defendants' Answer shall be due on or before April 25, 2024.

New Orleans, Louisiana, this 11th day of April 2024.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**