# EXHIBIT A

United States District Court
Eastern District of Louisiana

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br>    Plaintiffs, <br> v. <br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br>    Defendants. | No. 2:23-cv-1839-DJP-JVM <br><br> Judge Darrel James Papillon <br><br> Magistrate Judge Janis Van Meerveld |

### DECLARATION OF SUSANNA DOKUPIL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

1. My name is Susanna Dokupil. I am Chief of the Legal Strategy Division of the Office of the Attorney General of Texas.

2. I am not a member of the Louisiana bar, nor am I eligible for admission under Local Rule 83.2.1 for admission to the Court's bar.

3. I am admitted to practice law in Texas and am a member in good standing of the State Bar of Texas. A certificate of my good standing with the Supreme Court of Texas is attached.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's local rules.

I declare under the penalty of perjury that each statement in this declaration is true and correct to the best of my knowledge and information. I solemnly swear that I will conduct myself as an attorney and counselor of this Court uprightly and according to law and that I will support the Constitution of the United States.

Dated April 9, 2024.

                                                                     Susanna Dokupil <br>
                                                                     Special Counsel