# EXHIBIT B

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**CERTIFICATE OF GOOD STANDING**

I, LYLE W. CAYCE, Clerk of this Court, certify that **Susanna Dokupil** was duly admitted to practice in this Court on July 30, 2020, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on April 08, 2024

LYLE W. CAYCE
Clerk

By: Sabrina B. Short
Sabrina B. Short
Deputy Clerk

**A True Copy
Certified Apr 08, 2024**

**Clerk, U.S. Court of Appeals, Fifth Circuit**