## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>2:23-CV-01839-DJP-JVM<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Susanna Dokupil has declared that she is a member in good standing of the bar of the State of Texas and that her contact information is as follows:

Susanna Dokupil
Special Counsel
Texas Bar No. 24034419
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 936-1817
susanna.dokupil@oag.texas.gov

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Texas in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE