United States District Court
Eastern District of Louisiana

| | |
|---|---|
| THE STATE OF LOUISIANA, et al.,<br>*Plaintiffs*,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br>*Defendants*. | No. 2:23-cv-1839-DJP-JVM<br><br>Judge Darrel James Papillon<br><br>Magistrate Judge Eva J. Dossier |

## Plaintiff State of Texas's Motion to Withdraw Attorney

Plaintiff State of Texas files this Unopposed Motion to Withdraw Charles K. Eldred as its attorney in this matter.

This case has been administratively reassigned to Special Counsel, Susanna Dokupil, and the State of Texas respectfully requests that Charles K. Eldred be withdrawn as its counsel. Plaintiff State of Texas will continue to be represented by Susanna Dokupil and co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated: April 15, 2024                                    Respectfully submitted.

Elizabeth B. Murrill (#20685)                          */s/ Susanna Dokupil*
Solicitor General                                              **Susanna Dokupil**
Morgan Brungard (#40298)                            Special Counsel
Assistant Solicitor General                              Tx. State Bar No. 24034419
Tracy Short (#23940)                                      Susanna.Dokupil@oag.texas.gov
Assistant Attorney General

                                                                        Office of the Attorney General of Texas
OFFICE OF THE ATTORNEY GENERAL          P.O. Box 12548, Capitol Station
LOUISIANA DEPARTMENT OF JUSTICE       Austin, Texas 78711-2548
P.O. Box 94005                                                 (512) 463-2100
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6766
Email: murrille@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 15, 2024, and that all counsel of record were served by CM/ECF.

*/s/ Susanna Dokupil*
**Susanna Dokupil**