## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Louisiana, et al.,<br>　*Plaintiffs*,<br>v.<br>Department of Homeland Security, et al.,<br>　*Defendants*. | No. 2:23-cv-1839-DJP-JVM<br>Judge Darrel James Papillon<br>Magistrate Judge Eva J. Dossier |

## **[PROPOSED] ORDER**

On this date, the Court considered Plaintiff State of Texas's Unopposed Motion to Withdraw Charles K. Eldred. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that Charles K. Eldred is hereby withdrawn as counsel of record.

SO ORDERED and SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE