# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, et al., <br>     *Plaintiffs*, <br> v. <br> DEPARTMENT OF HOMELAND SECURITY, et al., <br>     *Defendants*. | No. 2:23-cv-1839-DJP-EJD <br> Judge Darrel James Papillion <br> Magistrate Judge Eva J. Dossier |

## **ORDER**

On this date, the Court considered Plaintiff State of Texas's Unopposed Motion to Withdraw Charles K. Eldred (R. Doc. 107). After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Charles K. Eldred is hereby withdrawn as counsel of record for Plaintiff State of Texas in the above-captioned matter.

SO ORDERED and SIGNED this 16th day of April 2024.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE