UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL PAPILLON <br><br> MAGISTRATE JUDGE EVA. J. DOSSIER |

**PLAINTIFFS' EX PARTE MOTION TO CHANGE
THE DESIGNATION OF THEIR TRIAL ATTORNEY**

Plaintiffs respectfully ask for an order changing the designation of their trial attorney. *See* LR 11.2. Whenever a party has more than one attorney, this Court's Local Rules require the party to designate one attorney to be "responsible for the case." *Id.* This lead attorney is called the "Trial Attorney." *Id.* "Designation of the trial attorney may be changed at any time by ex parte motion and order of the court." *Id.*

Plaintiffs' lead counsel is Attorney General Liz Murrill, who was the Solicitor General until recently. Given General Murrill's new and broader role as Attorney General, Plaintiffs ask for an order changing the designation of their trial attorney and lead attorney (as shown on the docket) to Deputy Brungard.

Dated May 5, 2024  Respectfully submitted,

**LIZ MURRILL
ATTORNEY GENERAL**

Elizabeth B. Murrill, T.A. (La #20685)
 Attorney General
*/s/ Morgan Brungard*

1

Morgan Brungard (La #40298)
 Deputy Solicitor General
Tracy Short (La #23940)
 Assistant Chief Deputy Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
MurrillE@ag.louisiana.gov
BrungardM@ag.louisiana.gov
ShortT@ag.louisiana.gov

*Counsel for the State of Louisiana and Plaintiff Parishes*

ASHLEY MOODY
 Attorney General
JAMES H. PERCIVAL*
 Chief of Staff
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

DREW H. WRIGLEY
 Attorney General
PHILIP AXT (ND Bar No. 09585)*
 Solicitor General
North Dakota Attorney General's Office
600 E Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for the State of North Dakota*

2

RAÚL LABRADOR
  Attorney General
THEODORE J. WOLD *
  Solicitor General
OFFICE OF THE IDAHO ATTORNEY GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 999-0910
Email: Theodore.Wold@ag.idaho.gov

*Counsel for State of Idaho*

ALAN WILSON
  South Carolina Attorney General
ROBERT D. COOK
  Solicitor General
J. EMORY SMITH, JR.*
  Deputy Solicitor General
THOMAS T. HYDRICK*
  Assistant Deputy Solicitor General
JOSEPH D. SPATE*
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

RUSSELL COLEMAN
  Attorney General of Kentucky
LINDSEY KEISER*
  Assistant Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Tel: (502) 696-5517

*Counsel for the Commonwealth of Kentucky*

KEN PAXTON
  Attorney General
RALPH MOLINA
  Deputy Attorney General for Legal
  Strategy
SUSANA DOKUPIL*
  Special Counsel, Special Litigation
  Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711
(512) 463-4139
susanna.dokupil@oag.texas.gov

*Counsel for the State of Texas*

3

LYNN FITCH
  Attorney General
JUSTIN L. MATHENY*
  Deputy Solicitor General
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
550 High Street, Suite 1200
Jackson, MS 39201
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

AUSTIN KNUDSEN
  Attorney General
CHRISTIAN B. CORRIGAN*
  Solicitor General
PETER M. TORSTENSEN, JR.*
  Assistant Solicitor General
Montana Department of Justice
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Christian.Corrigan@mt.gov
Peter.Torstensen.@mt.gov

*Counsel for the State of Montana*

**Admitted pro hac vice*

JASON S. MIYARES
  Attorney General
KEVIN M. GALLAGHER*
  Principal Deputy Solicitor General
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*