# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | |

## ORDER GRANTING CHANGE IN DESIGNATION OF THE TRIAL ATTORNEY FOR CERTAIN PLAINTIFFS

The Court has considered Plaintiffs' ex parte motion to change the designation of the Trial Attorney for Plaintiffs from Attorney General Liz Murrill to Deputy Solicitor General Morgan Brungard.

The motion is hereby **GRANTED**. Deputy Brungard is now Plaintiffs' Trial Attorney. The Clerk is directed to change Plaintiffs' "Lead Attorney" designation on the docket to reflect this change.

Signed this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**