# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | |

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**

The Court has considered the Parties' Joint Motion to Modify the Scheduling Order. The Motion is hereby **GRANTED**. The Scheduling Order is **MODIFIED** as follows:

- Defendants Produce the Administrative Record to Plaintiffs:
- Plaintiffs' Motions to Supplement and/or Complete the Administrative Record (if needed):
- Defendants Supplement the Administrative Record (if needed):
- Plaintiffs' and Defendants' Initial Disclosures (if needed):
- Plaintiffs' and Defendants' Expert Disclosures/Written Reports (if needed):
- Plaintiffs' Rebuttal Reports (if needed):
- Close of Discovery:
- Plaintiffs' Motion for Summary Judgment:
- Defendants' Opposition and Cross-Motion for Summary Judgment:
- Plaintiffs' Consolidated Opposition and Reply:
- Defendants' Reply:

- Parties File a Joint Appendix containing all portions of the Administrative Record cited in the Summary Judgment Briefing:

- Trial: **May 5, 2025**

Signed this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**