# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>2:23-CV-01839-DJP-JVM<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

## ORDER GRANTING CHANGE IN DESIGNATION OF THE TRIAL ATTORNEY FOR CERTAIN PLAINTIFFS

The Court has considered Plaintiffs' ex parte motion (R. Doc. 112) to change the designation of the Trial Attorney for Plaintiffs from Attorney General Liz Murrill to Deputy Solicitor General Morgan Brungard.

The motion is hereby **GRANTED**. Morgan Brungard is now Plaintiffs' Trial Attorney. The Clerk is directed to change Plaintiffs' "Lead Attorney" designation on the docket to reflect this change.

New Orleans, Louisiana, this 6th day of May 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**