IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>    *Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Eva J. Dossier |

### JOINT MOTION TO HOLD IN ABEYANCE PRODUCTION OF THE ADMINISTRATIVE RECORD

On May 7, 2024, the Court entered a scheduling order that required Defendants to produce the administrative record in this case and file the certified list of the contents of the record on or before July 26, 2024. *See* Order at 2, ECF No. 117. The Court also ordered Plaintiffs to, on or before September 20, 2024, file either a motion to supplement and/or complete the record or a notice that they do not contest the completeness of the record and set additional deadlines depending on whether Plaintiffs do or do not contest the record's completeness. *Id.*

Over the past weeks, the parties have engaged in negotiations regarding jointly seeking entry of a protective order to cover certain personally identifiable information and confidential information in the administrative record. On July 22, 2024, the parties were able to agree to protect personally identifiable information but not other categories of information in the administrative record. Per the parties' agreement, Defendants, on or before July 26, will file a contested motion asking the Court to grant a protective order. The parties also have agreed to file a joint motion asking the Court to hold in abeyance Defendants' deadline for producing the administrative record pending resolution of Defendants' motion for a protective order. Accordingly, the parties now ask that the Court reset Defendants' deadline for producing the administrative record for fifteen days after the Court resolves

1

Defendants' forthcoming motion for a protective order.

Dated: July 26, 2024                                        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Yoseph T. Desta
YOSEPH T. DESTA
(CA Bar # 332179)
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-3080
Fax: (202) 616-8460
E-mail: yoseph.t.desta@usdoj.gov
*Attorneys for Defendants*


**LIZ MURRILL**
**ATTORNEY GENERAL**

/s/ Morgan Brungard
Morgan Brungard (La #40298)
  Deputy Solicitor General
Tracy Short (La #23940)
  Assistant Chief Deputy Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
BrungardM@ag.louisiana.gov
ShortT@ag.louisiana.gov

*Counsel for the State of Louisiana and Plaintiff Parishes*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Chief of Staff
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*


RAÚL LABRADOR
  Attorney General
THEODORE J. WOLD *
  Solicitor General
OFFICE OF THE IDAHO ATTORNEY GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 999-0910
Email: Theodore.Wold@ag.idaho.gov

*Counsel for State of Idaho*


RUSSELL COLEMAN
  Attorney General of Kentucky
LINDSEY KEISER*
  Assistant Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Tel: (502) 696-5517

*Counsel for the Commonwealth of Kentucky*

3

LYNN FITCH
  Attorney General
JUSTIN L. MATHENY*
  Deputy Solicitor General
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
550 High Street, Suite 1200
Jackson, MS 39201
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*


AUSTIN KNUDSEN
  Attorney General
CHRISTIAN B. CORRIGAN*
  Solicitor General
PETER M. TORSTENSEN, JR.*
  Assistant Solicitor General
Montana Department of Justice
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Christian.Corrigan@mt.gov
Peter.Torstensen.@mt.gov

*Counsel for the State of Montana*


DREW H. WRIGLEY
  Attorney General
PHILIP AXT (ND Bar No. 09585)*
  Solicitor General
North Dakota Attorney General's Office
600 E Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for the State of North Dakota*

4

ALAN WILSON
  South Carolina Attorney General
J. EMORY SMITH, JR.*
  Deputy Solicitor General
THOMAS T. HYDRICK*
  Assistant Deputy Solicitor General
JOSEPH D. SPATE*
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*


KEN PAXTON
  Attorney General
RALPH MOLINA
  Deputy Attorney General for Legal
  Strategy
RYAN WALTERS
  Division Chief, Special Litigation Division
SUSANNA DOKUPIL*
  Special Counsel, Special Litigation
  Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711
(512) 463-4139
susanna.dokupil@oag.texas.gov

*Counsel for the State of Texas*


JASON S. MIYARES
  Attorney General
KEVIN M. GALLAGHER*
  Principal Deputy Solicitor General
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*
*\*Admitted pro hac vice*

5