IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>    *Defendants*. | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Eva J. Dossier |

**ORDER**

Considering the parties' Joint Motion to Hold in Abeyance Production of the Administrative Record:

**IT IS ORDERED THAT** the parties' joint motion is hereby **GRANTED**, and that the deadlines the Court set it in its May 7, 2024, order (ECF No. 117) are hereby held in abeyance. Defendants' deadline for producing the administrative record and filing the certified list of the contents of the record is set for fifteen days after the Court resolves Defendants' motion for a protective order.

New Orleans, Louisiana, this _____ day of _____ , 2024.

_____
DARREL J. PAPILLION
United States District Judge

1