## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| THE STATE OF LOUISIANA *et al.,*<br><br>     *Plaintiffs,*<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.,*<br><br>     *Defendants.* | Action No. 2:23-CV-01839-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Eva J. Dossier |

### DEFENDANTS' MOTION TO ENTER PROTECTIVE ORDER

Defendants respectfully request that the Court enter their proposed protective order, attached to this Motion, to protect confidential information in the administrative record in this case. As explained in the Memorandum accompanying this motion, good cause exists to protect this information from third-party disclosure.

Dated: July 26, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
(CA Bar # 332179)
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-3080

Fax: (202) 616-8460
E-mail: yoseph.t.desta@usdoj.gov

*Attorneys for Defendants*