**EXHIBIT B**

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**CERTIFICATE OF GOOD STANDING**

I, LYLE W. CAYCE, Clerk of this Court, certify that **Monroe David Bryant, Jr.** was duly admitted to practice in this Court on May 16, 2022, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on August 19, 2024

*Lyle W. Cayce*
LYLE W. CAYCE
Clerk

By: *Sabrina B. Short*
Sabrina B. Short
Deputy Clerk

**A True Copy
Certified Aug 19, 2024**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**