**EXHIBIT A**

United States District Court
Eastern District of Louisiana

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br>  Plaintiffs,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>  Defendants. | No. 2:23-cv-1839-DJP-JVM<br><br>Judge Darrel James Papillon<br><br>Magistrate Judge Janis Van Meerveld |

### DECLARATION OF MUNERA AL-FUHAID IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

1. My name is Munera Al-Fuhaid. I am Special Counsel for the Special Litigation Division of the Office of the Attorney General of Texas.

2. I am not a member of the Louisiana bar, nor am I eligible for admission under Local Rule 83.2.1 for admission to the Court's bar.

3. I am admitted to practice law in Texas and am a member in good standing of the State Bar of Texas. A certificate of my good standing with the U.S. Court of Appeals for the Fifth Circuit is attached.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's local rules.

I declare under the penalty of perjury that each statement in this declaration is true and correct to the best of my knowledge and information. I solemnly swear that I will conduct myself as an attorney and counselor of this Court uprightly and according to law and that I will support the Constitution of the United States.

Dated August 19, 2024.

*/s/ Munera Alfuhaid*
Munera Al-Fuhaid
Special Counsel