**EXHIBIT B**

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**CERTIFICATE OF GOOD STANDING**

I, LYLE W. CAYCE, Clerk of this Court, certify that **Munera Al-Fuhaid** was duly admitted to practice in this Court on April 24, 2019, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on August 19, 2024

_Lyle W. Cayce_
LYLE W. CAYCE
Clerk

By: _Sabrina B. Short_
Sabrina B. Short
Deputy Clerk

**A True Copy**
**Certified Aug 19, 2024**

_Lyle W. Cayce_
**Clerk, U.S. Court of Appeals, Fifth Circuit**