**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM |
| Plaintiff, | |
| v. | JUDGE DARREL JAMES PAPILLION |
| | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| DEPARTMENT OF HOMELAND SECURITY, *et al.,* | |
| Defendants. | |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Munera Al-Fuhaid has declared that she is a member in good standing of the bar of the State of Texas and that her contact information is as follows:

Munera Al-Fuhaid
Special Counsel
Texas Bar No. 24094501
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 936-2172
Munera.Al-Fuhaid@oag.texas.gov

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Texas in the above captioned matter in the United States District Court for the Eastern District of Louisiana.

This ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE