UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-1839 |
| DEPARTMENT OF HOMELAND SECURITY, ET AL. | SECTION: "P" (3) |

## ORDER SETTING ORAL ARGUMENT

**IT IS ORDERED** that oral argument on Defendants' Motion for Protective Order (Rec. Doc. 119) will be held on **Tuesday, September 10, 2024**, at **2:00 p.m.**, before Magistrate Judge Eva J. Dossier, Courtroom B-305, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this 20th day of August, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

***The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*