IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> *Defendants*. | Action No. 2:23-CV-01839 <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Eva J. Dossier |

## JOINT MOTION REQUESTING TELEPHONIC ACCESS TO ORAL ARGUMENT SET FOR SEPTEMBER 10, 2024

The parties respectfully request that the Court provide telephonic access to the September 10, 2024, oral argument set for Defendants' Motion for Protective Order. *See* Order Setting Oral Arg., ECF No. 124. Undersigned counsel for both parties will be attending the oral argument in person, but agency counsel for Defendants and party representatives for Plaintiffs (including those Plaintiffs that were dismissed and intend to appeal that decision when the appropriate time comes) will need to attend remotely. Plaintiff representatives intended to attend in person but now, with the upcoming hurricane, are preparing their respective locations for the storm and so are no longer to attend in person. The parties therefore respectfully request permission for agency counsel and Plaintiff party representatives to attend the argument by telephone, using dial-in information provided by the Court.

Dated: September 9, 2024                       Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Yoseph T. Desta*
YOSEPH T. DESTA
(CA Bar # 332179)
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-3080
Fax: (202) 616-8460
E-mail: yoseph.t.desta@usdoj.gov

*Attorneys for Defendants*


LIZ MURRILL
ATTORNEY GENERAL

*/s/ Morgan Brungard*
Morgan Brungard (La #40298)
  Deputy Solicitor General
Tracy Short (La #23940)
  Assistant Chief Deputy Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
BrungardM@ag.louisiana.gov
ShortT@ag.louisiana.gov

*Counsel for the State of Louisiana and Plaintiff Parishes*


ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL
  Chief of Staff
Office of the Attorney General

2

The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*


RAÚL LABRADOR
  Attorney General
THEODORE J. WOLD
  Solicitor General
OFFICE OF THE IDAHO ATTORNEY
GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 999-0910
Email: Theodore.Wold@ag.idaho.gov

*Counsel for State of Idaho*


RUSSELL COLEMAN
  Attorney General of Kentucky
LINDSEY KEISER
  Assistant Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Tel: (502) 696-5517

*Counsel for the Commonwealth of Kentucky*


LYNN FITCH
  Attorney General
JUSTIN L. MATHENY
  Deputy Solicitor General
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
550 High Street, Suite 1200
Jackson, MS 39201
(601) 359-3680

3

justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*


AUSTIN KNUDSEN
  Attorney General
CHRISTIAN B. CORRIGAN
  Solicitor General
PETER M. TORSTENSEN, JR.
  Assistant Solicitor General
Montana Department of Justice
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Christian.Corrigan@mt.gov
Peter.Torstensen.@mt.gov

*Counsel for the State of Montana*


DREW H. WRIGLEY
  Attorney General
PHILIP AXT (ND Bar No. 09585)
  Solicitor General
North Dakota Attorney General's Office
600 E Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for the State of North Dakota*


ALAN WILSON
  South Carolina Attorney General
J. EMORY SMITH, JR.
  Deputy Solicitor General
THOMAS T. HYDRICK
  Assistant Deputy Solicitor General
JOSEPH D. SPATE
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127

4

thomashydrick@scag.gov

*Counsel for the State of South Carolina*


KEN PAXTON
  Attorney General
RALPH MOLINA
  Deputy Attorney General for Legal
  Strategy
RYAN WALTERS
  Division Chief, Special Litigation Division
SUSANNA DOKUPIL
  Special Counsel, Special Litigation
  Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711
(512) 463-4139
susanna.dokupil@oag.texas.gov

*Counsel for the State of Texas*


JASON S. MIYARES
  Attorney General
KEVIN M. GALLAGHER*
  Principal Deputy Solicitor General
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

5