UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-1839 |
| DEPARTMENT OF HOMELAND SECURITY, ET AL. | SECTION: "P" (3) |

### ORDER RESCHEDULING ORAL ARGUMENT

**IT IS ORDERED** that the oral argument for Defendants' Motion for Protective Order (Doc. 119), set for Tuesday, September 10, 2024, at 2:00 p.m., is hereby **RESCHEDULED** to **Tuesday, September 24, 2024,** at **2:00 p.m.**, before the undersigned magistrate judge, Courtroom, B-305, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

**IT IS FURTHER ORDERED** that the Joint Motion to Participate in Oral Argument Telephonically, R. Doc. 128, is **DENIED AS MOOT**.

New Orleans, Louisiana, this 9th day of September, 2024.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

---

\*\*\**The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*