MINUTE ENTRY
DOSSIER, M.J.
September 10, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-1839 |
| DEPARTMENT OF HOMELAND SECURITY, ET AL. | SECTION "P" (3) |

A telephone status conference was held on Tuesday, September 10, 2024.

PRESENT FOR:

    *Plaintiffs:* Morgan Brungard

    *Defendants:* Yoseph T. Desta

The parties discussed the scheduled oral argument on the Defendants' Motion for the Entry of a Protective Order, R. Doc. 119. With the consent of all parties;

**IT IS ORDERED** that the oral argument hearing, previously set for September 24, 2024, is hereby **CANCELLED**. The Motion for Entry of a Protective Order will be taken under advisement on the briefs.

                                                        EVA J. DOSSIER
                                        UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:09