# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 2:23-CV-01839 <br><br> JUDGE DARREL PAPILLION <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

## PLAINTIFFS' MOTION TO ENROLL ADDITIONAL COUNSEL

Under Local Civil Rule 83.2.12(A), Plaintiff the State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations[1] move the Court for an order enrolling Zachary Faircloth (La #39875) as their additional counsel of record.

---

[1] Acadia Parish; Ascension Parish; Assumption Parish; Avoyelles Parish; Bossier Parish; Caldwell Parish; Cameron Parish; Catahoula Parish; Claiborne Parish; Concordia Parish; East Baton Rouge Parish; East Feliciana Parish; Evangeline Parish; Franklin Parish; Grant Parish; Iberville Parish; Jackson Parish; Jefferson Parish; Jefferson Davis Parish; Lafayette Parish; Lafourche Parish; Livingston Parish; Madison Parish; Orleans Parish; Plaquemines Parish; St. Bernard Parish; St. Charles Parish; St. Helena Parish; St. James Parish; St. John the Baptist Parish; St. Landry Parish; St. Mary Parish; St. Tammany Parish; Tangipahoa Parish; Tensas Parish; Terrebonne Parish; Vermillion Parish; Vernon Parish; Washington Parish; Webster Parish; West Baton Rouge Parish; West Feliciana Parish;  Winn Parish; Bossier Levee District; Fifth Louisiana Levee District; Grand Isle Independent Levee District; Lafourche Basin Levee District; North Lafourche Conservation, Levee and Drainage District; Ponchartrain Levee District; Southeast Louisiana Flood Protection Authority–East; Southeast Louisiana Flood Protection Authority–West; South Lafourche Levee District; St. Mary Levee District; Terrebonne Levee & Conservation District; East Ascension Consolidated Gravity Drainage District No. 1; Association of Levee Boards of Louisiana; Grand Isle Town; and Jean Lafitte Town.

Dated: September 9, 2024          Respectfully submitted,

                                           Elizabeth Murrill
                                           Attorney General of Louisiana

                                           */s/ Morgan Brungard*
                                           Morgan Brungard (La #40298)
                                             Deputy Solicitor General
                                           Zachary Faircloth (La # 39875)
                                             Principal Deputy Solicitor General
                                           Tracy Short (La #23940)
                                             Assistant Chief Deputy Attorney
                                             General
                                           LOUISIANA DEPARTMENT OF JUSTICE
                                           ATTORNEY GENERAL'S OFFICE
                                           1885 N. 3rd St.
                                           Baton Rouge, LA 70802
                                           (225) 326-6705
                                           BrungardM@ag.louisiana.gov
                                           ShortT@ag.louisiana.gov
                                           FairclothZ@ag.louisiana.gov

                                           *Counsel for the State of Louisiana and*
                                           *Plaintiff Parishes*

## CERTIFICATE OF SERVICE

On September 19, 2024, I caused this document to be served electronically on counsel of record for Defendants by filing the document using the CM/ECF system.

                                                   /s/ MorganBrungard
                                                   MORGAN BRUNGARD
                                                   Deputy Solicitor General