# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 2:23-CV-01839 <br><br> JUDGE DARREL PAPILLION <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

## ORDER

Considering the Motion to Enroll Additional Counsel filed by Plaintiff the State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations;

**IT IS ORDERED** that the Motion is **GRANTED**. Zachary Faircloth is **ENROLLED** as additional counsel for Plaintiff the State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**