UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: "P" (3)** |

## ORDER

Before the Court is a Motion to Enroll Additional Counsel (R. Doc. 131) filed by Plaintiff State of Louisiana, Plaintiff Parishes, Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, and Plaintiff Associations[1]. But on March 28, 2024, the Court dismissed without prejudice all claims brought by the Plaintiff Parishes (except St. Tammany Parish, Livingston Parish, and Washington Parish), Plaintiff Municipalities, Plaintiff Levee Districts, Plaintiff Drainage Districts, Plaintiff Associations.[2] Accordingly, of the plaintiffs on whose behalf Zachary Faircloth seeks to enroll as additional counsel of record, only the Plaintiff State of Louisiana and St. Tammany Parish, Livingston Parish, and Washington Parish remain parties to this litigation. The Court therefore orders as follows:

**IT IS ORDERED** that the motion (R. Doc. 131) is **GRANTED** as to the State of Louisiana, St. Tammany Parish, Livingston Parish, and Washington Parish;

---

[1] Acadia Parish; Ascension Parish; Assumption Parish; Avoyelles Parish; Bossier Parish; Caldwell Parish; Cameron Parish; Catahoula Parish; Claiborne Parish; Concordia Parish; East Baton Rouge Parish; East Feliciana Parish; Evangeline Parish; Franklin Parish; Grant Parish; Iberville Parish; Jackson Parish; Jefferson Parish; Jefferson Davis Parish; Lafayette Parish; Lafourche Parish; Livingston Parish; Madison Parish; Orleans Parish; Plaquemines Parish; St. Bernard Parish; St. Charles Parish; St. Helena Parish; St. James Parish; St. John the Baptist Parish; St. Landry Parish; St. Mary Parish; St. Tammany Parish; Tangipahoa Parish; Tensas Parish; Terrebonne Parish; Vermillion Parish; Vernon Parish; Washington Parish; Webster Parish; West Baton Rouge Parish; West Feliciana Parish; Winn Parish; Bossier Levee District; Fifth Louisiana Levee District; Grand Isle Independent Levee District; Lafourche Basin Levee District; North Lafourche Conservation, Levee and Drainage District; Ponchartrain Levee District; Southeast Louisiana Flood Protection Authority–East; Southeast Louisiana Flood Protection Authority–West; South Lafourche Levee District; St. Mary Levee District; Terrebonne Levee & Conservation District; East Ascension Consolidated Gravity Drainage District No. 1; Association of Levee Boards of Louisiana; Grand Isle Town; and Jean Lafitte Town.

[2] *See* R. Doc. 100.

**IT IS FURTHER ORDERED** that Zachary Faircloth is hereby **ENROLLED** as additional counsel of record for the State of Louisiana, St. Tammany Parish, Livingston Parish, and Washington Parish.

New Orleans, Louisiana, this 20th day of September 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**