UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO. 2:23-CV-01839<br><br>JUDGE DARREL PAPILLION<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

**MOTION FOR *PRO HAC VICE* ADMISSION**

In accordance with the Local Rules of the United States District Court for the Eastern District of Louisiana, I, Morgan Brungard hereby move this Court for an Order authorizing Sean M. Corkery to practice *pro hac vice* as counsel for Plaintiffs, The State of Idaho, in the above-captioned matter.

Pursuant to the Local Rules, the following documents are attached:

1. Declaration of Sean M. Corkery in support of Motion for Admission Pro Hac Vice, Exhibit A;

2. Certificate of Good Standing for Sean M. Corkery from Idaho Supreme Court, Exhibit B;

3. Mr. Corkery's completed Consent to Electronic Filing Form, Exhibit C; and

4. Proposed Order

Dated: October 15, 2024

1

Respectfully submitted.

LIZ MURRILL
ATTORNEY GENERAL

/s/ *Morgan Brungard*
Morgan Brungard (#40298)
Deputy Solicitor General
Tracy Short (#23940)
Assistant Chief Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 999-6864
Email: BrungardM@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on October 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

/s/ *Morgan Brungard*
Morgan Brungard

2