UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO. 2:23-CV-01839<br><br>JUDGE DARREL PAPILLION<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

**ORDER FOR ADMISSION PRO HAC VICE**

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Sean M. Corkery has declared that he is a member in good standing of the bar of Idaho and that his contact information is as follows:

　　Firm Name: Office of the Attorney General State of Idaho
　　Firm Address: P.O. Box 83720 Boise, ID 83720
　　Telephone: 208-947-8775

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff the State of Idaho in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

　　This ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE
