## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM |
| Plaintiff, | |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.,* | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | |

### NOTICE OF PLAINTIFFS' OBJECTIONS TO
### THE MAGISTRATE JUDGE'S ORDER AND REASONS

On September 30, 2024, the Magistrate Judge issued an Order and Reasons granting Defendants' motion for a protective order. *See* ECF No. 133. Federal Rule of Civil Procedure 72 provides that Plaintiffs "may serve and file objections" to that Order "within 14 days after being served with a copy" and that they "may not assign as error a defect in the order not timely objected to." Fed. R. Civ. Pro 72(a).

Plaintiffs hereby notice (and thus preserve) their objections to that Order (ECF No. 133). *See Esquivel v. Kendrick*, No. 22-50979, 2023 WL 5584168, at *3 (5th Cir. Aug. 29, 2023). Specifically, Plaintiffs object to the Order's holdings that (1) Federal Rule of Civil Procedure 26(c) "authorizes courts" to grant protective orders in cases brought under the Administrative Procedures Act (APA) and (2) the question whether FEMA has a statutory obligation under 42 U.S.C. § 4020 to disclose the flood modeling that it purchased from third-party vendors is "intertwined with the merits" and therefore "premature for consideration" at this confidentiality stage. *Id.* at 2–3.

1

In the interest of judicial economy, however, Plaintiffs will forego full briefing and "clear error" review of the Magistrate Judge's Order. Instead, Plaintiffs will raise their objections to keeping the models "confidential" through the mechanism provided by the Protective Order itself. *See* Protective Order, ECF No. 134 (providing a "procedure" for "any party" to "challenge" the "designation of any material or document as Confidential Information"). That way, when Plaintiffs object to the designation of the models as "Confidential Information," which they will do, the Court can review those models in camera to decide whether they fall within the scope of Section 4020. Plaintiffs believe that having concrete models in hand—rather than a theoretical discussion about what those models may or may not entail—will promote efficiency for everyone involved.

In fact, Defendants agree. They have made clear that they will designate any and all third-party flood models and maps as confidential when they produce the administrative record. *See* ECF No. 119-1 at 7 (explaining the "administrative record contains" "several" "actuarial and risk model[s]"). They also have made clear that they believe the proper mechanism for Plaintiffs to dispute the confidentiality of those models is through the mechanism provided by the Protective Order. *See id.* at 12 ("Plaintiffs will have the opportunity to challenge any confidentiality designations that they dispute, per the terms of Defendants' proposed protective order." (collecting cases)). And because today is Defendants' deadline for producing the administrative record, Plaintiffs soon will begin that process. *See* Protective Order, ECF No. 134

(requiring "[a] party challenging the designation of Confidential Information" to "begin the process by conferring directly with counsel for the designating party").

Plaintiffs, thus, file this notice to preserve all their objections to the Magistrate Judge's Order (ECF No. 133) and to explain that, for efficiency reasons, they will raise their objections through the mechanism provided by the Protective Order (ECF No. 134) itself.

Dated: October 15, 2024

Respectfully submitted,

Elizabeth Murrill
Attorney General of Louisiana

*/s/ Morgan Brungard*
Morgan Brungard (La #40298)
 Deputy Solicitor General
Zachary Faircloth (La #39875)
 Principal Deputy Solicitor General
Tracy Short (La #23940)
 Assistant Chief Deputy Attorney
 General
LOUISIANA DEPARTMENT OF
JUSTICE
ATTORNEY GENERAL'S OFFICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6705
BrungardM@ag.louisiana.gov
ShortT@ag.louisiana.gov

*Counsel for the State of Louisiana and Plaintiff Parishes*

AUSTIN KNUDSEN
 Attorney General
CHRISTIAN B. CORRIGAN*
 Solicitor General
PETER M. TORSTENSEN, JR.*
 Deputy Solicitor General

ASHLEY MOODY
 Attorney General
JAMES H. PERCIVAL*
 Chief of Staff
Office of the Attorney General
The Capitol, PL-01

Montana Department of Justice
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Christian.Corrigan@mt.gov
Peter.Torstensen.@mt.gov

*Counsel for the State of Montana*


DREW H. WRIGLEY
  Attorney General
PHILIP AXT (ND Bar No. 09585)*
  Solicitor General
North Dakota Attorney General's Office
600 E Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for the State of North Dakota*


ALAN WILSON
  South Carolina Attorney General
J. EMORY SMITH, JR.*
  Deputy Solicitor General
THOMAS T. HYDRICK*
  Assistant Deputy Solicitor General
JOSEPH D. SPATE*
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*


KEN PAXTON
  Attorney General
RALPH MOLINA
  Deputy Attorney General for Legal
  Strategy

Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*


RAÚL R. LABRADOR
  Attorney General
SEAN M. CORKERY*
  Assistant Solicitor General
700 W. Jefferson St., Suite 210,
PO Box 83720
Boise, Idaho 83720
(208) 334-2400
Jack.Corkery@ag.idaho.gov

*Counsel for the State of Idaho*


RUSSELL COLEMAN
  Attorney General of Kentucky
LINDSEY KEISER*
  Assistant Attorney General
Kentucky Office of the Attorney
General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Tel: (502) 696-5517

*Counsel for the Commonwealth of Kentucky*


LYNN FITCH
  Attorney General
JUSTIN L. MATHENY*
  Deputy Solicitor General
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
550 High Street, Suite 1200
Jackson, MS 39201
(601) 359-3680

4

RYAN WALTERS
  Division Chief, Special Litigation
  Division
SUSANNA DOKUPIL*
  Special Counsel, Special Litigation
  Division
MUNERA AL-FUHAID*
  Special Counsel, Special Litigation
  Division
DAVID BRYANT*
  Senior Special Counsel, Special
  Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711
(512) 463-4139
susanna.dokupil@oag.texas.gov

*Counsel for the State of Texas*


JASON S. MIYARES
  Attorney General
KEVIN M. GALLAGHER*
  Principal Deputy Solicitor General
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of
Virginia*

justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

On October 15, 2024, I caused this document to be served electronically on counsel of record for Defendants by filing the document using the CM/ECF system.

/s/ MorganBrungard
MORGAN BRUNGARD
Deputy Solicitor General