UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Eva J. Dossier |

### **CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Jeffrey Jackson, certify as follows:

1. I am the Acting Assistant Administrator for the Federal Insurance Directorate (FID), which is housed within the Federal Emergency Management Agency (FEMA), a component agency of the Department of Homeland Security. I have held this position since August 2024. I previously served as the Deputy Assistant Administrator for FID from June 2020 to July 2024, and I have been permanently employed at FEMA since 2016.

2. In this role, I lead flood insurance operations for the National Flood Insurance Program (NFIP) at FEMA.

3. The facts attested to herein are based on my personal knowledge or on information made available to me in the course of my official duties.

4. I certify that, to the best of my knowledge and based on the information presented to me, the materials described in the accompanying list of the contents of the administrative record constitute a true, correct, and complete copy of the materials that were directly or indirectly considered

by FEMA decision makers in connection with FEMA's development of the NFIP's pricing approach, Risk Rating 2.0, https://www.fema.gov/flood-insurance/risk-rating.

5. In accordance with 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: October 15, 2024

_____
Jeffrey Jackson
Acting Assistant Administrator
Federal Insurance Directorate
Federal Emergency Management Agency