# CERTIFIED INDEX TO ADMINISTRATIVE RECORD
*Louisiana et al., v. Dep't of Homeland Sec. et al.,* No. 2:23-CV-01839 (E.D. La.)

Defendants have electronically provided to Plaintiffs Bates-stamped copies of all non-technical-format documents in the administrative record. The index below organizes these records by file type, and then chronologically by year for each file type. Defendants present the certified index in this fashion because the record constitutes thousands of documents; listing each record document thus would have been unduly voluminous and cumbersome. Defendants have separately provided Plaintiffs with an Excel spreadsheet that, for each record file type category, lists each document and its Bates number.

Defendants have separately provided to Plaintiffs technical record data on three hard drives. Defendants have also provided to Plaintiffs an Excel spreadsheet listing each of the thousands of technical-formatted, proprietary documents as well as Personally Identifiable Information (PII) contained on the three hard drives. All the information on the hard drives is proprietary information and PII utilized to develop, analyze, and test the rates prior to full implementation. Defendants are thus providing these hard drives subject to the Protective Order entered by the Court on October 1, 2024 (ECF Nos. 133, 134).

| **PDF Documents** | |
| --- | --- |
| **Year** | **Bates Range** |
| Pre-2016 | 00000001-00023993 |
| 2016 | 00023994-00027595 |
| 2017 | 00027596-00034967 |
| 2018 | 00034968-00068107 |
| 2019 | 00068108-00102174 |
| 2020 | 00102175-00171751 |
| 2021 | 00171752-00185168 |
| 2022 | 00185169-00194984 |
| Post-2022 | 00194985-00207109 |
| Unknown | 00207110-00212125 |

| **Word Documents** | |
| --- | --- |
| **Year** | **Bates Range** |
| Pre-2016 | 00212126-00212205 |
| 2016 | 00212206-00212275 |
| 2017 | 00212276-00212435 |
| 2018 | 00212436-00213254 |
| 2019 | 00213255-00214020 |
| 2020 | 00214021-00214493 |
| 2021 | 00214494-00222199 |
| 2022 | 00222200-00224034 |
| Post-2022 | 00224035-00224091 |
| Unknown | 00224092-00224259 |

| Spreadsheets | |
|---|---|
| Year | Bates Range |
| Pre-2016 | 00224260-00224280 |
| 2016 | 00224281-00224290 |
| 2017 | 00224291-00224506 |
| 2018 | 00224507-00225243 |
| 2019 | 00225244-00226622 |
| 2020 | 00226623-00227391 |
| 2021 | 00227392-00230737 |
| 2022 | 00230738-00230836 |
| Post-2022 | 00230837-00230869 |
| Unknown | 00230870-00231090 |

| Text Documents | |
|---|---|
| Year | Bates Range |
| Pre-2016 | 00231091-00231116 |
| 2016 | 00231117-00231180 |
| 2017 | 00231181-00231446 |
| 2018 | 00231447-00232952 |
| 2019 | 00232953-00233224 |
| 2020 | 00233225-00233253 |
| 2021 | 00233254-00233262 |
| Post-2022 | 00233263-00233264 |
| Unknown | 00233265-00233270 |

| Powerpoints | |
|---|---|
| Year | Bates Range |
| Pre-2016 | 00233271-00233436 |
| 2016 | 00233437-00233481 |
| 2017 | 00233482-00233982 |
| 2018 | 00233983-00234849 |
| 2019 | 00234850-00235869 |
| 2020 | 00235870-00236858 |
| 2021 | 00236859-00247174 |
| 2022 | 00247175-00249592 |
| Post-2022 | 00249593-00249830 |
| Unknown | 00249831-00250669 |

| Images | |
|---|---|
| Year | Bates Range |
| Pre-2016 | 00250670-00250701 |
| 2017 | 00250702-00251155 |
| 2018 | 00251156-00251215 |
| 2019 | 00251216-00252211 |
| 2020 | 00252212-00254045 |
| 2021 | 00254046-00254053 |

| | |
|---|---|
| 2022 | 00254054-00254055 |
| Post-2022 | 00254056-00254060 |
| Unknown | 00254061-00255668 |

| Other Miscellaneous File Types ||
|---|---|
| **Year** | **Bates Range** |
| 2018 | 00255669 |
| 2019 | 00255670-00257396 |
| 2020 | 00257397-00258170 |
| 2021 | 00258171 |
| 2022 | 00258172 |
| Post-2022 | 00258173 |
| Unknown | 00258174-00258179 |