# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 2:23-CV-01839<br><br>JUDGE DARREL PAPILLION<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

## ORDER FOR ADMISSION PRO HAC VICE

Before the Court is the motion for admission to practice *pro hac vice* (R. Doc. 135) filed on behalf of Plaintiff, the State of Idaho.

Applicant Sean M. Corkery has declared that he is a member in good standing of the bar of Idaho and that his contact information is as follows:

Firm Name: Office of the Attorney General State of Idaho
Firm Address: P.O. Box 83720 Boise, ID 83720
Telephone: 208-947-8775

IT IS HEREBY ORDERED that the motion is GRANTED, and the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff the State of Idaho in the above-captioned matter in the United Stated District Court for the Eastern District of Louisiana.

New Orleans, Louisiana, this 16th day of October 2024.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE