## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL JAMES PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | |

### MOTION FOR *PRO HAC VICE* ADMISSION

In accordance with the Local Rules of the United States District Court for the Eastern District of Louisiana, I, Morgan Brungard, hereby move this Court for an Order authorizing Tyler Green to practice *pro hac vice* as counsel for Plaintiffs, The State of Louisiana, in the above-captioned matter.

Pursuant to the Local Rules, the following documents are attached:

1. Declaration of Tyler Green in support of Motion for Admission Pro Hac Vice, Exhibit A;

2. Certificate of Good Standing for Tyler Green from the State of Utah, Exhibit B;

3. Mr. Green's completed Consent to Electronic Filing Form, Exhibit C; and

4. Proposed Order

Dated: October 21, 2024

Respectfully submitted

 /s/ *Morgan Brungard*
 Morgan Brungard (#40298)
  Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6705
Email: brungardm@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 21st day of October, 2024.

/s/ *Morgan Brungard*

Morgan Brungard (#40298)
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6705
Email: brungardm@ag.louisiana.gov