## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL JAMES PAPILLION <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Tyler Green has declared that he is a member in good standing of the bar of the Utah and that his contact information is as follows:

Firm Name: Consovoy McCarthy
Firm Address: 222 S. Main Street, 5th Floor, Salt Lake City, UT 84101
Telephone: 703-243-9423

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Louisiana in the above captioned matter in the United Stated District Court for the Eastern District of Louisiana.

This ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE