**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STATE OF LOUISIANA, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: "P" (3)** |

**ORDER**

Considering the foregoing Motion for *Pro Hac Vice* Admission (R. Doc. 139),

**IT IS ORDERED** that the motion is **GRANTED**, and Tyler Green is admitted *pro hac vice* as additional counsel of record for Plaintiff, State of Louisiana, in the above-captioned matter.

New Orleans, Louisiana, this 22nd day of October 2024.

**DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE**