UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, ET AL.,<br>    *PLAINTIFFS*,<br>V.<br>DEPARTMENT OF HOMELAND SECURITY,<br>ET AL.,<br>    *DEFENDANTS*. | NO. 2:23-CV-1839-DJP-JVM<br><br>JUDGE DARREL JAMES PAPILLON<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

**PLAINTIFF STATE OF TEXAS'S MOTION TO WITHDRAW ATTORNEY**

Plaintiff the State of Texas files this Motion to Withdraw Susanna Dokupil as its attorney in this matter.

Ms. Dokupil has been elected as Justice for the First Court of Appeals and will be leaving her position with the Office of the Attorney General of Texas. Texas respectfully requests that she be withdrawn as their counsel. Texas will continue to be represented by David Bryant and Munera Al-Fuhaid, as listed below. This withdrawal will not delay any proceedings.

1

Dated: December 9, 2024                                Respectfully submitted.

Elizabeth B. Murrill                                   */s/ Susanna Dokupil*
Attorney General of Louisiana                          **SUSANNA DOKUPIL**
                                                       Special Counsel
Morgan Brungard (La #40298)                            Tx. State Bar No. 24034419
Deputy Solicitor General

Zachary Faircloth (La #39875)                          **DAVID BRYANT**
Principal Solicitor General                            Senior Special Counsel
                                                       Tx. State Bar No. 03281500

Tracy Short (#23940)                                   **MUNERA AL-FUHAID**
Assistant Chief Deputy Attorney General                Special Counsel
                                                       Tx. State Bar No. 24094501

OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE                         **OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
P.O. Box 94005                                          P.O. Box 12548, Capitol Station
Baton Rouge, Louisiana 70804                            Austin, Texas 78711-2548
Telephone: (225) 326-6766                               (512) 463-2100
BrungardM@ag.louisiana.gov                              Susanna.Dokupil@oag.texas.gov
ShortT@ag.louisiana.gov                                 David.Bryant@oag.texas.gov
FairclothZ@ag.louisiana.gov                             Munera.Al-Fuhaid@oag.texas.gov

*Counsel for the State of Louisiana and*                *Counsel for the State of Texas*
*Plaintiff Parishes*


## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 9, 2024, and that all counsel of record were served by CM/ECF.

*/s/ Susanna Dokupil*
**SUSANNA DOKUPIL**

2