UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, ET AL., <br>    *PLAINTIFFS*, <br> V. <br> DEPARTMENT OF HOMELAND SECURITY, ET AL., <br>    *DEFENDANTS*. | NO. 2:23-CV-1839-DJP-JVM <br><br> JUDGE DARREL JAMES PAPILLON <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

**[PROPOSED] ORDER**

On this date, the Court considered Plaintiff State of Texas's Motion to Withdraw Susanna Dokupil. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that Susanna Dokupil is hereby withdrawn as counsel of record.

SO ORDERED and SIGNED this _____ day of _____, 2024.

                                                                                 _____
                                                                                   DARREL JAMES PAPILLION
                                                                 UNITED STATES DISTRICT JUDGE