# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL.** | **SECTION: "P" (3)** |

## ORDER

Considering the foregoing Motion to Withdraw Attorney (R. Doc. 141) filed on behalf of Plaintiff State of Texas,

**IT IS ORDERED** that the motion is **GRANTED**, and Susanna Dokupil is hereby **WITHDRAWN** as counsel of record for Plaintiff State of Texas in the above-captioned matter.

New Orleans, Louisiana, this 10th day of December 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**