# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiff*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. 2:23-CV-01839 <br><br> JUDGE DARREL JAMES PAPILLION <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

**DECLARATION OF CALEB STEPHENS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Caleb Stephens, declare:

1. I am an attorney with the Florida Office of the Attorney General in Tallahassee, Florida.

2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing of the Florida state bar. A certificate of my good standing with the Florida Bar is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: January 9, 2025

*Caleb Stephens*