UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO. 2:23-CV-01839<br><br>JUDGE DARREL JAMES PAPILLON<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

**ORDER FOR ADMISSION PRO HAC VICE**

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Caleb Anthony Stephens has declared that he is a member in good standing of the bar of the State of Florida; and that his contact information is as follows:

| | |
|---|---|
| Firm Name: | Office of the Florida Attorney General |
| Firm Address: | PL-01 the Capitol |
| | Tallahassee, FL 32399 |
| Telephone: | 850-414-3300 |

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Florida, in the above

captioned matter in the United States District Court for the Eastern District of Louisiana.

This ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE