UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. 2:23-CV-01839 <br><br> JUDGE DARREL JAMES PAPILLION <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

## PLAINTIFF'S MOTION TO WITHDRAW JAMES H. PERCIVAL AS COUNSEL

Pursuant to Local Civil Rule 83.2.11, Plaintiff State of Florida, respectfully moves to withdraw James Hamilton Percival as counsel for Plaintiff State of Florida due to his departure from the Florida Attorney General's office. Plaintiff State of Florida continues to be represented by Caleb A. Stephens. This withdrawal will not delay any proceedings.

Dated: January 16, 2025

                                                   _/s/ James H. Percival_
                                                   James H. Percival
                                                   CHIEF OF STAFF

                                                   STATE OF FLORIDA
                                                   Office of the Attorney General
                                                   The Capitol, Pl-01
                                                   Tallahassee, Florida 32399-1050
                                                   (850) 414-3300
                                                   (850) 410-2672 (fax)
                                                   james.percival@myfloridalegal.com

                                                   *Counsel for the Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th of January 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ James H. Percival*
James H. Percival