## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br><br>    *Defendants*. | CIVIL ACTION NO. 2:23-CV-01839<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

## <u>ORDER</u>

Pending before the Court is a Motion to Withdraw Counsel of Plaintiff State of Florida. This Court is of the opinion that said motion should be GRANTED. It is therefore ORDERED that James Hamilton Percival be allowed to withdraw and is withdrawn as attorney of record for Plaintiff State of Florida in the above referenced matter

This ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE