UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiff*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. 2:23-CV-01839 <br><br> JUDGE DARREL JAMES PAPILLION <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

## ORDER

Considering the foregoing Motion to Withdraw Counsel of Plaintiff State of Florida (R. Doc. 145),

IT IS ORDERED that the motion is GRANTED, and James Hamilton Percival is hereby WITHDRAWN as attorney of record for Plaintiff State of Florida in the above-captioned matter

New Orleans, Louisiana, this 17th day of January 2025.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE