**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | |
| Plaintiff, | CIVIL ACTION NO. 2:23-CV-01839 |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.,* | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | |

## MOTION FOR *PRO HAC VICE* ADMISSION

In accordance with the Local Rules of the United States District Court for the Eastern District of Louisiana, I, Morgan Brungard, hereby move this Court for an Order authorizing Allen L. Huang to practice *pro hac vice* as counsel for the State of Florida in the above-captioned matter.

Pursuant to the Local Rules, the following documents are attached:

1. Declaration of Allen L. Huang in support of Motion for Admission Pro Hac Vice, Exhibit A;

2. Certificate of Good Standing for Allen L. Huang from Florida Supreme Court, Exhibit B;

3. Mr. Huang's completed Consent to Electronic Filing Form, Exhibit C; and

4. Proposed Order

Dated: February 19, 2025

1

Respectfully submitted.

LIZ MURRILL
ATTORNEY GENERAL

/s/ *Morgan Brungard*
Morgan Brungard (#40298)
Deputy Solicitor General
Tracy Short (#23940)
Assistant Chief Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
P.O. Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 999-6864
Email: BrungardM@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

/s/ *Morgan Brungard*
Morgan Brungard

2