# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM |
| Plaintiff, | |
| v. | JUDGE DARREL JAMES PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

**DECLARATION OF ALLEN HUANG IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Allen L. Huang, declare:

1. I am an attorney with the Florida Office of the Attorney General and am based in Tampa, Florida

2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing of the Florida state bar. A certificate of my good standing with the Florida Supreme Court is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

2

   I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: February 12, 2025

                                                        /s/ Allen L. Huang
                                                         Allen L. Huang