# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | |
| Plaintiff, | CIVIL ACTION NO. 2:23-CV-01839 |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | |

## ORDER FOR ADMISSION PRO HAC VICE

Plaintiff's motion for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant Allen L. Huang has declared that he is a member in good standing of the bar of the State of Florida; and that his contact information is as follows:

| | |
|---|---|
| Firm Name: | Florida Office of the Attorney General |
| Firm Address: | 3507 E Frontage Rd, #200 |
| | Tampa, FL 33607 |
| Telephone: | 714-878-8628 |

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Plaintiff State of Florida, in the above

captioned matter in the United States District Court for the Eastern District of Louisiana.

This ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE