UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL.** | **SECTION: "P" (3)** |

## ORDER

Considering the foregoing Motion for *Pro Hac Vice* Admission (R. Doc. 148),

**IT IS ORDERED** that the motion is **GRANTED**, and Allen L. Huang is admitted *pro hac vice* as additional counsel of record for Plaintiff, State of Florida, in the above-captioned matter.

New Orleans, Louisiana, this 20th day of February 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**