UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL PAPILLION <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiffs and Defendants jointly move to modify the scheduling order. The previous scheduling order and modification of the scheduling order, *see* Docs. 108, 117, were stayed by the parties' protective order briefing, *see* Doc. 120. The parties respectfully request that the Court set the following deadlines for the next stages of this case:

- **August 1, 2025**: Plaintiffs shall file either: (1) a Motion to Supplement and/or Complete the Administrative Record, or (2) a Notice that Plaintiffs do not contest the completeness of the Administrative Record.

- **August 15, 2025**: If Plaintiffs do not contest the completeness of the Administrative Record, then on or before August 15, 2025, the parties shall confer and file a joint motion for a scheduling order, which shall include proposed discovery deadlines (if necessary) and proposed briefing deadlines for the parties' cross-motions for summary judgment.

1

- If Plaintiffs file a Motion to Supplement and/or Complete the Administrative Record, then no later than 14 days after the Court's Order resolving that motion (if denied) or the Defendants' deadline to produce the supplemental documents (if granted), the parties shall confer and file a joint motion for a scheduling order, which shall include proposed discovery deadlines (if necessary) and proposed briefing deadlines for the parties' cross-motions for summary judgment.

As the Court is aware, the last action in this case was a dispute over a protective order, which was granted. *See* Doc. 134. The United States then turned over to Plaintiffs the administrative record, which involves terabytes of data. Plaintiffs have been analyzing those voluminous and complicated materials and will need this additional time to complete that task.

The parties also respectfully request that the Court vacate the May 5, 2025 trial date and the April 23, 2025 pretrial conference, which were set in the original scheduling order. *See* Doc. 108. A proposed order is attached to this motion.

Dated: February 26, 2025

Respectfully submitted,

ERIC HAMILTON
Deputy Assistant Attorney General
United States Department of Justice
Civil Division

LESLEY FARBY
Deputy Director
United States Department of Justice
Civil Division, Federal Programs Branch

LISA L. RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BENJAMIN TAKEMOTO
(DC Bar # 1045253)
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Email: benjamin.takemoto@usdoj.gov

**LIZ MURRILL**
**ATTORNEY GENERAL**

/s/ Tyler R. Green
Tyler R. Green
Kathleen S. Lane*
Jeff Hetzel*
Consovoy McCarthy PLLC
222 S. Main Street
Ste 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Morgan Brungard (La #40298)
 Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
MurrillE@ag.louisiana.gov
BrungardM@ag.louisiana.gov
ShortT@ag.louisiana.gov

*Counsel for the State of Louisiana and Plaintiff Parishes*

3

KRYSTAL-ROSE PEREZ
(TX Bar #24105931)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O Box 7611, Ben Franklin Station,
Washington, D.C. 20044
Tel: (202) 305-0486
Email: krystal rose.perez@usdoj.gov

*Counsel for Defendants*

JAMES UTHMEIER
  Attorney General
JAMES H. PERCIVAL*
  Chief of Staff
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

RAÚL LABRADOR
  Attorney General
ALAN HURST*
  Solicitor General
OFFICE OF THE IDAHO ATTORNEY GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 999-0910
Email: alan.hurst@ag.idaho.gov

DREW H. WRIGLEY
  Attorney General
PHILIP AXT (ND Bar No. 09585)*
  Solicitor General
North Dakota Attorney General's Office
600 E Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for the State of North Dakota*

ALAN WILSON
  South Carolina Attorney General
ROBERT D. COOK
  Solicitor General
J. EMORY SMITH, JR.*
  Deputy Solicitor General
THOMAS T. HYDRICK*
  Assistant Deputy Solicitor General
JOSEPH D. SPATE*
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

KEN PAXTON
  Attorney General
RALPH MOLINA
  Deputy Attorney General for Legal Strategy
SUSANA DOKUPIL*
  Special Counsel, Special Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711

*Counsel for State of Idaho*

RUSSELL COLEMAN
  Attorney General of Kentucky
LINDSEY KEISER*
  Assistant Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5517
Lindsey.Keiser@ky.gov

*Counsel for the Commonwealth of Kentucky*

LYNN FITCH
  Attorney General
JUSTIN L. MATHENY*
  Deputy Solicitor General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
550 High Street, Suite 1200
Jackson, MS 39201
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

(512) 463-4139
susanna.dokupil@oag.texas.gov

*Counsel for the State of Texas*

JASON S. MIYARES
  Attorney General
KEVIN M. GALLAGHER*
  Principal Deputy Solicitor General
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

AUSTIN KNUDSEN
  Attorney General
CHRISTIAN B. CORRIGAN*
  Solicitor General
PETER M. TORSTENSEN, JR.*
  Deputy Solicitor General
Montana Department of Justice
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Christian.Corrigan@mt.gov
Peter.Torstensen.@mt.gov

*Counsel for the State of Montana*

\*Admitted pro hac vice or pro hac vice application forthcoming