# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. |
| Plaintiffs, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | |

## ORDER MODIFYING THE SCHEDULING ORDER

Considering the parties' Joint Motion to Modify the Scheduling Order (R. Doc. 150), the Court enters the following orders:

- The parties' Joint Motion to Modify the Scheduling Order is GRANTED.

- The scheduling order, including the May 5, 2025 trial date and the April 23, 2025 pretrial conference, *see* Doc. 108, is VACATED.

- On or before August 1, 2025, Plaintiffs shall file either: (1) a Motion to Supplement and/or Complete the Administrative Record, or (2) a Notice that Plaintiffs do not contest the completeness of the Administrative Record.

- If Plaintiffs do not contest the completeness of the Administrative Record, then on or before August 15, 2025, the parties shall confer and file a joint motion for a scheduling order, which shall include proposed discovery deadlines (if necessary) and proposed briefing deadlines for the parties' cross-motions for summary judgment.

1

2

- If Plaintiffs file a Motion to Supplement and/or Complete the Administrative Record, then no later than 14 days after the Court's Order resolving that motion (if denied) or the Defendants' deadline to produce the supplemental documents (if granted), the parties shall confer and file a joint motion for a scheduling order, which shall include proposed discovery deadlines (if necessary) and proposed briefing deadlines for the parties' cross-motions for summary judgment.

New Orleans, Louisiana, this 27th day of February 2025.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE