## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> *Defendants*. | Action No. 2:23-CV-01839 <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Eva J. Dossier |

### ORDER

Before the Court is Defendants' Motion to Withdraw Yoseph T. Desta as Counsel.

**IT IS ORDERED** that the motion is **GRANTED**, and Yoseph T. Desta is hereby **WITHDRAWN** as counsel for Defendants in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
DARREL J. PAPILLION
United States District Judge