UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>2:23-CV-01839-DJP-JVM<br><br>JUDGE DARREL PAPILLION<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

**Plaintiffs' Motion to Withdraw Kathleen S. Lane as Counsel**

Under Local Civil Rule 83.2.11, Plaintiffs respectfully move the Court for an order withdrawing Kathleen S. Lane as counsel for the State of Louisiana. The State of Louisiana will continue to be represented by Morgan Brungard, Tyler Green, and Jeff Hetzel.

1

Dated: March 24, 2025

        Respectfully submitted,

        **LIZ MURRILL**
        **ATTORNEY GENERAL**

        */s/ Kathleen S. Lane*
        Kathleen S. Lane*
        Tyler R. Green
        Jeff Hetzel*
        Consovoy McCarthy PLLC
        222 S. Main Street
        Ste 5th Floor
        Salt Lake City, UT 84101
        (703) 243-9423
        katie@consovoymccarthy.com

        Morgan Brungard (La #40298)
        Deputy Solicitor General
        LOUISIANA DEPARTMENT OF JUSTICE
        ATTORNEY GENERAL'S OFFICE
        1885 N. 3rd St.
        Baton Rouge, LA 70802
        (225) 326-6766
        MurrillE@ag.louisiana.gov
        BrungardM@ag.louisiana.gov
        ShortT@ag.louisiana.gov

        *Counsel for the State of Louisiana and Plaintiff Parishes*