# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL PAPILLION <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

## ORDER

Before the Court is the State of Louisiana's Motion to Withdraw Kathleen S. Lane as counsel.

**IT IS ORDERED** that the motion is **GRANTED**, and Kathleen S. Lane is hereby **WITHDRAWN** as counsel for the State of Louisiana in the above-captioned matter.

New Orleans, Louisiana, this ____ day of _____, 2025.

_____
DARREL J. PAPILLION
United States District Judge

1