# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. 2:23-CV-01839 |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | |

## ORDER

Considering the State of Louisiana's Motion to Withdraw Kathleen S. Lane as counsel (R. Doc. 155),

**IT IS ORDERED** that the motion is **GRANTED**, and Kathleen S. Lane is hereby **WITHDRAWN** as counsel for the State of Louisiana in the above-captioned matter.

New Orleans, Louisiana, this 26th day of March 2025.

*[signature]*

DARREL JAMES PAPILLION
United States District Judge

1