**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

THE STATE OF LOUISIANA *et al.*,

    *Plaintiffs*,

v.

DEPARTMENT OF HOMELAND
SECURITY *et al.*,

    *Defendants.*

Action No. 2:23-CV-01839
Section P
District Judge Darrel J. Papillion
Magistrate Judge Eva J. Dossier

## ORDER

Before the Court is Defendants' Motion to Substitute Counsel (R. Doc. 159).

**IT IS ORDERED** that the motion is **GRANTED**, and Benjamin T. Takemoto is hereby **WITHDRAWN** as counsel for Defendants in the above-captioned matter, and Zachary W. Sherwood is hereby **ENROLLED** as counsel for Defendants.

New Orleans, Louisiana, this 19th day of May 2025.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE