UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL PAPILLION <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiffs and Defendants jointly move to modify the scheduling order. The Court's most recent scheduling order sets discovery and conferral deadlines for August 1 and 15, *see* ECF No. 152. The parties respectfully request that the Court modify those deadlines as follows. Given the upcoming deadlines in this case, the parties respectfully request expedited consideration of this motion:

- **October 1, 2025**: Plaintiffs shall file either: (1) a Motion to Supplement and/or Complete the Administrative Record, or (2) a Notice that Plaintiffs do not contest the completeness of the Administrative Record.

- **October 15, 2025**: If Plaintiffs do not contest the completeness of the Administrative Record, then on or before October 15, 2025, the parties shall confer and file a joint motion for a scheduling order, which shall include proposed discovery deadlines (if necessary) and proposed briefing deadlines for the parties' cross-motions for summary judgment.

1

- If Plaintiffs file a Motion to Supplement and/or Complete the Administrative Record, then no later than 14 days after the Court's Order resolving that motion (if denied) or the Defendants' deadline to produce the supplemental documents (if granted), the parties shall confer and file a joint motion for a scheduling order, which shall include proposed discovery deadlines (if necessary) and proposed briefing deadlines for the parties' cross-motions for summary judgment.

The parties have identified technical issues with a number of documents included in the administrative record. These issues prevent Plaintiffs from opening and analyzing as many as 2,195 of the nontechnical documents produced. The technical issues were not apparent upon Plaintiffs' initial review of the documents, because the affected documents appear to be cover sheets for legitimate native files but do not contain the filepath necessary to view that native file. The parties have been working together to resolve these technical issues, but the issue will require more time to redress because of the number of documents implicated.

Defendants note that the administrative record in this case was produced to Plaintiffs on October 15, 2024, *see* ECF No. 137, and that the Court issued the operative scheduling order on February 27, 2025, ECF No. 152. Defendants were first notified of the technical issues described above on June 24, 2025. Since then, Defendants have been working to address these issues as promptly and effectively as possible in the face of necessary staffing changes in recent months, absences due to personal leave and the Fourth of July holiday, and the unprecedented amount of

2

emergency litigation currently being handled by the undersigned counsel's office within the Department of Justice's Civil Division.

The parties respectfully submit that good cause is satisfied for an extension of discovery deadlines in these circumstances. A proposed order is attached to this motion.

Dated: July 29, 2025

BRETT A. SHUMATE
Assistant Attorney General
United States Department of Justice
Civil Division

ALEXANDER K. HAAS
Director
United States Department of Justice
Civil Division, Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
(IN Bar No. 37147-49)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20002
Tel: (202) 616-8467
Email: Zachary.W.Sherwood@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

*/s/ Tyler R. Green*
Tyler R. Green
Consovoy McCarthy PLLC
222 S. Main Street
Ste 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Morgan Brungard (La #40298)
 Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
MurrillE@ag.louisiana.gov
BrungardM@ag.louisiana.gov
ShortT@ag.louisiana.gov

*Counsel for the State of Louisiana and Plaintiff Parishes*

4