UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> *Defendants*. | Action No. 2:23-CV-01839 <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Eva J. Dossier |

**DEFENDANTS' UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of the deadlines set forth in the Court's July 31, 2025 Order Modifying the Scheduling Order, ECF No. 167. At the end of the day on September 30, 2025, the appropriations act that had been funding the United States Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings in this case, including, in particular, the deadlines set forth in the Court's July 31, 2025 Order Modifying the Scheduling Order, ECF No. 167, until Congress has restored appropriations to the Department. If this motion is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. Defendants request that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations— *i.e.*, each deadline would be extended by the total number of days of the lapse.

Opposing counsel has authorized counsel for Defendants to state that Plaintiffs do not oppose this motion.

Dated: October 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: 202-616-8467
E-mail: Zachary.W.Sherwood@usdoj.gov

*Attorney for Defendants*