## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>    *Defendants*. | Action No. 2:23-CV-01839<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Eva J. Dossier |

### [Proposed] ORDER

Before the Court is Defendants' Unopposed Motion for a Stay of Proceedings in Light of Lapse of Appropriations.

**IT IS ORDERED** that the Motion is **GRANTED**, and it is further **ORDERED** that all case deadlines shall be extended commensurate with the duration of the lapse in appropriations.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
DARREL J. PAPILLION
United States District Judge