**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM<br><br>JUDGE DARREL PAPILLION<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

**NOTICE REGARDING COMPLETENESS OF ADMINISTRATIVE RECORD**

In accordance with the Court's most recent scheduling order, ECF No. 167, Plaintiffs submit the following Notice regarding the Administrative Record. Plaintiffs do not contest the completeness of the Administrative Record. However, nothing in this Notice should be construed as a waiver of Plaintiffs' ability to submit evidence of their own at summary judgment. *See, e.g.*, *Elec. Privacy Info. Ctr. v. FAA*, 892 F.3d 1249, 1256 (D.C. Cir. 2018) (*requiring* supporting evidence "where standing is not clear from the administrative record"); *Oceana, Inc. v. Pritzker*, 126 F. Supp. 3d 110, 113 (D.D.C. 2015) (allowing expert declarations in APA case where, as here, agency failed to engage in notice and comment). Therefore, per the scheduling order's requirements, the parties will confer and file a joint motion for a scheduling order proposing discovery and briefing deadlines on or before October 15, 2025, ECF No. 167, or upon a later deadline if Defendants' requested stay is granted.

Dated: October 1, 2025

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

*/s/ Tyler R. Green*
Tyler R. Green
Consovoy McCarthy PLLC
222 S. Main Street
Ste 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Morgan Brungard (La #40298)
Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
BrungardM@ag.louisiana.gov

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

*/s/ Tyler R. Green*
TYLER R. GREEN