## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

THE STATE OF LOUISIANA *et al.*,

     *Plaintiffs*,

v.

DEPARTMENT OF HOMELAND
SECURITY *et al.*,

     *Defendants*.

Action No. 2:23-CV-01839
Section P
District Judge Darrel J. Papillion
Magistrate Judge Eva J. Dossier

### ORDER

Considering Defendants' Unopposed Motion for a Stay of Proceedings in Light of Lapse of Appropriations (R. Doc. 168),

**IT IS ORDERED** that the Motion to Stay is **GRANTED**, and the Clerk of Court shall **administratively close** this action for statistical purposes. Upon notice from Defendants that the Department of Justice's funding has been restored, the stay shall be lifted and the case shall be re-opened.

**IT IS FURTHER ORDERED** that all case deadlines shall be extended commensurate with the duration of the lapse in appropriations.

New Orleans, Louisiana, this 2nd day of October 2025.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE