UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01839<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Eva J. Dossier |

**NOTICE OF RESUMPTION OF APPROPRIATIONS**

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 was signed by the President. That law restored appropriations to, *inter alia*, the Department of Justice, effective November 13, 2025. Accordingly, pursuant to the Court's October 2, 2025 Order, Defendants respectfully notify the Court that "the Department of Justice's funding has been restored." ECF No. 170.

Per the Court's most recent scheduling order, the parties were required to "confer and file" by October 15, 2025, "a joint motion for a scheduling order" proposing "discovery deadlines (if necessary)" and "briefing deadlines for the parties' cross-motions for summary judgment." ECF No. 167; *see* ECF No. 169. The Court's October 2, 2025 Order provided, however, that "all case deadlines shall be extended commensurate with the duration of the lapse in appropriations." ECF No. 170. Because the lapse in appropriations lasted 43 days, the parties' deadline to confer and file a joint motion for a scheduling order has therefore been extended to November 28, 2025. *See* Fed. R. Civ. P. 6(a)(1).

1

Dated: November 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

/s/ *Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: 202-616-8467
E-mail: Zachary.W.Sherwood@usdoj.gov

*Attorney for Defendants*