**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STATE OF LOUISIANA, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL.** | **SECTION: "P" (3)** |

## ORDER

On October 2, 2025, the Court granted Defendants' Unopposed Motion for a Stay of Proceedings in Light of Lapse of Appropriations.[1] As a result, the Court temporarily stayed and administratively closed the above-captioned matter. The Court further ordered that all deadlines shall be extended commensurate with the duration of the lapse in appropriations. On November 17, 2025, Defendants notified the Court that the Department of Justice's funding was restored, effective November 13, 2025.[2] Accordingly,

**IT IS ORDERED** that the Clerk of Court shall **REOPEN** this action, and the stay previously entered in this case (R. Doc. 170) is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that the parties' deadline to "confer and file a joint motion for a scheduling order, which shall include proposed discovery deadlines (if necessary) and proposed briefing deadlines for the parties' cross-motions for summary judgment"[3] is hereby **EXTENDED** to November 28, 2025.

New Orleans, Louisiana, this 18th day of November 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 170.
[2] R. Doc. 171.
[3] *See* R. Doc. 167.