UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>2:23-CV-01839-DJP-JVM<br><br>JUDGE DARREL PAPILLION<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

**JOINT MOTION PROPOSING BRIEFING SCHEDULE**

Plaintiffs and Defendants jointly move to propose summary judgment briefing deadlines in this case. The Court's most recent scheduling order requires the parties to confer and propose briefing deadlines for the parties' cross-motions for summary judgment by November 28, 2025, *see* ECF No. 172. The parties respectfully propose briefing deadlines as follows:

- **February 2, 2026:** Plaintiffs' Motion for Summary Judgment

- **March 19, 2026:** Defendants' Motion for Summary Judgment and Response to Plaintiffs' Motion

- **May 4, 2026:** Plaintiffs' Response to Defendants' Motion and Reply in Support of Plaintiffs' Motion

- **June 3, 2026:** Defendants' Reply in Support of Defendants' Motion

- **June 17, 2026:** The parties file a joint appendix with the cited portions of the administrative record

1

The parties respectfully submit that the above briefing deadlines will facilitate the timely resolution of this case. A proposed order is attached to this motion.

| | |
|---|---|
| Dated: November 26, 2025 | Respectfully submitted, |

BRETT A. SHUMATE
Assistant Attorney General
United States Department of Justice
Civil Division

ALEXANDER K. HAAS
Director
United States Department of Justice
Civil Division, Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
(IN Bar No. 37147-49)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20002
Tel: (202) 616-8467
Email: Zachary.W.Sherwood@usdoj.gov

*Counsel for Defendants*

**LIZ MURRILL**
**ATTORNEY GENERAL**

*/s/ Tyler R. Green*
Tyler R. Green
Consovoy McCarthy PLLC
222 S. Main Street
Ste 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Morgan Brungard (La #40298)
 Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
MurrillE@ag.louisiana.gov
BrungardM@ag.louisiana.gov

*Counsel for Plaintiffs*