# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL PAPILLION <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

## [PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER

Considering the parties' Joint Motion Proposing Briefing Schedule, the Court enters the following order:

- The parties' Joint Motion Proposing Briefing Schedule is GRANTED.
- Summary judgement briefing in this case will proceed according to the following deadlines:
- **February 2, 2026:** Plaintiffs' Motion for Summary Judgment
- **March 19, 2026:** Defendants' Motion for Summary Judgment and Response to Plaintiffs' Motion
- **May 4, 2026:** Plaintiffs' Response to Defendants' Motion and Reply in Support of Plaintiffs' Motion
- **June 3, 2026:** Defendants' Reply in Support of Defendants' Motion
- **June 17, 2026:** The parties file a joint appendix with the cited portions of the administrative record

1

2

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2025.

_____

HONORABLE DARREL JAMES PAPILLION

UNITED STATES DISTRICT JUDGE