UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-1839 |
| DEPARTMENT OF HOMELAND SECURITY, ET AL. | SECTION: "P" (3) |

## ORDER SETTING BRIEFING SCHEDULE

Considering the parties' Joint Motion Proposing Briefing Schedule (R. Doc. 173),

**IT IS ORDERED** that the parties' Joint Motion Proposing Briefing Schedule is **GRANTED**.

**IT IS FURTHER ORDERED** that summary judgment briefing in this case will proceed according to the following deadlines:

- **February 2, 2026:** Plaintiffs' Motion for Summary Judgment
- **March 19, 2026:** Defendants' Motion for Summary Judgment and Response to Plaintiffs' Motion
- **May 4, 2026:** Plaintiffs' Response to Defendants' Motion and Reply in Support of Plaintiffs' Motion
- **June 3, 2026:** Defendants' Reply in Support of Defendants' Motion
- **June 17, 2026:** The parties file a joint appendix with the cited portions of the administrative record.

New Orleans, Louisiana, this 8th day of December 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**