UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> *Defendants*. | Action No. 2:23-cv-01839 <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Eva J. Dossier |

### DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL

Under Local Civil Rule 83.2.11, Defendants respectfully move the Court for an order substituting Sarah M. Suwanda for Zachary W. Sherwood as counsel of record for Defendants due to Mr. Sherwood's departure from the U.S. Department of Justice. Please direct all communication regarding this case to Ms. Suwanda's contact information listed below.

Dated: January 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
ZACHARY W. SHERWOOD
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

Phone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*