UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

THE STATE OF LOUISIANA *et al.*,

    *Plaintiffs*,

v.

DEPARTMENT OF HOMELAND SECURITY *et al.*,

    *Defendants*.

Action No. 2:23-cv-01839
Section P
District Judge Darrel J. Papillion
Magistrate Judge Eva J. Dossier

# [PROPOSED] ORDER

Before the Court is Defendants' Motion to Substitute Counsel.

**IT IS ORDERED** that the motion is **GRANTED**, and Zachary W. Sherwood is hereby **WITHDRAWN** as counsel for Defendants in the above-captioned matter, and Sarah M. Suwanda is hereby **ENROLLED** as counsel for Defendants.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
DARREL J. PAPILLION
United States District Judge