UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1839** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL.** | **SECTION: "P" (3)** |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record (R. Doc. 175),

**IT IS ORDERED** that motion is **GRANTED**, and Zachary W. Sherwood is hereby **WITHDRAWN** as counsel for Defendants in the above-captioned matter, and Sarah M. Suwanda is hereby **ENROLLED** as counsel for Defendants.

New Orleans, Louisiana, this 14th day of January 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**