**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>2:23-CV-01839-DJP-JVM<br><br>JUDGE DARREL PAPILLION<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

**CONSENT MOTION FOR AN ORDER MODIFYING BRIEFING SCHEDULE**

Plaintiffs move this Court to enter an order modifying the summary judgment briefing schedule in this case. The Court's most recent scheduling order sets briefing deadlines between February 2 and June 17, 2026, *see* ECF No. 174. Plaintiffs respectfully request that the Court modify those deadlines as follows. Defendants have consented to this extension. Given the upcoming deadlines in this case, Plaintiffs respectfully request expedited consideration of this motion:

- **March 4, 2026:** Plaintiffs' Motion for Summary Judgment

- **April 20, 2026:** Defendants' Motion for Summary Judgment and Response to Plaintiffs' Motion

- **June 4, 2026:** Plaintiffs' Response to Defendants' Motion and Reply in Support of Plaintiffs' Motion

- **July 10, 2026:** Defendants' Reply in Support of Defendants' Motion

- **July 24, 2026:** The parties file a joint appendix with the cited portions of the administrative record

There is good cause to grant this extension. Plaintiffs' counsel have multiple competing obligations in the period leading up to the current deadline, including an appeal before the U.S. Court of Appeals in *Federal Reserve Board v. Corner Post* and before the Utah Supreme Court in *League of Women Voters v. Utah State Legislature* and preparing a petition for certiorari to the U.S. Supreme Court in *Saadeh v. N.J. State Bar Association*. Plaintiffs respectfully submit that the above briefing deadlines will facilitate the timely resolution of this case. A proposed order is attached to this motion.

Dated: January 15, 2026                              Respectfully submitted,

**ELIZABETH MURRILL**
**ATTORNEY GENERAL**

*/s/ Tyler R. Green*
Tyler R. Green
Consovoy McCarthy PLLC
222 S. Main Street
Ste 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Morgan Brungard (La #40298)
 Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
MurrillE@ag.louisiana.gov
BrungardM@ag.louisiana.gov


*Counsel for Plaintiffs*