# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:23-CV-01839-DJP-JVM <br><br> JUDGE DARREL PAPILLION <br><br> MAGISTRATE JUDGE EVA J. DOSSIER |

## [PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER

Considering Plaintiffs' Consent Motion for an Order Modifying Briefing Schedule, the Court enters the following order:

- Plaintiffs' Consent Motion for an Order Modifying Briefing Schedule is GRANTED.

- Summary judgement briefing in this case will proceed according to the following deadlines:

- **March 4, 2026:** Plaintiffs' Motion for Summary Judgment

- **April 20, 2026:** Defendants' Motion for Summary Judgment and Response to Plaintiffs' Motion

- **June 4, 2026:** Plaintiffs' Response to Defendants' Motion and Reply in Support of Plaintiffs' Motion

- **July 10, 2026:** Defendants' Reply in Support of Defendants' Motion

- **July 24, 2026:** The parties file a joint appendix with the cited portions of the administrative record

1

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
HONORABLE DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE