**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM |
| Plaintiffs, | |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | |

**ORDER MODIFYING THE SCHEDULING ORDER**

Considering Plaintiffs' Consent Motion for an Order Modifying Briefing Schedule (R. Doc. 177), IT IS ORDERED that:

- Plaintiffs' Consent Motion for an Order Modifying Briefing Schedule is GRANTED.

- Summary judgment briefing in this case will proceed according to the following deadlines:

    - **March 4, 2026:** Plaintiffs' Motion for Summary Judgment

    - **April 20, 2026:** Defendants' Motion for Summary Judgment and Response to Plaintiffs' Motion

    - **June 4, 2026:** Plaintiffs' Response to Defendants' Motion and Reply in Support of Plaintiffs' Motion

    - **July 10, 2026:** Defendants' Reply in Support of Defendants' Motion

    - **July 24, 2026:** The parties file a joint appendix with the cited portions of the administrative record.

2

New Orleans, Louisiana, this 20th day of January 2026.

                                                                       DARREL JAMES PAPILLION
                                                        UNITED STATES DISTRICT JUDGE