**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM |
| Plaintiff, | |
| v. | JUDGE DARREL PAPILLON |
| DEPARTMENT OF HOMELAND SECURITY, *et al.,* | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

**MOTION TO CONSIDER WHETHER ANOTHER PARTY'S**
**MATERIAL SHOULD BE SEALED**

Plaintiffs respectfully move this Court to consider whether materials that Defendants have designated as confidential should be sealed when referenced in Plaintiffs' memorandum in support of their motion for summary judgment and statement of material facts. Ex. A. The protective order in this case requires that "[a]ny party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 5.6." ECF 134 at 5. Plaintiffs have submitted a motion for summary judgment citing and quoting material that Defendants have designated as Confidential, and they consequently submit this Motion to Consider Whether Another Party's Material Should Be Sealed under Local Rule 5.6(D)(2).

As required by Local Rule 5.6(D)(2), Plaintiffs identify the following portions of documents that Defendants have designated as confidential and that Plaintiffs

have consequently filed redacted in their publicly available brief and unredacted in the attached exhibit:

AR00064366

AR00043064

AR00062907

AR00043009

AR00064355

AR00042644

AR00042709–10

AR00042716–18

AR00042869

AR00013223

These materials are presumptively public, and it is Defendants' burden to show that they should be sealed or otherwise redacted from Plaintiffs' summary judgment briefing. Local Rule 5.6(D)(2)(b). As required by Local Rule 5.6(D)(2), Plaintiffs are concurrently serving Defendants with a copy of this motion along with an unredacted copy of their summary judgment brief upon Defendants.

Dated: March 25, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
 Attorney General

*/s/ Morgan Brungard*
MORGAN BRUNGARD
 Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
Office of the Attorney General
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
MurrillE@ag.louisiana.gov
BrungardM@ag.louisiana.gov

Tyler R. Green
Consovoy McCarthy PLLC
222 S. Main Street
Ste 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused a copy of this motion and its exhibit to be served on opposing counsel, as required by Local Rule 5.6(D)(2):

Sarah Suwanda, Sarah.M.Suwanda@usdoj.gov

Krystal-Rose Perez, Rose.Perez@usdoj.gov

This the 25th day of March, 2026.

*/s/ Morgan Brungard*
*Counsel for Plaintiffs*