**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLON |
| DEPARTMENT OF HOMELAND SECURITY, *et al.,* | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

**MOTION FOR RECONSIDERATION**

Plaintiffs respectfully move under Rule 54(b) of the Federal Rules of Civil Procedure to amend the Court's previous order dismissing several Plaintiffs for lack of standing. ECF 100 at 30, 41. For the reasons explained in the accompanying memorandum, Plaintiffs seek to reinstate all original Plaintiffs or, alternatively, at least seven of the dismissed parishes and to allow consideration of their declarations in support of Plaintiffs' motion for summary judgment.

1

Dated: March 25, 2026                    Respectfully submitted,

                                         ELIZABETH B. MURRILL
                                          Attorney General

                                         */s/ Morgan Brungard*
                                         MORGAN BRUNGARD
                                          Deputy Solicitor General
                                         LOUISIANA DEPARTMENT OF JUSTICE
                                         Office of the Attorney General
                                         1885 N. Third Street
                                         Baton Rouge, LA 70804
                                         Tel: (225) 326-6766
                                         MurrillE@ag.louisiana.gov
                                         BrungardM@ag.louisiana.gov

                                         Tyler R. Green
                                         Consovoy McCarthy PLLC
                                         222 S. Main Street
                                         Ste 5th Floor
                                         Salt Lake City, UT 84101
                                         (703) 243-9423
                                         tyler@consovoymccarthy.com

                                         *Counsel for Plaintiffs*