**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM |
| Plaintiff, | |
| v. | JUDGE DARREL PAPILLON |
| DEPARTMENT OF HOMELAND SECURITY, *et al.,* | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## MOTION FOR ADDITIONAL PAGES

Plaintiffs are a coalition of 10 States and 3 parishes, each of which has been harmed by Equity in Action. The administrative record in this case is voluminous, and Plaintiffs have raised a multitude of claims. They now seek summary judgment on most of those claims. To adequately brief the relevant issues, Plaintiffs respectfully request leave to file a memorandum in excess of 25 pages to support their motion for summary judgment. Defendants take no position on this page extension.

This Court's Local Rule 7.7 limits memoranda to 25 pages "[e]xcept with prior leave of court." Under that rule, Plaintiffs seek leave to file a memorandum in support of their motion for summary judgment that exceeds 25 pages. Plaintiffs have good cause for requesting a modest page expansion of 26 pages so that they can adequately brief why they are entitled to summary judgment on Counts I, II, III, IV, VI, and VIII, and why Equity in Action must be held unlawful and set aside. Plaintiffs attach as an exhibit to this motion their memorandum in support of their summary judgment

1

motion. If granted leave, Plaintiffs will file their memorandum in support of their motion for summary judgment.

Due to the great importance of this matter, complexity of the regulatory scheme at play, number of different legal regimes involved, substantial coalition of Plaintiffs, large number of counts on which Plaintiffs are seeking summary judgment, and voluminous administrative record, the Court should allow Plaintiffs a total of 51 pages to fully brief why they are entitled to summary judgment.

Dated: March 25, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
 Attorney General

*/s/ Morgan Brungard*
MORGAN BRUNGARD
 Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
Office of the Attorney General
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
MurrillE@ag.louisiana.gov
BrungardM@ag.louisiana.gov

Tyler R. Green
Consovoy McCarthy PLLC
222 S. Main Street
Ste 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

*Counsel for Plaintiffs*