**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | CIVIL ACTION NO. 2:23-CV-01839-DJP-JVM |
| Plaintiff, | |
| v. | JUDGE DARREL PAPILLON |
| DEPARTMENT OF HOMELAND SECURITY, *et al.,* | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## MOTION FOR SUMMARY JUDGMENT

The Court should grant summary judgment to Plaintiffs on Counts I, II, III, IV, VI, and VIII and hold unlawful and setting aside Equity in Action. 5 U.S.C. §706(2). As explained in the memorandum supporting this motion, Defendants have violated the Administrative Procedure Act by implementing Risk Rating 2.0—Equity in Action.

This Motion is made on the grounds specified in this Motion, the accompanying Memorandum of Law, the administrative record, the documents already in the record (including the exhibits attached to the Complaint and to Plaintiffs' motion for a preliminary injunction), the exhibits attached to the memorandum, and all matters of which this Court may take judicial notice. Based on the arguments in the accompanying memorandum, Plaintiffs have shown that there is no genuine dispute as to any material fact and that they are entitled to judgment as a matter of law. Accordingly, the Court should grant summary judgment to Plaintiffs on Counts I, II, III, IV, VI, and VIII and "hold unlawful and set aside" Equity in Action. 5 U.S.C. §706(2).

Dated: March 25, 2026     Respectfully submitted,

           ELIZABETH B. MURRILL
            Attorney General

           */s/ Morgan Brungard*
           MORGAN BRUNGARD
            Deputy Solicitor General
           LOUISIANA DEPARTMENT OF JUSTICE
           Office of the Attorney General
           1885 N. Third Street
           Baton Rouge, LA 70804
           Tel: (225) 326-6766
           MurrillE@ag.louisiana.gov
           BrungardM@ag.louisiana.gov

           Tyler R. Green
           Consovoy McCarthy PLLC
           222 S. Main Street
           Ste 5th Floor
           Salt Lake City, UT 84101
           (703) 243-9423
           tyler@consovoymccarthy.com

           *Counsel for Plaintiffs*