**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | CIVIL ACTION NO. |
| Plaintiffs, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLION |
| DEPARTMENT OF HOMELAND SECURITY, *et al.,* | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADDITIONAL PAGES**

This Court has considered Plaintiffs' motion for additional pages for their memorandum in support of their motion for summary judgment. For good cause shown,

**IT IS ORDERED** that Plaintiffs' motion for additional pages is **GRANTED**. Plaintiffs may file a memorandum of not more than 51 pages to support their motion for summary judgment.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____

HONORABLE DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE

1