**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.,* | CIVIL ACTION NO. |
| Plaintiff, | 2:23-CV-01839-DJP-JVM |
| v. | JUDGE DARREL PAPILLON |
| DEPARTMENT OF HOMELAND SECURITY, *et al.,* | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## MOTION FOR SUMMARY JUDGMENT

The Court should grant summary judgment to Plaintiffs on Counts I, II, III, IV, VI, and VIII and hold unlawful and setting aside Equity in Action. 5 U.S.C. §706(2). As explained in the memorandum supporting this motion, Defendants have violated the Administrative Procedure Act by implementing Risk Rating 2.0—Equity in Action.

This Motion is made on the grounds specified in this Motion, the accompanying Memorandum of Law, the administrative record, the documents already in the record (including the exhibits attached to the Complaint and to Plaintiffs' motion for a pre-liminary injunction), the exhibits attached to the memorandum, and all matters of which this Court may take judicial notice. Based on the arguments in the accompanying memorandum, Plaintiffs have shown that there is no genuine dispute as to any material fact and that they are entitled to judgment as a matter of law. Accordingly, the Court should grant summary judgment to Plaintiffs on Counts I, II, III, IV, VI, and VIII and "hold unlawful and set aside" Equity in Action. 5 U.S.C. §706(2).

Dated: March 25, 2026                    Respectfully submitted,

                                         ELIZABETH B. MURRILL
                                          Attorney General

                                         */s/ Morgan Brungard*
                                         MORGAN BRUNGARD
                                          Deputy Solicitor General
                                         LOUISIANA DEPARTMENT OF JUSTICE
                                         Office of the Attorney General
                                         1885 N. Third Street
                                         Baton Rouge, LA 70804
                                         Tel: (225) 326-6766
                                         MurrillE@ag.louisiana.gov
                                         BrungardM@ag.louisiana.gov

                                         Tyler R. Green
                                         Consovoy McCarthy PLLC
                                         222 S. Main Street
                                         Ste 5th Floor
                                         Salt Lake City, UT 84101
                                         (703) 243-9423
                                         tyler@consovoymccarthy.com

                                         *Counsel for Plaintiffs*