# Exhibit 1

## Declaration of Jason Mahfouz

1.    My name is Jason Mahfouz. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2.    I am the Director of the Louisiana Governor's Office of Homeland Security and Emergency Preparedness, or "GOHSEP." I have served in this capacity since March 2025.

3.    GOHSEP is the state agency responsible for homeland security and emergency preparedness in Louisiana. To accomplish these goals, GOHSEP coordinates the State's activities to prepare for, prevent where possible, respond to, recover from, and mitigate against future emergencies or disaster events.

4.    As the Director of GOHSEP, I coordinate the activities of all agencies and organizations within the State and cooperate with agencies and organizations of other States and of the federal government. I also serve as the Louisiana Governor's Authorized Representative with FEMA.

5.    The State of Louisiana experiences flooding events each year.

6.    There are approximately 410,782 National Flood Insurance Program policies in the State of Louisiana (as of 2/2026). GOHSEP has access to FEMA's Pivot website. This allows GOHSEP access to NFIP related data. This site is checked periodically, as FEMA limits access to the site.

7.    Since Risk Rating 2.0 went into effect, approximately 65,402 NFIP policyholders have dropped their NFIP policies in the State of Louisiana.

1

8.      GOHSEP performs the roles of Applicant and Recipient for FEMA mitigation grants in Louisiana. In other words, GOHSEP in coordination with FEMA administers grant programs, including the Flood Mitigation Assistance program and the Hazard Mitigation Grant Program.

9.      FEMA relies on the State and its local governments to administer elevation and reconstruction projects. Eligible entities, including parishes and eligible municipalities, submit applications to GOHSEP for review and submission to FEMA. Once FEMA approves a project, the relevant jurisdiction notifies homeowners that they can begin their mitigation projects. The homeowners then submit documentation substantiating costs for reimbursement to the local jurisdiction, which in turn submits to GOHSEP. The State and local jurisdictions monitor the project throughout construction to closeout.

10.      FEMA also requires the State to ensure that homeowners who receive such grants actually obtain flood insurance. In fact, FEMA will not consider such projects "closed" until the State provides FEMA with proof that every homeowner within such a project has obtained flood insurance as required. FEMA intends to de-obligate the construction portion of the federal funding associated with mitigation projects for which flood insurance is not obtained and maintained.

11.      The Flood Mitigation Assistance program is an annual, nationally competitive grant program. The FMA is funded at least in part by the National Flood Insurance Fund and focuses on funding projects that reduce or eliminate flood insurance claims. The purpose of the FMA program is to reduce or eliminate the flood

risk of repetitive flood damage to structures and buildings insured by the NFIP and to enhance community flood resilience within NFIP-participating communities. States, territories and federally recognized tribes are eligible to apply for FMA assistance. In fiscal year 2024, FEMA made $600 million dollars in Federal funding available nationwide. Louisiana submitted 44 applications worth $229,249,324. FEMA has not started reviewing, approving, or obligating any of these applications. Under FEMA's FMA-Swift Current 2024, Louisiana submitted 36 applications valued at $38,781,571. FEMA has not started approving or obligating any of these applications.

12. All FMA applicants and subapplicants must actively participate in the NFIP, and not be withdrawn, on probation, or suspended. Structures identified in the subapplication must have an NFIP policy in effect prior to the opening of the application period and the policy must be maintained after the completion of the mitigation project for the life of the structure (1) to an amount at least equal to the project cost or (2) to the maximum limit of coverage made available with respect to the particular property, whichever is less.

13. Going back to fiscal years 2023 and 2024, there are 56 FMA applications that are in FEMA's possession and yet to be obligated. Since 2020, GOHSEP has closed 156 Non-Disaster projects. (2020 = 22, 2021 = 35, 2022 = 32, 2023 = 27, 2024 = 31, 2025 = 9).

14. As a project moves through the implementation phase, jurisdictions request reimbursements. During the review of the reimbursement requests,

3

GOHSEP program staff check for active insurance policies before the reimbursement is fully processed. When construction is complete and the project moves to closeout, GOHSEP closeout staff utilize a Reconstruction or Elevation checklist, depending on the activity. As part of each checklist, staff verify that each property has an active NFIP policy. This is done by checking FEMA's Pivot system, and allows GOHSEP to check each individual property for an active/valid NFIP policy. GOHSEP closeout staff will also coordinate with the jurisdiction the project is located in to validate and prove that an active policy is in force. If a property does not show an active policy, the local jurisdiction is given an opportunity to obtain proof of an active policy. If proof of an active policy cannot be provided, GOHSEP provides the jurisdiction with written notification that funding for the property is in jeopardy. GOHSEP allows the jurisdiction 90 days to provide proof of NFIP policy. During this time, GOHSEP staff work closely with the jurisdiction to assist with obtaining insurance coverage. If after this 90-day period proof of insurance is not provided, GOHSEP notifies FEMA, which then begins deobligation of funds associated with the actual elevation/reconstruction and foundation activities.

15.    The deobligation of these grants is a novel problem for GOHSEP, as deobligation on this scale did not occur prior to the implementation of Risk Rating 2.0. When FEMA demands the deobligated funds back from GOHSEP, GOHSEP will repay that money to the federal government, but it is unclear whether GOHSEP will successfully recover repayment from the Parishes, which in turn may need to recover

4

money from homeowners through legal proceedings in order to make payment to GOHSEP.

16.    Given this novel problem, GOHSEP may also need to develop new procedures for its closeout process designed to ensure that homeowners do not drop flood insurance or detect when they have dropped flood insurance, in order to prevent the state from needing to repay further funds in the future. GOHSEP is always looking to improve our systems and processes. Updates and revisions are a natural part of improving and streamlining existing procedures and policies.

17.    GOHSEP is currently aware of three projects that are likely to be deobligated. Under Disaster 4080 (Hurricane Isaac) Plaquemines Parish has an elevation project. This project was developed to assist 99 property owners within the Parish.  Of the original properties, 63 have been completed (elevated), the remaining 36 for unknown reasons chose not to proceed. The project had an original total project budget of $22,971,465. This represents $12,118,480.81 in federal funding and $10,852,984.19 in non-federal funding. Once the non-participating properties were removed, the total project budget dropped to $13,067,111.64 ($9,830,333.73 federal and $5,524,924.99 non-federal). Of the 63 properties that proceeded and were completed, 47 have purchased and maintained flood insurance, staying in compliance with the voluntary participation agreement that each homeowner signed.  The remaining 16 have chosen not to provide proof of an active NFIP policy. The federal funding ($974,549.25) associated with these 16 properties, for construction activities, is likely to be deobligated. In other words, for this project, 25% of the participating

5

properties have failed to submit proof of active NFIP policies.  Based on GOHSEP's independent verification and communications with the Parish, these 16 property owners have failed to submit proof of insurance because they no longer hold active, valid NFIP insurance policies. Plaquemines Parish officials have informed GOHSEP that property owners are dropping policies due to the rise in flood insurance premiums and the uncertainty that completed mitigation will positively impact their premiums.

18.    Under Disaster 1603 (Hurricane Katrina) St. Bernard Parish has an elevation project. This project was developed to assist 44 property owners within the Parish. The project has a total project cost of $6,217,524.21 (all federal). Of the 44 properties that proceeded and were completed, 39 have purchased and maintained flood insurance, staying in compliance with the voluntary participation agreement that each signed. The remaining five (5) properties have chosen not to provide proof of an active NFIP policy. The federal funding ($642,430.77) associated with these five (5) properties, for construction activities, is likely to be deobligated. In other words, for this project, 11% of the participating properties failed to submit proof of active, valid NFIP insurance policies. St. Bernard officials have been informed of the potential de-obligation. The Parish has indicated that it will not buy insurance for those that are out of compliance.

19.    Under Disaster 1603 (Hurricane Katrina) Cameron Parish has an elevation project.  This project was developed to assist 37 property owners within the Parish. The project has a total project cost of $6,922,543.77 (all federal). Of the 37

6

properties that proceeded and were completed, 36 have purchased and maintained flood insurance, staying in compliance with the voluntary participation agreement that each signed. The one (1) remaining property has made the choice not to provide proof of an active NFIP policy. The federal funding ($112,300) associated with this property, for construction activities, is likely to be deobligated. For this project, 2.7% of the participating properties failed to submit proof of active, valid NFIP insurance policy. Cameron officials have been informed and are aware of the potential de-obligation.

20.    The Hazard Mitigation Grant Program provides grants for infrastructure projects, including elevating homes and other structures. HMGP grants are made available after presidentially declared disasters. As described for FMA above, for any structure that remains in the floodplain post mitigation, the property owner must obtain and maintain flood insurance for the life of the structure, regardless of transfer of ownership, in an amount at least equal to the project cost or to the maximum limit of coverage made available with respect to the mitigated property, whichever is less.

21.    Since 2020, GOHSEP has closed 735 HMGP applications.  (2020 = 132, 2021 = 148, 2022 = 123, 2023 = 127, 2024 = 80, 2025 = 125).  HMGP application volume is based on funding made available to Louisiana following a presidentially declared event. In the past 2 years, Louisiana has received funding for Hurricane Francine.  The application period for that disaster closed in early December 2024.

7

GOHSEP received 25 applications and, to date, only one non-residential application has been approved and funded.

22.    NFIP-backed flood insurance is not required to participate in the HMGP program.  However, within the model acknowledgement of conditions, the property owner acknowledges that federal law requires flood insurance coverage be maintained during the life of the property regardless of transfer of ownership. GOHSEP checks for these acknowledgement forms during reimbursement process and the closeout process.

23.    GOHSEP utilizes one standard closeout process for all Hazard Mitigation Assistance grants.  The steps taken by the closeout section to close a HMGP projects are the same as the ones taken to close FMA projects.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Baton Rouge, Louisiana, this 25th day of March 2026.

Jason Mahfouz
Director
Governor's Office of Homeland Security
and Emergency Preparedness

8