# Exhibit 3

## Declaration of
## Plaquemines Parish Government

1.      My name is Jessica Campo. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2.      I am the Consultant for Plaquemines Parish Government. I have served in that position for 10.5 years years.

3.      In this role, I managed all disaster related elevation projects for the Parish.

4.      Plaquemines Parish Government is a local governmental subdivision of the State of Louisiana. La. Const. art. 6 § 44(1).

5.      Following Hurricane Issac, Plaquemines Parish has participated in a Flood Mitigation Assistance Program elevation project. This project allowed 63 property owners to elevate their buildings successfully. Of the 63 properties that proceeded and were completed, 47 have purchased and maintained flood insurance, staying in compliance with the voluntary participation agreement that each had signed.  The remaining 16 have chosen not to provide proof of an active NFIP policy. The federal funding ($974,549.25) associated with these 16 properties, for construction activities, is likely to be deobligated. Based on the Parish's correspondence and interactions with these property owners, these 16 property owners have failed to submit proof of insurance because they no longer hold active, valid NFIP insurance policies. These property owners have informed Plaquemines Parish officials that they are dropping policies due to the rise in flood insurance

premiums and the uncertainty that mitigation or elevation will positively impact their premiums.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Baton Rouge, Louisiana, this 17th day of March, 2026.

Jessica Campo, Sr. Grant Manager
Consultant for
Plaquemines Parish Government

2