# Exhibit 4

**Declaration of Dwayne Bourgeois**

1.      My name is Dwayne Bourgeois. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2.      As I explained in my previous declaration in this matter, ECF 1-56, my wife Constance Pitre Bourgeois and I are the owners of a home located at 2330 Highway 1 in Raceland, LA. My home was built in 1935, and I have owned it since December of 1995. We moved into this home with our two young sons just after we purchased it, and my wife and I still live in this home today.

3.      I have had flood insurance on my home through the National Flood Insurance Program between 1995 and 2023.  Because I have never had any instances of flooding in my home, I have never made a flood insurance claim.

4.      My most recent annual insurance premium prior to FEMA's promulgation of Risk Rating 2.0 was $493 per year.  In prior years, my annual insurance premium was typically considerably below $450 per year.

5.      If FEMA had not promulgated the Risk Rating 2.0, I believe my 2022 annual premium would have been about $520 per year. This is based on typical annual increases over the years.

6.      At some time in September of 2022, FEMA, through my local Farm Bureau insurance agent, sent me a notice that my flood insurance was about to expire. The renewal notice indicated my next annual premium would be $592 per year, a 20.1% increase from my prior total premium.  This notice only included the

new renewal rate and the amount of Building and Content Coverage I was carrying and their respective deductibles. Although this was a higher increase than normal, I renewed my flood insurance policy.

7.     A few weeks after I renewed my flood insurance policy, I received my Flood Insurance Policy Declaration Page. (See ECF1-56 at 9). It was at this time that FEMA first revealed to me what my Full-Risk Premium was. The Declaration Page indicated it to be $1,968 per year. It also showed that only the "Annual Increase Cap Discount", a substantial $1,527 discount, was stopping me from having to pay that full risk premium immediately.

8.      I knew that the "Annual Increase Cap Discount" as shown on the Declaration page would continue to drop year after year until this discount is $0 as was required by Congress to keep the rate of increase no higher than 18% per year. As such, this would have caused my flood insurance cost to rise each year to the full risk rate.

9.     If the other "Fees and Surcharges" as shown on my current Declaration page remain the same during the period when the "Annual Increase Cap Discount" drops to $0, I am expecting my total flood insurance policy to be $2,119 per year. This would indicate a 329.8% increase, a greater than fourfold increase over my pre–Risk Rating 2.0 flood insurance rate.

10.    Given the history of this home and my long experience with this home, the fact that I do not even live in an area that FEMA themselves calls a Special Flood Hazard Area, but in an area that their own maps indicate as having less than

a 0.2% AEP of flooding, and all the things mentioned previously, this increase at any annual rate of increase, simply makes no sense.

11.     I consequently decided not to renew my policy in 2023, when it had reached $686.00.

12.     The NFIP is not perfect. Through countless reauthorizations for the NFIP, which carried with them numerous challenges and revealed serious faults of the program, I have remained an outspoken advocate for flood insurance. In good faith, though, I cannot continue to encourage everyone to get flood insurance. For many people like me, the higher premiums are not worth the small increase in protection for low-risk homes.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Raceland, Louisiana, this 24th day of March 2026.

_____

Dwayne Bourgeois