**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY *et al.*,<br><br>    *Defendants.*[1] | Action No. 2:23-cv-01839<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Eva J. Dossier |

**CONSENT MOTION FOR EXPEDITED ORDER**
**MODIFYING BRIEFING SCHEDULE**

The Court's most recent scheduling order sets the remaining summary judgment briefing deadlines in the above-captioned matter between May 11, 2026, and August 14, 2026. *See* Order, ECF No. 180. Defendants respectfully move this Court to enter an order modifying the summary judgment briefing schedule in this case, and submit, for the reasons set forth below, that good cause exists for such modification. Defendants have conferred with Plaintiffs, who consent to this request for modification. Defendants further request expedited consideration of this motion, in light of Defendants' impending deadline of May 11, 2026. The proposed modification to remaining briefing deadlines, to which Plaintiffs consent, is as follows:

- **June 30, 2026**: Defendants' Motion for Summary Judgment and Response to Plaintiffs' Motion

- **August 14, 2026**: Plaintiffs' Response to Defendants' Motion and Reply in Support of Plaintiffs' Motion

- **September 21, 2026**: Defendants' Reply in Support of Defendants' Motion

---

[1] The Complaint names as a Defendant Alejandro Mayorkas in his official capacity as then-Secretary of Homeland Security. Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin, current Secretary of Homeland Security, is automatically substituted as a Defendant.

- **October 5, 2026**: The parties file a joint appendix with the cited portions of the administrative record.

Defendants respectfully submit that good cause exists for a modification of the briefing schedule, as the Department of Homeland Security ("DHS") and its component agencies were subject to a lapse in appropriations that extended up through April 30, 2026.  As a result, certain agency employees (including certain subject matter experts relevant to this matter) were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  Moreover, undersigned submits that she has competing obligations in the coming days, resulting from an unexpected hearing that took place on May 4, 2026, before the District Court for the District of Columbia.

Accordingly, for the reasons set forth above, Defendants respectfully submit that the proposed, modified briefing deadlines will facilitate the timely and orderly resolution of this case and will ensure that Defendants have sufficient time to respond to Plaintiffs' motion, which exceeds more than 50 pages.  A proposed order is attached to this motion.

Dated: May 5, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

2

Phone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*