**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

THE STATE OF LOUISIANA *et al.*,

*Plaintiffs*,

v.

DEPARTMENT OF HOMELAND SECURITY *et al.*,

*Defendants*.

Action No. 2:23-cv-01839
Section P
District Judge Darrel J. Papillion
Magistrate Judge Eva J. Dossier

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

The Court should dismiss Plaintiffs for lack of Article III standing and grant summary judgment to Defendants on all remaining counts (Counts I–VIII). As explained in Defendants' combined memorandum supporting this motion, Defendants did not violate the Administrative Procedure Act or the Spending Clause by implementing Risk Rating 2.0. This motion is made on the grounds specified herein, the accompanying memorandum of law, the administrative record, the documents already in the record (including the exhibits attached to Defendants' motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction), the exhibits attached to the accompanying memorandum, and all matters of which this Court may take judicial notice.

Based on the arguments in the accompanying memorandum, and the record herein, Defendants have shown that they are entitled to judgment as a matter of law. Accordingly, the Court should grant summary judgment to Defendants on Counts I–VIII.

Date: July 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*