UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA, ET AL | CIVIL ACTION |
| V. | NO. 23-1839 |
| DEPARTMENT OF HOMELAND SECURITY, ET AL | SECTION: P(3) |

NOTICE TO PRODUCE HARD COPY

Because R. Doc. 213 contains more than 50 pages, counsel must deliver to Judge Papillion's Chambers, within 3 working days, **one** hard copy of the submission in a binder with tabbed dividers for all exhibits and attachments. The hard copy of the submission must be printed from CM/ECF so that it has the CM/ECF document header on all pages indicating the case number, record document number, filing date, and page number. The cover of the binder, as well as the spine, must include the case name, case number, document name, and record document number. If there are more than five (5) exhibits and attachments, the binder must include a table of contents describing each exhibit and attachment and listing which tab corresponds to each exhibit or attachment. No notice of compliance need be filed.

New Orleans, Louisiana, this 31st day of July 2026.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE

Issued for the court by:
Courtney Ancar
Case Manager - Section "P"
504-589-7715

When addressing the package, please address it to "Judge Darrel James Papillion, Section "P" and have it delivered to Section "P" Chambers, Room C-555.