**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 2:23-CV-01839<br>SECTION P<br><br>JUDGE DARREL PAPILLON<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

**MOTION FOR ADDITIONAL PAGES**

Plaintiffs respectfully request leave to file a memorandum of 35 pages for their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment.

This Court's Local Rule 7.7 limits memoranda opposing a motion to 25 pages and replies in support of a motion to 10 pages "[e]xcept with prior leave of court." The combined length of Plaintiffs' opposition and reply is thus equal to the page limitations of its component parts, but out of an abundance of caution, Plaintiffs are filing this motion for the Court's leave to file a combined brief of 35 pages. Plaintiffs also have good cause for requesting leave to file a combined brief of this length. Plaintiffs are responding to Defendants' combined brief of 69 pages, *see* ECF 213-1, and a combined brief of 35 pages is necessary to address the arguments made by Defendants. Defendants do not oppose this page extension. If granted leave, Plaintiffs will file their memorandum in opposition to Defendants' cross-motion for summary judgment and their reply in support of Plaintiffs' motion for summary judgment.

Dated: September 11, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General

/s/ Morgan Brungard
MORGAN BRUNGARD
Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
Office of the Attorney General
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
MurrillE@ag.louisiana.gov
BrungardM@ag.louisiana.gov

Tyler R. Green
Consovoy McCarthy PLLC
222 S. Main Street
Ste 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

*Counsel for Plaintiffs*