**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

THE STATE OF LOUISIANA, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

CIVIL ACTION NO. 2:23-CV-01839
SECTION P

JUDGE DARREL PAPILLION

MAGISTRATE JUDGE EVA J. DOSSIER

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADDITIONAL PAGES**

This Court has considered Plaintiffs' motion for additional pages for their combined memorandum in opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment. For good cause shown,

**IT IS ORDERED** that Plaintiffs' motion for additional pages is **GRANTED**. Plaintiffs may file a combined memorandum in opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment of not more than 35 pages.

New Orleans, Louisiana, this _____ day of ______________, 2026.

______________________________________

HONORABLE DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE