**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>2:23-CV-01839<br>SECTION P<br><br>JUDGE DARREL PAPILLION<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

**ORDER GRANTING PLAINTIFFS' MOTION FOR ADDITIONAL PAGES**

This Court has considered Plaintiffs' motion for additional pages (R. Doc. 220) for their combined memorandum in opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment. For good cause shown,

**IT IS ORDERED** that Plaintiffs' motion for additional pages (R. Doc. 220) is **GRANTED**. The Clerk of Court shall file Plaintiffs' combined memorandum in opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment, and its attachments, into the record of the above-captioned matter.

New Orleans, Louisiana, this 14th day of September 2026.

Darrel James Papillion

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE