**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

THE STATE OF LOUISIANA *et al.*,

*Plaintiffs*,

v.

DEPARTMENT OF HOMELAND SECURITY *et al.*,

*Defendants.*[1]

Action No. 2:23-cv-01839
Section P
District Judge Darrel J. Papillion
Magistrate Judge Eva J. Dossier

**ORDER**

Upon consideration of Defendants' Unopposed Motion for Expedited Order Modifying Briefing Schedule (R. Doc. 223), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Accordingly, summary judgment briefing in this case will proceed according to the following deadlines:

- **October 29, 2026:** Defendants' Reply in Support of Defendants' Motion;
- **November 12, 2026:** The parties file a joint appendix with the cited portions of the administrative record.

New Orleans, Louisiana, this 14th day of October 2026.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE

[1] The Complaint names as a Defendant Alejandro Mayorkas in his official capacity as then-Secretary of Homeland Security. Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin, current Secretary of Homeland Security, is automatically substituted as a Defendant.